JUDGE WALTER E. CRAIG

FILED
LODGED
RECEIVED

JUN 2 1983

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, et al., )
    Plaintiffs, )
    v. )
STATE OF WASHINGTON, et al., )
    Defendants. )

Civil No. 9213--Phase I

REQUEST FOR DETERMINATION
RE: EQUITABLE ADJUSTMENT
FOR 1982 GRAYS HARBOR
COHO AND CHUM

The Quinault Indian Nation requests a determination of its entitlement to an equitable adjustment for Grays Harbor coho and chum as follows:

    Coho  3,501
    Chum  9,141.

The Quinault Nation further requests that unless otherwise agreed by the parties the Court order the equitable adjustment be made up in 1983.

This request is based on the following facts. Nontreaty fisheries harvested more than 50% of the harvestable Grays Harbor origin coho in 1983 taking at least 32,523 fish, compared to a treaty harvest of 29,022 fish. The nontreaty overharvest of coho resulted in a catch imbalance of at least 3,501 coho.

Because coho are also harvested during the Grays Harbor chum

REQUEST FOR DETERMINATION 1

Office of Reservation Attorney
Quinault Indian Nation
P.O. Box 189
Taholah, WA 98587
(206) 276-8211

fishery, the nontreaty coho overharvest prevented the Quinault Nation from harvesting its full share of Grays Harbor chum. As a result, the nontreaty harvest of 33,564 chum exceeded the Quinault harvest by 9,141 fish.

On November 17, 1982 a Fisheries Advisory Board meeting was held to consider whether coho sport fishery should be allowed to continue given the nontreaty overharvest of coho. At that Board meeting the State and Quinault Nation agreed that, "[e]quitable adjustment discussions and implementation procedures for both coho and chum be started as early as final catch data for 1982 become available...." FAB 82-42 at 6.

Attempts to reach agreement on an equitable adjustment for the 1982 season have been unsuccessful. The Quinault Indian Nation therefore requests that the Court determine the tribe's entitlement to an equitable adjustment as set forth above.

Dated this 31st day of May, 1983.

Respectfully submitted,

*Richard Reich*
Richard Reich
Attorney for Quinault
Nation

REQUEST FOR DETERMINATION 2

|   |   |
|---|---|
| 1 | JUDGE WALTER E. CRAIG |



FILED
LODGED
RECEIVED

JUN 2 1983

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, et al.,   )
    Plaintiffs,   )    Civil No. 9213--Phase I
    v.   )    CERTIFICATE OF SERVICE
STATE OF WASHINGTON, et al.,   )
    Defendants.   )

    I certify that on May 31, 1983 I caused copies of this Certificate of Service and of the accompanying Request for Determination Re: Equitable Adjustment for 1982 Grays Harbor Coho and Chum to be mailed by first class mail, postage prepaid and properly addressed to Judge Walter E. Craig and to each of the attorneys of record listed on the attached service list.

    Dated this 31st day of May, 1983.

_Richard Reich_
Richard Reich
Attorney for Quinault
  Indian Nation
P.O. Box 189
Taholah, WA 98587
(206) 276-8211

CERTIFICATE OF SERVICE 1

SERVICE LIST

UNITED STATES v. WASHINGTON, No. 9213, Phase I and Phase II, W.D. Wash.

Judicial

Hon. Walter E. Craig (2 copies)
United States District Judge
Room 7012, Federal Building
Phoenix, AZ  85025
(602) 261-3547 (FTS 8-261-3547)

Clerk (original document)
U.S. District Court
Western District of Washington
United States Courthouse
Seattle, WA  98104
(206) 442-5648 (FTS 8-399-5648)

Mr. Robert E. Cooper
1080 Covos Dr. N.W.
Gig Harbor, WA  98335

Dr. William Clark
Center for Quantitative
 Science
University of Washington
Seattle, WA  98195
(206) 543-1191

Dr. Allan Hartt
Center for Quantitative
 Science, HR-20
3737-15th Avenue N.E. #304
University of Washington
Seattle, WA  98195
(206) 543-9063


