01
02
03
04
05
06
07        UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
08                   AT SEATTLE

09 | UNITED STATES OF AMERICA et al., ) | Case No. C70-9213
   |                                  ) |
10 |         Plaintiffs,              ) | Subproceeding: 05-01-RSM-JPD
   |                                  ) |
11 |     v.                           ) | ORDER RE: PROCEDURES FOR
   |                                  ) | PRELIMINARY TELEPHONIC
12 | STATE OF WASHINGTON et al.,      ) | CONFERENCE
   |                                  ) |
13 |         Defendants.              ) |
   | _____  ) |

15     The following minute order is made at the direction of the Court, the Honorable James
16 P. Donohue, United States Magistrate Judge:

17     On Tuesday, May 3 at 9 a.m. the Court shall hold a telephonic conference among
18 counsel for the Port Gamble S'Klallam Tribe, the Jamestown S'Klallam Tribe, the Lower
19 Elwaha Klallam Tribe, the Skokomish Tribe, and the Suquamish Tribe (together, the
20 "Parties"). The agenda for the telephonic conference will be as follows:

21     1.    Identification of tribal representatives who will participate in the settlement
22 conference(s);

23     2.    Date(s) for settlement conference; and

24     3.    Procedures for the settlement conference.

25     The Parties' counsel are advised to fax their current email and telephonic contact
26 information directly to Judge Donohue's chambers at (206) 370-8941, if that information is
   different than what is currently listed on the docket for this subproceeding.

PAGE -1

01  Because this subproceeding specifically concerns the Parties, other tribes wishing to
02 participate in the settlement conference process shall provide the Court with a memorandum
03 explaining precisely what right(s), if any, will be affected by any possible settlement and why
04 they should be included in this settlement conference.  Any such requests shall be faxed directly
05 to Judge Donohue's chambers at the above-mentioned fax number no later than 5 p.m on
06 April 29, 2005.

08  DATED 19th day of April, 2005.

10  Bruce Rifkin
 Clerk of the Court

12  /s/ Peter H. Voelker
 Peter H. Voelker
13 Deputy Clerk

PAGE -2