# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>STATE OF WASHINGTON,<br><br>                Defendants. | **Case No.** C70-9213<br>Phase I Sub-proceeding<br>No. 01-01 (Culverts)<br><br>MINUTE ORDER<br>Re: Settlement Conference |

      THIS MATTER was referred by the Honorable Ricardo S. Martinez for purposes of a Settlement Conference. The parties and counsel appeared August 30, 2005 as directed and met with U.S. Magistrate Judge J. Kelley Arnold.

      The parties were unable to resolve the matter which is currently set for trial in March, 2007. This court sees no reasonable utility in further Judicial Settlement intervention at this time. Should the parties jointly request further settlement discussion and assert the same would be fruitful, they are invited to contact the court.

      Entered at the direction of U.S. Magistrate Judge J. Kelley Arnold this 7th day of September, 2005, by deputy clerk   <u>/s/ Kelly Miller.</u>

ORDER
Page - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER
Page - 2