*WSDOT Fish Passage Barriers Inventoried as of March 2006*

| Site Id | WSDOT District | Road | Mile Post | Stream | Tributary to | WRIA | Feature Type | Fishway attached to the Feature | % Fish Pass | Significant Reach (>=200 m) | PI | Culvert No[1] | Shape | Material | Span (m) | Rise (m) | Length (m) | Bed Material Present | Water Surface Difference Drop (m) | Slope | Road Fill Depth (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 990873 | Eastern | I-90 | 198.85 | Unnamed | E Low Canal | 41 | Culvert | No | 0 | No | | 1.1 | RND | SPS | 1.83 | 1.83 | 76.20 | Unk | 0.98 | 4.00 | |
| 990874 | Eastern | I-90 | 202.55 | Unnamed | E Low Canal | 41 | Culvert | No | 0 | No | | 1.1 | RND | SPS | 1.83 | 1.83 | 91.44 | Unk | 0.88 | 3.00 | |
| 997545 | Eastern | I-90 | 279.09 | Garden Springs Cr | Hangman Cr | 56.0005 | Culvert | No | 0 | Yes | | 1.1 | BOX | CPC | 1.22 | 0.91 | 102.44 | No | 0.00 | 2.54 | 5.00 |
| 997546 | Eastern | I-90 Off Rd | 278.00 | Garden Springs Cr | Hangman Cr | 56.0005 | Culvert | No | 33 | Yes | | 1.1 | RND | CST | 0.91 | 0.91 | 27.58 | No | 0.00 | 2.60 | 1.00 |
| 997547 | Eastern | I-90 Off Rd | 278.00 | Garden Springs Cr | Hangman Cr | 56.0005 | Culvert | No | 33 | Yes | | 1.1 | RND | PCC | 0.46 | 0.46 | 17.30 | No | 0.06 | 1.85 | 1.50 |
| 990226 | Eastern | SR 194 | 1.20 | Little Almota Cr | Snake R | 35.1018 | Culvert | No | 0 | Yes | 6.29 | 1.1 | RND | CST | 0.91 | 0.91 | 42.67 | Unk | 1.31 | 4.00 | |
| 994273 | Eastern | SR 195 | 93.39 | Marshall Cr | Hangman Cr | 56.0008 | Culvert | No | 0 | Yes | 9.57 | 1.1 | BOX | CPC | 1.91 | 1.91 | 63.60 | No | 1.39 | 1.40 | 5.00 |
| 992122 | Eastern | SR 20 | 361.47 | Unnamed | Keogh Lk | 59 | Culvert | No | 67 | Yes | | 1.1 | RND | CAL | 0.60 | 0.60 | 32.52 | Yes | 0.00 | 2.92 | 0.40 |
| 990303 | Eastern | SR 20 | 363.73 | Narcisse Cr | Lk Pend Oreille | 59.0252 | Culvert | No | 0 | Yes | | 2.2 | RND | CST | 0.77 | 0.77 | 16.10 | No | 0.23 | 1.80 | 0.60 |
| 990303 | Eastern | SR 20 | 363.73 | Narcisse Cr | Lk Pend Oreille | 59.0252 | Culvert | No | 0 | Yes | | 1.2 | RND | PCC | 0.96 | 0.96 | 15.80 | No | 0.00 | 1.58 | 0.60 |
| 990881 | Eastern | SR 20 | 380.10 | Unnamed | Lk Thomas | 59 | Culvert | No | 33 | Yes | | 1.1 | SQSH | CST | 1.45 | 0.95 | 25.90 | No | 0.00 | 4.17 | 1.00 |
| 990350 | Eastern | SR 20 | 388.13 | Renshaw Cr | Pend Oreille R | 62.0310 | Culvert | No | 33 | No | | 1.2 | RND | CST | 0.90 | 0.90 | 22.09 | No | 0.00 | 3.90 | 2.00 |
| 990350 | Eastern | SR 20 | 388.13 | Renshaw Cr | Pend Oreille R | 62.0310 | Culvert | No | 33 | No | | 2.2 | RND | CST | 0.90 | 0.90 | 22.29 | No | 0.00 | 3.90 | 2.00 |
| 990351 | Eastern | SR 20 | 389.50 | Renshaw Cr | Pend Oreille R | 62.0310 | Culvert | Yes | 0 | Yes | | 1.1 | SQSH | CST | 1.92 | 1.40 | 23.70 | No | | 2.00 | |
| 990353 | Eastern | SR 20 | 403.60 | Reynolds Cr | Pend Oreille R | 62.0408 | Culvert | No | 0 | Yes | 2.65 | 1.1 | RND | PCC | 0.76 | 0.76 | 43.47 | No | 0.27 | 3.01 | 2.00 |
| 990280 | Eastern | SR 21 | 115.50 | Meadow Cr | Sanpoil R | 52 | Culvert | No | 0 | Unknown | | 1.1 | BOX | PCC | 1.83 | 1.83 | | Unk | 6.10 | | |
| 990204 | Eastern | SR 21 | 117.05 | Jack Cr | Sanpoil R | 52 | Culvert | No | 0 | Yes | 3.13 | 1.1 | BOX | PCC | 1.22 | 1.22 | | Unk | 1.83 | | |
| 990140 | Eastern | SR 21 | 120.10 | Empire Cr | Sanpoil R | 52 | Culvert | No | 0 | Yes | 3.78 | 1.1 | BOX | PCC | 1.22 | 0.91 | 27.43 | Unk | 1.25 | 2.50 | |
| 990056 | Eastern | SR 21 | 123.60 | Cache Cr | Sanpoil R | 52 | Culvert | No | 67 | Unknown | | 1.1 | BOX | PCC | 0.91 | 1.22 | | Unk | 0.30 | | |
| 990013 | Eastern | SR 21 | 139.40 | Anderson Cr | Curlew Cr | 60 | Culvert | No | 0 | Yes | 3.58 | 1.1 | BOX | CST | 1.22 | 2.44 | | Unk | | | |
