*WSDOT Fish Passage Barriers Inventoried as of March 2006*

| Site Id | WSDOT District | Road | Mile Post | Stream | Tributary to | WRIA | Feature Type | Fishway attached to the Feature | % Fish Pass | Significant Reach (>=200 m) | PI | Culvert No[1] | Shape | Material | Span (m) | Rise (m) | Length (m) | Bed Material Present | Water Surface Difference Drop (m) | Slope | Road Fill Depth (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 992045 | North Central | 97AR | 220.76 | Byrd Canyon Cr | Columbia R | 46.0380 | Culvert | No | 33 | Yes | | 1.1 | RND | PCC | 0.80 | 0.80 | 48.35 | No | 0.00 | 3.26 | 9.00 |
| 992043 | North Central | 97AR | 222.02 | Oklahoma Gulch | Columbia R | 47.0002 | Culvert | No | 0 | Yes | 6.33 | 2.2 | RND | PCC | 1.40 | 1.40 | 44.34 | Unk | 0.00 | 3.87 | 2.74 |
| 992043 | North Central | 97AR | 222.02 | Oklahoma Gulch | Columbia R | 47.0002 | Culvert | No | 0 | Yes | 6.33 | 1.2 | RND | PCC | 1.40 | 1.40 | 44.34 | Unk | 0.00 | 3.99 | 2.74 |
| 993416 | North Central | SR 153 | 7.62 | Squaw Cr | Methow R | 48.0043 | Culvert | No | 0 | Yes | 4.94 | 1.1 | BOX | CPC | 1.22 | 1.22 | 27.63 | No | 1.35 | 0.76 | 4.00 |
| 993423 | North Central | SR 153 | 24.30 | Leecher Canyon Cr | Methow R | 48.0265 | Culvert | No | 0 | Yes | 3 | 1.1 | RND | PCC | 0.45 | 0.45 | 42.00 | No | 0.00 | | 2.00 |
| 993992 | North Central | SR 155 | 60.76 | Omak Cr | Okanogan R | 49.0138 | Culvert | No | 67 | Yes | 6.47 | 2.2 | RND | PCC | 0.91 | 0.91 | 16.90 | No | 0.37 | 1.70 | 2.00 |
| 993992 | North Central | SR 155 | 60.76 | Omak Cr | Okanogan R | 49.0138 | Culvert | No | 67 | Yes | 6.47 | 1.2 | RND | PCC | 1.22 | 1.22 | 19.60 | Yes | 0.00 | 1.80 | 2.00 |
| 993993 | North Central | SR 155 | 60.92 | Trail Cr | Omak Cr | 49.0179 | Culvert | No | 33 | Yes | 9.42 | 1.1 | RND | PCC | 1.22 | 1.22 | 17.30 | No | 0.00 | 2.10 | 2.00 |
| 993995 | North Central | SR 155 | 62.41 | Unnamed | Omak Cr | 49.0173 | Culvert | No | 0 | Yes | 3.48 | 1.1 | RND | PCC | 0.91 | 0.91 | 33.59 | No | 0.20 | 5.86 | 4.50 |
| 993997 | North Central | SR 155 | 65.05 | Clark Cr | Omak Cr | 49.0165 | Culvert | No | 0 | Yes | 6.49 | 1.1 | RND | CST | 0.76 | 0.76 | 34.30 | No | 0.42 | 3.23 | 3.50 |
| 993998 | North Central | SR 155 | 65.59 | Swimpkin Cr | Omak Cr | 49.0160 | Culvert | No | 0 | Yes | 10.85 | 1.1 | RND | CST | 0.91 | 0.91 | 21.18 | No | 0.19 | 3.29 | 2.50 |
| 992845 | North Central | SR 155 | 66.94 | Stapaloop Cr | Omak Cr | 49.0152 | Culvert | No | 33 | Yes | 9.58 | 1.1 | RND | CST | 1.90 | 1.90 | 45.51 | No | 0.46 | 2.30 | 7.00 |
