WSDOT Fish Passage Barriers Inventoried as of March 2006

| Site Id | WSDOT District | Road | Mile Post | Stream | Tributary to | WRIA | Feature Type | Fishway attached to the Feature | % Fish Pass | Significant Reach (>=200 m) | PI | Culvert No1 | Shape | Material | Span (m) | Rise (m) | Length (m) | Bed Material Present | Water Surface Difference Drop (m) | Slope |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 991457 | South Central | I-82 | 26.26 | Unnamed | Yakima R | 39.0002A | Culvert | No | 67 | Yes | 7.03 | 1.1 | RND | SPS | 3.05 | 3.05 | 82.30 | Unk | 0.09 | 1.50 |
| 991073 | South Central | I-82 | 68.32 | Unnamed | Yakima R | 37 | Culvert | No | 67 | Yes | | 1.1 | BOX | PCC | 3.05 | 3.05 | | Unk | | |
| 990404 | South Central | I-82 | 70.12 | Unnamed | Yakima R | 37 | Culvert | No | 67 | Yes | | 1.1 | RND | SPS | 4.27 | 4.27 | | Unk | | |
| 991074 | South Central | I-82 | 72.08 | Unnamed | Yakima R | 37 | Culvert | No | 33 | Yes | | 1.1 | RND | CST | 1.20 | 1.20 | | Unk | | |
| 997806 | South Central | I-82 | 72.38 | unnamed | unnamed | 37 | Culvert | No | 67 | Yes | | | | | | | | | | |
| 997807 | South Central | I-82 | 78.47 | Unnamed | Unnamed | 37 | Culvert | No | 67 | Yes | | | | | | | | | | |
| 997808 | South Central | I-82 | 80.32 | Unnamed | Chandler Canal | | Culvert | No | 67 | Yes | | | | | | | | | | |
| 992948 | South Central | I-90 | 60.58 | Unnamed | Keechelus Lk | 39 | Culvert | No | 0 | Yes | 6.08 | 1.1 | OTH | OTH | 1.96 | 1.85 | 86.50 | No | 0.00 | 2.00 |
| 992950 | South Central | I-90 | 61.34 | Price Cr | Yakima R | 39.1840 | Culvert | No | 0 | Yes | 6.42 | 1.1 | BOX | CPC | 3.09 | 3.06 | 81.69 | No | 0.36 | 4.04 |
| 992953 | South Central | I-90 | 62.30 | Unnamed | Yakima R | 39 | Culvert | No | 33 | No | | 1.1 | RND | PCC | 1.81 | 1.81 | 26.65 | No | 0.00 | 3.07 |
| 992954 | South Central | I-90 | 62.30 | Unnamed | Yakima R | 39 | Culvert | No | 0 | No | | 1.1 | BOX | CPC | 1.84 | 1.84 | 23.70 | No | 0.00 | 3.08 |
| 992955 | South Central | I-90 | 62.71 | Swamp Cr | Yakima R | 39.1836 | Culvert | No | 33 | Yes | 17.22 | 2.2 | BOX | CPC | 2.45 | 1.84 | 67.66 | No | 0.15 | 1.20 |
| 992955 | South Central | I-90 | 62.71 | Swamp Cr | Yakima R | 39.1836 | Culvert | No | 33 | Yes | 17.22 | 1.2 | BOX | CPC | 2.45 | 1.84 | 67.66 | No | 0.13 | 1.20 |
| 990378 | South Central | I-90 | 70.90 | Silver Cr | Yakima R | 39.1713 | Culvert | No | 67 | Yes | 19.29 | 1.2 | BOX | PCC | 2.88 | 1.84 | 91.49 | No | 0.57 | 1.40 |
| 990378 | South Central | I-90 | 70.90 | Silver Cr | Yakima R | 39.1713 | Culvert | No | 67 | Yes | 19.29 | 2.2 | BOX | PCC | 2.83 | 1.85 | 89.76 | No | 0.27 | 1.87 |
| 990891 | South Central | I-90 | 74.90 | Unnamed | Yakima R | 39 | Culvert | No | 0 | No | | 2.2 | BOX | PCC | 1.83 | 3.05 | 19.51 | Unk | 0.00 | 4.00 |
| 990891 | South Central | I-90 | 74.90 | Unnamed | Yakima R | 39 | Culvert | No | 0 | No | | 1.2 | RND | CST | 1.22 | 1.22 | 28.35 | Unk | 0.34 | 3.50 |
| 995465 | South Central | I-90 | 88.42 | Thorton Cr | Yakima R | 39.1418 | Culvert | No | 0 | Yes | | 1.1 | RND | CST | 0.91 | 0.91 | 141.22 | No | 0.00 | 10.30 |
| 991464 | South Central | I-90 | 93.35 | Morrison Canyon Cr | Yakima R | 39.1230 | Culvert | No | 33 | Yes | 3.95 | 1.1 | RND | SPS | 1.22 | 1.22 | 79.25 | Unk | 0.00 | 1.00 |
| 990194 | South Central | I-90 | 97.30 | Unnamed | Taneum Cr | 39 | Culvert | No | 0 | Unknown | | 1.1 | RND | CST | 0.76 | 0.76 | 106.68 | Unk | 0.37 | 7.50 |
| 995459 | South Central | I-90 Off Exit 8 | 0.28 | Unnamed | Unnamed | 39 | Culvert | No | 67 | Yes | | 1.1 | RND | PCC | 1.90 | 1.90 | 53.44 | No | 0.15 | 0.60 |
| 990439 | South Central | SR 241 | 8.80 | Unnamed | Sulphur Cr Wstwy | 37 | Culvert | No | 0 | Yes | 11.89 | 1.2 | RND | PCC | 1.22 | 1.22 | 40.90 | No | 0.82 | 0.93 |
| 990472 | South Central | SR 410 | 80.20 | Wash Cr | American R | 38.1019 | Culvert | No | 0 | Yes | 11.89 | 1.2 | RND | PCC | 1.22 | 1.22 | 29.87 | Unk | 0.55 | 8.00 |
| 990472 | South Central | SR 410 | 80.20 | Wash Cr | American R | 38.1019 | Culvert | No | 0 | Yes | | 2.2 | RND | PCC | 1.22 | 1.22 | 29.87 | Unk | 0.55 | 8.00 |
| 990409 | South Central | SR 410 | 82.80 | Wash Cr | American R | 38 | Culvert | Yes | 67 | Yes | 5.41 | 1.1 | RND | CST | 3.05 | 3.05 | 34.14 | No | | 2.50 |
| 991461 | South Central | SR 410 | 116.00 | Unnamed | Naches R | 38 | Culvert | No | 33 | Unknown | | 1.1 | RND | PCC | 0.40 | 0.40 | 13.72 | Unk | 0.00 | 3.00 |
| 991456 | South Central | SR 821 | 0.10 | Unnamed | Yakima R | 39.0002A | Culvert | No | 33 | Yes | 8.84 | 1.1 | RND | SPS | 3.05 | 3.05 | 49.99 | Unk | 0.12 | 2.00 |
| 990183 | South Central | US 12 | 168.30 | Hause Cr | Tieton R | 38.0251 | Culvert | No | 0 | Yes | 7.16 | 1.1 | BOX | PCC | 1.22 | 1.22 | 15.24 | Unk | 0.12 | 5.00 |
| 992140 | South Central | US 12 | 168.56 | Pine Cr | Tieton R | 38.0250 | Culvert | No | 33 | Yes | 1.62 | 1.1 | RND | PCC | 0.84 | 0.84 | 17.71 | No | 0.00 | 2.14 |
| 992148 | South Central | US 12 | 178.89 | Bear Canyon Cr | Tieton R | 38.0208 | Culvert | No | 0 | Yes | | 2.2 | BOX | PCC | 1.21 | 1.25 | 16.79 | No | 1.07 | 2.50 |
| 992148 | South Central | US 12 | 178.89 | Bear Canyon Cr | Tieton R | 38.0208 | Culvert | No | 0 | Yes | | 1.2 | BOX | PCC | 1.21 | 1.25 | 16.79 | No | 1.07 | 2.50 |
| 990293 | South Central | US 12 | 348.50 | Mud Cr | Dry Cr | 32.0956 | Culvert | No | 33 | Yes | 5.78 | 1.1 | RND | CST | 2.60 | 2.60 | 49.94 | No | 0.37 | 1.44 |
| 991746 | South Central | US 12 | 390.59 | Pataha Cr | Tucannon R | 35 | Culvert | No | 33 | Yes | | 1.1 | ARCH | CPC | 18.90 | 5.34 | 7.30 | No | 0.29 | 1.30 |
| 990189 | South Central | US 97 | 37.14 | Highbridge Springs | Satus Cr | 37 | Culvert | Yes | 0 | Yes | 6.13 | 1.1 | BOX | CPC | 2.44 | 2.44 | 28.96 | No | | 3.00 |
| 990250 | South Central | US 97 | 143.25 | Dry Cr | Yakima R | 39.1049 | Culvert | No | 67 | Yes | | 1.2 | BOX | CPC | 1.53 | 1.22 | 25.46 | Unk | | 2.00 |
| 990129 | South Central | US 97 | 143.25 | Dry Cr | Yakima R | 39.1049 | Culvert | No | 67 | Yes | | 2.2 | BOX | CPC | 1.53 | 1.22 | 25.46 | No | 0.15 | 0.78 |
| 990130 | South Central | US 97 | 144.89 | Dry Cr | Yakima R | 39.1049 | Culvert | No | 0 | Yes | | 1.2 | SQSH | CST | 1.45 | 0.91 | 27.06 | No | 0.15 | 0.78 |
| 990130 | South Central | US 97 | 144.89 | Dry Cr | Yakima R | 39.1049 | Culvert | No | 0 | Yes | | 2.2 | SQSH | CST | 1.45 | 0.91 | 27.11 | No | 0.49 | 0.96 |

