Appendix II. WSDOT Fishways Needing Repair or Maintenance to Address Fish Passage.

| Road | Mile Post | Stream | Tributary to | WRIA | % Fish Pass | Last Inspection Date | Inspection Frequency | Fishway Type | Fishway Condition | Recommended Maintenance/ Repair | Funding | Project Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **WSDOT Northwest Region** | | | | | | | | | | | | |
| SR 9 | 1.16 | Ashley Cr | Little Bear Cr | 08.0083 | 67 | 14-Oct-04 | Discontinued | SBC | MNR | The culvert is not backwatered by the downstream controls; the culvert needs to be replaced. | | |
| I-5 | 238.4 | Bow Hill Cr | Friday Cr | 3.0016 | 100 | 11-Oct-05 | Annual | BC, SBC | MNFP | Remove the beaver dam from the culvert inlet and debris from the baffled culvert. | | |
| I-5 | 256.28 | Baker Cr | Squalicum Cr | 01.0553 | 33 | 25-May-04 | Discontinued | BC, SBC | MNR | Baffles have deteriorated; culvert is rusting out. An engineering review is needed to determine correction option, e.g., new fishway or culvert. | DI | SC |
| I-5 NB Ext 256 | 0.01 | Baker Cr | Squalicum Cr | 01.0553 | 67 | 25-May-04 | Discontinued | BF | MNR | An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | | |
| I-5 | 244.2 | Barnes Cr | Samish Lk | 03.0036 | 33 | 13-Jan-04 | Discontinued | SBC | MNR | Culvert is only partially backwatered by log controls. An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | | |
| SR 410 | 48.29 | Boundary Cr | White R | 10.0250 | 33 | 29-Dec-04 | Discontinued | SBC | MNR | Culvert is only partially backwatered; high velocity throughout the culvert. An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | | |
| SR 92 | 1.93 | Catherine Cr | Stevens Cr | 07.0148 | 67 | 14-Oct-04 | Discontinued | BC | MNR | The outfall drop exceeds WDFW criteria for fish passage at a fishway in coho streams. The apron baffle also leaks enough that no flow goes over the baffle during low flows. The fishway needs to be upgraded to meet criteria, or the crossing replaced. | DI | SC |
| I-5 | 246.75 | Chuckanut Cr | Puget Sound | 01.0626 | 0 | 26-May-04 | Discontinued | BC, SBC | MNR | Most of the baffles are either damaged or gone. An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | | |
| SR 532 | 6.14 | Church Cr | Stillaguamish R | 05.0018 | 67 | 13-Oct-04 | Discontinued | SBC | MNR | More downstream controls are needed to correct an excess drop at the downstream most log control. Baffles are also recommended to correct sheeting flow in the culvert at low flows. | | |
| SR 18 | 25.67 | Deep Cr | Raging R | 07.0396 | 33 | 22-Apr-97 | Discontinued | BC, SBC | MNR | The culvert baffles are badly deteriorated, and velocities in combination with outfall drop block coho and juveniles. Rebuilding is needed. Engineering required. | | |
| SR 509 | 20.35 | Des Moines Cr | Puget Sound | 09.0377 | 33 | 17-Dec-03 | Discontinued | BC | MNR | The culvert is in the proces of being replaced with a full span bridge. It will be completed in 2006. | OT | SC |
| I-90 | 18.83 | EF Issaquah Cr | Issaquah Cr | 08.0183 | 33 | 13-May-94 | Discontinued | SBC | MNR | The middle sackrete control is deteriorating and threatening to blow out. It needs to be repaired or replaced. | | |
| I-5 | 219.41 | Fisher Cr | Carpenter Cr | 03.0181 | 67 | 13-Oct-04 | Discontinued | BC | MNR | More baffles are needed below the downstream most baffle to correct a depth problem for fish access. Expansion ring baffles were recommended. | DI | CU |
| SR 18 | 22.16 | Holder Cr | Sammamish Lk | 08.0178 | 0 | 30-Dec-03 | Discontinued | BC | MNR | An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | TP | SC |
| SR 509 | 25.69 | Miller Cr | Puget Sound | 09.0371 | 67 | 25-Aug-05 | | SBC | MNR | An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | | |

Appendix II. WSDOT Fishways Needing Repair or Maintenance to Address Fish Passage.

