Appendix III. WSDOT Dedicated Funding Project Scoping Progress Report

| PI | RoadName | MilePost | SiteID | WRIA | Stream/Tributary | Biological Scoping Status | Engineering Scoping Status | Design Option 1 | Cost Estimate (Option 1) | Design Option 2 | Cost Estimate (Option 2) | Date On Site Meeting | WSDOT Approved (yes/no) | Project Scoping Status | Repair Year | Survey Type | Rearing Area (m²) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **WSDOT Northwest Region** | | | | | | | | | | | | | | | | | |
| 28.66 | I-5 | 256.28 | 990022 | 01.0553 | Baker Cr to Squalicum Cr | Done | Done | Replacement | $1,500,000 | | | | | Const/T6 | 2010 | FS | 29,032 |
| 25.69 | I-5 NB on ramp | 256.00 | 992003 | 01.0553 | Baker Cr to Squalicum Cr | Done | Done | Replacement | | | | | | Const/T6 | 2010 | FS | 11,892 |
| 24.61 | SR 509 | 20.35 | 990115 | 09.0377 | Des Moines Cr to Puget Sound | Done | Done | Bridge | $3,400,000 | | | | | Const/Oth | 2006 | FS | 10,231 |
| 9.74 | SR 530 | 42.99 | 990151 | 05 | Fortson Cr to NF Stillaguamish R | Pending | Pending | | | | | | | Scope/PS | | FS | 368 |
| 16.63 | SR 542 | 32.00 | 990187 | 01.0463 | Hedrick Cr to Nooksack R | Done | Done | Bridge | $2,700,000 | | | | | Const/T6 | 2014 | FS | 576 |
| 31.43 | SR 548 | 4.67 | 990429 | 01.0089 | Terrell Cr to Birch Bay | Pending | Done | Retrofit | $50,000 | | | | | Scope | | FS | 52,518 |
| 31.55 | SR 532 | 9.75 | 990624 | 05.0065 | Unnamed to Pilchuck Cr | Done | Done | Retrofit | $143,000 | | | | | Const/T6 | 2008 | FS | 8,657 |
| | SR 530 | 26.70 | 990631 | 05.0147 | Unnamed to Trafton Cr | Pending | | | | | | | | Scope/PS | | TD | |
| 14.38 | SR 530 | 31.01 | 990644 | 05 | Unnamed to NF Stillaguamish R | Pending | Pending | | | | | | | Scope | | ETD | 285 |
| | SR 522 | 6.63 | 990655 | 08.0056 | Unnamed to Lk Washington | Pending | Pending | | | | | | | Scope | | TD | |
| 58.09 | I-5 | 255.15 | 991036 | 01.0552 | Squalicum Cr to Bellingham Bay | Pending | | | | | | | | Scope | | FS | 96,607 |
| | SR 531 | 8.71 | 991059 | 07.0060 | Unnamed to MF Quilceda Cr | Pending | | | | | | | | Scope | | | |
| | SR 20 | 112.90 | 991131 | 04 | Unnamed to Skagit R | Pending | | | | | | | | Scope | | TD | |
| 18.60 | SR 530 | 24.65 | 991159 | 05.0137 | Unnamed to Stillaguamish R | Done | Pending | Bridge | $3,415,060 | Fishway | $1,742,000 | | | Const/T6 | 2012 | FS | 7,332 |
| | SR 527 | 0.58 | 991187 | 08 | Unnamed to Sammamish R | Pending | Pending | | | | | | | Scope/PS | | TD | |
| | SR 9 | 66.85 | 991447 | 03 | Unnamed to Samish R | Pending | | | | | | | | Scope | | TD | |
| | SR 9 | 67.33 | 991448 | 03.0078 | Unnamed to Samish R | Pending | | | | | | | | Scope | | TD | |
| 21.37 | SR 542 | 24.90 | 991621 | 01.0407 | High Cr to Kendall Cr | Done | Done | Retrofit | $222,000 | | | | | Const/T6 | 2006 | FS | 10,279 |
| 13.41 | SR 542 | 2.40 | 991803 | 01.0560 | Toad Lk Cr to Squalicum Cr | Done | Done | Replacement | $345,000 | | | | | Const/T6 | 2006 | FS | 3,204 |
| | SR 900 | 15.86 | 991842 | 08.0291A | Green Cr to May Cr | Pending | Pending | | | | | | | Scope/PS | | TD | |
| 30.43 | I-90 | 13.83 | 992798 | 08.0162 | Lewis Cr to Lk Sammamish | Done | Done | Retrofit | $3,500,000 | | | | | Const/T6 | 2014 | FS | 6,663 |
| 58.42 | I-5 | 182.73 | 993090 | 08.0059 | Swamp Cr to Sammamish R | Done | Done | Retrofit | $800,000 | | | | | Const/T6 | 2008 | FS | 55,006 |
| 13.80 | SR 524 | 6.95 | 993100 | 08 | Martha Cr to Swamp Cr | Done | Done | Replacement | $250,000 | | | | | Const/T6 | 2014 | FS | 1,403 |
| | US 2 | 45.47 | 995000 | 07.1298 | Unnamed to SF Skykomish R | Pending | | | | | | | | Scope/PS | | TD | |
| | US 2 | 49.87 | 995021 | 07 | Unnamed to Cedar R | Pending | | | | | | | | Scope | | | |
| | SR 169 ROW | 18.06 | 996514 | 08 | Unnamed to Sammamish R | Pending | Pending | | | | | | | Scope | 2012 | TD | |
| | SR 908 | 5.69 | 996887 | 08.0104 | | Pending | Pending | | | | | | | Scope | | TD | |
| | SR 542 | 6.55 | 01.0228 4.80 | 01.0228 | Anderson Cr to Nooksack R | Pending | Done | Bridge | $3,302,000 | | | | | Scope/PS | | LME | |

