Appendix IV. Six Year Plan

| SiteId | Stream | Tribto | WRIA | Road | Mile Post | PI | Status | 2005-2007 ($) | 2007-2009 ($) | 2009-2011 ($) | 2011-2013 ($) | 2013-2015 ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **WSDOT District 1 - Northwest** | | | | | | | | | | | | |
| 991122 | Gribble Cr | WF Nookachamps Cr | 03.0227 | SR 9 | 48.00 | 21.92 | Sched | 208,000 | | | | |
| 991821 | Stevens Cr | Lake Stevens | 07.0147 | SR 92 | 0.47 | 22 | Done | 280,000 | | | | |
| 990023 | Baptist Camp Cr | NF Nooksack R | 01.0433 | SR 542 | 28.74 | 8.36 | Sched | 430,000 | | | | |
| 07.0148  1.30 | Catherine Cr | Stevens Cr | 07.0148 | SR 92 | 1.93 | 24.76 | Sched | 82,000 | 126,000 | | | |
| 08.0059  7.00 | Swamp Cr | Sammamish R | 08.0059 | I-405 | 29.75 | 61.62 | Sched | 92,000 | 174,000 | | | |
| 993090 | Swamp Cr | Sammamish R | 08.0059 | I-5 | 182.73 | 58.42 | Future | | 2,120,000 | | | |
| 991621 | High Cr | Kendall Cr | 01.0407 | SR 542 | 24.90 | 21.37 | Sched | | | 1,240,000 | | |
| 990624 | Unnamed | Pilchuck Cr | 05.0065 | SR 532 | 9.75 | 31.55 | Future | | | 152,000 | | |
| 990022 | Baker Cr | Squalicum Cr | 01.0553 | I-5 | 256.28 | 28.66 | Future | | | 1,500,000 | | |
| 992003 | Baker Cr | Squalicum Cr | 01.0553 | I-5 NB Ramp | 256.00 | 25.69 | Future | | | | | |
| 990187 | Hedrick Cr | Nooksack R | 01.0463 | SR 542 | 32.00 | 16.63 | Sched | | | | | 2,800,000 |
| 992798 | Lewis Cr | Lk Sammamish | 08.0162 | I-90 | 13.83 | 30.43 | Future | | | | | 3,500,000 |
| 993100 | Martha Cr | Swamp Cr | 08 | SR 524 | 6.95 | 13.8 | Future | | | | | 265,000 |
| | | | | | | | District Total: | 1,092,000 | 2,420,000 | 2,892,000 | | 6,565,000 |
| 990228 | Little Boulder Cr | Methow R | 48.1400 | SR 20 | 181.34 | 15.67 | Done | 545,000 | | | | |
| 980124 | Frazer Cr | Beaver Cr | 48.0309 | SR 20 | 206.85 | 19.05 | Sched | | | | | |
| 980114 | Beaver Cr | Methow R | 48.0307 | SR 20 | 205.84 | 43.61 | Sched | 832,000 | | | | |
| 990282 | Mill Cr | Nason Cr | 45.0956 | US 2 | 70.21 | 19.09 | Sched | 1,009,000 | | | | |
| | | | | | | | District Total: | 2,386,000 | | | | |
| **WSDOT District 3 - Olympic** | | | | | | | | | | | | |
| 990384 | Skobob Cr | Skokomish R | 16.0004 | SR 106 | 0.85 | 19.96 | Done | 1,800,000 | | | | |
| 990713 | Bear Cr | Salt Cr | 19.0014 | SR 112 | 54.35 | 19.01 | Sched | 1,000,000 | | | | |
| 990714 | Unnamed | Pysht R | 19.0113K | SR 112 | 24.91 | 28 | Sched | 700,000 | | | | |
| 991270 | Unnamed | Pacific Ocean | 21.0715 | SR 109 | 36.43 | 12.18 | Tuneup | | 427,000 | | | |
| 990240 | Lees Cr | Strait of Juan de Fuca | 18.0232 | US 101 | 250.50 | 21.14 | Future | | 1,200,000 | | | |
| 991742 | Bjorgen Cr | Liberty Bay | 15.0290 | SR 305 | 9.88 | 17.21 | Sched | 71,000 | 1,500,000 | | | |
| 991908 | Mosquito Cr | North R | 24.0137 | US 101 | 76.48 | 20.36 | Future | | 1,005,220 | | | |
| 990075 | Chicken Coop Cr | Sequim Bay | 17.0278 | US 101 | 271.98 | 30.9 | Sched | 32,000 | 809,000 | | | |
| 991244 | Unnamed | Skokomish R | 16.0002 | SR 106 | 2.95 | 15.5 | Sched | 24,000 | 288,000 | | | |
| 990709 | Unnamed | Liberty Bay | 15.0291 | SR 305 | 9.60 | 24.15 | Future | | | 1,045,000 | | |
| 992493 | Unnamed | Lower Salmon Cr | 24.0106 | US 101 | 68.99 | 17.2 | Future | | | 916,000 | | |
| 992510 | Joe Cr | North R | 24.0129 | US 101 | 71.02 | 24.98 | Future | | | 3,000,000 | | |
| 991958 | Klebeal Cr | Agate Passage | 15.0296 | SR 305 | 7.28 | 29.48 | Future | | | 1,064,000 | | |
| 991258 | Butler Cr | Butler Cove | 19.0112 | SR 112 | 29.71 | 16.02 | Future | | | 850,000 | | |
| 990941 | Unnamed | Butler Cr | 19 | SR 112 | 29.66 | 14.2 | Future | | | | | |
| 991942 | Unnamed | McCormick Cr | 15.0066 | SR 16 | 15.02 | 24.47 | Future | | | | 2,480,000 | |
| 991941 | McCormick Cr | Henderson Bay | 15.0065 | SR 16 | 14.86 | 21.42 | Future | | | | 2,250,000 | |
| 991944 | McCormick Cr | Henderson Bay | 15.0065 | SR 16 Ext I 5 EB | 15.21 | 34.69 | Future | | | | 790,000 | |
| 991939 | Unnamed | McCormick Cr | 15 | SR 16 | 14.63 | 21.29 | Future | | | | 3,000,000 | |
| 992196 | Unnamed | Squamish Harbor | 17.0185 | SR 104 | 12.70 | 12.89 | Sched | | | | | 392,000 |
| 990711 | Swansonville Cr | EF Chimacum Cr | 17.0205A | SR 19 | 4.30 | 14.11 | Future | | | | | 392,000 |
| 990731 | Unnamed | Stevens Cr | 22.0064A | US 101 | 111.34 | 19.44 | Future | | | | | 936,000 |
| 990395 | Spring Cr | Hood Canal | 15.0364 | SR 3 | 58.49 | 13.37 | Future | | | | | 678,000 |
| 991272 | Unnamed | Pacific Ocean | 21.0728 | SR 109 | 33.10 | 17.18 | Future | | | | | 477,000 |
| | | | | | | | District Total: | 3,627,000 | 5,229,220 | 6,875,000 | 8,520,000 | 2,875,000 |

