

Washington State
Department of Fish and Wildlife

# WSDOT FISH PASSAGE INVENTORY

## Progress Performance Report

### May 2006

Washington State
Department of Transportation

Submitted by:
Eva Wilder
Greg Johnson
Mike Barber



# Washington State Department of Fish and Wildlife

*HABITAT PROGRAM*
*TECHNICAL APPLICATIONS DIVISION*

Progress Performance Report
For
WSDOT Fish Passage Inventory

## May 2006



# Washington State Department of Transportation

*FISH PASSAGE BARRIER REMOVAL PROGRAM*

This report is also available in a pdf format at: http://www.wsdot.wa.gov/environment/
fishpass/state_highways.htm .
Additional data can be obtained by contacting Fish and Wildlife Biologist, Eva Wilder,
e-mail wildeelw@dfw, phone: (360) 902-2411.

# Table of Contents

Introduction ........................................................................................................................... 4
Fish Passage Inventory ......................................................................................................... 4
Fish Passage Inventory Upgrades ......................................................................................... 7
Regional Statistics ................................................................................................................ 8
WSDOT Fish Passage Barrier Correction Plan ................................................................... 16
WSDOT Fish Passage Barrier Correction with Dedicated (I-4) Funding ........................... 16
Six Year Planning Document ............................................................................................... 17
Fish Passage Project Scoping Process ................................................................................. 17
WSDOT Fish Passage Barriers Corrected with Dedicated Funding ................................... 17
Fishways ............................................................................................................................... 18
WSDOT Transportation Improvement Projects ................................................................... 23
Barrier Correction in the course of WSDOT Transportation Improvement and Road Construction
Projects ................................................................................................................................. 24
Evaluation of Dedicated Funding Projects, Before and After Barrier Removal ................... 30

# List of Tables

Table 1.  Estimated Number of Fish-Bearing Crossings, Fish Barrier Crossings, and Barrier Crossings
Requiring Fish Passage Repair based on the WSDOT Expanded Inventory . ............................  5
Table 2.  Fish Barrier Assessment in Six WSDOT Regional Management Areas ......................................  8
Table 3.  Dedicated Funding Projects Completed through WSDOT/ WDFW Barrier Removal Program.. 19
Table 4.  Summary of Proposed WSDOT Highway and Safety and Mobility Projects - Fish Barrier
Inventory Efforts. ...........................................................................................................  23
Table 5.  Fish Passage Projects Completed Through WSDOT Transportation Projects and Other Funding
Sources ........................................................................................................................... 25

# List of Appendices (CD ROM)

Appendix I.   WSDOT Fish Passage Barriers Inventoried as of February 2005.

Appendix II.  WSDOT Fishways Requiring Repair.

Appendix III.  WSDOT Project Scoping for Scheduled and Unscheduled Projects.

Appendix IV.  WSDOT Fish Passage Projects - Six Year Plan for Dedicated Funding.

Appendix V.  Dedicated Project Evaluations - Adult Spawner Surveys - Levels I and II.

## List of Figures

Figure 1.  WSDOT Expanded Fish Passage Inventory Status .................................................... 6
Figure 2.  WSDOT Regions ........................................................................................................ 9
Figure 3.  WSDOT Northwest Region Fish Barriers, February 2005 ..................................... 10
Figure 4.  WSDOT North Central Region Fish Barriers, February 2005 ................................ 11
Figure 5.  WSDOT Olympic Region Fish Barriers, February 2005 ........................................ 12
Figure 6.  WSDOT Southwest Region Fish Barriers, February 2005 ..................................... 13
Figure 7.  WSDOT South Central Region Fish Barriers, February 2005 ................................ 14
Figure 8.  WSDOT Eastern Region Fish Barriers, February 2005 .......................................... 15
Figure 9.  Skobob Creek - Project Location ........................................................................... 31
Figure 10. Skobob Creek - Before Construction .................................................................... 31
Figure 11. Skobob Creek - After Construction ....................................................................... 31
Figure 12. Little Boulder Creek - Project Location ................................................................ 32
Figure 13. Little Boulder Creek - Before Construction .......................................................... 32
Figure 14. Little Boulder Creek - After Construction ............................................................ 32
Figure 15. Stevens Creek - Project Location .......................................................................... 33
Figure 16. Stevens Creek - After Construction ...................................................................... 33
Figure 17. Taylor Creek - Project Location ............................................................................ 34
Figure 18. Taylor Creek - Before Construction ...................................................................... 34
Figure 19. Taylor Creek - After Construction ........................................................................ 34
Figure 20. Taylor Creek - Project Location ............................................................................ 35
Figure 21. Taylor Creek - Before Construction ...................................................................... 35
Figure 22. Taylor Creek - After Construction ........................................................................ 35
Figure 23. Downs Creek - Project location ............................................................................ 36
Figure 24. Downs Creek - Before Construction ..................................................................... 36
Figure 25. Downs Creek - After Construction ....................................................................... 36
Figure 26. Unnamed Tributary to WF Hylebos Creek - Project location ............................... 37
Figure 27. Unnamed Tributary to WF Hylebos Creek- Before Construction ......................... 37
Figure 28. Unnamed Tributary to WF Hylebos Creek - After Construction ........................... 37
Figure 29. Unnamed Tributary to Evans Creek - Project Location ........................................ 38
Figure 30. Unnamed Tributary to Evans Creek - Before Construction .................................. 38
Figure 31. Unnamed Tributary to Evans Creek - After Construction ..................................... 38
Figure 32. Unnamed Tributary to Evans Creek Tributary - Project Location ......................... 39
Figure 33. Unnamed Tributary to Evans Creek Tributary - Before Construction ................... 39
Figure 34. Unnamed Tributary to Evans Creek Tributary - After Construction ...................... 39
Figure 35. Unnamed Tributary to Ruggs Lake - Project Location .......................................... 40
Figure 36. Unnamed Tributary to Ruggs Lake - After Construction ...................................... 40
Figure 37. Unnamed Tributary to NF Nooksack River - Project Location.............................. 41
Figure 38. Unnamed Tributary to NF Nooksack River - Before Construction........................ 41
Figure 39. Unnamed Tributary to NF Nooksack River - After Construction........................... 41
Figure 40. Unnamed Tributary to Nisqually River - Project Location .................................... 42
Figure 41. Unnamed Tributary to Nisqually River - After Construction ................................. 42

**Introduction**

Restoration of declining salmon and trout populations ranks high in the development of management plans for streams, lakes, and wetlands in Washington State. One of the major problems facing the salmon and trout populations is an inability to utilize their historic rearing and spawning grounds due to fish passage barriers that block access to upstream habitat. Realizing this, the Washington Department of Fish and Wildlife (WDFW) and the Washington Department of Transportation (WSDOT) have worked cooperatively since 1991 to inventory and correct fish barriers at state highway crossings.

Prior to 1991, WSDOT addressed fish passage barriers as required by hydraulics permits issued for highway construction and maintenance projects. In 1991, in cooperation with the Washington State Legislative Transportation Committee, WSDOT committed funding from its Highway Construction Program to develop an inventory of fish passage barriers to anadromous fish species at state highway crossings. WSDOT contracted with Washington Department of Fisheries (prior to the merger of Washington Departments of Fisheries and Wildlife) to conduct the inventory and habitat studies necessary to prioritize state route barriers for correction. WSDOT has spent over $39.7 million (including 05 - 07 budget) to inventory, conduct habitat studies, prioritize, and correct fish passage barriers in Washington streams. As a result of those combined efforts, access to over 1,752,387 square meters of salmonid habitat, or, over 662 linear kilometers (411 miles) once blocked by fish passage barriers has been restored.

This report summarizes fish passage inventory updates, fish passage reviews for upcoming WSDOT road projects and the WSDOT barrier correction plan. This report examines WSDOT barrier corrections completed in 2005, long-term scoping and planning for future barrier corrections, and fish use evaluations of planned and completed fish passage barrier projects.

**Fish Passage Inventory**

Prior to the merger of Washington departments of Fisheries and Game in 1994, the WSDOT culvert inventory was salmon-centric where a 7% stream gradient marked the upper limit of salmon habitat. Stream crossings located upstream of the point where the stream gradient exceeded the 7% gradient were not inventoried. Subsequent to the merger, fish passage barrier inventories were expanded. The first gradient changes were implemented in July 1995. Following these changes, all culvert evaluations and physical surveys were done for WSDOT stream crossings up to 12% gradient criteria (salmon and steelhead only). In February 1998, WDFW modified the gradient criteria from 12 to 20% to include resident fish and to adhere to The Forest Practice Rules. Under the new criteria, all fish bearing stream crossings (including drainage ditches) were to be assessed. These gradient changes occurred about midway in the comprehensive inventory process of all highway state stream crossings. In 1998, the WSDOT contracted with the WDFW to commence an expanded inventory of barrier crossings using the current fish passage criteria (*WDFW Fish Passage Barrier and Surface Water Diversion Screening Assessment and Prioritization Manual* 2000).

