```
 1
                    UNITED STATES DISTRICT COURT
 2                 WESTERN DISTRICT OF WASHINGTON
                            AT SEATTLE
 3  ─────────────────────────────────────────────────────────
 4  UNITED STATES OF AMERICA,      )
    et al.                         )
 5                                 )
              Plaintiffs,          )
 6                                 )   Case No:   C70-9213
       vs.                         )
 7                                 )   Subproceeding No. 01-1
    STATE OF WASHINGTON,           )         (Culverts)
 8                                 )
                                   )
 9            Defendants.          )
    ─────────────────────────────────────────────────────────
10
                 DEPOSITION UPON ORAL EXAMINATION
11
                                OF
12
                         Martin Fox, Ph.D.
13  ─────────────────────────────────────────────────────────
14
15                          9:30 a.m.
16                        June 29, 2006
17
18               OFFICE OF THE ATTORNEY GENERAL
                 900 Fourth Avenue, Room 1995
19                    Seattle, Washington
20
21                   Katherine M. Cullman
22                         CCR 3001
23
24
25
```

Page 34

1    wanted to inventory what they had on the Reservation to provide
2    a more complete picture.
3  Q When did you first become aware of the state's culvert
4    inventory?
5  A I'm not sure of the date of the report on that, but through the
6    SSHIAP reports. Are you familiar with the SSHIAP?
7  Q Uh-huh.
8  A Culvert inventories were fairly extensive. The protocols,
9    according to the state manual, came out in the late '90s, the
10   counties were conducting rigorous reviews of culverts on county
11   roads. It was all in the late '90s, early 2000s.
12 Q Prior to publication of the state's inventory, had the
13   Muckleshoots done any work to assess impacts of state-owned
14   culverts?
15 A I'm sorry? Could you repeat that.
16 Q All right. Prior to -- well, let me ask it this way: Has the
17   Tribe done any work at any time to assess the impacts of
18   state-owned culverts on its fisheries?
19 A They may have. I didn't do those inventories directly. But
20   culverts have been of a concern to the fisheries department for
21   one. And I presume that culverts have been evaluated for fish
22   passage through the department.
23 Q Are you aware of any assessments that the Tribe has done of
24   state-owned culverts?
25 A Perhaps on an individual basis. But not as an overall

Page 59

```
 1
 2                    C E R T I F I C A T E
 3
     STATE OF WASHINGTON  )
 4                        ) SS
     COUNTY OF KING        )
 5
 6
         I, Katherine Cullman, a Notary Public in and for the
 7   State of Washington, do hereby certify:
 8       That the foregoing deposition was taken before me at
     the time and place therein set forth;
 9
         That the witness was by me first duly sworn to testify
10   to the truth, the whole truth, and nothing but the truth; and
     the testimony of the witness and all objections made at the
11   time of the examination were recorded by voice recognition by
     me, and thereafter transcribed under my direction;
12
         That the foregoing transcript is a true record of
13   the testimony given by the witness and of all objections made
     at the time of the examination, to the best of my ability.
14
         I further certify that I am in no way related to any
15   party to this matter nor to any of counsel, nor do I have any
     interest in the matter.
16
         Witness my hand and seal this 14th day of July, 2006.
17
18                              _____
                                Katherine Cullman, Notary
19                              Public in and for the State
                                of Washington, residing at
20                              Kent.  Commission
                                expires April 26, 2008.
21
22
23
24
25
```