Stanley Jones, 7/24/2006

```
 1           IN THE UNITED STATES DISTRICT COURT
 2         FOR THE WESTERN DISTRICT OF WASHINGTON
 3                       AT SEATTLE
```

```
 4
                                  )
 5   UNITED STATES OF AMERICA,    )
                                  )
 6   et al.,                      )
                                  )   No. C70-9213
 7              Plaintiffs,       )
                                  )   Subproceeding No. 01-1
 8         vs.                    )       (Culverts)
                                  )
 9   STATE OF WASHINGTON, et al., )
                                  )
10              Defendants.       )
```

```
11
12           DEPOSITION UPON ORAL EXAMINATION
13                          OF
14                   STANLEY G. JONES
```

```
15
16
                       9:30 a.m.
17
                    July 24, 2006
18
19          OFFICE OF THE ATTORNEY GENERAL
                900 Fourth Avenue 2181
20             Seattle, Washington 98164
21
22
                 JACQUELINE L. BELLOWS
23                      CCR 2297
24
25
```

Stanley Jones, 7/24/2006

Page 12

| | | |
|---|---|---|
| 1 | Q | Do you expect to testify about examples of culverts that |
| 2 | | may affect the Tulalip Tribes' fisheries?  I believe |
| 3 | | this was another -- |
| 4 | A | Not the culverts, examples of culverts themselves.  But |
| 5 | | probably the way they, they block the salmon.  I'm not |
| 6 | | sure what caused them to block the salmon.  And they |
| 7 | | were blocked there.  Whether they're too big, too small, |
| 8 | | they blocked the salmon, totally destroyed the run. |
| 9 | Q | Are there any -- I know you mentioned one on 88th |
| 10 | | Street -- |
| 11 | A | That's right, yes. |
| 12 | Q | -- a little while ago.  Are there any specific examples |
| 13 | | besides that one on 88th Street that you have in mind as |
| 14 | | what we would call sort of a poster child of the culvert |
| 15 | | issue? |
| 16 | A | That's the only one I'm very familiar about, that one |
| 17 | | right there.  I have not talked to the tribe fisheries |
| 18 | | about any others there, but that one I do know. |
| 19 | Q | You mentioned that you're not sure of the owner of the |
| 20 | | road, the 88th Street road. |
| 21 | A | I feel it's Snohomish County. |
| 22 | Q | Then I assume that you don't have any examples of |
| 23 | | specific culverts that would affect other tribes besides |
| 24 | | the Tulalip Tribes? |
| 25 | A | No. |

Stanley Jones, 7/24/2006

Page 137

1                    C E R T I F I C A T E
2   STATE OF WASHINGTON   )
                          ) SS
3   COUNTY OF KING        )
4            I, Jacqueline L. Bellows, a Notary Public in and for
5   the State of Washington, do hereby certify:
6            That the foregoing deposition was taken before me at
7   the time and place therein set forth;
8            That the witness was by me first duly sworn to
9   testify to the truth, the whole truth, and nothing but the
10  truth; and that the testimony of the witness and all
11  objections made at the time of the examination were recorded
12  stenographically by me, and thereafter transcribed under my
13  direction;
14           That the foregoing transcript is a true record of
15  the testimony given by the witness and of all objections made
16  at the time of the examination, to the best of my ability.
17           I further certify that I am in no way related to any
18  party to this matter nor to any of counsel, nor do I have any
19  interest in the matter.
20           Witness my hand and seal this 3rd day of
21  September, 2006.
22                            _____
23                            Jacqueline L. Bellows, Notary
                              Public in and for the State
24                            of Washington, residing at
                              Arlington.  Commission
25                            expires October 19, 2006.