Larry Wasserman 4/11/2006

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE WESTERN DISTRICT OF WASHINGTON
 3                         AT SEATTLE

 4   _____

                                    )
 5   UNITED STATES OF AMERICA,       )
                                     )
 6   et al.,                         )
                                     )   No. C70-9213
 7              Plaintiffs,          )
                                     )   Subproceeding No. 01-1
 8        vs.                        )       (Culverts)
                                     )
 9   STATE OF WASHINGTON, et al.,    )
                                     )
10              Defendants.          )

11   _____

12              DEPOSITION UPON ORAL EXAMINATION
13                             OF
14                      LARRY WASSERMAN

15   _____
16
                           9:30 a.m.
17
                         April 11, 2006
18
19              OFFICE OF THE ATTORNEY GENERAL
                    900 Fourth Avenue 1995
20                 Seattle, Washington 98164
21
22
                     JACQUELINE L. BELLOWS
23                         CCR 2297
24
25
```

Larry Wasserman 4/11/2006

Page 70

```
 1         again, please.
 2   Q     The last paragraph on page 806 on Exhibit 10 says that
 3         you looked at 33 blocking culverts.  Do you know whether
 4         any of those have been corrected since 1994?
 5   A     Yes.  I know some of them have been corrected since
 6         1994.
 7   Q     Do you know who owned those culverts that had been
 8         corrected?
 9   A     Well, I know that the county had a program in -- around
10         that time where they were working on culverts.  I don't
11         recall if there were exclusively county-owned culverts
12         that they corrected.  And I know that early in the SERF
13         Board projects there were culverts corrected.  But I
14         don't know who owned those culverts.  I can't recall
15         specific culverts and the ownership of that culvert.
16   Q     I take it, then, that you would not be able to say
17         whether any of those 33 culverts, that any of the
18         culverts in that set of 33 that have been corrected were
19         state owned?
20   A     At this time, I can't.
21   Q     On pages 806 and 807 on Exhibit 10, there are some
22         diagrams labeled figures IV and V.
23   A     Yes.
24   Q     Do those figures fairly represent the impacts on coho
25         smolt production in the Skagit River system from habitat
```

Larry Wasserman 4/11/2006

Page 71

| | | |
|---|---|---|
| 1 | | modification? |
| 2 | A | They fairly do.  However, there has been additional |
| 3 | | culvert surveys and additional work in general.  So they |
| 4 | | generally reflect the proportions of these different |
| 5 | | impacts. |
| 6 | Q | The other factors that are shown in these figures -- |
| 7 | | hydromodification, forest practices, hydropower -- are |
| 8 | | those factors being actively addressed in the Skagit |
| 9 | | watershed? |
| 10 | A | Yes, they are. |
| 11 | Q | How much has hydromodification changed in the Skagit |
| 12 | | River basin since you wrote this 1994 paper? |
| 13 | A | I'm not sure how to answer the question when you say |
| 14 | | "how much" has it changed. |
| 15 | Q | Have the impacts on coho smolt production from |
| 16 | | hydromodification diminished since 1994? |
| 17 | A | I believe they have. |
| 18 | Q | Why do you believe that? |
| 19 | A | We have been quite involved in addressing some of the |
| 20 | | factors that are resulting in hydromodification.  And |
| 21 | | activities that took place prior to 1994 that resulted |
| 22 | | in damage in some instances have recovered on their own, |
| 23 | | in some instances.  And so in total, I think the -- we |
| 24 | | have been able to address some of those issues; and |
| 25 | | cumulative, that's had positive impacts. |

| | | |
|---|---|---|
| 1 | A | Not that I'm aware of at this time. |
| 2 | Q | Are you aware of any culverts owned by local governments |
| 3 | | whose repair or replacement you believe could positively |
| 4 | | affect anadromous fish populations in the Skagit River |
| 5 | | basin? |
| 6 | A | Again, I'd refer to document Exhibit 13 as -- and I |
| 7 | | don't know the current status, but there's a list of |
| 8 | | county and some private culverts there. I just don't |
| 9 | | know the status of all. |
| 10 | Q | Of the four types of landowners we just talked about: |
| 11 | | State, federal, county, private -- which -- culverts by |
| 12 | | which of those entities are the bigger problem, in your |
| 13 | | opinion? |
| 14 | A | I haven't done that analysis. |
| 15 | Q | Are you aware of any state-owned culverts, any |
| 16 | | particular state-owned culverts in the Sammish River |
| 17 | | basin whose repair or replacement you believe could |
| 18 | | positively affect anadromous fish populations? |
| 19 | A | There was a culvert at Ennis Creek that was -- oh, I'm |
| 20 | | sorry. Was your question specific to state-owned |
| 21 | | culverts or culverts in the Sammish? |
| 22 | Q | State owned. |
| 23 | A | I don't recall the ownerships of the culverts in the |
| 24 | | Sammish. |
| 25 | Q | You were about to identify one at Ennis Creek. You're |

Larry Wasserman 4/11/2006

Page 130

```
 1                    C E R T I F I C A T E

 2    STATE OF WASHINGTON  )
                           ) SS
 3    COUNTY OF KING       )

 4            I, Jacqueline L. Bellows, a Notary Public in and for
 5    the State of Washington, do hereby certify:
 6            That the foregoing deposition was taken before me at
 7    the time and place therein set forth;
 8            That the witness was by me first duly sworn to
 9    testify to the truth, the whole truth, and nothing but the
10    truth; and that the testimony of the witness and all
11    objections made at the time of the examination were recorded
12    stenographically by me, and thereafter transcribed under my
13    direction;
14            That the foregoing transcript is a true record of
15    the testimony given by the witness and of all objections made
16    at the time of the examination, to the best of my ability.
17            I further certify that I am in no way related to any
18    party to this matter nor to any of counsel, nor do I have any
19    interest in the matter.
20            Witness my hand and seal this 25th day of
21    April, 2006.
22                              _____
23               .              Jacqueline L. Bellows, Notary
                                Public in and for the State
24                              of Washington, residing at
                                Arlington.  Commission
25                              expires October 19, 2006.
```