The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et. al., | Civil No. C70-9213 |
| Plaintiffs, | Sub-Proceeding No. 01-01 (Culverts) |
| v. | |
| STATE OF WASHINGTON, et. al., | CERTIFICATE OF SERVICE |
| Defendants. | |

I hereby certify I served **Washington Association of Counties' Memorandum in Support of the State's Motion for Summary Judgment** with the following document:

Second Declaration of Mary E. Jones

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons required to be served whose names appear on the following service list(s):

1. Master Service List, dated August 7, 2006;

2. Subproceeding 01-1 Service List dated May 16, 2006.

Dated this 14th day of August, 2006.

Respectfully Submitted,

/s/ *Pamela B. Loginsky*
Pamela B. Loginsky, WSBA # 18096
Attorney for Amicus Curiae Applicant
Washington Association of Counties
206 10th Ave. SE
Olympia, WA 98501
Telephone: (360) 753-2175
Fax: (360) 753-3943

CERTIFICATE OF SERVICE — 1

E-mail: pamloginsky@waprosecutors.org

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE — 2

**WASHINGTON ASSOCIATION OF PROSECUTING ATTORNEYS**
206 10TH Ave. S.E.
Olympia, WA 98501
(360) 753-2175  FAX (360) 753-3943