1                                  **HONORABLE JUDGE RICARDO S. MARTINEZ**

2

3

4

5

6

7                         IN THE UNITED STATES DISTRICT COURT
                  FOR THE WESTERN DISTRICT OF WASHINGTON

8                                 AT SEATTLE

9

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | |
| Plaintiffs, | Civil No. C70-9213 |
| vs. | Sub-proceeding No. 01-2 |
| STATE OF WASHINGTON, et al., | STIPULATION: CONFIDENTIALITY OF DOCUMENTS PROVIDED IN DISCOVERY |
| Defendants. | |

10

11

12

13

14

15

16

17       The Court, in its Order on Motion for a Protective Order, Doct. 185, May 11, 2006, held:

18             (4) Documents and information provided by the Samish Indian Nation pursuant to
19  discovery requests as part of this sub-proceeding shall not be used in any other legal
proceeding without further Order of this Court.  Financial information disclosed by the
20  Samish Indian Nation pursuant to discovery requests shall remain confidential.   Treaty
Tribes shall confer with the Samish Indian Nation before including any financial
21  information in any pleading they may file with this Court, for purposes of reaching
appropriate procedures to protect the confidentiality of such information.

22

23       The active parties to sub-proceeding 01-2 enter into the following stipulation regarding

24  submission to the Court of financial information disclosed by the Samish Indian Nation in

25  discovery:

26       1.      The party (including the Samish Nation) submitting Samish financial information

STIPULATION: CONFIDENTIALITY OF DOCUMENTS
PROVIDED IN DISCOVERY
(Civil No. 70-9213, Sub-Proceeding No. 01-2) - Page 1

1   either in the body of a pleading or as an exhibit or attachment, including any reports, data or other

2   such information ("financial information") shall redact the financial information from the pleading

3   filed electronically with the Court as part of the public record of the proceeding.  A blank space

4   will appear for financial information redacted from the body of a pleading or for financial

5   information that appears within the body of an exhibit or other document.  If a complete

6   document is redacted, a single page shall be included in the document's place identifying the

7   nature of the document that has been redacted.

8          2.       Simultaneously with such filing, the party filing the pleading shall send either by

9   facsimile or electronically a copy of such  pleading (s) that includes all the redacted financial

10   information  to all other  parties to the proceeding.

11          3.       The Court's working copy of any pleading shall include all financial information

12   redacted from the pleading filed electronically with the Court as part of the public record of the

13   proceeding.

14          4.       The Samish Indian Nation, for pleadings filed by the Treaty Tribes, shall have five

15   (5) business days after filing of any pleading by the Treaty Tribes to designate, by written

16   transmission to Treaty Tribes and to the Court Clerk, additional financial information that it

17   believes should be kept confidential.  A revised pleading, with the additional financial information

18   redacted, shall accompany such transmission.

19          5.        Counsel for Treaty Tribes may disclose Samish financial information to their

20   clients as part of this sub-proceeding with the understanding that such information shall not be

21   distributed or used for purposes other than as necessary for this sub-proceedings.  Samish

22   financial information shall not be used in any other legal proceeding.

23          6.       In the event Treaty Tribes disagree with the designation by the Samish Indian

24   Nation of specific information as confidential financial information under paragraphs 1 or 4 of this

25   Stipulation, the parties shall confer in an attempt to resolve such dispute.  In the event the dispute

26

STIPULATION: CONFIDENTIALITY OF DOCUMENTS
PROVIDED IN DISCOVERY
(Civil No. 70-9213, Sub-Proceeding No. 01-2) - Page 2

1    cannot be resolved within ten (10) days after a dispute is raised, the confidentiality of specific

2    financial information shall be submitted to the Court for resolution, whose decision shall be

3    considered a final decision for purposes of appeal.  In the event of an appeal of the Judge's

4    decision on any matter in this sub-proceeding, the parties agree that the full pleading including all

5    redacted financial information will be substituted into the record for purposes of the appeal, and

6    the Court shall enter an order covering the confidentiality of the record.

7         7.      To the extent possible, the Court shall redact financial information from any

8    Orders it issues.

9         8.      The intent of this stipulation is to prohibit the release of confidential and

10    proprietary Samish financial information to the general public.

11         9 .     Signature below constitutes agreement with the terms of the stipulation.

12

13    s/ Craig J. Dorsay              s/ Harold Chesnin *via email authorization

14    Craig J.  Dorsay               Harold Chesnin
      Samish Indian Nation          Upper Skagit Indian Tribe

15

      Date:8/4/06                   Date: 8/4/06

16

17

      s/ Michelle Hansen            s/ James Jannetta

18    *via email authorization       *via email authorization
      Michelle Hansen               James Jannetta

19    Suquamish Indian Tribe        Swinomish Indian Tribal Community

20

      Date:8/4/06                   Date: 8/4/06

21

22    s/ Daniel A. Raas             s/ Lauren Rasmussen
      *via email authorization       *via email authorization

23    Daniel A. Raas                Lauren Rasmussen

24    Lummi Nation                  Jamestown S'Klallam Tribe

25    Date:8/4/06                   Date:8/4/06

26

STIPULATION: CONFIDENTIALITY OF DOCUMENTS
PROVIDED IN DISCOVERY
(Civil No. 70-9213, Sub-Proceeding No. 01-2) - Page 3

**Craig J. Dorsay**
**Attorney at Law**
**2121 S.W. Broadway, Suite 100**
**Portland, OR  97201**
**(503) 790-9060**

1

2

3    _____        s/ Timothy Weaver
     Mason Morisset                        * via email authorization
4    Tulalip Tribes                        Timothy Weaver
                                           Yakama Indian Nation
5

6    Date:_____           Date:8/4/06

7

8    s/ Lauren Rasmussen
     *via email authorization
     Lauren Rasmussen
9    Port Gamble Band of S'Klallam

10

     Date: 8/4/06
11

12

13   APPROVED and ORDERED this _21___ day of August 2006.

14

15

16

17
                               RICARDO S. MARTINEZ
18                             UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

STIPULATION: CONFIDENTIALITY OF DOCUMENTS
PROVIDED IN DISCOVERY
(Civil No. 70-9213, Sub-Proceeding No. 01-2) - Page 4

Craig J. Dorsay
Attorney at Law
2121 S.W. Broadway, Suite 100
Portland, OR  97201
(503) 790-9060