The Honorable Ricardo Martinez

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | NO.  C70-9213M<br>Subproceeding No. 01-1 |
| Plaintiff, | (CULVERTS) |
| v. | DECLARATION OF LOU BAKER |
| STATE OF WASHINGTON, | |
| Defendant. | |

I, Lou Baker, declare as follows:

1.      I am the Roadway Operations Supervisor for the Washington State Department of Transportation ("WSDOT").  I have held this position or its equivalent for four years and I have worked for the WSDOT as a Transportation Planning Specialist for a total of eight years.  In all, I have worked for WSDOT since 1989.  My duties include updating and distributing the State Highway Log Planning Report, updating the Roadway Classification Log, Horizontal and Vertical alignment Report and Road Life (Contract History) Report.  I also supervise field and office personnel. The statements in this declaration are based on my personal knowledge.

DECLARATION OF LOU BAKER
NO.  C70-9213M

1

ATTORNEY GENERAL OF WASHINGTON
Transportation & Public Construction Division
7141 Cleanwater Drive SW
PO BOX 40113
Olympia, WA  98504-0113
(360) 753-6126   Facsimile:  (360) 586-6847

2.      A centerline line measures the length of a highway and does not take into consideration the number of lanes.  A one-mile length of four lanes measures the same as one-mile length of two lanes, etc.  Both equal one centerline mile.  A centerline mile is a linear measure of a State Route in 1/100th mile increments.

3.      I have worked for 13 years updating the State Highway Log through contracts and field checks.  The State Highway Log is a report which lists all State Routes from beginning to end in 1/100th mile increments and includes features on and along the route (number of lanes, roadway width, intersections, structures, traffic control, illumination, speed limit, special use lanes for example).  A field check is physically inventorying a State Route, or section thereof, by driving the route in a vehicle equipped with a distance Measuring Instrument (DMI).   A DMI is a highly calibrated odometer which is linked through a sensor to the transmission, which sends pulses to the DMI and the DMI reads out the mileage to 1/1000th of a mile (1/100th for WSDOT purposes).  Contracts give lengths in engineering stations, which are 100 feet.  I calculate the number of stations in the contract area and then convert the length in feet to length in miles.

4.      The following is a table containing the centerline miles of state highways from 1974 to present.  Each year on the table is representative of the year on the State Highway Log cover, which until this year's publication (2005B) contained the totals of the prior year (i.e., 2003 Highway Log represented data thru 12/31/2002).

DECLARATION OF LOU BAKER
NO.  C70-9213M

2

ATTORNEY GENERAL OF WASHINGTON
Transportation & Public Construction Division
7141 Cleanwater Drive SW
PO BOX 40113
Olympia, WA  98504-0113
(360) 753-6126    Facsimile:  (360) 586-6847

| Year | Centerline Miles | Year | Centerline Miles |
|---|---|---|---|
| 1974 | 6912 | 1991(Post RJT) | 7012 |
| 1975 | 6906 | 1992 | 7020 |
| 1976 | 6916 | 1993 | 7048 |
| 1977 | Unavailable | 1994 | 7047 |
| 1978 | 6920 | 1995 | 7052 |
| 1979 | 6919 | 1996 | 7053 |
| 1980 | 6888 | 1997 | 7059 |
| 1981 | 6888 | 1998 | 7066 |
| 1982 | 6888 | 1999 | 7063 |
| 1983 | 6941 | 2000 | 7061 |
| 1984 | 6960 | 2001 | 7061 |
| 1985 | 6972 | 2002 | 7063 |
| 1986 | 6973 | 2003 | 7063 |
| 1987-89 | Unavailable | 2004 | 7049 |
| 1990 | 6996 | 2005 | 7046 |
| 1991 (Pre RJT) | 6998 | 2005B | 7046 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 1st day of September, 2006.

LOU BAKER

ATTORNEY GENERAL OF WASHINGTON
Transportation & Public Construction Division
7141 Cleanwater Drive SW
PO BOX 40113
Olympia, WA  98504-0113
(360) 753-6126    Facsimile:  (360) 586-6847