The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON, <br><br> Defendant. | NO. C70-9213 <br> Subproceeding 01-1 (Culverts) <br><br> THIRD DECLARATION OF MARY E. JONES RE: WASHINGTON'S OPPOSITION TO PLAINTIFF TRIBES' MOTION FOR PARTIAL SUMMARY JUDGMENT |

I, MARY E. JONES, declare as follows:

1. I am a Paralegal with the Washington State Attorney General's Office, assigned to assist State Assistant Attorneys General handling the above litigation.

2. I earlier submitted another Declaration regarding Washington's Motion for Summary Judgment. That Declaration attached a footnote/discovery cross reference table and discovery documents numbered seriatim for those documents supporting Washington's motion.

3. As Washington's Opposition to the Plaintiff Tribes' Motion for Partial Summary Judgment also contains several footnote references to additional Intervenor Tribes' discovery responses and/or deposition statements, I have likewise attached to this Declaration another footnote/discovery cross reference table, following by the true and correct copies of those

THIRD DECLARATION OF  
MARY E. JONES  
RE: WASHINGTON'S OPPOSITION TO  
PLAINTIFF TRIBES' MOTION FOR  
PARTIAL SUMMARY JUDGMENT  
-- NO. C70-9213

1

ATTORNEY GENERAL OF WASHINGTON  
1125 Washington Street SE  
PO Box 40100  
Olympia, WA 98504-0100  
(360) 753-6200

1 | additional discovery/deposition pages referenced in Washington's Opposition. These
2 | additional documents are numbered seriatim (with the numbers continuing on from the last
3 | number utilized in the first footnote/discovery cross reference table attached to my earlier
4 | Declaration of August 9, 2006).

5 | I declare under the penalty of perjury that the foregoing is true and correct.
6 | Executed on this 20th day of September, 2006.

*/s/ Mary E. Jones*
MARY E. JONES

THIRD DECLARATION OF
MARY E. JONES
RE: WASHINGTON'S OPPOSITION TO
PLAINTIFF TRIBES' MOTION FOR
PARTIAL SUMMARY JUDGMENT
-- NO. C70-9213

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200