```
 1
 2                UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
 3                        AT SEATTLE
 4  _____

 5  UNITED STATES OF AMERICA,      )
    et al.,                        )
 6                                 )
            Plaintiffs,            )
 7                                 )   Case No:  C70-9213
        vs.                        )
 8                                 )   Subproceeding No. 01-1
    STATE OF WASHINGTON,           )         (Culverts)
 9                                 )
                                   )
10          Defendant.             )

11  _____

12            DEPOSITION UPON ORAL EXAMINATION
13                           OF
14                      JOHN KLOCHAK
    _____

15
16                       9:38 a.m.
17                     July 21, 2006
18             900 Fourth Avenue, Room 2000
19                   Seattle, Washington
20
21                  Katherine M. Cullman
22                       CCR 3001
23
24
25
```

1    culverts that you believe have affected anadromous fish
2    populations in the Skagit watershed?
3  A  When you say "affected populations," you would mean that it made
4    more fish?
5  Q  I am quoting from the tribal attorneys' description of what you
6    would testify about.  So -- "selected culverts whose repair or
7    replacement has affected or could affect anadromous fish
8    populations."
9         Do you have an understanding of what that means
10   regarding the scope of your testimony?
11 A  Yes, I believe I do.
12 Q  What is that understanding?
13 A  Well, I believe that I may be asked to describe specific
14   examples of culverts that either could be repaired to increase
15   fish populations or at least increase production from habitat
16   that has been blocked; or increase fish passage into or out of
17   habitats that have been blocked.  And also culverts that
18   specifically have been fixed and have allowed for fish passage
19   and resulting fish production.
20 Q  Are you able today to identify those specific culverts that
21   could affect anadromous fish populations and where repair might
22   increase the population?
23 A  Yes.  I'm not sure that I would be able to identify each and
24   every one, but I certainly can identify some examples.
25 Q  Okay.  Could you do that, please.

1   A   Well, I believe that the suite of cul -- you would be looking at
2       culverts that could be repaired to provide fish passage,
3       correct?  These are ones that are, to my knowledge, not
4       currently repaired.
5   Q   Okay.
6   A   I would think that these suite of culverts at Wiley Slough would
7       be a good example, although those are, again, listed as unknowns
8       in the barrier protocol.
9              There's -- let's see, there are a number of
10      culverts on tributaries to Nookachamps Creek.  I would have to
11      go into my notes to get those exactly.
12             The other is a culvert on Sutter Creek on
13      Highway 20.  That is a barrier.
14             And I think there are many more examples, but I
15      would probably leave that there.  I haven't really exhaustively
16      gone through the inventory to identify individual culverts at
17      this time.
18  Q   Is that something you expect to do before the trial in this
19      case?
20  A   I believe that I may have occasion to review some of my old
21      notes.
22  Q   Would you expect to actually go out and look at the culverts?
23  A   I may.  I'm not sure.
24  Q   With respect to those culverts on Nookachamps Creek --
25  A   They're tributaries, a number of tributaries to Nookachamps

1    Creek, some of which are named; some of which are unnamed.
2  Q Are those all state-owned culverts?
3  A There are some state-owned ones.  And there are some non
4    state-owned ones.  I presume that for the purposes of this case
5    we would be looking at state-owned, but I don't know.
6  Q Do you think of these culverts altogether, though?  Is it -- is
7    it one big suite of culverts on these tributaries to Nookachamps
8    Creek?  Is that how you view the problems?  That's how you, I
9    thought, described it.
10 A It's both a -- how do I view the problem?  I guess I view the
11    problem of fish passage as something that affects watersheds
12    broadly.  There are problems -- there are certain problems that
13    can be fixed on an individual basis, and other problems that
14    really need to be treated collectively.
15 Q Does it make sense to you to fix just the state culverts without
16    fixing the others?
17 A It makes sense to me to fix any of the culverts that are
18    problems.
19 Q Why is that?  If you've got -- well, let's use an example.  If
20    you've got a blocking culvert near the mouth of the stream
21    that's not state owned, and then you've got some other blocking
22    culverts upstream that are state owned, why does it make sense
23    to fix the state-owned culverts when they're not fixing the one
24    that's not state owned?
25 A Well, it could make sense because -- it could make sense for a

```
 1
 2                        C E R T I F I C A T E
 3
     STATE OF WASHINGTON  )
 4                        ) SS
     COUNTY OF KING       )
 5
 6
          I, Katherine Cullman, a Notary Public in and for the
 7   State of Washington, do hereby certify:
 8        That the foregoing deposition was taken before me at
     the time and place therein set forth;
 9
          That the witness was by me first duly sworn to testify
10   to the truth, the whole truth, and nothing but the truth; and
     the testimony of the witness and all objections made at the
11   time of the examination were recorded by voice recognition by
     me, and thereafter transcribed under my direction;
12
          That the foregoing transcript is a true record of
13   the testimony given by the witness and of all objections made
     at the time of the examination, to the best of my ability.
14
          I further certify that I am in no way related to any
15   party to this matter nor to any of counsel, nor do I have any
     interest in the matter.
16
          Witness my hand and seal this 27th day of July, 2006.
17
18                             _____

                               Katherine Cullman, Notary
19                             Public in and for the State
                               of Washington, residing at
20                             Kent.  Commission
                               expires April 26, 2008.
21
22
23
24
25
```