Mike McHenry, 5/8/2006

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE WESTERN DISTRICT OF WASHINGTON
 3                         AT SEATTLE
 4  _____

 5   UNITED STATES OF AMERICA,       )
                                     )
 6   et al.,                         )
                                     )   No. C70-9213
 7             Plaintiffs,           )
                                     )   Subproceeding No. 01-1
 8        vs.                        )      (Culverts)
                                     )
 9   STATE OF WASHINGTON, et al.,    )
                                     )
10             Defendants.           )
   _____
11
12            DEPOSITION UPON ORAL EXAMINATION
13                           OF
14                      MIKE MCHENRY
   _____
15
16
                         9:00 a.m.
17
                       May 8, 2006
18
19            OFFICE OF THE ATTORNEY GENERAL
                  900 Fourth Avenue 2000
20              Seattle, Washington 98164
21
22               JACQUELINE L. BELLOWS
                       CCR 2297
23
24
25
```

Mike McHenry, 5/8/2006

Page 19

| | | |
|---|---|---|
| 1 | Q | Were there any other state-owned culverts that you |
| 2 | | identified in this, the Salt Creek study? |
| 3 | A | Yes. There were several owned by the Department of |
| 4 | | Natural Resources. |
| 5 | Q | Where were those at? |
| 6 | A | On the west side of the drainage, DNR has a block of |
| 7 | | state-owned forest lands. They're all contained in that |
| 8 | | block of 1200 acres. |
| 9 | Q | Do you know if the DNR had previously identified those |
| 10 | | as barrier culverts? |
| 11 | A | I think between 2003 and 2005 they did some work out |
| 12 | | there to identify them, but I'm not absolutely certain. |
| 13 | Q | Did the tribe provide a copy of this Salt Creek report |
| 14 | | to the DNR? |
| 15 | A | Yes. |
| 16 | Q | And presumably you sent one to DFW as well? |
| 17 | A | Yes. |
| 18 | Q | So in the Salt Creek study, did you make any effort to |
| 19 | | quantify the potential improvement in fish populations |
| 20 | | that could be gained by eliminating these barrier |
| 21 | | culverts? |
| 22 | A | We didn't try to estimate numbers of fish. We used |
| 23 | | linear or aerial measures of habitat above, and the type |
| 24 | | of habitat. |
| 25 | Q | Is it possible to estimate the numbers of fish that |

| | | |
|---|---|---|
| 1 | Q | Yes. |
| 2 | A | Informal assessments? |
| 3 | Q | Either formal or informal. |
| 4 | A | Yes. The answer would be we've done some informal |
| 5 | | assessments. |
| 6 | Q | What do you mean by "informal assessment"? |
| 7 | A | That means me getting out and walking to the culvert and |
| 8 | | looking at it and applying my professional judgment. |
| 9 | Q | Through the course of those informal assessments, have |
| 10 | | you identified any state-owned barrier culverts? |
| 11 | A | Yes. |
| 12 | Q | Where were those, if you recall? |
| 13 | A | Siebert Creek, Ennis Creek, Dry Creek, Colville Creek, |
| 14 | | Joe Creek, Butler Creek, unnamed tributary to the Hoko, |
| 15 | | Field Creek, and there's likely others. That's what I |
| 16 | | remember off the top of my head. |
| 17 | Q | Were those all state Department of Transportation-owned |
| 18 | | culverts? |
| 19 | A | Yeah. |
| 20 | Q | Did you make the state aware of those barrier culverts |
| 21 | | that you've identified? |
| 22 | A | We have. |
| 23 | Q | Do you know if all of those are on the array of barrier |
| 24 | | culverts that the DFW has identified? |
| 25 | A | I believe the majority of those culverts are on their |

Page 24

```
 1          inventory.
 2     Q    Are there other examples, other than the ones you've
 3          just named, with the Pysht and Salt Creek and then
 4          these, this other group, other examples of barrier
 5          culverts that you intend to talk about at trial?
 6               MR. BERNTSEN:  Are we talking about just the
 7          tribe's watershed, Elwha?
 8               MR. DIETRICH:  Is that an objection?
 9               MR. BERNTSEN:  I'm just seeking clarification
10          for the witness.
11               MR. DIETRICH:  All right.
12     A    There will likely be other culverts from outside the
13          Elwha area.
14     Q    (By Mr. Dietrich) Mr. McHenry, within the Elwha's usual
15          and accustomed areas, have we pretty much covered the
16          ones that you would anticipate talking about as
17          illustrative examples?
18     A    There may be others.
19     Q    Which others?
20     A    I have to do the full assessment of the potential
21          culverts and make that evaluation.  I haven't done that
22          yet.
23     Q    Now, with respect to culverts located outside the
24          Elwha's U&A's have you identified any particular
25          culverts that you intend to talk about as illustrative
```

```
 1         examples?
 2    A    The only thing I've done is to look at some of the
 3         databases, the DFW database in particular, and to talk
 4         to some of the other tribal biologists.  But I do not
 5         have a formal list of culverts at this time.
 6    Q    Okay.  Now, I think we talked about that you use the
 7         same assessment protocol for identifying barriers that
 8         DFW uses.  Are you familiar with the protocols that the
 9         DFW uses to ascertain the amount of upstream habitat
10         that might be associated with a particular barrier
11         culvert?
12    A    Yes, I'm somewhat aware of the methodology.
13    Q    Do you intend to express any disagreement or criticism
14         of that methodology during your testimony at trial?
15    A    No.
16    Q    How about, are you familiar with the protocols that are
17         used to design culverts that are fish passable?  Are you
18         familiar with those at all?
19              MR. SLEDD:  Objection as to vagueness.  It can
20           be multiple agencies.
21    Q    (By Mr. Dietrich) Mr. McHenry, are you familiar with the
22         protocols set forth in the Washington State Department
23         of Fish & Wildlife's manual for culvert design such that
24         enables a design that is fish passable?
25    A    I have read the methods.
```

```
 1                    C E R T I F I C A T E
 2   STATE OF WASHINGTON   )
                           ) SS
 3   COUNTY OF KING        )
 4          I, Jacqueline L. Bellows, a Notary Public in and for
 5   the State of Washington, do hereby certify:
 6          That the foregoing deposition was taken before me at
 7   the time and place therein set forth;
 8          That the witness was by me first duly sworn to
 9   testify to the truth, the whole truth, and nothing but the
10   truth; and that the testimony of the witness and all
11   objections made at the time of the examination were recorded
12   stenographically by me, and thereafter transcribed under my
13   direction;
14          That the foregoing transcript is a true record of
15   the testimony given by the witness and of all objections made
16   at the time of the examination, to the best of my ability.
17          I further certify that I am in no way related to any
18   party to this matter nor to any of counsel, nor do I have any
19   interest in the matter.
20          Witness my hand and seal this 19th day of
21   May, 2006.
22                          _____
23                          Jacqueline L. Bellows, Notary
                            Public in and for the State
24                          of Washington, residing at
                            Arlington.  Commission
25                          expires October 19, 2006.
```