Plaintiff's counsel

Gene S. Anderson (Phase I only)
United States Attorney
3600 Seafirst Fifth Avenue Plaza
Seattle, WA  98104
(206) 443-7970 (FTS 8-399-7970)
Attorney for United States

George D. Dysart
Special Assistant U.S. Attorney
312 U.S. Courthouse, 620 S.W. Main
Portland, OR  97205
(503) 221-3660 (FTS 423-3660)
Attorney for United States

SERVICE LIST

William A. White (Phase II only)
Attorney, Department of Justice
Land and Natural Resources Division
P. O. Box 7415, Benj. Franklin Sta.
Washington, D.C.  20044
(202) 633-2639 (FTS 8-633-2639)
Attorney for United States

Phillip E. Katzen, Allen Sanders,
 Alan Stay
Evergreen Legal Services
520 Smith Tower, 506 Second Avenue
Seattle, WA  98104
(206) 464-5888 (FTS 8-206-464-5888)
Attorneys for Jamestown Band-Clallam,
Lower Elwha, Muckleshoot, Nisqually,
Nooksack, Port Gamble, Klallam,
Sauk-Suiattle, Skokomish, Squaxin Island,
Stillaquamish, Suquamish and Upper Skagit
 Tribes

John Howard Bell
Law Office, Puyallup Indian Tribe
2002 East 28th Street
Tacoma, WA  98404
(206) 597-6374
Attorney for Puyallup Tribe

William H. Rodgers, Jr.
Condon Hall
Univ. of Washington School of Law
Seattle, WA  98105

Peter J. Wilke
Attorney at Law
P. O. Box 817
La Conner, WA  98257
(206) 466-3163 (FTS 8-466-3163)
Attorney for Swinamish Indian Tribal
 Community

Daniel A. Raas
Attorney at Law
2616 Kwina Road
Bellingham, WA  98225
(206) 734-8180 (FTS 8-206-734-8180)
Attorney for Lummi Tribe

1  SERVICE LIST

2  Plaintiff's counsel (cont.)                Defendants' cousel

3  Susan Kay Hvalsoe                          Kenneth O. Eikenberry, Edward B. Mackie
   Cullen, Holm & Foster                      Deputy Attorney General
4  Heritage Fdl. Savings &                    Temple of Justice
    Loan Bldg.                                Olympia, WA 98504
5  Fifth and Columbia, Suite 301              (206) 753-6207 (FTS 8-206-753-2607)
   Olympia, WA 98501                          Attorneys for State of Washington
6  (206) 943-6747 (FTS 8-206-934-6747)
   Attorney for Hoh and Quileute              James M. Johnson
7   Tribes                                    Sr. Assistant Attorney General
                                              Dennis D. Reynolds, Asst. Attorney
8  Allen E. Olson                              General
   P. O. Box 817                              Fish and Game Division
9  La Conner, WA 98257                        Washington State Attorney General Office
   Attorney for Swinomish                     Temple of Justice 9PB-53
10  Indian Tribal Community                   Olympia, WA 98504
                                              (206) 753-2498 (FTS 8-206-753-2498)
11 James B. Hovis/Timothy Weaver              Attorneys for State of Washington
   Hovis, Cockril & Roy                        and Departments of Fisheries and Game
12 P. O. Box 487
   Yakima, WA 98907
13 (509) 575-1500 (FTS 8-509-575-1500)
   Attorneys for Yakima Tribe
14
   Mason D. Morisset/Steven S. Anderson
15 Ziontz, Pirtle, Morisset, Ernstoff
    and Chestnut
16 Metropolitan Park, 16 Floor
   1100 Olive Way
17 Seattle, WA 98101-1880
   Attorneys for Makah and Tulalip Tribes
18
   Michael R. Thorp
19 Eisenhower, Carlson, Newlands,
    Reha, Henriot & Quinn
20 Attorneys at Law
   120 First Interstate Plaza
21 Tacoma, WA 98402

22 Joanne Foster
   1606 Smith Tower
23 506 Second Avenue
   Seattle, WA 98104
24

25

26

27

28
   SERVICE LIST