| 990399 | Eastern | SR 21 | 175.20 | St Peter's Cr | Upper Crab Cr | 43.0852 | Culvert | No | 0 | Yes | 3.31 | 1.1 | BOX | CST | 1.07 | 1.07 | 21.34 | Unk | 0.38 | 3.00 | |
| 990372 | Eastern | SR 23 | 52.30 | Sheep Cr | Spring Cr | 54.0108A | Culvert | No | 0 | Yes | 3.99 | 1.1 | BOX | PCC | 2.29 | 3.05 | 35.97 | Unk | 0.00 | 5.00 | |
| 991683 | Eastern | SR 231 | 36.10 | Unnamed | O-Ra-Pak-En Cr | 58 | Culvert | No | 33 | No | | 1.1 | BOX | PCC | 1.22 | 1.83 | 16.15 | Unk | 0.55 | 2.50 | |
| 991470 | Eastern | SR 25 | 33.50 | Unnamed | Lk Roosevelt | 58.0134 | Culvert | No | 33 | No | | 1.1 | RND | CST | 0.91 | 0.91 | 36.58 | Unk | 0.40 | 2.50 | |
| 990007 | Eastern | SR 25 | 37.60 | Alder Cr | Lk Roosevelt | 58.0134 | Culvert | No | 0 | Yes | 6.61 | 1.1 | BOX | PCC | 1.52 | 1.83 | 20.42 | Unk | 0.00 | 6.00 | |
| 990198 | Eastern | SR 25 | 42.37 | Hunters Cr | Lk Roosevelt | 58.0146 | Culvert | No | 0 | Yes | 4.87 | 1.1 | BOX | PCC | 1.68 | 3.96 | 27.13 | Unk | | 2.50 | |
| 990343 | Eastern | SR 25 | 84.60 | Pingston Cr | Columbia R | 61.0007 | Culvert | No | 67 | Unknown | | 1.1 | BOX | PCC | 1.22 | 1.22 | 3.05 | Unk | 0.00 | 7.00 | |
| 995837 | Eastern | SR 270 | 4.29 | Unnamed | Paradise Cr | 34 | Culvert | No | 67 | Yes | | 1.1 | BOX | CPC | 1.30 | 1.85 | 25.49 | No | 0.00 | 1.40 | 2.50 |
| 990201 | Eastern | SR 31 | 3.80 | Ione Millpond | Pend Oreille R | 62.0279 | Culvert | No | 0 | Yes | 11.73 | 1.1 | BOX | PCC | 2.13 | 2.44 | 25.91 | Unk | 0.98 | | |
| 990416 | Eastern | SR 31 | 10.70 | Sweet Cr | Pend Oreille R | 62.0224 | Culvert | No | 0 | Yes | 3.17 | 1.1 | BOX | PCC | 2.29 | 2.59 | 19.51 | Unk | 0.00 | | |
| 997535 | Eastern | SR 31 | 12.98 | Linton Cr | Pend Oreille R | 62.0214 | Culvert | No | 0 | Yes | | 1.1 | RND | PCC | 1.22 | 1.22 | 44.44 | No | 0.35 | 3.65 | 11.25 |
| 991471 | Eastern | SR 31 | 18.22 | Three Mile Cr | Pend Oreille R | 62.0051 | Culvert | No | 33 | Yes | | 1.1 | RND | PCC | 0.46 | 0.46 | 13.40 | No | 0.00 | 2.80 | 1.50 |
| 997541 | Eastern | SR 31 | 24.34 | Lime Cr | Pend Oreille R | 62.0014 | Culvert | No | 33 | Yes | | 1.1 | RND | PCC | 0.91 | 0.91 | 13.53 | No | 0.00 | 1.85 | 1.00 |
| 997543 | Eastern | US 195 | 95.77 | Garden Springs Cr | Hangman Cr | 56.0005 | Culvert | No | 33 | Yes | | 1.2 | RND | CST | 0.91 | 0.91 | 75.90 | No | 0.00 | 7.50 | 9.00 |
| 997543 | Eastern | US 195 | 95.77 | Garden Springs Cr | Hangman Cr | 56.0005 | Culvert | No | 33 | Yes | | 2.2 | RND | CST | 0.91 | 0.91 | 76.19 | No | 0.00 | 7.50 | 9.00 |
| 997498 | Eastern | US 2 | 296.35 | Deadman Cr | Little Spokane R | 55.0051 | Culvert | No | 33 | Yes | | 1.1 | BOX | CPC | 2.44 | 2.44 | 58.66 | No | 0.00 | 0.48 | 16.00 |
| 990113 | Eastern | US 2 | 304.40 | Deer Cr | Little Spokane R | 55.0380 | Culvert | Yes | 33 | Yes | | 1.1 | BOX | PCC | 2.13 | 2.74 | | No | | | |
| 990125 | Eastern | US 395 | 174.95 | Dragoon Cr | Little Spokane R | 55.0163 | Culvert | No | 33 | Yes | | 2.2 | BOX | CPC | 3.05 | 3.66 | 43.08 | No | 0.00 | -0.18 | 6.00 |
| 990125 | Eastern | US 395 | 174.95 | Dragoon Cr | Little Spokane R | 55.0163 | Culvert | No | 33 | Yes | | 1.2 | BOX | CPC | 3.05 | 3.66 | 43.08 | No | 0.00 | -0.18 | 6.00 |
| 991001 | Eastern | US 395 | 183.72 | Unnamed | Beaver Cr | 55.0298 | Culvert | No | 33 | Yes | | 1.1 | RND | PCC | 1.22 | 1.22 | 29.91 | No | 0.00 | 1.90 | 2.00 |
| 990157 | Eastern | US 395 | 204.79 | Franzwa Cr | Colville R | 59.0687 | Culvert | No | 33 | Yes | | 1.1 | RND | PCC | 0.91 | 0.91 | 31.04 | No | 0.00 | 1.90 | 1.00 |
| 990573 | Eastern | US 395 | 212.80 | Unnamed | Colville R | 59 | Culvert | No | 0 | Yes | 2.91 | 1.1 | RND | PCC | 0.76 | 0.76 | 50.29 | Unk | 0.79 | | |
| 990106 | Eastern | US 395 | 247.70 | Deadman Cr | Kettle R | 60.0008 | Culvert | No | 0 | Yes | 11.48 | 1.1 | BOX | PCC | 1.52 | 2.13 | 45.72 | Unk | | 11.00 | |