| 994008 | North Central | SR 155 | 71.10 | Haley Cr | Omak Cr | 49.0143 | Culvert | No | 33 | Unknown | | 1.1 | RND | CST | 0.61 | 0.61 | 20.91 | No | 0.00 | 2.06 | 1.00 |
| 990288 | North Central | SR 155 | 75.81 | Mission Cr | Omak Cr | 49.0139 | Culvert | No | 0 | Yes | 6.67 | 1.1 | BOX | CPC | 2.45 | 2.45 | 42.89 | No | 1.02 | 9.20 | 8.00 |
| 991582 | North Central | SR 17 | 126.50 | Unnamed | Foster East Cr | 50 | Culvert | No | 0 | Unknown | | 1.1 | RND | CST | 1.22 | 1.22 | 36.58 | Unk | 0.15 | 1.00 | |
| 990153 | North Central | SR 17 | 131.30 | Unnamed | Columbia R | 50 | Culvert | No | 0 | Unknown | | 1.1 | BOX | CST | 1.37 | 1.22 | 21.95 | Unk | 1.37 | 2.00 | |
| 990154 | North Central | SR 17 | 132.10 | Unnamed | Columbia R | 50 | Culvert | No | 0 | Unknown | | 1.1 | RND | PCC | 1.22 | 1.22 | 22.25 | Unk | 0.61 | 2.00 | |
| 994050 | North Central | SR 173 | 11.80 | Swamp Cr | Columbia R | 49.0002 | Culvert | No | 67 | Yes | | 2.2 | RND | CST | 1.52 | 1.52 | 28.20 | Yes | 0.56 | 0.60 | 2.30 |
| 994050 | North Central | SR 173 | 11.80 | Swamp Cr | Columbia R | 49.0002 | Culvert | No | 67 | Yes | | 1.2 | RND | CST | 1.52 | 1.52 | 28.10 | No | 0.37 | 0.80 | 2.30 |
| 997436 | North Central | SR 20 | 148.43 | Unnamed | Granite Cr | 04 | Culvert | No | 0 | Yes | | 1.1 | RND | CST | 1.07 | 1.07 | 27.76 | No | 0.35 | 20.93 | 6.50 |
| 997437 | North Central | SR 20 | 149.42 | Unnamed | Granite Cr | 04 | Culvert | No | 0 | Yes | | 1.1 | BOX | CST | 0.99 | 0.99 | 43.95 | No | 0.00 | 13.95 | 11.00 |
| 997438 | North Central | SR 20 | 150.02 | Unnamed Cr | Granite Cr | 04 | Culvert | No | 0 | Yes | | 1.1 | RND | CST | 1.14 | 1.14 | 26.92 | No | 0.00 | 10.88 | 5.00 |
| 997439 | North Central | SR 20 | 150.13 | Unnamed | Unnamed | 04 | Culvert | No | 0 | Yes | | 1.1 | RND | CST | 1.07 | 1.07 | 36.30 | No | 1.50 | 5.76 | 4.50 |
| 997441 | North Central | SR 20 | 151.27 | Unnamed | Granite Cr | 04 | Culvert | No | 0 | Yes | | 1.1 | RND | CST | 0.61 | 0.61 | 21.14 | No | 0.30 | 7.71 | 2.50 |
| 997442 | North Central | SR 20 | 151.66 | Unnamed Cr | Granite Cr | 04.2413 | Culvert | No | 33 | Yes | | 1.1 | RND | CST | 0.91 | 0.91 | 24.54 | No | 0.00 | 5.13 | 2.00 |
| 997443 | North Central | SR 20 | 152.03 | Unnamed | Granite Cr | 4 | Culvert | No | 33 | No | | 1.1 | RND | CST | 0.76 | 0.76 | 18.57 | No | 0.00 | 2.53 | 1.00 |
| 997445 | North Central | SR 20 | 152.46 | Unnamed | Granite Cr | 04 | Culvert | No | 0 | No | | 1.1 | RND | CST | 0.91 | 0.91 | 26.69 | No | 1.00 | 8.74 | 4.00 |