There are 1538 WSDOT barrier features inventoried as of March 2006. The number of records in this spreadsheet exceeds 1538 due to the existence of multiple pipes at some crossings, referred in this appendix as Culvert Numbers (see explanation below).
[1] The culvert number identifies individual culverts at multiple stream crossings. Format X.Y, where X = specific culvert number, and Y = total number of culvert at a crossing. For example, in a triple culvert crossing, the first pipe would be 1.3, the second 2.3, and the third 3.3.

**Culvert Material**
PCC - precast concrete
CST - corrugated steel
SST - smooth steel
CAL - Corrugated aluminum
SPS - structural plate steel
PVC - plastic
TMB - timber
MRY - masonry
OTH - other
SPA - structural plate aluminum
CPC - cast in place concrete

**Culvert Shape:**
ARCH - bottomless arch
SQSH - squash
RND - round
BOX - rectangular
ELL - ellipse
OTH - other

*WSDOT Fish Passage Barriers Inventoried as of March 2006*

| Road Fill Depth (m) |
|---|
| |
| |
| |
| 4.00 |
| 7.00 |
| 1.50 |
| 1.50 |
| 1.50 |
| 2.00 |
| 2.00 |
| |
| 20.00 |
| |
| 6.00 |
| 1.30 |
| |
| |
| |
| |
| |
| 5.00 |
| 0.00 |
| 3.00 |
| 3.00 |
| 2.00 |
| 2.00 |