| Road | Mile Post | Stream | Tributary to | WRIA | % Fish Pass | Last Inspection Date | Inspection Frequency | Fishway Type | Fishway Condition | Recommended Maintenance/ Repair | Funding | Project Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SR 528 | 2.47 | Munson Cr | Allen Cr | 07.0073 | 67 | 16-Jan-04 | Discontinued | SBC | MNR | An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | | |
| I-405 | 26.46 | Perry Cr | North Cr | 08.0070 A | 67 | 14-Oct-04 | Discontinued | BC | MNR | Recommended replacement of a missing baffle in culvert and elimination of sheet flow problem at culvert outlet. | TP | SC |
| I-405 | 29.75 | Swamp Cr | Sammamish R | 08.0059 | 67 | 1-Mar-05 | Discontinued | BC, SBC | MNR | Replace missing streambed controls. | DI | SC |
| SR 522 | 2.86 | Thornton Cr | Lk Washington | 08.0030 | 67 | 20-Sep-99 | Discontinued | BC, PC | MNR | Missing plank controls. An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | | |
| SR 530 | 31.01 | Unnamed | NF Stillaguamish R | 05 | 67 | 16-Jan-04 | Discontinued | SBC | MNR | Outfall at a log control exceeds WDFW fish passage criteria. An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | | |
| SR 531 | 8.71 | Unnamed | MF Quilceda Cr | 07.0060 | 67 | 15-Jan-04 | Discontinued | SBC | MNR | Excessive drops at two inappropriately spaced log controls. An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | | |
| SR 167 | 25.65 | Unnamed | Springbrook Cr | 09.0006 | 67 | 2-Aug-05 | Annual | WP | MNR | The drops at weirs exceeds WDFW fish passage criteria. An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | | |
| SR 520 | 4.48 | Unnamed | Lk Washington | 08.0257 | 33 | 30-Dec-03 | Discontinued | SBC | MNR | Controls do not backwater the culvert. An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | TP | SC |
| SR 18 | 0.83 | Unnamed | Unnamed | 10 | 67 | 2-Mar-04 | Discontinued | SBC | MNR | The outfall drop at a control exceeds WDFW fish passage criteria. An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | TP | SC |
| US 2 | 23.08 | Wagley's Cr | Skykomish R | 07.0939 | 33 | 19-Aug-03 | Discontinued | WP | MNR | Remove the old dam and fishway to allow fish passage. The fishway is non-functional. Wooden strucutre has deteriorated, so the flow goes under most of the structure. | | |
| **WSDOT North Central Region** | | | | | | | | | | | | |
| US 97 | 158.32 | Iron Cr | Swauk Cr | 39.1209 | 67 | 4-Oct-04 | | BC | MNR | An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | | |
| SR 28 | 22.72 | Lynch Coulee | Columbia R | 41 | 0 | 23-Jan-04 | Discontinued | BC | MNR | Baffles are deteriorated or missing. An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | | |
| **WSDOT Olympic Region** | | | | | | | | | | | | |
| SR 308 | 1.15 | Big Scandia Cr | Liberty Bay | 15.0280 | 67 | 17-Nov-04 | Discontinued | BC, SBC | MNR | Replace damaged baffles. Engineering design is needed. | | |
| SR 3 | 40.96 | Chico Cr | Dyes Inlet | 15.0229 | 67 | 17-Nov-04 | Discontinued | BC | MNR | Install two additional baffles at the head end of the culvert to eliminate sheet flow. Current depth is app. 0.3'. Chum salmon are now having great difficulty negotiating this section of the culvert. | | |

Appendix II. WSDOT Fishwyays Needing Repair or Maintenance to Address Fish Passage.