1

May 2006

Appendix III. WSDOT Dedicated Funding Project Scoping Progress Report

| PI | RoadName | MilePost | SiteID | WRIA | Stream/ Tributary | Biological Scoping Status | Engineering Scoping Status | Design Option 1 | Cost Estimate (Option 1) | Design Option 2 | Cost Estimate (Option 2) | Date On Site Meeting | WSDOT Approved (yes/ no) | Project Scoping Status | Repair Year | Survey Type | Rearing Area (m²) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | I-5 | 219.41 | 03.0181 0.50 | 03.0181 | Fisher Cr to Carpenter Cr | Pending | Pending |  |  |  |  |  |  | Scope/PS |  | LME |  |
| 24.76 | SR 92 | 1.93 | 07.0148 1.30 | 07.0148 | Catherine Cr to Stevens Cr | Done | Done | Retrofit | $208,000 |  |  |  |  | Const/T6 | 2005 | FS | 99,551 |
|  | US 2 | 23.08 | 07.0939 0.40 | 07.0939 | Wagley's Cr to Skykomish R | Pending | Pending |  |  |  |  |  |  | Scope/PS |  | LME |  |
| 61.62 | I-405 | 29.75 | 08.0059 7.00 | 08.0059 | Swamp Cr to Sammamish R | Done | Done | Retrofit | $266,000 |  |  |  |  | Const/T6 | 2007 | FS | 74,398 |
| 0.00 | I-90 | 18.83 | 08.0183 1.60 | 08.0183 | EF Issaquah Cr to Issaquah Cr | Done | Done | Replacement | $919,100 | Retrofit | $205,703 |  |  | Scope |  | LME |  |
| 32.09 | SR 96 | 0.47 | 102 N183 | 08.0070 | North Cr to Sammamish R | Pending | Pending |  |  |  |  |  |  | Scope |  | FS | 4,502 |
| 21.31 | SR 99 | 54.23 | 102 N192 | 08.0070 | North Cr to Sammamish R | Pending | Pending |  |  |  |  |  |  | Scope |  | FS | 2,313 |
|  | SR 20 | 105.42 | CD18 | 04.1407 | Backus Cr to Skagit R | Pending |  |  |  |  |  |  |  | Scope |  | TD |  |
|  | SR 20 | 116.25 | DM7 | 04 | Unnamed to Skagit R | Pending |  |  |  |  |  |  |  | Scope |  | TD |  |
| 20.58 | I-5 | 245.76 | FR75 | 03.0042 | Unnamed to Lake Cr | Pending | Pending |  |  |  |  |  |  | Scope |  | FS | 3,987 |
| **WSDOT North Central Region** | | | | | | | | | | | | | | | | | |
| 43.61 | SR 20 | 205.84 | 980114 | 48.0307 | Beaver Cr to Methow R | Done | Done | Replacement | $822,000 |  |  |  |  | Const/T6 | 2006 | FS | 105,061 |
| 19.05 | SR 20 | 206.85 | 980124 | 48.0309 | Frazer Cr to Beaver Cr | Done | Done | Replacement |  |  |  |  |  | Const/T6 | 2006 | FS | 11,267 |
| 19.09 | US 2 | 70.21 | 990282 | 45.0956 | Mill Cr to Nason Cr | Done | Done | Replacement | $1,065,000 |  |  |  |  | Const/T6 | 2006 | FS | 29,203 |
|  | US 97 | 235.30 | 997566 | 47 | Beebe Cr to Columbia R | Pending |  |  |  |  |  |  |  | Scope |  |  |  |
| **WSDOT Olympic Region** | | | | | | | | | | | | | | | | | |
|  | SR 106 | 6.85 | 990008 | 14 | Big Bend Cr to Hood Canal | Pending |  |  |  |  |  |  |  | Scope |  | TD |  |
|  | SR 16 | 28.10 | 990017 | 15.0211 | Anderson Cr to Sinclair Inlet |  |  |  |  |  |  |  |  | Scope |  | TD |  |
| 30.70 | US 101 | 102.14 | 990032 | 22.0059 | Unnamed to SB Big Cr | Done | Done | Replacement | $249,000 |  |  |  |  | Scope |  | FS | 19,327 |
|  | US 101 | 164.86 | 990069 | 20.0570 | Cedar Cr to Pacific Ocean | Pending | Pending |  |  |  |  |  |  | Scope/PS |  | TD |  |
| 30.90 | US 101 | 271.98 | 990075 | 17.0278 | Chicken Coop Cr to Sequim Bay | Done | Done | Replacement | $764,000 |  |  |  |  | Const/T6 | 2008 | FS | 5,607 |
| 15.67 | US 101 | 277.90 | 990090 | 17.0270 | Contractors Cr to Discovery Bay | Pending | Pending |  |  |  |  |  |  | Scope |  | FS | 3,597 |
|  | SR 112 | 57.61 | 990092 | 19.0001 | Coville Cr to Strait of Juan de Fuca | Pending |  |  |  |  |  |  |  | Scope |  | TD |  |
| 27.97 | SR 307 | 0.49 | 990123 | 15.0285 | Dogfish Cr to Liberty Bay | Done | Done | Replacement | $292,984 |  |  |  |  | Scope |  | FS | 6,798 |
|  | US 101 | 244.00 | 990128 | 18.0265 | Dry Cr to Strait of Juan de Fuca | Pending |  |  |  |  |  |  |  | Scope |  | TD |  |
| 52.71 | SR 8 | 6.30 | 990133 | 22.0503A | EF Wildcat Cr to Wildcat Cr | Done | Done | Retrofit | $90,000 |  |  |  |  | Scope |  | FS | 70,277 |
|  | SR 109 | 28.10 | 990138 | 21.0761 | Elk Cr to Pacific Ocean | Pending |  |  |  |  |  |  |  | Scope |  | TD |  |
|  | SR 112 | 48.49 | 990144 | 19.0026 | Field Cr to Strait of Juan de Fuca | Pending |  | Retrofit |  |  |  |  |  | Scope | 2001 | TD |  |
|  | US 101 | 147.49 | 990148 | 21.0018 | Fisher Cr to Queets R | Pending |  |  |  |  |  |  |  | Scope |  | TD |  |