Appendix IV. Six Year Plan

| SiteId | Stream | Tribto | WRIA | Road | Mile Post | PI | Status | 2005-2007 ($) | 2007-2009 ($) | 2009-2011 ($) | 2011-2013 ($) | 2013-2015 ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **WSDOT District 4 - Southwest** | | | | | | | | | | | | |
| 30.0068  0.40 | Bowman Cr | L Klickitat R | 30.0068 | SR 142 | 20.20 | 32.35 | Sched | 1,372,000 | | | | |
| 992223 | Snyder Canyon Cr | Klickitat R | 30.0018 | SR 142 | 13.40 | 23.19 | Sched | 310,000 | | | | |
| 990805 | Unnamed | Willapa R | 24 | SR 6 | 5.37 | 25.91 | Future | | 700,000 | | | |
| 992234 | Unnamed | Mayfield Lk | 26 | SR 122 | 4.99 | 17.54 | Future | | 400,000 | | | |
| 990053 | Butte Cr | Smith Cr | 24.0060 | US 101 | 61.15 | 19.38 | Future | | 700,000 | | | |
| 990152 | Foster Cr | Cowlitz R | 26.0475 | I-5 | 58.63 | 20.55 | Future | | 235,000 | | | |
| 991657 | Unnamed | Rock Cr | 27.0223 | SR 503 | 13.21 | 18.88 | Future | | | 625,000 | | |
| 991390 | Unnamed | Columbia R | 24.0041 | US 101 | 2.58 | 17.99 | Future | | | 404,000 | | |
| 991388 | Unnamed | Columbia R | 24.0047 | US 101 | 1.00 | 15.23 | Future | | | 380,000 | | |
| 990831 | Unnamed | Tilton R | 26 | SR 7 | 5.50 | 15.13 | Future | | | | 400,000 | |
| 990341 | Pine Cr | Columbia R | 31.0354 | SR 14 | 140.80 | 34.25 | Future | | | | 703,000 | |
| 990190 | Highland Cr | Tilton R | 26.0590 | US 12 | 95.75 | 14.77 | Future | | | | | 170,000 |
| 990857 | Shinando Cr | Satus Cr | 37.1103 | US 97 | 30.10 | 11.76 | Future | | | | | 1,925,000 |
| | | | | | | | **District Total:** | 1,682,000 | 2,035,000 | 1,409,000 | 1,103,000 | 2,095,000 |
| **WSDOT District 5 - South Central** | | | | | | | | | | | | |
| 990378 | Silver Cr | Yakima R | 39.1713 | I-90 | 70.90 | 19.29 | Future | | | 120,000 | | |
| | | | | | | | **District Total:** | | | 120,000 | | |
| **WSDOT District 6 - Eastern** | | | | | | | | | | | | |
| 990106 | Deadman Cr | Kettle R | 60.0008 | US 395 | 247.70 | 11.48 | Future | | 1,002,000 | | | |
| | | | | | | | **District Total:** | | 1,002,000 | | | |
| | | | | | | | **WSDOT Total:** | 8,787,000 | 10,686,220 | 11,296,000 | 9,623,000 | 11,535,000 |
| | | | | | | WDFW Inventory and Scoping: | | 2,226,000 | 2,357,000 | 2,500,000 | 2,653,000 | 2,814,000 |
| | | | | | | | **Grand Total:** | 11,013,000 | 13,043,220 | 13,796,000 | 12,276,000 | 14,349,000 |

2

May 2006