4

To date, the expanded inventory has been completed on 6,090 kilometers (3,784 miles) of state routes, or 54% of the total WSDOT highway system. Figure 1 shows the progress of the expanded inventory in Washington State.

The results and estimates for the expanded WSDOT fish passage inventory are shown in Table 1. The top row includes data collected to date for the fish passage inventory of 6,090 kilometers (3,784 miles) of WSDOT highways, since the start of the expanded inventory in 1998. The bottom row estimates the number of fish barriers for the entire 11,338 kilometers (7,045 miles) of WSDOT road system based on fish passage inventory results to date. The estimates were based on the reinventoried Watershed Resource Inventory Areas (WRIAs). The average number of barriers per mile of highway in the inventoried WRIAs was calculate and applied to the WRIAs that have yet to be inventoried. The estimates were performed separately for Eastern and Western Washington to account for regional differences in stream density. It is important to keep in mind that these estimates will likely change in the future, as more of the eastern part of Washington is inventoried and will increase the accuracy of the estimates.

Table 1.  Estimated Number of Fish Bearing Crossings and Barrier Crossings Requiring Fish Passage Repair Based on the WSDOT Expanded Fish

| Source | Fish-bearing Stream Crossings | Fish Passage Barriers | Barriers with Significant Habitat Gain | Barriers with Limited Habitat Gain[1] | Barriers with Habitat Threshold Gain Not Determined | Barriers Fixed[2] |
|---|---|---|---|---|---|---|
| WDFW 2005 Fish Passage and Diversion Screening Inventory Database | 3,112 | 1,538 | 1,136 | 346 | 56 | 180 |
| Extrapolated[3] data Total | 3,754 | 2,007 | 1,518 | 427 | 62 | |

Passage Inventory.

[1] Barriers that do not meet current WDFW threshold habitat gain criteria to justify correction using dedicated funding until higher priority barriers are corrected.
[2] One hundred and eighty WSDOT fish passage barriers have been reported as replaced or retrofitted for fish passage; however, 35 of those require additional work to meet current fish passage criteria (See Tables 3 and 5).
[3] Estimated statewide numbers based upon inventories conducted through March 2006.



WSDOT FISH PASSAGE BARRIER INVENTORY PROGRESS REPORT

**WSDOT**
**Fish Passage Barrier Inventory**
**Progress Report**

— WSDOT Highways Reinventoried
— WSDOT Highways Needing Reinventory
☐ Reinventoried WRIAs
Reinventory In Progress

Figure 1. WRIAs inventoried during the Expanded Fish Passage Inventory since 1998.

**Fish Passage Inventory Upgrades**

During the ongoing WSDOT inventory, 5,853 crossings in natural drainages have been inspected; 3,112 have been identified as fish bearing. Approximately 49% (1,538) of the examined fish bearing crossings were identified as barriers (Table 1). Additionally, 344 crossings require further analysis to determine fish passage barrier status. Seventy-four percent of known barriers (1,136) have a significant habitat gain (at least 200 m) and will be prioritized for near-term correction, while 346 barriers with limited habitat gain (less than 200 m) will be considered for correction once the high priority barriers are corrected, or they be may be corrected during road maintenance or Safety and Mobility projects. Another 56 fish barrier crossings are scheduled for verification of significant habitat gain. A complete list of all the WSDOT-owned fish passage barriers is included in Appendix 1.

A habitat assessment is conducted for all identified WSDOT fish passage barriers to prioritize them for fish passage restoration. Three methods of habitat assessment have been used; Full Physical Surveys (FS), Threshold Determinations (TD), and Expanded Threshold Determinations (ETD), per the *WDFW Fish Passage Barrier and Surface Water Diversion Screening Assessment and Prioritization Manual* (August 2000, located on the Internet at: http://www.wdfw.wa.gov/hab/engineer/fishbarr.htm). The Full Physical Survey and ETD are used to qualify and quantify habitat, while the TD verifies the existence of a significant reach of habitat without a gradient or a natural barrier either downstream or upstream of a fish passage barrier crossing. To expedite the prioritization process, all habitat assessments since 2005 have been performed using a Reduced Sampling Full Physical Survey (RSFS). The only difference between the FS and the RSFS is the number of samples collected per stream reach.

7

**Regional Statistics**

WSDOT has six geographic management regions: Northwest, North Central, Olympic, Southwest, South Central, and Eastern (See Figure 2). To date, the re-inventory process has been focused on the western part of the state; over 92% of the western part has been reinventoried using the updated barrier assessment protocols (See Figure 1 and Table 2). Within the geographical area of the Northwest Region, WSDOT also has the Urban Corridors Office (UCO) that develops, designs, and delivers a multi-billion dollar program of Seattle area mega-projects. The UCO will be discussed further in subsequent reports.

Table 2. Fish barrier assessment in six WSDOT regional management areas.

| WSDOT Region | % Re-inventoried | Fish-bearing Crossings | Fish Passage Barriers | Barriers with Significant Habitat Gain | Barriers with Limited Habitat Gain[1] | Barriers with Habitat Threshold Gain Not Determined | Crossings Repaired[2] |
|---|---|---|---|---|---|---|---|
| Northwest | 100 | 979 | 511 | 349 | 137 | 25 | 84 |
| North Central | 50 | 195 | 95 | 73 | 17 | 5 | 9 |
| Olympic | 100 | 984 | 562 | 429 | 123 | 10 | 55 |
| Southwest | 62 | 671 | 301 | 232 | 60 | 9 | 21 |
| South Central | 11 | 152 | 27 | 21 | 3 | 3 | 4 |
| Eastern | 0 | 131 | 42 | 32 | 6 | 4 | 7 |
| **Total** | | **3,112** | **1,538** | **1,136** | **346** | **56** | **180** |

[1] Barriers that do not meet WDFW current threshold habitat gain criteria to justify correction using dedicated funding until higher priority barriers are corrected.
[2] One hundred and eighty WSDOT fish passage barriers have been replaced or retrofitted, however, 35 of those require additional work to meet current fish passage criteria (See Tables 3 and 5).



Figure 2. WSDOT Regions





Figure 3. Northwest Region Fish Passage Barriers, March 2006.



Figure 4. North Central Region Fish Passage Barriers, March 2006.



Figure 5. Olympic Region Fish Passage Barriers, March 2006.



Figure 6. Southwest Region Fish Passage Barriers, March 2006.



Figure 7. South Central Region Fish Passage Barriers, March 2006.



Figure 8. Eastern Region Fish Passage Barriers, March 2006.

**WSDOT Fish Passage Barrier Correction Plan**

WSDOT has been evaluating and correcting state highway fish passage barriers using the following approach: each biennium, the WSDOT submits a list of potential barrier corrections and the Legislature allocates funding for those projects. Second, as road projects are constructed, additional fish passage barriers are corrected whenever a Hydraulic Project Approval (HPA) is required. Combining fish passage restoration with road project construction decreases costs by eliminating duplication in equipment and personnel mobilization. And third, some fish passage barriers are corrected as a result of routine maintenance on failing culverts. Corrections achieved through maintenance are small scale repair projects and do not typically include anything as involved as full culvert replacement.

This approach to fish passage barrier correction does not assume habitat will immediately be used by target salmonids. Although in some cases salmon will start utilizing stream reaches previously blocked by barrier culverts almost immediately, many brood years may be required before newly opened habitat cycles up to full production. Fish management decisions, such as supplementation or harvest adjustments, may be needed to jump-start the recolonization of newly accessible habitat. Additional factors, other than the loss of stream habitat caused by fish migration barriers, can affect fish production. Other problems threatening salmonid habitat include non-WSDOT fish passage barriers, stormwater, pollution, surface water diversions, hydropower, and general habitat degradation or loss.

Fish passage problems in Washington are shared among federal, state, tribal, county, city, and private owners. In Washington, WSDOT is responsible for an estimated 11,338 kilometers (7,045 miles) of highways, while counties, for example, are responsible for an estimated 86,904 kilometers (54,000 miles) and cities for and additional 26,055 kilometers (16,190 miles) of roads (Washington State County Road Administration Board). The 1,136 WSDOT-owned fish barriers currently identified during the WSDOT Fish Passage Inventory as needing near-term correction are estimated to block more than 3,300* linear kilometers (2,050 miles) of potential salmonid habitat. To realize the full potential habitat gain, other non-WSDOT barriers will also need to be corrected.