*WSDOT Fish Passage Barriers Inventoried as of March 2006*

| Site Id | WSDOT District | Road | Mile Post | Stream | Tributary to | WRIA | Feature Type | Fishway attached to the Feature | % Fish Pass | Significant Reach (>=200 m) | PI | Culvert No[1] | Shape | Material | Span (m) | Rise (m) | Length (m) | Bed Material Present | Water Surface Difference Drop (m) | Slope | Road Fill Depth (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 990267 | Eastern | US 395 | 249.90 | Matsen Cr | Kettle R | 60.0056 | Culvert | No | 33 | Yes | 2.76 | 1.1 | RND | PCC | 1.22 | 1.22 | 30.48 | Unk | 0.00 | 5.00 | |
| 990124 | Eastern | US 395 | 250.20 | Doyle Cr | Kettle R Arm | 60.0060 | Culvert | No | 0 | Unknown | | 1.1 | RND | PCC | 1.22 | 1.22 | 21.34 | Unk | 0.00 | 12.00 | |
| 997532 | Eastern | US195 | 94.90 | Unnamed | Hangman Cr | 56.0006 | Culvert | No | 67 | No | | 1.1 | ELL | SPS | 2.29 | 2.51 | 101.55 | No | 0.00 | 1.16 | 4.00 |

There are 1538 WSDOT barrier features inventoried as of March 2006. The number of records in this spreadsheet exceeds 1538 due to the existence of multiple pipes at some crossings, referred in this appendix as Culvert Numbers (see explanation below).

[1] The culvert number identifies individual culverts at multiple stream crossings. Format X.Y, where X = specific culvert number, and Y = total number of culvert at a crossing. For example, in a triple culvert crossing, the first pipe would be 1.3, the second 2.3, and the third 3.3.

**Culvert Material**
PCC - precast concrete
CST - corrugated steel
SST - smooth steel
CAL - Corrugated aluminum
SPS - structural plate steel
PVC - plastic
TMB - timber
MRY - masonry
OTH - other
SPA - structural plate aluminum
CPC - cast in place concrete

**Culvert Shape:**
ARCH - bottomless arch
SQSH - squash
RND - round
BOX - rectangular
ELL - ellipse
OTH - other