| 997448 | North Central | SR 20 | 153.71 | Swamp Cr | Granite Cr | 04.2429 | Culvert | No | 0 | Yes | | 1.1 | ELL | CST | 2.55 | 2.97 | 35.65 | No | 1.85 | 8.16 | 2.50 |
| 997453 | North Central | SR 20 | 154.67 | Unnamed | Granite Cr | 04 | Culvert | No | 0 | No | | 1.1 | RND | CST | 1.52 | 1.52 | 30.29 | No | 0.65 | 0.92 | 1.50 |
| 997114 | North Central | SR 20 | 156.30 | Porcupine Cr | Granite Cr | 04.2453 | Culvert | No | 0 | Yes | | 1.2 | ELL | CST | 1.32 | 1.63 | 31.25 | No | 1.45 | 10.90 | 3.00 |
| 997114 | North Central | SR 20 | 156.30 | Porcupine Cr | Granite Cr | 04.2453 | Culvert | No | 0 | Yes | | 2.2 | ELL | CST | 1.32 | 1.63 | 30.38 | No | 0.60 | 11.20 | 3.00 |
| 997575 | North Central | SR 20 | 156.81 | Unnamed | Granite Cr | 04 | Culvert | No | 0 | No | | 1.1 | RND | CST | 1.07 | 1.07 | 25.97 | No | 0.60 | 4.47 | 3.50 |
| 997576 | North Central | SR 20 | 156.86 | Unnamed | Unnamed | 04 | Culvert | No | 0 | No | | 1.1 | RND | CST | 1.07 | 1.07 | 31.85 | No | 0.20 | 14.30 | 6.50 |
| 993055 | North Central | SR 20 | 163.61 | Unnamed | Early Winters Cr | 48 | Culvert | No | 0 | No | | 1.1 | RND | CST | 1.22 | 1.22 | 81.94 | No | 2.05 | 14.40 | 7.00 |
| 990342 | North Central | SR 20 | 168.25 | Pine Cr | Early Winters Cr | 48.1528 | Culvert | No | 0 | Yes | 5.44 | 1.1 | SQSH | SPS | 3.47 | 2.24 | 19.33 | No | 0.80 | 4.91 | 1.50 |
| 993163 | North Central | SR 20 | 168.30 | Unnamed | Early Winters Cr | 48.0000 | Culvert | No | 0 | No | | 1.1 | RND | CST | 0.91 | 0.91 | 22.34 | No | 0.47 | 7.21 | 5.00 |
| 993171 | North Central | SR 20 | 169.31 | Unnamed | Early Winters Cr | 48.0000 | Culvert | No | 0 | No | | 1.1 | RND | CST | 0.76 | 0.76 | 19.24 | No | 0.75 | 7.54 | 3.00 |
| 993179 | North Central | SR 20 | 170.73 | Silver Star Cr | Early Winters Cr | 48.0000 | Culvert | No | 0 | No | | 1.1 | ARCH | SPS | 2.48 | 1.80 | 37.81 | No | 0.00 | 10.55 | 1.00 |
| 993184 | North Central | SR 20 | 171.97 | Unnamed | Early Winters Cr | 48 | Culvert | No | 0 | No | | 1.1 | RND | CST | 1.22 | 1.22 | 27.10 | No | 0.00 | 18.50 | 5.00 |
| 990468 | North Central | SR 20 | 173.16 | Varden Cr | Early Winters Cr | 48.1479 | Culvert | No | 0 | Yes | 4.66 | 1.1 | SQSH | SPS | 5.50 | 2.38 | 31.10 | No | 0.10 | 10.40 | 5.00 |
| 993207 | North Central | SR 20 | 174.98 | Pekin Cr | Early Winters Cr | 48 | Culvert | No | 0 | Yes | 3.05 | 1.1 | SQSH | SPS | 2.32 | 1.66 | 19.64 | No | 0.32 | 5.50 | 2.00 |