| Road | Mile Post | Stream | Tributary to | WRIA | % Fish Pass | Last Inspection Date | Inspection Frequency | Fishway Type | Fishway Condition | Recommended Maintenance/ Repair | Funding | Project Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US 101 | 346.95 | Coffee Cr | Goldsborough Cr | 14.0036 | 67 | 28-Apr-04 | Discontinued | SBC | MNR | No immediate maintenance is requred. During this review, however, a velocity problem was identified in the middle culvert, and there are indicators of the same problem in the other two culverts, also. Correction of the problem will require replacement. | | |
| SR 112 | 48.49 | Field Cr | Strait of Juan de Fuca | 19.0026 | 67 | 9-Dec-03 | Discontinued | SBC | MNR | The drop at the downstream log control exceeds WDFW fish passage criteria. The problem migth be correctable without replacement; new culvert was installed in 2001. | | |
| US 101 | 146.85 | Harlow Cr | Queets R | 21.0134 | 67 | 29-Sep-05 | Discontinued | BC, SBC | MNR | Replace the lost apron baffle section on the left bank side of the apron and trim the dislodged fabric at the upstream log control at the streambed level. | DI | CS |
| US 101 | 238.35 | Indian Cr | Elwah R | 18.0283 | 67 | 3-Nov-04 | Discontinued | BC | MNR | The drop over the entrance weir exceeds WDFW fish passage criteria. Suggested notching the baffle (requiring concrete cutting) to facilitate fish passage. | | |
| US 101 | 267.18 | Johnson Cr | Port Williams | 17.0301 | 67 | 3-Nov-04 | Discontinued | BC, SBC | MNR | An engineering plan is required to address the existing 0.41 mter drop over the exposed/bedrock control. If the control fails, the upstream log controls will fail as well. | DI | CU |
| SR 167 NB on ext 8 | 0.16 | Jovita Cr | Milwaukee Canal | 10.0033 | 67 | 9-Mar-04 | Discontinued | BC | MNR | Drops over log controls exceed WDFW fish passage criteria. Fishway requires engineering review to determine if replacement is an option. | | |
| US 101 | 250.5 | Lees Cr | Strait of Juan de Fuca | 18.0232 | 0 | 28-Apr-04 | Discontinued | BC, PC | MNR | The culvert is a total barrier due to slope and velocity and will need to be replaced. | DI | SC |
| SR 302 | 11.36 | Little Minter Cr | Minter Cr | 15.0051 | 67 | 17-Nov-04 | Discontinued | BC, SBC | MNR | The addition of an upstream culvert baffle is needed to eliminate sheet flow. The outfall drop exceeds WDFW fish passage criteria. Rock controls need to be replaced. | | |
| SR 302 | 11.42 | Little Minter Cr | Minter Cr | 15.0051 | 67 | 17-Nov-04 | Discontinued | BC, SBC | MNR | Re-space the culvert baffles and add one to eliminate a sheet flow problem below the first interior baffle. Correct the leakage (read erosion) around the ends of the downstream plank controls. | | |
| US 101 | 260.95 | Matriotti Cr | Dungeness R | 18.0021 | 67 | 3-Nov-04 | Discontinued | SBC | MNR | All the downstream log controls have failed. Engineering required to determine correction option. | | |
| SR 302 ROW | 16.09 | Purdy Cr | Burley Lagoon | 15.0060 | 67 | 22-Sep-05 | Annual | BC, SBC | MNR | Provide permanent, stable backwatering of the culvert by adding downstream controls or repairing the damaged apron and replace the missing baffle. | | |
| US 101 | 197.1 | Swanson Cr | Soleduck R | 20.0312 | 67 | 19-Nov-04 | Discontinued | BC, SBC | MNR | Baffle divider wall needs to be sealed to insure proper flow to the fishway. | | |
| SR 109 | 36.43 | Unnamed | Pacific Ocean | 21.0715 | 67 | 12-Oct-04 | Discontinued | WP | MNR | Short term - remove debris. Long term - Replace blown out streambed control, and replace or baffle culvert to eliminate velocity problem at the upper end. | DI | CU |
| SR 16 | 20.36 | Unnamed | Burley Cr | 15 | 33 | 12-Dec-03 | Discontinued | BC | MNR | An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | | |
| US 101 | 111.9 | Unnamed | Stevens Cr | 22 | 67 | 29-Apr-04 | Discontinued | BC | MNR | Most baffles are missing. An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | OT | CU |

Appendix II. WSDOT Fishways Needing Repair or Maintenance to Address Fish Passage.