2

May 2006

Appendix III. WSDOT Dedicated Funding Project Scoping Progress Report

| PI | RoadName | MilePost | SiteID | WRIA | Stream/Tributary | Biological Scoping Status | Engineering Scoping Status | Design Option 1 | Cost Estimate (Option 1) | Design Option 2 | Cost Estimate (Option 2) | Date On Site Meeting | WSDOT Approved (yes/no) | Project Scoping Status | Repair Year | Survey Type | Rearing Area (m²) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25.68 | US 101 | 146.85 | 990178 | 21.0134 | Harlow Cr to Queets R | Done | Done | Bridge | $9,394,000 | | | | | Scope | | FS | 16,925 |
| 28.26 | I-5 | 105.85 | 990199 | 13.0026 | Indian Cr to Moxlie Cr | Done | Done | Replacement | $1,100,000 | | | | | Const/T6 | 2014 | FS | 18,204 |
| 20.74 | SR 112 | 33.21 | 990214 | 19.0109 | Joe Cr to Strait of Juan de Fuca | Done | Done | Replacement/ SS | $822,630 | | | | | Const/Yes | | FS | 9,506 |
| 28.17 | US 101 | 267.18 | 990219 | 17.0301 | Johnson Cr to Port Williams | Done | Done | Fishway | $71,803 | | | | | Scope | 1995 | FS | 4,180 |
| | SR 308 | 0.94 | 990235 | 15.0280 | Big Scandia Cr to Puget Sound | Pending | | | | | | | | Scope | | TD | |
| 21.14 | US 101 | 250.50 | 990240 | 18.0232 | Lees Cr to Strait of Juan de Fuca | Done | Done | Replacement | $1,200,000 | | | | | Const/T6 | 2008 | FS | 14,173 |
| | US 101 | 292.52 | 990241 | 17.0077 | Leland Cr to Little Quilcene R | Pending | | | | | | | | Scope | | TD | |
| | US 101 | 184.66 | 990269 | 20.0247 | May Cr to Bogachiel R | Pending | | | | | | | | Scope | | TD | |
| | US 101 | 123.05 | 990276 | 21 | Unnamed to McCalla Cr | Pending | | | | | | | | Scope | | TD | |
| | SR 7 | 41.17 | 990297 | 11.0018 | Muck Cr to Nisqually R | Pending | | | | | | | | Scope | 2006 | TD | |
| 20.43 | SR 112 | 47.10 | 990304 | 19.0032 | Nelson Cr to Lyre R | Done | Done | Replacement/ SS | $670,000 | | | | | Const/Yes | | ETD | 2,334 |
| | SR 160 | 2.29 | 990366 | 15.0188 | Salmonberry Cr to Long Lk | Pending | | | | | | | | Scope | TP2009? | TD | |
| 13.37 | SR 3 | 58.49 | 990395 | 15.0364 | Spring Cr to Hood Canal | Done | Done | Retrofit | $793,000 | | | | | Const/T6 | 2014 | FS | 1,578 |
| | I-5 | 110.14 | 990487 | 13.0006 | Woodland Cr to Puget Sound | Pending | | | | | | | | Scope | | TD | |
| 16.28 | US 101 | 209.32 | 990554 | 20.0336 | Wisen Cr to Sol Duc R | Pending | Pending | | | | | | | Scope | | FS | 6,036 |
| 15.51 | SR 3 | 44.60 | 990708 | 15.0247 | Unnamed to Strawberry Cr | Pending | | | | | | | | Scope | | FS | 469 |
| 24.15 | SR 305 | 9.60 | 990709 | 15.0291 | Unnamed to Liberty Bay | Done | Done | Retrofit | $875,000 | | | | | Const/T6 | 2010 | FS | 7,364 |
| 14.11 | SR 19 | 4.30 | 990711 | 17.0205A | Swansonville Cr | Done | Done | Replacement/ SS | $253,801 | | | | | Const/T6 | 2014 | FS | 1,986 |
| 19.01 | SR 112 | 54.35 | 990713 | 19.0014 | Bear Cr to Salt Cr | Done | Done | Replacement | $505,000 | | | | | Const/T6 | 2006 | FS | 6,694 |
| 28.00 | SR 112 | 24.91 | 990714 | 19.0113K | Unnamed to Pysht R | Done | Done | Replacement | $462,000 | | | | | Const/T6 | 2006 | FS | 3,574 |
| 24.82 | US 101 | 172.57 | 990720 | 20.0439 | Pins Cr to Hoh R | Pending | Pending | | | | | | | Scope | | FS | 37,816 |
| 23.63 | US 101 | 100.90 | 990729 | 22 | Unnamed to SB Big Cr trib | Pending | Pending | | | | | | | Scope | | FS | 2,895 |
| 19.44 | US 101 | 111.34 | 990731 | 22.0064A | Unnamed to Stevens Cr | Done | Done | Replacement/ SS | $418,675 | Retrofit | $148,533 | | | Const/T6 | 2014 | FS | 3,052 |
| 20.63 | SR 8 | 9.10 | 990773 | 22 | Unnamed to Mox Chehalis Cr | Done | Done | Grade Controls | $64,000 | | | | | Scope | | FS | 2,311 |
| 11.24 | US 101 | 307.00 | 990899 | 16 | Unnamed to Hood Canal | Pending | | | | | | | | Scope | | FS | 1,207 |
| 14.20 | SR 112 | 29.66 | 990941 | 19 | Unnamed to Butler Cr | Done | Done | Replacement & LC | | | | | | Const/T6 | 2010 | FS | 1,739 |
| | SR 121 | 4.04 | 990962 | 23.0684 | Blooms Ditch to Black R | Pending | | | | | | | | Scope | | TD | |
| | SR 308 | 2.16 | 991000 | 15.0278 | Unnamed to Puget Sound | Pending | | | | | | | | Scope | | TD | |
| 15.50 | SR 106 | 2.95 | 991244 | 16.0002 | Unnamed to Skokomish R | Done | Done | Replacement | $312,000 | | | | | Const/T6 | 2008 | FS | 678 |