**Fish Passage Barrier Correction with Dedicated I-4 Funding**

Each biennium, through legislative appropriation, dedicated funding within the WSDOT Environmental Retrofit Program (I-4) budget is set aside to provide for a sequential correction of high priority fish passage barriers identified during the WSDOT inventory. Projects are prioritized to provide the largest gains in habitat and the greatest production benefits for both anadromous and resident fish species. Among the many factors determining a project's priority are: the degree of passability improvement, species-specific production potential of the gained habitat, amount of habitat gained, benefits or drawbacks from increased mobility to species present, stock status of species present (WDFW Salmonid Stock Inventory, SaSI), and cost of the project. All the factors are consolidated in a numeric Priority Index (PI) model and contained within the WDFW Fish Passage and Diversion Screening Inventory (FPDSI) Database providing an objective relative priority ranking for each project.

---

\* The amount of habitat blocked was based on a variety of methodologies: full physical surveys, Geographic Information System (GIS)-based threshold determination and GIS-based expanded threshold determination. For a full description of the methodologies used, refer to the WDFW Fish Passage Barrier and Surface Water Diversion Screening Assessment and Prioritization Manual 2000) posted at: http://www.wdfw.wa.gov/hab/engineer/fishbarr.htm)

**Six Year Planning Document**

At the request of WSDOT, WDFW prepares a prioritized list of fish passage projects to be constructed and evaluated over the next three biennia. The Six Year Plan (included in Appendix IV) is the result of a process of project evaluation, scoping, development of conceptual designs, and budgeting. The Six Year Plan is regularly updated as projects are identified, prioritized, scoped, and refined. Project scoping is a multi-phased process that is carried out by WDFW biologists, environmental engineers, and WSDOT Headquarters and regional staff.

**Fish Passage Project Scoping Process**

During monthly project scoping meetings, WDFW biologists present a summary of the key information collected in the inventory and habitat assessment effort for the highest priority fish barriers. The first step in the scoping process involves verification of inventory and assessment data and filling in any data gaps. Next, the WDFW biologists confirm completion of inventory work and the prioritization effort for each barrier culvert and verify that habitat conditions and species expected to benefit are correctly reflected in the PI for each barrier. In addition to the PI, other factors for fish passage project selection, such as additional human-made barriers in the watershed, project feasibility, likelihood for success, and project costs are also considered. All scoping information is summarized and a map is generated to show the location of additional human-made barriers located downstream and upstream of the WSDOT barrier. Once biological scoping is complete, projects that successfully meet the verification process will be recommended to be placed on the Six Year Plan. In some instances, projects are placed on hold until further evaluation work is completed.

For every WSDOT fish barrier recommended for the Six Year Plan, WDFW environmental engineers conduct an engineering on-site field review with the WDFW scoping biologist and the appropriate WSDOT regional staff. They consider at least one conceptual design option for fish passage barrier correction and jointly generate an initial cost estimate for the project. Initial cost estimates are reported on the Six Year Plan and are intended to be used to request funding for further project development, engineering design, and construction. The initial cost estimates are for planning purposes only and do not include right-of-way acquisition, traffic control, safety design elements, paving, or striping, costs. Project costs shown on the Six Year Plan may increase or decrease during subsequent years due to consideration of different design options, increased cost of labor and materials, increased vehicle traffic, or any other unforeseen factors.

WSDOT fish passage barriers are placed on the Six Year Plan when both the biological and engineering scoping is completed by WDFW, and the appropriate WSDOT regional staff has concurred with the conceptual design option and the cost estimate.

Appendix III includes all the sites that are currently being scoped by WDFW.

**WSDOT Fish Passage Barriers Corrected with Dedicated Funding**

Since the expanded inventory in 1992 began, fish passage barriers have been corrected by WSDOT and WDFW's Technical Applications Division (formerly the Environmental Restoration Division); using dedicated funding, at 62 high priority sites (see Table 3). Fish passage barriers corrected in

2005 include bridge construction at Skobob Creek (Figures 9, 10, and 11), and culverts replacement at Little Boulder Creek (Figures 12, 13, and 14) and at Stevens Creek (Figures 15 and 16).

**Fishways**

In addition to culverts, WSDOT owns and maintains 152 fishways statewide. Regular inspections and maintenance are essential in the continued operation of fishways. Ninety fishways are currently considered durable and efficient, providing 100% fish passage, and as such have been placed on a regular inspection schedule. Fishways, which require maintenance for fish passage, but are not fish passage barriers and do not require correction or repair are also regularly inspected. Currently, three fishways require maintenance for fish passage. Fishways that are barriers to fish passage and cannot be improved by continued operation and maintenance are taken off the inspection schedule until corrections are made. Fifty-six such fishways await barrier resolution (see Appendix II). As new fishways are discovered through the inventory process, they need to be evaluated for fish passage and, if passable, placed on the inspection schedule. At present, six fishways need to be evaluated for durability and efficiency.

Table 3. Dedicated Funding Projects Completed through WSDOT/WDFW Barrier Removal Program.

| Project Description | WRIA | Tributary To | PI | WSDOT Region | Highway | MP | Agency | Year | Cost (I-4 Funds) | Habitat Survey Length (m) | Habitat Gain (m²) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tumwater Cr Fishway | 18.0256 | Port Angeles Harbor | | Olympic | US 101 | 246.40 | WDFW | 1991 | $18,356 | 1,440 | 6,158 |
| Fisher Cr Fishway | 03.0181 | Carpenter Cr | | Northwest | I-5 | 219.20 | WDFW | 1992 | $20,000 | 1,430 | 28,376 |
| Evans Cr Fishway | 08.0106 | Bear Cr | | Northwest | SR 202 | 11.96 | WSDOT | 1992 | $319,044 | 4,480 | 4,922 |
| Parish Cr Fishway | 15.0220 | Gorst Cr | | Olympic | SR 3 | 33.70 | WDFW | 1992 | $14,834 | 1,600 | 7,594 |
| Green Cr Fishway Upgrade | 24.0341 | Willapa R | | Southwest | SR 6 | 8.90 | WSDOT | 1992 | $8,000 | | 10,134 |
| Chuckanut Cr Fishway | 01.0626 | Chuckanut Bay | 38.28 | Northwest | SR 11 | 18.00 | WDFW | 1993 | $68,788 | 2,680 | 22,565 |
| Unnamed Tributary Culvert Replacement | 07.0864 | Skykomish R | 19.23 | Northwest | US 2 | 18.00 | WSDOT | 1993 | $60,000 | 1,726 | 7,669 |
| Sequalicum Cr Fishway | 01.0552 | Bellingham Bay | 38.09 | Northwest | SR 542 | 3.50 | WSDOT | 1994 | $68,000 | 4,745 | 16,567 |
| Bagley Cr Fishway | 18.0183 | Strait Of Juan De Fuca | 48.12 | Olympic | US 101 | 253.85 | WDFW | 1994 | $42,306 | 10,450 | 33,970 |
| S Nemah R Fishway | 24.0503 | Willapa Bay | 34.34 | Southwest | US 101 | 29.80 | WDFW | 1994 | $34,986 | 4,362 | 17,857 |
| Johnson Cr Fishway | 17.0301 | Port Williams | 28.17 | Olympic | US 101 | 266.50 | WDFW | 1995 | $121,945 | 1,754 | 7,208 |
| Pussywillow Cr Culvert Replacement | 10.0048 | White R | 15.48 | Northwest | SR 164 | 8.30 | WSDOT | 1996 | $100,000 | 5,738 | 5,092 |
| Grader Cr Fishway | 20.0237 | Bogachiel R | 24.48 | Olympic | US 101 | 189.40 | WDFW | 1996 | $183,000 | 4,484 | 25,894 |
| Huelsdonk Cr Fishway | 20.0437 D | Hoh R | 24.69 | Olympic | US 101 | 171.70 | WDFW | 1996 | $183,000 | 1,292 | 12,709 |
| Harlow Cr Fishway* | 21.0134 | Queets R | 25.68 | Olympic | US 101 | 146.85 | WDFW | 1996 | $96,000 | 5,525 | 33,156 |
| Rasmussen Cr Bridge | 19.0230 | Strait of Juan de Fuca | 15.42 | Olympic | SR 112 | 4.00 | WDFW | 1996 | $663,000 | 1,325 | 6,023 |
| Ashley Cr Weirs* | 08.0083 | Little Bear Cr | 14.24 | Northwest | SR 9 | 1.18 | WDFW | 1997 | $24,264 | 1,800 | 4,210 |
| Unnamed Tributary Fishway and Culvert Replacement | 22.0052 | Fairchild Cr | 19.46 | Olympic | US 101 | 104.90 | WDFW | 1997 | $207,206 | 5,462 | 16,164 |
| Kinnman Cr Culvert Retrofit | 15.0368 | Hood Canal | 28.95 | Olympic | SR 3 | 57.10 | WSDOT | 1997 | $365,902 | 3,623 | 9,745 |
| Fairchild Cr Fishway and Culvert Removal | 22.0051 | Humptulips R | 20.30 | Olympic | US 101 | 105.60 | WDFW | 1997 | $193,258 | 4,238 | 19,214 |
| Church Cr Baffles and Fishway | 05.0021 | Church Cr | 33.70 | Northwest | I-5 (Old 99) | 216.70 | WDFW | 1998 | $17,101 | 1,600 | 43,557 |
| Big Cedar Cr Baffles | 20.0576 | Pacific Ocean | 19.73 | Olympic | US 101 | 162.15 | WDFW | 1998 | $122,998 | 2,351 | 11,036 |

* Fishway is currently a partial or a total barrier to fish passage. For more information refer to Appendix II.