| 990228 | North Central | SR 20 | 181.34 | Little Boulder Cr | Methow R | 48.1400 | Culvert | Yes | 0 | Yes | 15.67 | 1.1 | SQSH | SPS | 2.72 | 1.89 | 25.95 | No | | 3.50 | |
| 993230 | North Central | SR 20 | 185.93 | Boesel Canyon Cr | Diversion Ditch | 48 | Culvert | No | 0 | Yes | 4.93 | 1.1 | RND | CST | 0.61 | 0.61 | 25.80 | No | 0.42 | 10.30 | 2.00 |
| 980378 | North Central | SR 20 | 188.17 | Unnamed | Methow R | 48 | Culvert | No | 33 | Yes | 7.72 | 1.1 | SQSH | CST | 0.91 | 0.61 | 24.37 | No | 0.00 | 3.25 | 2.44 |
| 980114 | North Central | SR 20 | 205.84 | Beaver Cr | Methow R | 48.0307 | Culvert | No | 67 | Yes | 43.61 | 2.2 | RND | CAL | 1.22 | 1.22 | 15.16 | No | 0.15 | 0.81 | 4.57 |
| 980114 | North Central | SR 20 | 205.84 | Beaver Cr | Methow R | 48.0307 | Culvert | No | 67 | Yes | 43.61 | 1.2 | BOX | CPC | 1.83 | 1.83 | 15.00 | No | 0.00 | 0.67 | 4.57 |
| 980124 | North Central | SR 20 | 206.85 | Frazer Cr | Beaver Cr | 48.0309 | Culvert | No | 67 | Yes | 19.05 | 1.2 | RND | CST | 0.91 | 0.91 | 12.29 | No | 0.18 | 1.55 | |
| 980124 | North Central | SR 20 | 206.85 | Frazer Cr | Beaver Cr | 48.0309 | Culvert | No | 67 | Yes | 19.05 | 2.2 | RND | SPS | 0.91 | 0.91 | 12.21 | No | 0.18 | 1.82 | |

WSDOT Fish Passage Barriers Inventoried as of March 2006

| Site Id | WSDOT District | Road | Mile Post | Stream | Tributary to | WRIA | Feature Type | Fishway attached to the Feature | % Fish Pass | Significant Reach (>=200 m) | PI | Culvert No[1] | Shape | Material | Span (m) | Rise (m) | Length (m) | Bed Material Present | Water Surface Difference Drop (m) | Slope | Road Fill Depth (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 980131 | North Central | SR 20 | 208.44 | Unnamed | Frazer Cr | 48.0309A | Culvert | No | 0 | Yes | 6.61 | 1.1 | RND | CST | 0.46 | 0.46 | 14.97 | No | 0.00 | 6.08 | 1.83 |
| 993405 | North Central | SR 20 | 213.99 | Frazer Cr | Beaver Cr | 48.0309 | Culvert | No | 33 | Yes | 3.29 | 1.1 | RND | CST | 0.61 | 0.61 | 18.30 | No | 0.00 | 6.00 | 3.00 |
| 993815 | North Central | SR 20 | 215.96 | Summit Cr | Loup Loup Cr | 49.0054 | Culvert | No | 33 | Yes | 2.17 | 1.1 | RND | CST | 0.91 | 0.91 | 114.20 | No | 0.00 | 6.80 | 7.00 |
| 993817 | North Central | SR 20 | 218.48 | Summit Cr | Loup Loup Cr | 49.0054 | Culvert | No | 33 | Yes | 4.11 | 1.1 | RND | CST | 0.91 | 0.91 | 18.90 | No | 0.20 | 3.10 | 2.00 |
| 990406 | North Central | SR 20 | 219.38 | Summit Cr | Loup Loup Cr | 49.0054 | Culvert | No | 0 | Yes | 5.78 | 1.1 | RND | CST | 1.37 | 1.37 | 29.10 | No | 1.10 | 18.93 | 6.00 |