| Road | Mile Post | Stream | Tributary to | WRIA | % Fish Pass | Last Inspection Date | Inspection Frequency | Fishway Type | Fishway Condition | Recommended Maintenance/ Repair | Funding | Project Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SR 16 | 20.44 | Unnamed | Burley Cr | 15 | 33 | 12-Dec-03 | Discontinued | BC | MNR | An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | | |
| SR 3 | 41.52 | Unnamed | Dyes Inlet | 15.0241 | 0 | 15-Jul-04 | Discontinued | SBC | MNR | Damaged downstream control; outfall drop at the culvert exceeds WDFW fish passage criteria. An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | | |
| SR 3 | 41.81 | Unnamed | Dyes Inlet | 15 | 0 | 20-Jul-04 | Discontinued | SBC | MNR | Damaged downstream control; outfall drop at the culvert exceeds WDFW fish passage criteria. An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | | |
| SR 3 | 42.21 | Unnamed | Dyes Inlet | 15.0243 | 0 | 20-Jul-04 | Discontinued | SBC | MNR | The drops at the downstream controls exceed WDFW fish passage criteria. An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | | |
| SR3 | 47.72 | Unnamed | Clear Cr | 15.0254 | 67 | 8-Aug-04 | Discontinued | BC | MNR | The drop at the downstream control exceeds WDFW fish passage. An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | | |
| SR 112 | 49.48 | Whiskey Cr | Strait of Juan de Fuca | 19.0020 | 33 | 27-Jan-04 | Discontinued | BC | MNR | An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | TP | CU |
| **WSDOT Southwest Region** | | | | | | | | | | | | |
| SR 142 | 20.2 | Bowman Cr | L Klickitat R | 30.0068 | 33 | 6-Jun-01 | Discontinued | BC, SBC | MNR | The baffles have deteriorated and are not functioning properly. An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | | |
| Nevala Rd (SR 503 ROW) | | Ross Cr | NF Lewis R | 27.0305 | 33 | 8-Apr-04 | Discontinued | BC | MNR | This fishway needs to be replaced. The culvert is undersized and improperly aligned. The baffles have deteriorated and no longer function. The steel plate at the outlet creates an excessive drop. | | |
| SR 503 | 33.28 | Unnamed | Brooks Cr | 27.0432 | 33 | 15-Dec-03 | Discontinued | BC | MNR | The drop at the downstream end of the culvert exceeds WDFW fish passage criteria. An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | | |
| SR 503 | 49.03 | Kenyon Cr | NF Lewis R | 27.0320 | 100 | 23-Sep-05 | Annual | BC; WP | MNFP | An eight step concrete weir-pool fishway with wooden weirs at the outlet of a concrete box culvert. The culvert is equipped with 12 bent steel baffles, placed vertical to flow and tapered to one end for low flow. A small beaver dam (12" to 18" high) needs to be removed from the inlet end of the culvert. | | |
| SR 503 | 52.1 | Robinson Cr | Lewis R | 27.0300 | 100 | 23-Sep-05 | Annual | BC; WP | MNFP | Replace the stop-logs in the middle weir of the pool-chute portion with stop-logs that better fit the slot, about 3" thick. The current 2X12 boards are not holding in place. | | |
| **WSDOT South Central Region** | | | | | | | | | | | | |
| US 97 | 37.14 | Highbridge Springs | Satus Cr | 37 | 0 | 21-Jan-04 | Discontinued | BC, SBC | MNR | Excessive drops and low pool volume. An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | | |

Appendix II. WSDOT Fishways Needing Repair or Maintenance to Address Fish Passage.

| Road | Mile Post | Stream | Tributary to | WRIA | % Fish Pass | Last Inspection Date | Inspection Frequency | Fishway Type | Fishway Condition | Recommended Maintenance/ Repair | Funding | Project Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SR 410 | 82.8 | Wash Cr | American R | 38 | 67 | 7-Jun-04 | Discontinued | BC, SBC | MNR | Inappropriately spaced log controls with excessive drops. An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | | |
| **WSDOT Eastern Region** | | | | | | | | | | | | |
| US 2 | 304.4 | Deer Cr | Little Spokane R | 55.0380 | 33 | 22-Jan-04 | Discontinued | BC, SBC | MNR | An outfall drop at the apron exceeds WDFW fish passage criteria. An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | | |
| SR 20 | 389.5 | Renshaw Cr | Pend Oreille R | 62.0310 | 0 | 22-Jan-04 | Discontinued | SBC | MNR | An engineering review is needed to determine correction option, e.g., new fishway or culvert replacement. | | |

**Fishway Type:**
**BF -** baffled flume
**BC -** baffled culvert
**SBC -** streambed control
**WP -** weir pool
**PC -** pool-chute

**Condition:**
**MNR -** requires replacement
**MNFP -** requires maintenance for fish passage

**Project Status:**
**SC -** fish passage project scheduled
**CS -** fish passage project completed successfully
**CS -** fish passage project completed not completed successfully

**Funding Type:**
**TP -** safety and mobility or other road improvement projects
**DI -** projects within the WSDOT Environmental Retrofit Program
**OT -** other sources of funding supplementing or supplemented by WSDOT, such as counties, cities, or tribal entities.