3

May 2006

Appendix III. WSDOT Dedicated Funding Project Scoping Progress Report

| PI | RoadName | MilePost | SiteID | WRIA | Stream/Tributary | Biological Scoping Status | Engineering Scoping Status | Design Option 1 | Cost Estimate (Option 1) | Design Option 2 | Cost Estimate (Option 2) | Date On Site Meeting | WSDOT Approved (yes/no) | Project Scoping Status | Repair Year | Survey Type | Rearing Area (m²) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16.02 | SR 112 | 29.71 | 991258 | 19.0112 | Butler Cr to Butler Cove | Done | Done | Replacement & LC | $850,000 | | | | | Const/T6 | 2010 | FS | 2,824 |
| 12.18 | SR 109 | 36.43 | 991270 | 21.0715 | Unnamed to Pacific Ocean | Done | Done | Fishway Tune up | $110,000 | | | | | Const/T6 | 2008 | FS | 3,593 |
| 17.18 | SR 109 | 33.10 | 991272 | 21.0728 | Unnamed to Pacific Ocean | Done | Done | Replacement | $450,000 | | | | | Const/T6 | 2014 | FS | 4,665 |
| | US 12 | 33.42 | 991538 | 23.0619 | Unnamed to Chehalis R | Pending | | | | | | | | Scope | | TD | |
| | US 12 | 28.60 | 991540 | 23 | Unnamed to Chehalis R | Pending | | | | | | | | Scope | | TD | |
| 19.81 | US 12 | 28.17 | 991541 | 23 | Unnamed to Chehalis R | Pending | Done | Replacement | $831,336 | | | | | Scope | | FS | 963 |
| | SR 160 | 4.50 | 991567 | 15.0186 | Unnamed to Curley Cr | Pending | | | | | | | | Scope | | TD | |
| 16.41 | SR 307 | 1.45 | 991572 | 15 | Unnamed to Unnamed | Done | Done | Replacement | $684,215 | | | | | Scope | | ETD | 1,406 |
| | US 101 | 178.30 | 991589 | 20 | Unnamed to Hell Roaring Cr | Pending | | | | | | | | Scope | | TD | |
| | US 101 | 179.13 | 991591 | 20 | Unnamed to Hell Roaring Cr | Pending | | | | | | | | Scope | | TD | |
| 13.63 | SR 112 | 52.90 | 991660 | 19.0011 | Nordstrom Cr to Salt Cr | Pending | Pending | | | | | | | Scope | | FS | 5,648 |
| | US 101 | 268.54 | 991667 | 17.0300 | Unnamed to Sequim Bay | Pending | | | | | | | | Scope | | TD | |
| 15.19 | SR 112 | 56.50 | 991686 | 19.0003 | Unnamed to Coville Cr | Done | Done | Replacement/SS | $1,454,000 | Retrofit | $101,000 | | | Scope | | ETD | 2,907 |
| 20.62 | SR 112 | 25.60 | 991730 | 19 | Unnamed to Pysht R | Done | Done | Replacement/NS | $238,549 | | | | | Scope | | FS | 3,998 |
| 17.21 | SR 305 | 9.88 | 991742 | 15.0290 | Bjorgen Cr to Liberty Bay | Done | Done | Retrofit | $1,378,000 | | | | | Const/T6 | 2008 | FS | 1,793 |
| | US 101 | 215.39 | 991745 | 20 | Heckel Cr to Sol Duc R | Pending | | | | | | | | Scope | | TD | |
| 20.36 | US 101 | 76.48 | 991908 | 24.0137 | Mosquito Cr to North R | Done | Done | Replacement | $300,000 | | | | | Const/T6 | 2008 | FS | 5,820 |
| 21.29 | SR 16 | 14.63 | 991939 | 15 | Unnamed to McCormick Cr | Done | Done | Replacement | $1,669,309 | Trenchless | $2,693,460 | | | Const/T6 | 2012 | FS | 1,958 |
| 21.42 | SR 16 | 14.86 | 991941 | 15.0065 | McCormick Cr to Henderson Bay | Done | Done | Replacement | $1,381,041 | | | | | Const/T6 | 2012 | FS | 3,305 |
| 24.47 | SR 16 | 15.02 | 991942 | 15.0066 | Unnamed to McCormick Cr | Done | Done | Replacement | $811,742 | Trenchless | $2,204,664 | | | Const/T6 | 2012 | FS | 5,252 |
| 34.69 | SR 16 Off Ext 15 EB | 15.21 | 991944 | 15.0065 | McCormick Cr to Henderson Bay | Done | Done | Replacement | $690,950 | Retrofit | $144,896 | | | Const/T6 | 2012 | FS | 9,074 |
| 29.48 | SR 305 | 7.28 | 991958 | 15.0296 | Klebeal Cr to Agate Passage | Done | Done | Replacement/SS | $944,840 | | | | | Const/T6 | 2010 | FS | 8,345 |
| | SR 307 | 1.34 | 991999 | 15.0286 | Unnamed to Dogfish Cr | Pending | | | | | | | | Scope | | FS | 3,834 |
| 12.89 | SR 104 | 12.70 | 992196 | 17.0185 | Unnamed to Squamish Harbor | Done | Done | Replacement | $321,000 | | | | | Const/T6 | 2014 | FS | 2,276 |
| | SR 104 | 22.47 | 992205 | 15.0299 | Growers Cr to Miller Bay | Pending | | | | | | | | Scope | | TD | |
| 17.22 | SR 104 | 22.95 | 992207 | 15.0309 | Unnamed to Appletree Cove | Pending | | | | | | | | Scope | | ETD | 3,461 |
| 17.20 | US 101 | 68.99 | 992493 | 24.0106 | Unnamed to Lower Salmon Cr | Done | Done | Replacement | $300,000 | | | | | Const/T6 | 2009 | FS | 7,163 |
| 24.98 | US 101 | 71.02 | 992510 | 24.0129 | Joe Cr to North R | Done | Done | Replacement | $1,055,000 | | | | | Const/T6 | 2010 | FS | 16,917 |
| 20.63 | US 101 | 90.73 | 993679 | 22 | Unnamed to Hoquaim R | Done | Done | Replacement | $473,000 | | | | | Const/Yes | | FS | 4,450 |