19

Table 3. (cont.)

| Project Description | WRIA | Tributary To | PI | WSDOT Region | Highway | MP | Agency | Year | Cost (L4 Funds) | Habitat Survey Length (m) | Habitat Gain (m²) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Steamboat Cr Fishway and Culvert Replacement | 20.0574 | Pacific Ocean | 27.53 | Olympic | US 101 | 162.60 | WSDOT | 1998 | $23,000 | 7,434 | 51,530 |
| Unnamed Tributary Culvert Replacement | 22.0059 | SB Big Cr | 20.62 | Olympic | US 101 | 101.10 | WDFW | 1998 | $249,305 | 3,811 | 9,960 |
| McDonald Cr Fishway | 14.0023 | Skookum Cr | 23.21 | Olympic | SR 108 | 8.90 | WDFW | 1998 | $260,997 | 1,274 | 2,301 |
| Jewett Cr Culvert Replacement | 29.0342 | Columbia R | 10.20 | Southwest | SR 14 | 66.00 | WSDOT | 1998 | $413,000 | 210 | 807 |
| First Cr Bridge | 47.0096 | Lake Chelan | | North Central | SR 971 | 8.90 | WSDOT | 1999 | $265,000 | 200 | 4,200 |
| First Cr Bridge | 47.0096 | Lake Chelan | | North Central | SR 971 | 9.10 | WSDOT | 1999 | $265,000 | 200 | 4,000 |
| Tibbetts Cr Fishway | 08.0169 | Lake Sammamish | 23.16 | Northwest | SR 900 | 19.50 | WDFW | 1999 | $147,000 | 671 | 2,077 |
| Schoolyard Cr Fishway and Culvert Replacement | 05.0145 | Stillaguamish R | 21.32 | Northwest | SR 530 | 25.90 | WSDOT | 1999 | $350,000 | 1,280 | 3,477 |
| Unnamed Tributary Fishway* | 21.0715 | Pacific Ocean | 15.49 | Olympic | SR 109 | 36.40 | WSDOT | 1999 | $189,566 | 842 | 1,783 |
| Birnie Cr Fishway | 25.0281 | Columbia R | 30.28 | Southwest | SR 4 | 35.60 | WDFW | 1999 | $67,570 | 3,924 | 35,766 |
| Beaver Cr Culvert Replacement | 48.0307 | Methow R | 37.85 | North Central | SR 153 | 29.28 | WSDOT | 2000 | $554,000 | 96,354 | 165,674 |
| Unnamed Tributary Baffles and Grade Controls | 05.0065 | Pilchuck Cr | 42.03 | Northwest | I-5 | 211.50 | WDFW | 2000 | $116,577 | 9,246 | 21,938 |
| Valley Cr Baffles and Roughened Channel | 18.0249 | Port Angeles Harbor | 33.07 | Olympic | US 101 | 246.90 | WDFW | 2000 | $92,000 | 2,021 | 11,883 |
| Unnamed Tributary Culvert Replacement | 26.0429B | Stillwater Cr | 16.62 | Southwest | SR 506 | 2.33 | WSDOT | 2000 | $99,000 | 1,502 | 4,672 |
| Kenyon Cr Fishway | 27.0320 | NF Lewis R | 24.07 | Southwest | SR 503 | 49.03 | WDFW | 2001 | $224,000 | 1,456 | 15,170 |
| Birnie Cr Fishway | 25.0281 | Columbia R | 28.98 | Southwest | SR 409 | 3.85 | WDFW | 2001 | $322,000 | 3,924 | 35,766 |
| Johnson Cr Bridge | 24.0581 | Naselle R | 28.74 | Southwest | SR 4 | 4.50 | WSDOT | 2001 | $269,000 | 3,854 | 5,037 |
| O'Brien Cr Bridge | 52.0394A | O'Brien Cr | 3.50 | Eastern | SR 20 | 310.06 | WSDOT | 2001 | $906,000 | 1,4747 | 4,863 |
| | | | 4.31 | Eastern | SR 20 | 309.96 | WSDOT | 2001 | | 1,689 | 4,588 |
| | | | 6.29 | Eastern | SR 20 | 309.31 | WSDOT | 2001 | | 1,3410 | 49,935 |

* Fishway is currently a partial or a total barrier to fish passage. For more information refer to Appendix II.

20

Table 3. (cont.)

| Project Description | WRIA | Tributary To | PI | WSDOT Region | Highway | MP | Agency | Year | Cost (1-4 Funds) | Habitat Survey Length (m) | Habitat Gain (m²) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Skinney Cr Culvert Removal | 45.0701 | Chiwaukum C | 13.50 | North Central | US 2 | 87.10 | WSDOT | 2001 | | 3,061 | 5,782 |
| | 45.0701 | Chiwaukum C | 14.01 | North Central | US 2 | 87.67 | WSDOT | 2001 | $1,441,000 | 3,543 | 6,693 |
| | 45.0701 | Chiwaukum C | 19.96 | North Central | US 2 | 88.03 | WSDOT | 2001 | | | 18,500 |
| Sweetwater Cr Culvert Removal | 15.0504 | Hood Canal | 10.53 | Olympic | SR 3 | 25.31 | WSDOT | 2001 | $261,000 | 1,673 | 2,340 |
| Cement Cr Fishway | 24.0598 | Nasselle R | 36.55 | Southwest | SR 401 | 8.80 | WDFW | 2002 | $200,000 | 6,464 | 15,957 |
| WF Hylebos Cr Fishway | 10.0014 | Hylebos Cr | 37.46 | Northwest | SR 99 | 6.86 | WDFW | 2002 | $164,000 | 3,354 | 19,503 |
| Unnamed Tributary Fishway | 03.0199 | Bulson Cr | 28.02 | Northwest | SR 534 | 1.2 | WDFW | 2002 | 686,000 | 7,932 | 36,405 |
| Coal Cr Log Controls Replacement | 08.0268 | Lake Washington | 34.58 | Northwest | I-405 | 10.20 | WSDOT | 2002 | $128,000 | 8,240 | 35,330 |
| Fink Cr Culvert Replacement | 05.0257A | NF Stillaguamish R | 23.98 | Northwest | SR 530 | 44.00 | WSDOT | 2002 | $312,000 | 7,329 | 33,726 |
| Moose Cr Culvert Replacement | 05.0257A | NF Stillaguamish R | 23.88 | Northwest | SR 530 | 44.27 | WSDOT | 2002 | | 6,681 | 31,076 |
| Silver Cr Stream Simulation Culvert | 26.0540 | Mayfield Lk | 33.83 | Southwest | US 12 | 81.22 | WSDOT | 2003 | $527,000 | 6,788 | 42,143 |
| Unnamed Tributary Fishway | 22.0057 | Big Cr | 17.07 | Olympic | US 101 | 103.65 | WDFW | 1997 | $96,175 | 3,434 | 11,009 |
| Unnamed Tributary Fishway Tune up | | | | Olympic | | | | 2003 | $33,000 | 3,434 | 5,573 |
| Fletcher Cr Fishway | 20.0426 | Hoh R | 20.61 | Olympic | US 101 | 167.42 | WDFW | 2003 | $30,000 | 2,189 | 13,076 |
| Ennis Cr Fishway | 18.0234 | Straits of Juan de Fuca | 31.33 | Olympic | US 101 | 250.00 | WDFW | 2004 | $58,000 | 8,950 | 33,437 |
| Jim Cr | 19.0110 | Straits of Juan de Fuca | 28.50 | Olympic | SR 112 | 32.02 | WSDOT | 2004 | $870,000 | 14,100 | 33,799 |
| Tibbetts Cr | 08.0169 | Lk Sammamish | 25.93 | Northwest | I-90 | 15.48 | WSDOT | 2004 | $5,300,000 | 9,424 | 9,012 |
| Jimmycomelately | 17.0285 | Sequim Bay | 31.09 | Olympic | US 101 | 270.98 | WSDOT | 2004 | $1,282,482 | 10,401 | 21,725 |
| Little Boulder Cr | 48.1400 | Methow R | 15.67 | North Central | SR 20 | 181.34 | WSDOT | 2005 | $545,000 | 5,054 | 5,893 |

Table 3. (cont.)

| Project Description | WRIA | Tributary To | PI | WSDOT Region | Highway | MP | Agency | Year | Cost (1-4 Funds) | Habitat Survey Length (m) | Habitat Gain (m²) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stevens Cr | 07.0147 | Lake Stevens | 22.00 | Northwest | SR 92 | 0.47 | WSDOT | 2005 | $400,000 | 2,083 | 3,125 |
| Skobob Cr | 16.0004 | Skokomish R. | 19.96 | Olympic | SR 106 | 0.85 | WSDOT | 2005 | $1,800,000 | 1,434 | 18,500 |
| | | | | | | | Total Estimated Expenditure: | | $21,819,095 | | |
| | | | | | | | | | Estimated Linear Habitat Gain (m): | 355,732 | |
| | Based on habitat survey length only. Actual amount of habitat gain may be greater, due to different habitat survey methods and criteria used. | | | | | | | | | | |
| | | | | | | | | | Estimated Area of Habitat Gain (m²): | | 1,183,855 |

22

**WSDOT Transportation Improvement Projects**

Integration of fish passage repairs with road project construction is a cost-effective way to accelerate barrier correction and reduce equipment mobilization costs. WDFW and WSDOT integrate fish passage barrier correction into planned WSDOT transportation improvement projects whenever possible.