| 991687 | North Central | SR 20 | 220.10 | Unnamed | Summit Cr | 49 | Culvert | No | 33 | Yes | 4.65 | 1.1 | RND | OTH | 0.76 | 0.76 | 35.67 | No | 0.21 | 4.40 | 1.00 |
| 993818 | North Central | SR 20 | 220.85 | Summit Cr | Loup Loup Cr | 49.0054 | Culvert | No | 0 | No | | 1.1 | RND | PCC | 1.22 | 1.22 | 23.40 | No | 0.47 | 7.20 | 4.00 |
| 990247 | North Central | SR 20 | 223.18 | Little Loup Cr | Loup Loup Cr | 49.0052 | Culvert | No | 0 | Yes | | 1.1 | OTH | OTH | 2.00 | 3.19 | 112.48 | No | 1.50 | 4.80 | 18.00 |
| 990418 | North Central | SR 20 | 224.49 | Tallant Cr | Okanogan R | 49.0065 | Culvert | No | 0 | Yes | | 1.1 | RND | PCC | 1.07 | 1.07 | 22.30 | No | 0.00 | 5.40 | 3.00 |
| 993824 | North Central | SR 20 | 225.60 | Tallant Cr | Okanogan R | 49.0065 | Culvert | No | 33 | Yes | | 1.1 | RND | PCC | 1.52 | 1.52 | 25.92 | No | 0.00 | 1.70 | 1.00 |
| 990419 | North Central | SR 20 | 226.27 | Tallant Cr | Okanogan R | 49.0065 | Culvert | No | 0 | Yes | | 1.1 | BOX | CPC | 1.18 | 2.49 | 25.50 | No | 1.15 | 4.20 | 1.50 |
| 990420 | North Central | SR 20 | 226.96 | Tallant Cr | Okanogan R | 49.0065 | Culvert | No | 0 | Yes | | 1.1 | RND | CST | 1.83 | 1.83 | 31.98 | No | 1.70 | 5.60 | 5.00 |
| 990421 | North Central | SR 20 | 227.22 | Tallant Cr | Okanogan R | 49.0065 | Culvert | No | 33 | Yes | | 3.3 | RND | CST | 0.91 | 0.91 | 19.10 | No | 0.00 | 5.10 | 0.50 |
| 990421 | North Central | SR 20 | 227.22 | Tallant Cr | Okanogan R | 49.0065 | Culvert | No | 33 | Yes | | 2.3 | RND | OTH | 0.61 | 0.61 | 18.40 | No | 0.00 | 4.70 | 0.50 |
| 990421 | North Central | SR 20 | 227.22 | Tallant Cr | Okanogan R | 49.0065 | Culvert | No | 33 | Yes | | 1.3 | RND | CST | 0.76 | 0.76 | 17.80 | No | 0.00 | 3.30 | 0.50 |
| 994020 | North Central | SR 20 | 263.40 | Bonaparte Cr | Okanogan R | 49.0246 | Culvert | No | 33 | Yes | 3.89 | 1.1 | BOX | CPC | 3.06 | 1.86 | 29.96 | No | 0.00 | 2.30 | 4.00 |
| 994021 | North Central | SR 20 | 263.62 | Bonaparte Cr | Okanogan R | 49.0246 | Culvert | No | 33 | Yes | 4.21 | 1.1 | BOX | CPC | 3.06 | 1.86 | 28.82 | No | 0.23 | 2.27 | 3.50 |
| 994022 | North Central | SR 20 | 264.08 | Bonaparte Cr | Okanogan R | 49.0246 | Culvert | No | 33 | Yes | 4.89 | 1.1 | BOX | CPC | 3.06 | 1.84 | 29.91 | No | 0.28 | 3.92 | 4.00 |
| 994025 | North Central | SR 20 | 265.57 | Unnamed | Bonaparte Cr | 49 | Culvert | No | 0 | Unknown | | 1.1 | RND | PCC | 0.61 | 0.61 | 25.30 | No | 0.00 | 13.90 | 1.50 |