4

May 2006

Appendix III. WSDOT Dedicated Funding Project Scoping Progress Report

| PI | RoadName | MilePost | SiteID | WRIA | Stream/Tributary | Biological Scoping Status | Engineering Scoping Status | Design Option 1 | Cost Estimate (Option 1) | Design Option 2 | Cost Estimate (Option 2) | Date On Site Meeting | WSDOT Approved (yes/no) | Project Scoping Status | Repair Year | Survey Type | Rearing Area (m²) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SR 303 on-ramp | 0.05 | 994086 | 15.0256C | Hoot Cr to Barker Cr | Pending | | | | | | | | Scope | | TD | |
| 26.26 | SR 305 | 0.38 | 994320 | 15.0324 | Unnamed to Eagle Harbor | Pending | Done | Replacement & LC | $3,415,060 | Retrofit | $197,496.00 | | | Scope | | FS | 9,715 |
| 29.44 | SR 305 | 2.44 | 994325 | 15.0321 | Unnamed to Murden Cove | Pending | Done | Replacement | $859,752 | | | | | Scope | | FS | 3,715 |
| 23.83 | US 101 | 303.01 | 994484 | 17.0001 | Marple Cr to Jackson Cove | Done | Done | Replacement/SS | $2,319,000 | | | | | Scope | | FS | 6,506 |
| 19.53 | US 12 | 9.04 | 994791 | 22 | Unnamed to Wynoochee R | Done | Done | Replacement | $566,129 | | | | | Scope | | FS | 9,326 |
| 19.07 | US 12 | 26.87 | 994799 | 22.0542 | Unnamed to Chehalis R | Done | Done | Replacement | $1,164,534 | | | | | Scope | | FS | 3,548 |
| | US 116 | 1.64 | 995521 | 17 | Unnamed to Port Townsend Bay | Pending | | | | | | | | Scope | | TD | |
| | SR 20 | 0.65 | 995743 | 17.0218 | Unnamed to Discovery Bay | Pending | | | | | | | | Scope | | TD | |
| | SR 20 | 3.67 | 995753 | 17 | Unnamed to Discovery Bay | Pending | | | | | | | | Scope | | TD | |
| | SR 20 | 3.67 | 995753 | 17 | Unnamed to Discovery Bay | Pending | | | | | | | | Scope | | TD | |
| | SR 507 | 30.61 | 995893 | 11 | Unnamed to Nisqually R | Pending | | | | | | | | Scope | | TD | |
| | SR 3 | 38.41 | 996508 | 15.0226 | Unnamed to Puget Sound | Pending | | | | | | | | Scope | | TD | |
| | SR 112 | 17.14 | 996684 | 19 | Unnamed to Clallam Bay | Pending | | | | | | | | Scope/PS | | TD | |
| | SR16 | 28.10 | 996753 | 15.0211 | Anderson Cr to Sinclair Inlet | | | | | | | | | Scope | | TD | |
| 8.43 | SR 3 SB Off Ramp | 0.27 | 996794 | 15.0240 | Unnamed to Chico Cr | Pending | | | | | | | | Scope | | FS | 638 |
| | SR 3 | 49.48 | 996804 | 15.0280 | Big Scandia to Liberty Bay | Pending | | | | | | | | Scope | | TD | |
| | US 101 | 202.71 | 997107 | 20 | Unnamed to Sol Duc R | Pending | | | | | | | | Scope | | TD | |
| 19.70 | SR 108 | 9.47 | 997225 | 14.0022 | Skookum Valley Cr to Skookum Cr | Pending | | | | | | | | Scope | | FS | 4,416 |
| | SR 109 | 24.56 | 997363 | 21 | Unnamed to Boone Cr | Pending | | | | | | | | Scope | | TD | |
| 12.59 | SR 3 | 7.16 | 997365 | 14.0050 | Unnamed to Oakland Bay | Pending | | | | | | | | Scope | | FS | 1,351 |
| | SR 109 | 33.87 | 997787 | 21.0727 | Unnamed to Pacific Ocean | Pending | | | | | | | | Scope | | TD | |
| 23.48 | SR 162 | 11.04 | 105 R021121a | 10 | Card Cr to Carbon R | Pending | Pending | | | | | | | Scope | | FS | 6,148 |
| 22.40 | SR 167 NB on ext 8 | 0.16 | 105 R050320a | 10.0033 | Jovita Cr to Milwaukee Canal | Pending | | | | | | | | Scope | | FS | 20,394 |
| | US 101 | 346.95 | 115 MC093 | 14.0036 | Coffee Cr to Goldsborough Cr | | | | | | | | | Scope | | TD | |
| | US 101 | 355.58 | 115 MC144 | 14 | Unnamed to Totten Inlet | Pending | | | | | | | | Scope | | TD | |
| | US 101 | 348.21 | 115 MC180 | 14 | Unnamed to Mill Cr | Pending | | | | | | | | Scope | | TD | |
| | SR 106 | 14.72 | 115 MC190 | 14 | Mulberg Cr to Hood Canal | Pending | | | | | | | | Scope | | TD | |
| | SR 106 | 19.57 | 115 MC218 | 14.0124 | Unnamed to Hood Canal | Pending | | | | | | | | Scope | | TD | |
| | SR 302 | 11.42 | 15.0051  0.20 | 15.0051 | Little Minter Cr to Minter Cr | Pending | | | | | | | | Scope/PS | | LME | |