Transportation project reviews take place at least one year prior to the anticipated construction dates to accommodate WSDOT transportation project long-range budgeting and planning requirements. Every odd year, WDFW requests and receives a list of proposed transportation projects from each of the six WSDOT regions. Transportation projects reviewed include Mobility (I-1 subprogram) and Highway Safety (I-2 subprogram) of the Highway Improvement Program as well as Other Facilities projects (P-3 subprogram) of the Highway Preservation Program. All fish passage barriers inventoried during the Safety and Mobility reviews should be considered for correction, including barriers with limited habitat gain that are not considered for correction with Dedicated Funding (I-4 subprogram).

This report includes the results of transportation project reviews conducted by WDFW in 1998, 1999, 2000, 2001, 2003, and 2005. The next reviews will take place during the Spring of 2007.

During the summer and fall of 1998, 1999, 2000, 2001, 2003, and 2005 WDFW inventoried a total of 2,463 highway kilometers (1,536 miles) within Highway Safety and Mobility projects statewide and evaluated 639 fish-bearing crossings, assessing 207 as fish passage barriers requiring repair (Table 4). For detailed accounts of barriers identified during the 2005 Highway Safety and Mobility project reviews in each region, refer to Appendix I (Appendix I includes a comprehensive list of barriers identified during the ongoing WSDOT fish passage barrier inventory beginning 1992 through March 2006, as well as barriers identified during transportation reviews). Additional data can be obtained by contacting WDFW Fish and Wildlife Biologist, Eva Wilder;  e-mail: wildeelw@dfw.wa.gov; phone: (360) 902-2411.

Table 4. Summary of Proposed WSDOT Highway Safety and Mobility Projects – Fish Passage Inventory Efforts.

| WSDOT Region | Total Distance Surveyed[1] (mile) | Fish Crossings | Fish Barriers with Significant Habitat Gain[2] |
|---|---|---|---|
| Northwest | 277.16 | 187 | 66 |
| North Central | 363.96 | 79 | 22 |
| Olympic | 217.14 | 147 | 45 |
| Southwest | 150.58 | 112 | 40 |
| South Central | 370.65 | 78 | 15 |
| Eastern | 156.19 | 36 | 19 |
| Total | 1,535.68 | 639 | 207 |

[1] On and off ramps were also evaluated, but are not included in the total distance surveyed.
[2] Represents fish passage barriers that are located within the proposed Safety and Mobility project vicinity.

**Barrier Correction in the course of WSDOT Transportation Improvement and Road Construction Projects**

Periodically, road culverts require maintenance, or fail completely and require replacement. Work within the ordinary high water mark of streams requires a Hydraulic Project Approval (HPA), which provides WDFW habitat biologists an opportunity to work with WSDOT engineers to correct fish passage deficiencies. In this process, WDFW's Technical Applications Division (TAPPS) may be contacted to provide detailed stream surveys, identify fish passage barriers, or to provide other pertinent information. To facilitate planning efforts, WDFW examines the milepost vicinities of upcoming safety and mobility projects and schedules an inventory of the project area if needed. Following the inventory, WDFW provides a list of fish passage barriers within the proposed safety and mobility projects to the appropriate WSDOT region.

It is important that WSDOT notify WDFW/TAPPS whenever a WSDOT fish passage barrier is scheduled for correction, or has been corrected during road construction or routine maintenance. WDFW/TAPPS will schedule an inspection of all WSDOT fish barrier corrections and update the fish passage database to accurately reflect the status of corrected WSDOT fish passage barriers.

One hundred-eighteen fish passage barriers were reported corrected by WSDOT during safety and mobility projects since 1982 (see Table 5). Ten fish passage barriers were corrected in 2005 during road improvement projects. Three of the ten projects were completed during the ongoing SR 18 widening. Two Taylor Creek and SR 18 crossings (Figures 17, 18, 19 and Figures 20, 21, 22), as well as Downs Creek and the off ramp of SR 18 crossing (Figures 23, 24, and 25) were replaced with full-span bridges. WSDOT replaced a barrier culvert at an Unnamed Tributary to West Fork Hylebos Creek and SR 161 crossing (Figures 26, 27 and 28). The SR 522 widening project resulted in the replacement of two culverts at two Unnamed Tributaries to Evans Creek (Figures 29 through 34). Widening of SR 527 also resulted in the replacement of a barrier culvert at an Unnamed Tributary to Ruggs Lake (Figures 35 and 36). Several barrier culverts were replaced during the paving of SR 542 from spring 2004 to fall 2005. The replacement of one of the SR 542 crossing and an Unnamed Tributary to the North Fork Nooksack River was completed in 2005 (Figure 37, 38, and 39). WSDOT improved fish passage at the crossing of SR 706 and an Unnamed Tributary to Nisqually River (Figure 40 and 41).

Table 5. Fish Passage Projects Completed through WSDOT Transportation Projects and Other Funding Sources.

| WSDOT Region | SiteID | PI | Road | Milepost | Stream | Tributary to | WRIA | RM | Funding | Year Fixed | Fish Passage Satisfactory Yes/No |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Northwest | 995411 | 9.24 | I-5 | 246.75 | Chuckanut Cr | Puget Sound | 1.0626 | | TP | | No |
| Olympic | 990480 | 8.05 | SR 112 | 49.50 | Whiskey Cr | Strait Of Juan De Fuca | 19.0020 | 1.50 | TP | | No |
| Northwest | 05.0018 2.00 | | SR 532 | 6.14 | Church Cr | Stillaguamish R | 05.0018 | 2.00 | OM | | Yes |
| Olympic | 15.0051 0.20 | | SR 302 | 11.42 | Little Minter Cr | Minter Cr | 15.0051 | 0.20 | OM | 1982 | No |
| Olympic | 14.0010 0.10 | | US 101 | 356.80 | Countyline Ct | Schneider Cr | 14.0010 | 0.10 | OM | 1985 | Yes |
| Olympic | 14.0009A 0.06 | | US 101 | 357.90 | Holiday Valley Cr | Schneider Cr | 14.0009A | 0.06 | OTH | 1986 | Yes |
| Northwest | 08.0049 3.00 | | SR 530 | 177.67 | McAleer Cr | Lk Washington | 8.0049 | 3.00 | TP | 1988 | Yes |
| Olympic | 18.0021 5.40 | | US 101 | 260.95 | Mariotti Cr | Dungeness R | 18.0021 | 5.40 | TP | 1989 | No |
| Northwest | 996965 | | I-90 | 20.42 | Unnamed | EF Issaquah Cr | 8.0186 | 0.00 | TP | 1990 | Yes |
| Northwest | 997679 | | SR 509 | 25.69 | Miller Cr | Puget Sound | 09.0371 | | TP | | No |
| Olympic | 991227 | | SR 706 | 9.81 | Unnamed | Nisqually R | 11.0222 | | TP | | Unk |
| Olympic | 22.0351 0.10 | | US 12 | 12.48 | Camp Cr | Metcalf Sl | 22.0351 | 0.10 | OTH | 1993 | Yes |
| Northwest | 08.0077 0.20 | | SR 527 | 6.57 | Penny Cr | North Cr | 08.0077 | 0.20 | OTH | 1994 | Yes |
| South Central | 990189 | 6.13 | US 97 | 37.14 | Highbridge Springs | Satus Cr | 37 | | TP | 1994 | No |
| Northwest | 990272 | 73.54 | SR 104 | 29.65 | McAleer Cr | Lk Washington | 08.0049 | 3.10 | TP | 1995 | Yes |
| Northwest | 08.0070A 0.01 | | SR 527 | 4.00 | Sulphur Springs Cr | North Cr | 08.0070A | 0.01 | TP | 1995 | Yes |
| Northwest | 08.0075 0.70 | | SR 527 | 4.46 | Silver Cr. #2 | North Cr | 08.0075 | 0.7 | TP | 1995 | Yes |
| Northwest | 08.0070B 0.30 | | SR 527 | 6.32 | Nickel Cr | North Cr | 08.0070B | 0.3 | TP | 1995 | Yes |
| Northwest | 990644 | | SR 530 | 31.01 | Unnamed | NF Stillaguamish R | 05 | | TP | 1995 | No |
| Northwest | 991168 | | SR 530 | 31.90 | Unnamed | Stillaguamish R | 05 | | TP | 1995 | Yes |
| Olympic | 996952 | | SR 160 | 3.80 | Curley Cr | Sinclair Inlet | 15 | | TP | 1995 | Yes |
| Northwest | 991519 | 16.25 | SR 18 | 19.59 | Unnamed | Carey Cr | 08.0218A | 0.35 | TP | 1996 | Yes |
| Northwest | 990064 | | SR 18 | 19.76 | Carey Cr | Issaquah Cr | 08.0218 | | TP | 1996 | Yes |
| Sourwest | 30.0068 0.40 | 32.35 | SR 142 | 20.20 | Bowman Cr | L Klickitat R | 30.0068 | 0.40 | TP | 1996 | No |
| Northwest | 990271 | | SR 530 | 29.60 | Mc Govern Cr | NF Stillaguamish R | 05.0168 | | TP | 1996 | Yes |
| Northwest | 991162 | | SR 530 | 31.20 | Unnamed | Stillaguamish R | 05.0168X | | TP | 1996 | Yes |