| 994030 | North Central | SR 20 | 266.09 | Bonaparte Cr | Okanogan R | 49.0246 | Culvert | No | 33 | No | | 1.1 | BOX | CPC | 3.05 | 1.84 | 28.70 | No | 0.32 | 2.30 | 3.50 |
| 994031 | North Central | SR 20 | 266.22 | Bonaparte Cr | Okanogan R | 49.0246 | Culvert | No | 67 | Yes | 2.14 | 1.1 | BOX | CPC | 3.05 | 1.85 | 25.78 | No | 0.00 | 2.77 | 3.00 |
| 994035 | North Central | SR 20 | 278.60 | Bonaparte Cr | Okanogan R | 49.0246 | Culvert | No | 33 | Yes | 7.9 | 1.1 | BOX | CPC | 2.15 | 1.82 | 15.10 | No | 0.65 | 1.70 | 1.50 |
| 994037 | North Central | SR 20 | 279.30 | Bonaparte Cr | Okanogan R | 49.0246 | Culvert | No | 0 | Yes | 9.57 | 1.1 | BOX | CPC | 2.15 | 1.84 | 29.40 | No | 0.00 | 1.70 | 1.50 |
| 994043 | North Central | SR 20 | 283.52 | Unnamed | Bonaparte Cr | 49 | Culvert | No | 67 | Yes | | 1.1 | RND | CST | 0.76 | 0.76 | 20.40 | No | 0.00 | 2.20 | 3.00 |
| 994047 | North Central | SR 20 | 284.52 | Unnamed | Bonaparte Cr | 49 | Culvert | No | 67 | Yes | | 1.1 | RND | PCC | 0.76 | 0.76 | 23.00 | No | 0.00 | 2.40 | 3.00 |
| 990993 | North Central | SR 243 | 25.29 | Unnamed | Columbia R | 41 | Culvert | No | 0 | No | | 1.1 | RND | CST | 1.07 | 1.07 | 22.86 | Unk | 4.57 | 8.00 | |
| 991762 | North Central | SR 26 | 1.79 | Sand Hollow Cr | Columbia R | 41.2151 | Culvert | No | 0 | Yes | 13.03 | 2.2 | RND | PCC | 1.22 | 1.22 | 76.20 | Unk | 2.04 | 3.00 | |
| 991762 | North Central | SR 26 | 1.79 | Sand Hollow Cr | Columbia R | 41.2151 | Culvert | No | 0 | Yes | 13.03 | 1.2 | RND | CAL | 1.22 | 1.22 | 76.20 | No | 2.13 | 3.00 | |
| 990570 | North Central | SR 26 | 29.87 | Crab Cr Wasteway | Lower Crab Cr | 41 | Culvert | No | 33 | Yes | | 1.1 | RND | CAL | 2.50 | 2.50 | 20.53 | No | 0.00 | 0.82 | |
| 990571 | North Central | SR 26 | 29.95 | Crab Cr Wasteway | Lower Crab Cr | 41 | Culvert | No | 0 | Yes | | 1.1 | RND | CST | 1.10 | 1.10 | 26.82 | No | 0.00 | 9.00 | |
| 991776 | North Central | SR 28 | 2.31 | Unnamed | Columbia R | 44 | Culvert | No | 33 | Yes | | 1.1 | RND | PCC | 1.22 | 1.22 | 38.41 | No | 0.00 | 6.80 | 3.00 |
| 991947 | North Central | SR 28 | 2.32 | Sand Canyon Springs | Columbia R | 44.0756 | Culvert | No | 0 | Yes | 8.95 | 1.1 | BOX | CPC | 1.52 | 1.52 | 19.81 | Yes | 1.95 | 5.70 | 1.22 |
| 997474 | North Central | SR 28 | 7.44 | Unnamed | Columbia R | 44 | Culvert | No | 0 | No | | 1.1 | RND | PCC | 0.46 | 0.46 | 27.80 | No | 0.35 | 4.80 | 2.00 |
| 990882 | North Central | SR 28 | 22.72 | Lynch Coulee | Columbia R | 41 | Culvert | Yes | 0 | Yes | 9.06 | 1.2 | BOX | PCC | 3.66 | 3.05 | 113.39 | No | | 3.00 | |