5

May 2006

Appendix III. WSDOT Dedicated Funding Project Scoping Progress Report

| PI | RoadName | MilePost | SiteID | | WRIA | Stream/Tributary | Biological Scoping Status | Engineering Scoping Status | Design Option 1 | Cost Estimate (Option 1) | Design Option 2 | Cost Estimate (Option 2) | Date On Site Meeting | WSDOT Approved (yes/no) | Project Scoping Status | Repair Year | Survey Type | Rearing Area (m²) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | SR 302 ROW | 16.09 | 15.0060 | 0.10 | 15.0060 | Purdy Cr to Burley Lagoon | Pending |  |  |  |  |  |  |  | Scope |  | TD |  |
|  | SR 166 | 4.52 | 15.0201 | 0.90 | 15.0201 | Wilson Cr to Sinclair Inlet | Pending |  |  |  |  |  |  |  | Scope |  | TD |  |
|  | SR 3 | 40.96 | 15.0229 | 0.10 | 15.0229 | Chico Cr to Dyes Inlet | Pending | Pending |  |  |  |  |  |  | Scope/PS |  | TD |  |
|  | SR 308 | 1.15 | 15.0280 | 1.00 | 15.0280 | Big Scandia Cr to Liberty Bay | Pending |  |  |  |  |  |  |  | Scope/PS |  | TD |  |
|  | US 101 | 238.35 | 18.0283 | 2.00 | 18.0283 | Indian Cr to Elwah R | Pending |  |  |  |  |  |  |  | Scope |  | LME |  |
| **WSDOT Southwest Region** |
| 19.38 | US 101 | 61.15 | 990053 |  | 24.0060 | Butte Cr to Smith Cr | Done | Done | Replacement/SS | $457,000 |  |  |  |  | Const/T6 | 2008 | FS | 9,946 |
| 16.80 | SR 503 | 25.36 | 990073 |  | 27.0373 | Chelatchie Cr to Cedar Cr | Pending | Done | Replacement | $217,000 |  |  |  |  | Scope |  | ETD | 4,186 |
| 18.56 | I-5 | 3.31 | 990085 |  | 28.0144 | Cold Cr to Burnt Bridge Cr | Pending |  |  |  |  |  |  |  | Scope |  | ETD | 6,393 |
| 20.55 | I-5 | 58.63 | 990152 |  | 26.0475 | Foster Cr to Cowlitz R | Done | Pending |  |  |  |  |  |  | Const/T6 | 2008 | FS | 4,772 |
|  | US 101 | 46.96 | 990176 |  | 24.0403 | Hansen Cr to Willapa Bay | Pending |  |  |  |  |  |  |  | Scope |  | TD |  |
| 14.77 | US 12 | 95.75 | 990190 |  | 26.0590 | Highland Cr to Tilton R | Done | Pending |  |  |  |  |  |  | Const/T6 | 2012 | FS | 12,122 |
| 34.25 | SR 14 | 140.80 | 990341 |  | 31.0354 | Pine Cr to Columbia R | Done | Pending | Replacement | $703,000 |  |  |  |  | Const/T6 | 2012 | FS | 490,830 |
| 28.50 | SR 4 | 13.70 | 990371 |  | 25.0104 | Seal Cr to Grays River | Pending | Pending |  |  |  |  |  |  | Scope |  | FS | 13,546 |