Table 5. Fish Passage Projects Completed through WSDOT Transportation Projects and Other Funding Sources.

| WSDOT Region | SiteID | PI | Road | Milepost | Stream | Tributary to | WRIA | RM | Funding | Year Fixed | Fish Passage Satisfactory Yes/No |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Northwest | 991164 | | SR 530 | 32.51 | Unnamed | Stillaguamish R | 05 | | TP | 1996 | No |
| Northwest | 991154 | | SR 530 | 55.10 | Unnamed | Sauk R | 04.1062 | | TP | 1996 | Yes |
| Northwest | 991153 | | SR 530 | 55.99 | Unnamed | Skagit R | 04.0707 | 0.21 | TP | 1996 | Yes |
| Northwest | 991059 | | SR 531 | 8.71 | Unnamed | MF Quilceda Cr | 07.0060 | | OTH | 1996 | No |
| Northwest | 990390 | 22.76 | SR 18 | 8.90 | Soosette Cr | Soos Cr | 09.0073 | 1.20 | TP | 1997 | Yes |
| Eastern | 990350 | | SR 20 | 388.13 | Renshaw Cr | Pend Oreille R | 62.0310 | | TP | 1997 | No |
| Eastern | 990351 | | SR 20 | 389.50 | Renshaw Cr | Pend Oreille R | 62.0310 | | TP | 1997 | No |
| Olympic | 990164 | | US 101 | 186.30 | Fuhrman Cr | Bogachiel R | 20.0237E | | TP | 1997 | Yes |
| Olympic | 990156 | | US 101 | 186.40 | Frakker Cr | Bogachiel R | 20.0237O | | TP | 1997 | Yes |
| Olympic | 990716 | | US 101 | 186.45 | Unnamed | Frakker Cr | 20.0237X | | TP | 1997 | Yes |
| Olympic | 991512 | | US 101 | 186.70 | Forgotten Marsh | Fuhrman Cr | 20.0237N | | TP | 1997 | Yes |
| Olympic | 22.0349 | 0.70 | US 12 | 12.36 | Unnamed | Unnamed | 22.0349 | 0.70 | OTH | 1997 | Yes |
| Southwest | 992462 | | US 101 | 28.92 | Roaring Cr Sl | Naselle R | 24.0563 | | TP | 1997 | Yes |
| Northwest | 991155 | | SR 530 | 54.60 | Unnamed | Sauk R | 04.1064 | 0.30 | TP | 1997 | Yes |
| Soutwest | 990119 | | SR 14 | 55.80 | Dog Cr | Columbia R | 29.0130 | 0.00 | TP | 1998 | Unk |
| Soutwest | 990116 | 7.55 | SR 142 | 5.20 | Dillacort Cr | Klickitat R | 30.0009 | 0.00 | TP | 1998 | Yes |
| Northwest | 07.0383A | 0.50 | SR 202 | 13.80 | Dry Cr | Patterson Cr | 07.0383A | 0.50 | TP | 1998 | Yes |
| Northwest | 101S-23 | | SR 203 | 7.83 | Unnamed | Harris Cr | 07.0285 | 0.53 | TP | 1998 | Yes |
| Olympic | 991852 | | SR 303 | 6.9 | Barker Cr | Dyes Inlet | 15.0255 | 1.67 | TP | 1998 | Yes |
| Olympic | 990121 | | SR 305 | 12.80 | Dogfish Cr | Liberty Bay | 15.0285 | | TP | 1998 | Yes |
| Olympic | 990249 | 17.72 | US 101 | 174.00 | Lost Cr | Hoh R | 20.0440 | | TP | 1998 | Yes |
| Olympic | 991644 | | US 101 | 175.15 | Unnamed | Old Joe Sl | 20.0440B | 0.20 | OM | 1998 | No |
| Northwest | 994239 | | SR 520 ROW | 6.27 | Yarrow Cr | Lk Washington | 08.0252 | 0.92 | TP | 1998 | Yes |
| Olympic | 991532 | | US 12 | 13.80 | Unnamed | Chehalis R | 22.0354 | | TP | 1998 | Yes |
| Southwest | 922272 | 12.05 | I-5 | 42.40 | Unnamed | Cowlitz R | 26.0129 | 0.11 | TP | 1999 | Yes |
| Southwest | 991698 | 21.45 | US 101 | 24.13 | Unnamed | Willapa Bay | 24.0673 | | OTH | 1999 | Yes |

Table 5. Fish Passage Projects Completed through WSDOT Transportation Projects and Other Funding Sources.

| WSDOT Region | SiteID | PI | Road | Milepost | Stream | Tributary to | WRIA | RM | Funding | Year Fixed | Fish Passage Satisfactory Yes/No |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Southwest | 990948 | | US 12 | 127.44 | Dry Cr | Cowlitz R | 26.1119 | | TP | 1999 | Yes |
| Olympic | 991690 | | US 101 | 119.90 | Unnamed | Stevens Cr | 22 | | TP | 1999 | No |
| Olympic | 990370 | | SR 101 | 359.6 | Schneider Cr | Totten Inlet | 14.0009 | | TP | 1999 | Yes |
| Northwest | 990294 | | SR 528 | 2.47 | Munson Cr | Allen Cr | 07.0073 | 2.20 | OTH | 2000 | No |
| Northwest | 01.0228 | 4.80 | SR 542 | 6.55 | Anderson Cr | Nooksack R | 01.0228 | 4.80 | OTH | 2000 | Yes |
| Olympic | 991295 | | SR 105 | 31.10 | Unnamed | South Bay | 22 | | OM | 2000 | Yes |
| Eastern | 992006 | 5.96 | SR 21 | 172.17 | Lambert Cr | Curlew Cr | 60.0327 | | OM | 2001 | Yes |
| Olympic | 991729 | 7.50 | SR 112 | 19.60 | Unnamed | Clallam R | 19 | | TP | 2001 | Yes |
| Olympic | 991545 | 10.43 | SR 112 | 19.90 | Unnamed | Clallam R | 19.0129A | 0.00 | TP | 2001 | Yes |
| Olympic | 990144 | | SR 112 | 48.49 | Field Cr | Strait of Juan de Fuca | 19.0026 | 2.10 | TP | 2001 | No |
| Olympic | 15.0051 | 0.10 | SR 302 | 11.32 | Little Minter Cr | Minter Cr | 15.0051 | 0.10 | OM | 2001 | No |
| Southwest | 991397 | | SR 4 | 25.91 | Unnamed | Skamokawa R | 25 | | TP | 2001 | Yes |
| Southwest | 992271 | | SR 142 | 3.65 | Knight Cr | Klickitat R | 30.0008 | 0.01 | TP | 2001 | Yes |
| Eastern | 990881 | | SR 20 | 380.1 | Unnamed | Lk Thomas | 59 | | TP | 2000 | No |
| North Central | 990202 | | US 97 | 158.32 | Iron Cr | Swank R | 39.1209 | | TP | 2000 | No |
| Northwest | 995977 | | SR 20 | 25.77 | Unnamed | Penn Cove | 06.0003 | 0.01 | TP | 2000 | Unk |
| Northwest | 991708 | | SR 20 | 90.13 | Unnamed | Skagit R | 04 | | TP | 2000 | Yes |
| Northwest | DM10 | | SR 20 | 114.94 | Damnation Cr | Skagit R | 04.1844 | | TP | 2000 | Yes |
| Northwest | 105 R042117a | | SR 164 | 8.20 | Unnamed | White R | 10.0048 | 0.60 | TP | 2000 | Yes |
| Northwest | 105 R071916a | | SR 410 | 48.31 | Boundary Cr | White R | 10.0250 | 0.70 | TP | 2000 | No |
| South Central | 990436 | | US 97 | 57.20 | Toppenish Cr | Yakima R | 37.1178 | | TP | 2000 | Yes |
| Northwest | 990344 | | SR 9 | 28.38 | Portage Cr | Stillaguamish R | 05.0036 | | TP | 2002 | Yes |
| Northwest | 991166 | | SR 9 | 32.20 | Unnamed | Stillaguamish R | 05.0129A | | TP | 2002 | Yes |
| Northwest | LP23 | | SR 9 | 35.46 | Unnamed | Unnamed | 05.0080B | 0.07 | TP | 2002 | Yes |
| Northwest | LP27 | | SR 9 | 35.52 | Unnamed | Unnamed | 05.0080C | 0.06 | TP | 2002 | Yes |
| Northwest | LP28 | | SR 9 | 35.70 | Unnamed | Unnamed | 05 | 0.09 | TP | 2002 | Yes |