| 997814 | North Central | SR 28 | 40.66 | Unnamed | Unnamed | 41 | Culvert | No | 0 | Yes | | | | | | | | | | | |
| 990282 | North Central | US 2 | 70.21 | Mill Cr | Nason Cr | 45.0956 | Culvert | No | 0 | Yes | 19.09 | 1.1 | RND | CST | 3.66 | 3.66 | 55.67 | No | 0.49 | 0.05 | 7.00 |
| 992755 | North Central | US 2 | 82.06 | Unnamed | Nason Cr | 45 | Culvert | No | 0 | Yes | 4.23 | 1.1 | RND | CST | 0.91 | 0.91 | | No | 1.50 | | 5.00 |
| 996888 | North Central | US 2 | 107.43 | Unnamed | Wenatchee R | 45.0214 | Culvert | No | 0 | No | | 1.1 | OTH | OTH | 1.90 | 0.45 | 115.91 | No | 0.00 | 5.21 | 0.50 |
| 996890 | North Central | US 2 | 111.46 | Unnamed | Wenatchee R | 45.0072 | Culvert | No | 0 | Yes | | 1.1 | ARCH | CST | 1.84 | 1.17 | 37.47 | Yes | 3.50 | 0.99 | 1.50 |
| 991948 | North Central | US 97 | 152.92 | Mill Cr | Swauk Cr | 39.1188 | Culvert | No | 0 | Yes | 6.11 | 1.1 | RND | PCC | 0.91 | 0.91 | 111.86 | No | 0.37 | 5.41 | 1.22 |
| 990202 | North Central | US 97 | 158.32 | Iron Cr | Swauk Cr | 39.1209 | Culvert | Yes | 67 | Yes | | 1.1 | SQSH | SPS | 2.57 | 1.81 | 24.00 | No | 0.00 | 3.50 | 2.00 |
| 990413 | North Central | US 97 | 159.26 | Swauk Cr | Yakima R | 39.1157 | Culvert | No | 67 | Yes | 9.02 | 1.1 | SQSH | SPS | 2.69 | 1.83 | 24.45 | No | 0.00 | 1.20 | 2.00 |
| 990414 | North Central | US 97 | 159.67 | Swauk Cr | Yakima R | 39.1157 | Culvert | No | 0 | Yes | 10.74 | 1.1 | SQSH | SPS | 2.72 | 1.86 | 36.09 | No | 0.97 | 2.05 | 6.00 |
| 990444 | North Central | US 97 | 164.70 | Tronsen Cr | Peshastin Cr | 45.0346 | Culvert | No | 0 | Yes | 5.61 | 1.2 | RND | PCC | 0.61 | 0.61 | 67.06 | No | 0.60 | 5.00 | 8.00 |
| 990444 | North Central | US 97 | 164.70 | Tronsen Cr | Peshastin Cr | 45.0346 | Culvert | No | 0 | Yes | 5.61 | 2.2 | RND | PCC | 0.61 | 0.61 | 67.06 | No | 0.09 | 5.00 | 8.00 |
| 990445 | North Central | US 97 | 165.77 | Tronsen Cr | Peshastin Cr | 45.0346 | Culvert | No | 0 | Yes | 7.5 | 1.1 | RND | CST | 1.07 | 1.07 | 36.58 | No | 0.24 | 4.50 | 4.50 |
| 990446 | North Central | US 97 | 166.23 | Tronsen Cr | Peshastin Cr | 45.0346 | Culvert | No | 0 | Yes | 8.12 | 1.1 | RND | CST | 1.07 | 1.07 | 30.48 | No | 0.52 | 3.50 | 3.00 |
| 997564 | North Central | US 97 | 232.94 | Unnamed | Columbia R | 44 | Culvert | No | 0 | Yes | | 1.1 | ELL | SPA | 2.59 | 3.43 | 43.97 | No | 0.86 | 6.55 | 8.00 |

*WSDOT Fish Passage Barriers Inventoried as of March 2006*