|  | SR 6 | 41.22 | 990760 |  | 23.0180 | Davis Cr to Chehalis R | Pending |  |  |  |  |  |  |  | Scope |  | TD |  |
| 25.91 | SR 6 | 5.37 | 990805 |  | 24 | Unnamed to Willapa R | Done | Done | Replacement | $423,000 |  |  |  |  | Const/T6 | 2008 | FS | 6,814 |
| 15.13 | SR 7 | 5.50 | 990831 |  | 26 | Unnamed to Tilton R | Done | Done | Replacement | $400,000 |  |  |  |  | Const/T6 | 2012 | FS | 1,736 |
| 11.76 | US 97 | 30.10 | 990857 |  | 37.1103 | Shinando Cr to Satus Cr | Done | Done | Replacement | $1,925,000.00 |  |  |  |  | Const/T6 | 2014 | FS | 14,910 |
| 12.13 | US 101 | 21.27 | 991308 |  | 24.0679 | Unnamed to Willapa Bay | Done | Done | Replacement | $198,000 |  |  |  |  | Const/Yes | 2012 | FS | 4,561 |
| 17.63 | SR 4 | 6.97 | 991346 |  | 24.0622 | Unnamed to Salmon Cr | Pending | Done | Replacement/SS | $431,619 |  |  |  |  | Scope |  | FS | 646 |
|  | US 101 | 260.95 | 18.0021 | 5.40 | 21 | Matriotti Cr to Dungeness R | Pending |  |  |  |  |  |  |  | Scope/PS |  | FS |  |
| 15.33 | US 101 | 2.00 | 991358 |  | 24.0042 | Unnamed to Columbia R | Pending | Done | Replacement | $336,000 |  |  |  |  | Scope |  | FS | 1,756 |
| 17.32 | SR 401 | 5.56 | 991377 |  | 24.0584A | Unnamed to SF Naselle R | Pending | Done | Replacement/SS | $543,000 |  |  |  |  | Scope |  | FS | 1,303 |
| 15.23 | US 101 | 1.00 | 991388 |  | 24.0047 | Unnamed to Columbia R | Done | Done | Replacement | $380,000 |  |  |  |  | Const/T6 | 2010 | FS | 2,965 |
| 17.99 | US 101 | 2.58 | 991390 |  | 24.0041 | Unnamed to Columbia R | Pending | Done | Replacement | $404,000 |  |  |  |  | Const/T6 | 2009 | FS | 4,487 |
| 16.95 | I-5 | 29.25 | 991436 |  | 27.0137O | Unnamed to Columbia R | Pending | Pending |  |  |  |  |  |  | Scope/PS |  | ETD | 9,684 |
|  | SR 6 | 46.39 | 991544 |  | 23.0949 | Unnamed to Chehalis R | Pending |  |  |  |  |  |  |  | Scope |  | TD |  |
| 13.82 | SR 504 | 17.00 | 991634 |  | 26.0320 | Unnamed to NF Toutle R | Done | Done | Replacement | $441,000 |  |  |  |  | Const/T6 | 2009 | FS | 1,212 |
| 27.45 | SR 503 | 15.84 | 991656 |  | 27.0222 | Rock Cr to Lewis R | Pending | Done | Replacement/NS | $699,845 |  |  |  |  | Scope |  | FS | 32,937 |