27

Table 5. Fish Passage Projects Completed through WSDOT Transportation Projects and Other Funding Sources.

| WSDOT Region | SiteID | PI | Milepost | Stream | Tributary to | WRIA | RM | Funding | Year Fixed | Fish Passage Satisfactory Yes/No |
|---|---|---|---|---|---|---|---|---|---|---|
| Northwest | 990625 | | 38.57 | Unnamed | Unnamed | 05.0080H | | TP | 2002 | Yes |
| Northwest | LP32 | | 38.69 | Unnamed | Unnamed | 05 | 0.22 | TP | 2002 | No |
| Northwest | NC180 | | 39.69 | Unnamed | Lk McMurray | 03 | 0.10 | TP | 2002 | No |
| Northwest | NC170 | | 39.87 | Unnamed | Lk McMurray | 03 | | TP | 2002 | No |
| Northwest | 995389 | | 69.88 | Unnamed | Samish R | 03 | | TP | 2002 | No |
| Northwest | 08.0110   0.10 | | 11.10 | Rutherford Cr | Evans Cr | 08.0110 | 0.10 | TP | 2002 | Yes |
| Northwest | 993115 | 11.21 | I-405 | 29.67 | Martha Cr | Swamp Cr | 08 | 0.17 | TP | 2002 | Yes |
| Northwest | 990262 | 13.29 | SR 522 | 2.00 | Maple Leaf Cr | Thorton Cr | 08.0033 | 0.80 | TP | 2002 | Yes |
| Olympic | 15.0280   1.00 | | SR 308 | 1.15 | Big Scandia Cr | Liberty Bay | 15.0280 | 1.00 | TP | 2002 | No |
| South Central | 996440 | | SR 241 | 9.20 | Unnamed | Sulphur Cr Wstwy | 37 | | TP | 2002 | Yes |
| South Central | 990409 | 5.41 | SR 410 | 82.80 | Miner Cr | American R | 38.1027 | | TP | 2002 | No |
| Northwest | 991199 | | SR 167 | 23.65 | NF Springbrook Cr | Springbrook Cr | 09.0020 | | OTH | 2003 | Yes |
| Northwest | 990208 | | SR 18 | 12.70 | Jenkins Cr | Soos Cr | 09.0087 | | TP | 2003 | Yes |
| Northwest | 990209 | | SR 18 | 13.80 | Jenkins Cr | Soos Cr | 09.0087 | | TP | 2003 | Yes |
| Northwest | 08.0183   1.00 | | I-90 | 17 | EF Issaquah Cr | Issaquah Cr | 08.0183 | 1 | TP | 2003 | Yes |
| Olympic | 990910 | 20.16 | SR 106 | 6.95 | Dalby Cr | Hood Canal | 14 | 0.04 | OTH | 2003 | Yes |
| Northwest | 101S-27 | | SR 203 | 12.76 | Deer Cr | Snoqualmie R | 07 | | OTH | 2003 | Yes |
| Northwest | 991189 | | SR 527 | 7.38 | Unnamed | North Cr | 08 | | TP | 2003 | Yes |
| Sourwest | 991415 | | SR 401 | 3.22 | Unnamed | Columbia R | 24 | | TP | 2003 | Yes |
| Northwest | 990136 | | SR 112 | 6.84 | Edison Sl | Samish Bay | 3.0001 | | TP | 2004 | Yes |
| Northwest | 105 S012018a | | SR 509 | 10.71 | Lacota Cr | Puget Sound | 10.0386 | | TP | 2004 | Yes |
| Northwest | 990434 | | SR 542 | 15.32 | Jim Cr | Nooksack R | 01 | | TP | 2004 | Yes |
| Northwest | 995578 | | SR 542 | 44.14 | Unnamed | NF Nooksack R | 01 | | TP | 2004 | Yes |
| Northwest | 995580 | | SR 542 | 44.34 | Unnamed | NF Nooksack R | 01 | | TP | 2004 | Yes |
| Olympic | 115 MC176 | | SR 106 | 7.06 | Alderbrook Cr | Hood Canal | 14 | | OTH | 2004 | Yes |
| Olympic | 105 R050320a | | SR 167 | 0.16 | Iovita Cr | Milwaukee Canal | 10.0034 | | TP | 2004 | No |

Table 5. Fish Passage Projects Completed through WSDOT Transportation Projects and Other Funding Sources.

| WSDOT Region | SiteID | PI | Road | Milepost | Stream | Tributary to | WRIA | RM | Funding | Year Fixed | Fish Passage Satisfactory Yes/No |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Southwest | 992311 | 15.68 | US 101 | 53.56 | Old Mill Pond | Willapa R | 24 | | OTH | 2004 | Yes |
| Northwest | 08.0320 1.20 | | SR 18 Off Ramp | 16.94 | Downs Cr | Cedar R | 08.0320 | 1.20 | TP | 2005 | Yes |
| Northwest | 991576 | 20.5 | SR 18 | 18.19 | Taylor Cr | Downs Cr | 08.0326 | 2.98 | TP | 2005 | Yes |
| Northwest | 990426 | 25.48 | SR 18 | 18.43 | Taylor Cr | Downs Cr | 8.0326 | | TP | 2005 | Yes |
| Northwest | 991620 | | SR 161 | 35.1 | Unnamed | EF Hylebos Cr | 10.0016 | | TP | 2005 | Yes |
| Northwest | 991486 | | SR 167 | 25.65 | Unnamed | Springbrook Cr | 9.0006 | | TP | 2005 | No |
| Northwest | 992374 | 21.20 | SR 522 | 18.44 | Unnamed | Evans Cr | 07.0211 | 2.43 | TP | 2005 | Yes |
| Northwest | 990016 | 6.42 | SR 522 | 18.77 | Unnamed | Evans Cr | 07 | 1.20 | TP | 2005 | Yes |
| Northwest | 993087 | | SR 527 | 9.33 | Unnamed | Ruggs Lk | 08 | | TP | 2005 | Yes |
| Northwest | 990015 | 33.8 | SR 539 | 0.3 | Spring Cr | Baker Cr | 01.0556 | 0 | TP | 2005 | No |
| Northwest | 995582 | | SR 542 | 45.51 | Unnamed | NF Nooksack R | 01 | | TP | 2005 | Yes |
| Olympic | 991275 | | US 101 | 130.6 | Unnamed | Ten O Clock Cr | 21 | | TP | 2005 | Yes |
| Olympic | 991636 | | SR 706 | 8.02 | Unnamed | Nisqually R | 11.0008A | 0 | TP | 2005 | Yes |

Funding Codes:
OM - operational maintenance
TP - transportation project
OTH - other

Fish Passage Compliance Codes:
Yes - meets fish passage requirements
No - project does not meet current fish passage requirements
Unkn - fish passage barrier status undetermined

29

**Evaluation of Dedicated Funding Projects, Before and After Barrier Removal**

The goal of the evaluation program is to accomplish the following:

- Determine fish utilization upstream and downstream of sites prior to and one year after project construction,
- Evaluate new fish passage projects for design, durability, and efficiency for one year following construction, and
- Provide long-term effectiveness monitoring of selected sites to evaluate various design options and the changes in fish utilization over an extended period of time.