| Site Id | WSDOT District | Road | Mile Post | Stream | Tributary to | WRIA | Feature Type | Fishway attached to the Feature | % Fish Pass | Significant Reach (>=200 m) | PI | Culvert No[1] | Shape | Material | Span (m) | Rise (m) | Length (m) | Bed Material Present | Water Surface Difference Drop (m) | Slope | Road Fill Depth (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 997566 | North Central | US 97 | 235.30 | Beebe Cr | Columbia R | 47 | Culvert | No | 33 | Yes | | 1.1 | RND | CST | 1.22 | 1.22 | 43.51 | No | 0.08 | 2.13 | 3.50 |
| 997567 | North Central | US 97 | 235.65 | Unnamed | Columbia R | 47 | Culvert | No | 33 | Yes | | 1.1 | RND | CAL | 0.91 | 0.91 | 34.28 | No | 0.12 | 2.65 | 5.00 |
| 992051 | North Central | US 97 | 260.28 | Swamp Cr | Columbia R | 49 | Culvert | No | 0 | Yes | | 1.1 | RND | PCC | 1.24 | 1.24 | | No | 0.00 | | |
| 993915 | North Central | US 97 | 261.24 | Unnamed | Columbia R | 49 | Culvert | No | | Yes | 5.17 | 1.1 | BOX | CPC | 2.44 | 2.42 | 91.90 | No | 0.00 | 2.20 | 15.00 |
| 990217 | North Central | US 97 | 299.03 | Johnson Cr | Okanogan R | 49 | Culvert | No | 33 | Yes | 4.88 | 1.1 | SQSH | CST | 1.90 | 1.00 | 21.64 | No | 0.34 | 5.00 | |
| 993964 | North Central | US 97 | 324.67 | Mosquito Cr | Okanogan R | 49.0321 | Culvert | No | 67 | Yes | | 1.1 | RND | PCC | 2.13 | 2.13 | 16.70 | No | 0.04 | 1.40 | 1.50 |
| 991643 | North Central | US 97 | 325.87 | Unnamed | Okanogan R | 49 | Culvert | No | 67 | Yes | | 1.1 | RND | PCC | 1.22 | 1.22 | 28.10 | No | 0.00 | 2.88 | 3.00 |
| 993971 | North Central | US 97 | 328.16 | Whistler-Canyon Cr | Okanogan R | 49 | Culvert | No | 33 | Yes | 4.44 | 1.1 | RND | PCC | 0.91 | 0.91 | 35.30 | No | 0.00 | 1.40 | |

*There are 1538 WSDOT barrier features inventoried as of March 2006. The number of records in this spreadsheet exceeds 1538 due to the existence of multiple pipes at some crossings, referred in this appendix as Culvert Numbers (see explanation below).*

[1] The culvert number identifies individual culverts at multiple stream crossings. Format X.Y, where X = specific culvert number, and Y = total number of culvert at a crossing. For example, in a triple culvert crossing, the first pipe would be 1.3, the second 2.3, and the third 3.3.

**Culvert Material**
PCC - precast concrete
CST - corrugated steel
SST - smooth steel
CAL - Corrugated aluminum
SPS - structural plate steel
PVC - plastic
TMB - timber
MRY - masonry
OTH - other
SPA - structural plate aluminum
CPC - cast in place concrete

**Culvert Shape:**
ARCH - bottomless arch
SQSH - squash
RND - round
BOX - rectangular
ELL - ellipse
OTH - other