6

May 2006

Appendix III. WSDOT Dedicated Funding Project Scoping Progress Report

| PI | RoadName | MilePost | SiteID | WRIA | Stream/Tributary | Biological Scoping Status | Engineering Scoping Status | Design Option 1 | Cost Estimate (Option 1) | Design Option 2 | Cost Estimate (Option 2) | Date On Site Meeting | WSDOT Approved (yes/no) | Project Scoping Status | Repair Year | Survey Type | Rearing Area (m²) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18.88 | SR 503 | 13.21 | 991657 | 27.0223 | Unnamed to Rock Cr | Done | Done | Replacement | $625,000 | | | | | Const/T6 | 2009 | FS | 3,706 |
| 21.33 | I-5 | 27.80 | 991665 | 27.0139 | Schoolhouse Cr to Columbia R | Done | Pending | Replacement | $1,750,000 | | | | | Scope | 2010 | FS | 4,845 |
| 23.19 | SR 142 | 13.40 | 992223 | 30.0018 | Snyder Canyon Cr to Klickitat R | Done | Done | Retrofit | $291,230 | | | | | Const/T6 | 2006 | FS | 15,216 |
| 17.54 | SR 122 | 4.99 | 992234 | 26 | Unnamed to Mayfield Lk | Done | Done | Replacement | $260,000 | | | | | Const/T6 | 2008 | FS | 5,576 |
| 13.66 | SR 4 | 8.21 | 992405 | 24 | Unnamed to Salmon Cr | Done | Done | Replacement | $350,000 | | | | | Const/Yes | 2012 | FS | 1,196 |
| 16.04 | SR 508 | 18.32 | 992540 | 26 | Unnamed to Mill Cr | Pending | | | | | | | | Scope | | ETD | 1,953 |
| 18.36 | I-5 | 53.07 | 992602 | 26 | Unnamed to Cowlitz R | Pending | Done | Replacement | $800,000 | | | | | Scope | | FS | 3,587 |
| 25.25 | US 101 | 3.30 | 992821 | 24 | Unnamed to Columbia R | Done | Pending | | | | | | | Const/T6 | 2010 | FS | 19,968 |
| 15.28 | SR 503 | 33.04 | 994531 | 27.0431 | Brooks Cr to Lewis R | Pending | Done | Replacement/ SS | $1,075,000 | | | | | Scope | | FS | 4,603 |
| 14.96 | I-5 NB | 25.92 | 994553 | 27.0144 | Mill Cr to Columbia R | Done | Done | Retrofit | $103,000 | | | | | Const/Yes | | FS | 2,894 |
| 15.99 | SR 401 Old | 5.56 | 994565 | 24 | Unnamed to Unnamed | Pending | Pending | | | | | | | Scope | | FS | 414 |
| 15.12 | SR 401 (old) | 5.50 | 994566 | 24 | Unnamed to SF Naselle R | Pending | Done | Removal | $24,000 | | | | | Scope | | FS | 721 |
| 15.75 | SR 401 ROW | 5.50 | 994567 | 24.0584 | SF Naselle R to Naselle R | Pending | Done | Channel Bypass | $123,000 | | | | | Scope | | FS | 1,511 |
| 11.68 | I-5 | 25.85 | 994588 | 27.0144 | Mill Cr to Columbia R | Done | Done | Retrofit | $1,805,000 | | | | | Const/Yes | | FS | 5,744 |
| 32.35 | SR 142 | 20.20 | 30.0068 0.40 | 30.0068 | Bowman Cr to L Klickitat R | Done | Done | Bridge | $976,060 | | | | | Const/T6 | 2006 | ETD | 33,523 |
| **WSDOT South Central Region** | | | | | | | | | | | | | | | | | |
| 19.29 | I-90 | 70.90 | 990378 | 39.1713 | Silver Cr to Yakima R | Done | Done | Retrofit | $100,000 | | | 24-Sep-03 | 20-Nov-03 | Const/T6 | 2010 | FS | 6,186 |
| **WSDOT Eastern Region** | | | | | | | | | | | | | | | | | |
| 11.48 | US 395 | 247.70 | 990106 | 60.0008 | Deadman Cr to Kettle R | Done | Done | Replacement | $1,002,000.00 | | | | | Const/T6/PS | 2008 | ETD | 131,546 |
| | US 2 | 304.40 | 990113 | 55.0380 | Deer Cr to Little Spokane R | Pending | | | | | | | | Scope/PS | | | |

Habitat Survey Types:
ETD - Expanded threshold survey
FS - Physical survey
TD - Threshold determination survey

Design Option:
SS - Stream Simulation
NS - No Slope
WP - Weir Pool
LC - Log Controls

Project Status:
Scope/PS - Project requires scoping work and physical survey
Const/yes - Biological Scoping is complete and the project is recommended for construction
Const/Oth - Project is scheduled with other than I-4 funding sources
Const/T6 - Scheduled for construction by Transportation; on the Six Year Plan
Const/W6 - Scheduled for construction by Fish and Wildlife; on the Six Year Plan

7

May 2006