Adult spawner surveys are a direct way to determine target species presence or absence above and below a newly completed fish passage installation, or to evaluate a pre-project barrier. Three such surveys are conducted per year for each project. The surveys are conducted 500 meters below and above the project, or to the confluence with a larger body of water downstream, or to a natural barrier upstream. If the reaches 500 upstream or downstream of the fish passage project are reaches where fish are not likely to be holding or spawning, the team relocates the survey accordingly.

WDFW evaluates dedicated funding projects to ensure they function properly. All projects completed by WDFW are evaluated for one year following construction. During this period, any design deficiencies are noted and corrected whenever possible. After building a project using dedicated I-4 funding, this one-year tune-up period allows for observation of conditions during high flow months when fish are migrating. An on-site review consists of physical assessment by the WDFW project team to confirm the new fish passage installation is durable and efficient. Project deficiencies are identified and corrected during this period beginning after project construction and ending on December 31 the year following.

If resources allow, adult surveys may be conducted in subsequent years if salmonids are not detected upstream of the fish passage project in the first year after construction.

On a select number of sites, representing various design options, adult spawner surveys and fish passage facility assessments will occur over an extended period. This will provide insight into the long-term adult utilization changes and the durability and efficiency of various design options.

Appendix V shows the results of spawner surveys conducted for dedicated funding projects that will be built in the near future and for projects built in 2004 and 2005. No spawning salmon were observed upstream of Stevens Creek, tributary to Lake Stevens, constructed in 2005.

# Skobob Creek
## Before Construction



Figure 9. Skobob Creek - Project location: SR 106 at milepost 0.85.



Figure 10. A 1.83 m wide, concrete box culvert was identified as a barrier due to excessive water velocity evidenced by bank scouring downstream of the culvert.

## After Construction



Figure 11. In 2005, WSDOT replaced the box culvert with a 37 m wide single span bridge through a Dedicated Funding (1-4) project. The new bridge provides an unlimited access to over 4.5 acres rearing habitat to coho and chinook salmon, steelhead, resident and searun cutthroat trout, as well as restores the channel and improves creek flow capacity under the highway during storm events. The construction cost of this $1.8 million bridge was a multi-agency effort involving the Hood Canal Salmon Enhancement Group, Skokomish Tribe, and WSDOT.

31

# Little Boulder Creek

## Before Construction





Figure 12. Little Boulder Creek - Project location: SR 20 at milepost 181.34, approximately three miles west of Mazama.

Figure 13. A 1.85 m high outfall drop on the downstream end of a 2.72 m wide structural steel plate culvert created a fish passage barrier to chinook salmon, steelhead, bull trout and resident cutthroat trout. The culvert was equipped with 13 baffles, which required frequent maintenance.

## After Construction



Figure 14. In 2005, the steel culvert was replaced with an 8 m wide structural plate steel arch stream simulation culvert allowing unrestricted fish access to over 5,000 meters of upstream habitat. In addition to restoring fish passage for chinook salmon, steelhead, bull trout and resident trout, the Dedicated Funding (I-4), $545,000 project alleviated maintenance issues associated with clearing debris caught inside the baffled culvert and increased the culvert's capacity to accommodate 100 year flood flows.

# Stevens Creek



Figure 15. Stevens Creek - Project location: SR 92 at milepost 0.47, just north of Lake Stevens.

## After Construction

Figure 16. A single, 0.91 m concrete round culvert was replaced in 2005 by WSDOT through a Dedicated Funding (I-4) project with a 3.74 m wide concrete box culvert. A 2% slope and a 0.27 m outfall drop on the downstream end of the old culvert posed a challenge to fish



passage. The $400,000 project restored access to over 2,000 meters of potential habitat for coho and kokanee salmon, steelhead, searun cutthroat, and resident trout. The new culvert is set at a slope of less than 1% and is countersunk with natural streambed material lining the bottom of the culvert. In addition to improving fish passage, the new culvert reduces the chances of flooding.

# Taylor Creek

## Before Construction



Figure 17. Taylor Creek - Project location: SR 18 at milepost 18.19.



Figure 18. A round, 1.52 m wide concrete culvert was undersized.

## After Construction



Figure 19. A new bridge was constructed in 2005, during the SR 18 highway improvement project involving the construction of a 4 four-lane divided highway. WSDOT replaced seven culverts in Taylor Creek and its tributaries with full-span bridges between 2003 and 2005 at a cost of $9.72 million. The cost of this bridge was $2.14 million. Over 3,300 meters of potential habitat for coho salmon, steelhead and resident trout is now easily accessible. Another SR 18 culvert upstream of this crossing was replaced with a bridge in 2005 as well (See Figures 21 and 22).

# Taylor Creek
## Before Construction



Figure 20. Taylor Creek - Project location: SR 18 at milepost 18.45.



Figure 21. A round, 1.52 m concrete culvert was considered a barrier due to a 2.25% slope.

## After Construction



Figure 19. A full-span bridge was constructed in 2005 during the SR 18 Safety and Mobility project. Coho salmon, steelhead and resident trout can fully utilize over 1,600 meters of habitat above the new bridge.

# Downs Creek

## Before Construction





Figure 23. Downs Creek - Project location: SR 18 at off ramp (the old frontage road).

Figure 24. The original 1.8 m round steel culvert was equipped with downstream rock controls. The rock controls were not effective in backwatering the culvert and the outfall drop gradually increased to 0.27 m obstructing fish passage.

## After Construction



Figure 25. Fish passage at this crossing was addressed in 2005 during the SR 18 widening project. WSDOT replaced the old steel culvert with a full span bridge for a total cost of $291,600. The new bridge improved fish access to 7,400 meters of potential habitat upstream for coho salmon and resident cutthroat trout.

# Unnamed Tributary to West Fork Hylebos Creek

## Before Construction



Figure 26. Unnamed tributary to West Fork
Hylebos Creek - Project location: SR
161 at milepost 35.1.



Figure 27. Two .46 m wide steel and concrete
(left and right) pipes were considered
barriers due to a slope of 1.8% and
2.1% respectively.

## After Construction



Figure 28. Installed in 2005, the new, larger concrete, 3.7 m wide box culvert with natural streambed
material throughout will provide unimpeded fish passage to over 3,000 meters of potential
habitat for coho salmon, steelhead and resident trout. In addition to providing fish passage,
the new culvert will be able to accommodate 100 year flows, and reduce erosion.

# Unnamed Tributary to Evans Creek

## Before Construction



Figure 29. Unnamed tributary to Evans Creek –
Project location: SR 522 at milepost
18.44.



Figure 30. A 1.2 m wide, round corrugated steel
culvert was a velocity barrier.

## After Construction



Figure 31. A 4.10 m wide structural plate steel arch culvert was installed in 2005 replacing the under-
sized culvert. The new culvert is set at a slope of less than 1% and has natural streambed
material throughout, providing unobstructed fish passage to over 2,700 meters of habitat for
coho salmon, steelhead, resident, and searun cutthroat trout.

# Unnamed Tributary to Evans Creek Tributary

## Before Construction



Figure 32. Unnamed tributary to Evans Creek Tributary - Project location: SR 522 at milepost 18.77.



Figure 33. A .61 m wide concrete culvert was a barrier to fish passage due to 2% slope.

## After Construction



Figure 34. A 4.10 m wide corrugated steel culvert was installed in place of the old pipe in 2005 during a road widening project. Coho salmon, steelhead and resident trout will benefit from 370 meters of potential rearing habitat upstream of this crossing.

# Unnamed Tributary to Ruggs Lake



Figure 35. Unnamed tributary to Ruggs Lake -
Project location: SR 527 at milepost
9.33, just south of Everett.

## After Construction



Figure 36. WSDOT replaced a 1.2 m wide, concrete box culvert with a 2.4 m wide, concrete box
culvert, improving fish access to 37 acres of rearing habitat at the same time increasing
creek flow capacity under the highway during extreme flows. The new culvert was a part
of a 2005 Safety and Mobility project, where WSDOT widened the existing two-lane
road to a four-lane one, replaced undersized culverts, and improved water quality
through the construction of new detention ponds.

# Unnamed Tributary to North Fork Nooksack River

## Before Construction

 

Figure 37. Unnamed tributary to North Fork
Nooksack River - Project location:
SR 542 at milepost 45.51, east of
Bellingham.

Figure 38. A .61 m wide round concrete
culvert, was filled with sediments,
impeding fish passage.

## After Construction



Figure 39. As part of the 2004 and 2005 WSDOT highway improvement project, numerous undersized
culverts were replaced with larger ones, improving fish passage and drainage during spring
snow melt. This 2.45 m wide concrete box culvert benefits resident trout.

41

# Unnamed Tributary to Nisqually River



Figure 40. Unnamed tributary to Nisqually
River - Project location: SR 706 at
milepost 8.02.

## After Construction



Figure 41. Eight log controls were placed downstream of a squash, corrugated steel, 1.65 m wide
culvert to backwater the culvert and improve access to 900 meters of habitat for resident
trout.