```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE WESTERN DISTRICT OF WASHINGTON
 3                         AT SEATTLE
```

```
 4    _____

 5    UNITED STATES OF AMERICA,      )
                                     )
 6    et al.,                        )
                                     )    No. C70-9213
 7              Plaintiffs,          )
                                     )    Subproceeding No. 01-1
 8         vs.                       )      (Culverts)
                                     )
 9    STATE OF WASHINGTON, et al.,   )
                                     )
10              Defendants.          )
      _____
11

12            DEPOSITION UPON ORAL EXAMINATION
13                         OF
14                    KIT RAWSON
      _____
15

16
                         9:15 a.m.
17
                      May 22, 2006
18
19           OFFICE OF THE ATTORNEY GENERAL
                 900 Fourth Avenue 2200
20            Seattle, Washington 98164
21
22
               JACQUELINE L. BELLOWS
23                  CCR 2297
24
25
```

Kit Rawson, 5/22/2006

Page 27

| | | |
|---|---|---|
| 1 | | Washington? |
| 2 | A | To my knowledge the Quinault, Quileute, Hoh, Makah. |
| 3 | Q | Do all of those tribes typically exercise their fishing |
| 4 | | rights in the ocean? |
| 5 | A | Some of them, to my knowledge some of them exercise the |
| 6 | | majority of their fishing right in the river, in |
| 7 | | terminal-area fisheries. |
| 8 | Q | Why would they do that rather than fishing in the ocean, |
| 9 | | if you know? |
| 10 | A | I don't know.  I could guess.  I don't know. |
| 11 | Q | Well, if you have an opinion, you have a right to offer |
| 12 | | it.  But if you don't know, that's okay too. |
| 13 | | Do culverts have any effect on the tribes' |
| 14 | | fisheries off the Washington coast? |
| 15 | A | I don't know if specific culverts, but certainly |
| 16 | | reduction in available habitat of any of the stocks |
| 17 | | contributing to the fishery could have an effect on that |
| 18 | | fishery.  Blockage of habitat, blockage of rearing areas |
| 19 | | certainly could. |
| 20 | Q | Would that effect be most prominent if the stock in |
| 21 | | question were a limiting stock? |
| 22 | A | It might be most prominent -- in some cases you could |
| 23 | | say it's most prominent if the stock were a limiting |
| 24 | | stock.  However, there's more to the quantity of fish |
| 25 | | available than just what the limiting stock is. |

Page 28

1            Something else that determines the quantity of fish

2        available is the quantity of fish in the ocean.  So

3        anything that reduced abundance of any stock affects the

4        opportunity of the tribes in the ocean if -- anything

5        that effects abundance effects the total number of fish

6        harvested.  It's not just limiting stocks.

7    Q   Is it a greater effect if the culverts are affecting

8        limiting stocks?

9    A   It depends on the particular situation.

10   Q   Could you give an example?

11   A   I could give a hypothetical example, certainly.

12   Q   Sure.

13   A   If you had two stocks in the fishery and the harvest

14       rate were determined to -- by one limiting stock but the

15       other stock provided most of the abundance, most of the

16       available fish, if you reduced that abundant stock by

17       half or by two thirds, the harvest, allowable harvest

18       rate applied to the reduced abundance would result in a

19       much smaller amount of fish available for harvest in the

20       quota.

21   Q   Is there a particular stock that you could plug into

22       that example?

23   A   Not at this time.

24   Q   Let's move into the Strait of Juan de Fuca.  You said

25       that you go to some meetings in the Pacific Salmon

Kit Rawson, 5/22/2006

Page 29

| | | |
|---|---|---|
| 1 | | Treaty process.  Are you familiar with the Pacific |
| 2 | | Salmon Treaty? |
| 3 | A | Yes, I am. |
| 4 | Q | Do you know when it took effect? |
| 5 | A | 1985, I believe. |
| 6 | Q | You said that you're currently not an official member of |
| 7 | | any of the bodies.  Have you been an official member of |
| 8 | | any of the implementing bodies in the past? |
| 9 | | MR. RAAS:  I am not sure what you mean by |
| 10 | | "implementing bodies." |
| 11 | Q | (By Ms. Woods)  As I understand it, there's panels and |
| 12 | | technical committees set up under the Pacific Salmon |
| 13 | | Treaty.  Have you been a member of any of those bodies? |
| 14 | A | No, I have not. |
| 15 | Q | But you said you're generally familiar with the way that |
| 16 | | fisheries are managed under the Pacific Salmon Treaty? |
| 17 | A | Yes. |
| 18 | Q | Okay.  So as I understand it, under the Pacific Salmon |
| 19 | | Treaty, Canada and the United States share the catch of |
| 20 | | Fraser River sockeye and pink salmon.  Is that your |
| 21 | | understanding? |
| 22 | A | Yes. |
| 23 | Q | I understand that Fraser River sockeye and pink salmon |
| 24 | | spawn in Canada; is that correct? |
| 25 | A | Yes.  There's a small tributary of the Fraser River that |

Kit Rawson, 5/22/2006

Page 32

```
 1          whatever?
 2               MS. WOODS:  Well, let's start with just
 3          sockeye.
 4     Q    (By Ms. Woods)  Add up all the commercial catches for
 5          the nine sockeye tribes in 2005.  What percentage of
 6          that is Fraser River sockeye?
 7     A    The vast majority of the sockeye catch would be Fraser
 8          River sockeye.  If there was a fishery.  Yes, there was.
 9     Q    Let's try for adding up all commercial catches of all
10          species.  And what percentage of that would be stocks
11          from the Fraser River for the nine sockeye tribes in
12          2005?
13     A    I can't answer that without doing the analysis.
14     Q    Okay.  Has the proportion of stocks, staying with the
15          nine sockeye tribes, making up the commercial fisheries
16          of those tribes, has the proportion that's Fraser River
17          stocks changed in the past 20 years?
18     A    It's been variable over the past 20 years.  As I said,
19          I've not done the analysis.  I know, though, from
20          looking at Tulalip catches, for example, that some years
21          the Fraser River sockeye stocks in particular are very
22          important to the tribal fishery.  In other years, such
23          as 1999 I believe, there was no Fraser River sockeye
24          catch.  So other stocks are important.
25     Q    What happened in 1999?
```

Kit Rawson, 5/22/2006

Page 33

1    A    The run was low enough that conservation concerns

2          mandated no fishery, basically.  I believe that was

3          1999.

4    Q    Were those conservation concerns caused by any effect

5          from state-owned culverts?

6    A    I doubt it.

7    Q    I made you describe how the ocean fisheries are managed.

8          Could you please describe your understanding of how the

9          Fraser fisheries are managed, the Fraser panel

10         fisheries.

11   A    The Fraser panel fisheries include the fisheries

12         directed at the Fraser River sockeye and Fraser River

13         pinks.  There are -- again, I'm going to try to be

14         concise here.  For sockeye, there are many components to

15         the Fraser sockeye run.  For management purposes, it's

16         divided into four main components, each of which has a

17         management objective, which in the old days was an

18         escapement goal, now is more complex, but basically says

19         what fraction of the run from that component can be

20         harvested.

21            The harvestable amount from each component is

22         estimated preseason before the fish return; and on that

23         basis, a preliminary fishing pattern is set, which

24         includes consideration that the total harvest shall be

25         within the allowable harvest amount and that the United

Kit Rawson, 5/22/2006

Page 37

1        come into play, because certainly one of the formerly

2        strong components of the Fraser run, the fall, the late,

3        the so-called late ones has greatly declined in

4        abundance and has become a stock of concern rather than

5        a stock providing the bulk of the harvest -- things like

6        that.

7   Q    And that late-running sockeye, that's a Fraser River

8        stock, right?

9   A    That's right.

10  Q    That spawns in Canada as far as we know, right?

11  A    That's right.

12  Q    And the Thompson Coho, that's also a Canadian stock?

13  A    That's correct.

14  Q    Are there other containing stocks, besides the Puget

15       Sound chinook, in that fishery?

16  A    As I said, we, we pay close attention to the coho salmon

17       by-catch in the Fraser sockeye fishery.  In recent years

18       because of these other factors, I don't recall that the

19       Puget Sound coho have come into play; but we certainly

20       pay attention to them.

21  Q    What would you consider to be the most constraining

22       stock in the Fraser sockeye fisheries?

23               MR. RAAS:  In which years?

24               MS. WOODS:  Well, let's take 2006 as an

25           example.

Kit Rawson, 5/22/2006

Page 38

1    A    It's hard to say what the most constraining stock is,

2         although I would say it would be the Fraser River

3         sockeye themselves.  The Thompson coho are there as

4         well.

5    Q    (By Ms. Woods)  Do culverts owned by the State of

6         Washington affect those stocks in your opinion?

7    A    The Fraser River sockeye and the Thompson coho?

8    Q    Correct.

9    A    Unlikely.

10   Q    It's my understanding -- and I'm a lawyer -- it's my

11        understanding that Fraser River sockeye normally migrate

12        through the Strait of Juan de Fuca on their way to the

13        Fraser River mouth; is that correct?

14   A    That's the so-called normal migration path.  However,

15        the general migration path for Fraser River sockeye

16        would be to come ashore near the north end of Vancouver

17        Island and either go around to the south through the

18        Strait of Juan de Fuca or go through Johnston Strait and

19        enter the Strait the Georgia from the north.

20   Q    So if they go through Johnston Strait and enter the

21        Strait of Georgia from the north, do they ever enter

22        U.S. waters?

23   A    Yes, they certainly do.  There's a milling pattern of

24        Fraser River sockeye in Lower Georgia Strait, which

25        would be in the Point Roberts area in U.S. waters.

Kit Rawson, 5/22/2006

Page 39

| | | |
|---|---|---|
| 1 | Q | When the sockeye do that, are there fewer of them |
| 2 | | available for harvest in the United States than if they |
| 3 | | come through the Strait of Juan de Fuca? |
| 4 | A | Generally, yes.  And they're certainly not as available |
| 5 | | over as wide an area. |
| 6 | Q | So as I understand it, what you're saying, the normal |
| 7 | | pattern is they come through the Strait of Juan de Fuca |
| 8 | | but some may go around through Johnston Strait instead. |
| 9 | | Does it vary from year to year what percentage take |
| 10 | | which path? |
| 11 | A | It varies from year to year, yes. |
| 12 | Q | Are there some years when a lot of Fraser River sockeye, |
| 13 | | when a high percentage go through the Johnston Strait |
| 14 | | path instead of the Strait of Juan de Fuca? |
| 15 | A | Yes, there are some, yes. |
| 16 | Q | Was there a year recently when a high percentage did |
| 17 | | that? |
| 18 | A | It's happened in several recent years. |
| 19 | Q | When there's a Johnston Strait migration, how does that |
| 20 | | affect -- when a high percentage of the Fraser River |
| 21 | | sockeye migrate through Johnston Strait, how does that |
| 22 | | affect the plaintiff tribes' fisheries? |
| 23 | A | It reduces, certainly reduces the opportunity for the |
| 24 | | tribes to fish in the Strait of Juan de Fuca, only, to |
| 25 | | harvest those fish.  And it reduces the opportunity for |

Kit Rawson, 5/22/2006

Page 40

1       the other sockeye tribes to fish.  Although there's some

2       opportunity in the Georgia -- in the U.S. part of

3       Georgia Strait from time to time.

4   Q   Does that mean that the tribes may not be able to catch

5       their full allocation?

6   A   It depends on the situation.

7   Q   Are there years when the tribes are unable to catch

8       their full allocation because of a Johnston Strait

9       migration?

10  A   I believe there have been in recent years where you

11      could.  It's hard to point to one cause; but I believe

12      that has clearly been the case in some recent years,

13      yes.

14          MS. WOODS:  Shall we take a break?  It's been

15        about an hour.

16          MR. RAAS:  Yeah.

17             [A brief recess was taken.]

18          MS. WOODS:   Okay.  Back on the record.

19  Q   (By Ms. Woods) Mr. Rawson, there was one question I

20      forgot to ask at the outset in the general questions.

21      And that is, have you ever reviewed the joint biological

22      statement that was prepared for the trial before Judge

23      Boldt in 1973, joint biological statement about salmon

24      and fisheries and so forth?

25  A   No, I haven't.

Kit Rawson, 5/22/2006

Page 41

| 1 | Q | Okay.  All right.  I have a few more questions about the |
| 2 | | Fraser fisheries, and these have to do with the Fraser |
| 3 | | River pink salmon.  Have there been any trends in the |
| 4 | | tribe's harvest of Fraser River pink salmon since you've |
| 5 | | been at Tulalip?  And again, this is all the sockeye |
| 6 | | tribes. |
| 7 | A | Right.  I haven't looked at that closely. |
| 8 | Q | When we talked in some detail about weak-stock |
| 9 | | management in the sockeye fisheries, are there similar |
| 10 | | constraints in the Fraser River pink fisheries? |
| 11 | A | Certainly.  One obvious one is Fraser River pink |
| 12 | | fisheries are often curtailed to protect sockeye |
| 13 | | management units that might be coincident with them. |
| 14 | Q | And these are the same Fraser River sockeye management |
| 15 | | units that constrain the sockeye fisheries? |
| 16 | A | Right. |
| 17 | Q | So does that mean the tribes are letting harvestable |
| 18 | | Fraser River pink salmon go by in order to conserve |
| 19 | | Fraser River sockeye management units? |
| 20 | A | It depends on how you define "harvestable."  The overall |
| 21 | | management plan, those fish are not harvestable.  But |
| 22 | | yes, there's a tradeoff involved in that decision, |
| 23 | | certainly. |
| 24 | Q | What happens to those pink salmon? |
| 25 | A | They might go to spawning escapement.  They might be |

Van Pelt, Corbett, Bellows
206-682-9339

00316

Kit Rawson, 5/22/2006

Page 42

1    harvested somewhere else where they're not overlapping

2    the sockeye.  It depends.

3  Q  If they're harvested somewhere else, would that be in

4    Canada?

5  A  Yes.

6  Q  Or does that mean that because of the constraints due to

7    Fraser River sockeye, Fraser River pink that would

8    otherwise be available to the plaintiff tribes are being

9    caught somewhere else or going to spawning escapement?

10  A  Yes.

11  Q  Do culverts owned by the State of Washington have any

12    role in those constraints?

13  A  You mean the constraints on the management units of

14    Fraser River sockeye?

15  Q  Yes.

16  A  I doubt that they have a large role or any role.

17  Q  We'll move a little further inside now and start talking

18    about the Puget Sound fisheries.  Are there some salmon

19    stocks from the Puget Sound area where the plaintiff

20    tribes are not taking 50 percent of the harvestable

21    surplus available at their usual and accustomed places?

22        MR. RAAS:  What do you mean by "Puget Sound"?

23        MS. WOODS:  When I talk about salmon stocks

24      from the Puget Sound area -- and this is not a

25      legal definition.  It is not intended to define

Kit Rawson, 5/22/2006

Page 54

1       but also because in chinook, when we have abundance,

2       say, due to high ocean survival or some other reason, we

3       want, for most rivers, to put those fish on the spawning

4       grounds because we have goals to grow these stocks for

5       recovery to occur.

6   Q   So does that mean that the state and the tribes are

7       taking a smaller percentage of the chinook stocks than

8       they were before these exploitation-rate management

9       schemes were involved?

10              MR. RAAS:  By "taking" you mean harvesting?

11              MS. WOODS:   Yes.

12  A   Certainly the overall percentage of chinook stocks

13      harvested has gone down from before.  And certainly the

14      state and tribal harvest has been reduced as a

15      percentage than it was before we instituted this, yes.

16  Q   (By Ms. Woods) Were we overharvesting the chinook before

17      those measures were instituted?

18  A   It depends on what you mean by "overharvesting."  There

19      are many factors that caused the decline in chinook.  We

20      were able to address the harvest factor most easily, and

21      we expect to see the response to the reduction in

22      harvest most quickly.  But the recovery of chinook

23      involves actions not just in harvest management but in

24      hatchery management and habitat management as well.  And

25      it's my opinion that significant action in all three of

Kit Rawson, 5/22/2006

Page 55

1          those areas is required for recovery.

2    Q     I've got some more questions about chinook later.  So

3          right now I'll ask you about Snohomish chum and why the

4          state and the tribes went to an exploitation-rate

5          management scheme there.

6    A     Snohomish and Stilliguamish chum, two management units

7          in our area.  Because the fixed escapement goals for

8          most species, particularly chinook and chum, were set

9          several years after the Boldt decision, certainly before

10         my time, based on average escapement, average spawning

11         escapements over some period of time before that, there

12         was a general feeling that the chum were set during a

13         period of time when chum runs were particularly low.

14         And we've seen chum runs increasing, especially in the

15         late 1980's for -- and it was felt that the escapement

16         goals should be increased to meet the maximum

17         sustainable harvest objective.  But we had no basis for

18         knowing what it should be increased to.  And I am, in

19         particular, a proponent of exploitation-rate management

20         because it takes into account better the natural

21         variability in salmon runs.

22             So we decided to use exploitation-rate management

23         for Stilliguamish and Snohomish as a form of adaptive

24         management, if you will.  And also it's easier to

25         implement, more certain to implement, than a fixed

Kit Rawson, 5/22/2006

Page 60

```
 1    A    I don't know that information at this time.  It happens.
 2    Q    To your knowledge has the number of hatchery fish
 3         produced within that U.S. versus Washington case area
 4         changed during the time you've been at Tulalip?
 5    A    It's fluctuated.  And whether there's been a trend,
 6         again, I would have to look.  I know some hatchery
 7         programs are being curtailed because of the hatchery
 8         reform and similar efforts that we have going on now.  I
 9         also know of other programs that have basically acted to
10         increase hatchery production.
11    Q    Did culverts affect hatchery fish?
12    A    Culverts could affect hatchery fish in terms of hatchery
13         fish that are released into rivers, for example, have to
14         spend some time as juveniles in fresh water.  They need
15         to migrate within the river system just as wild fish do.
16         If their migration is blocked to certain areas, that
17         might increase competition with wild fish.  It might
18         cause -- the same things that could happen to wild
19         juvenile fish affected by culverts would happen to
20         hatchery juvenile fish once they're released.  If
21         someone blocked access of hatchery fish to a hatchery
22         facility where they were going to to spawn, then that
23         would be a great effect.  But . . .
24    Q    Do you know of any examples of either of those
25         situations that you described?
```

Kit Rawson, 5/22/2006

Page 61

1    A    I don't know of specific examples.

2    Q    Would you be able to say that culverts in the U.S.

3         versus Washington case area do not impair the tribes'

4         ability to harvest hatchery fish?

5    A    Could you repeat that please.

6    Q    Do culverts in the U.S. versus Washington case area

7         impair the plaintiff tribes' ability to harvest hatchery

8         fish?

9    A    I don't know the answer to that.

10   Q    Well, we talked a little bit about the Tulalip tribe's

11        hatchery.  What species does the Tulalip hatchery

12        produce?

13   A    Chinook, coho, and chum.

14   Q    Where does the tribe get the eggs for its hatchery?

15   A    The chinook eggs come from the state-operated Wallace

16        River hatchery mainly.  The Wallace River hatchery is in

17        the Snohomish River basin.  The -- if sufficient eggs

18        aren't available from the Wallace River hatchery,

19        there's a provision to get eggs from other hatcheries.

20        However, that option has been greatly limited with the

21        adoption of our new hatchery management policy.

22            Coho eggs generally come from the Wallace River

23        hatchery, and the chum eggs come from on station, the

24        Tulalip facilities in Tulalip Bay.

25   Q    Is the Wallace River hatchery operated by the Washington

00321

Kit Rawson, 5/22/2006

Page 71

```
 1   Q   Do state-owned culverts affect the Tulalip Tribes'
 2       fisheries on fish returning to the Tulalip hatchery?
 3   A   When I answer the question about state-owned culverts, I
 4       have to answer in general about culverts.
 5   Q   That's fine.
 6   A   I probably should have said that sooner.
 7           Probably not directly.  Again, there could be
 8       instances where they affect the return of fish to the
 9       hatchery facility from which the Tulalip eggs come and
10       other indirect effects.
11   Q   How does the Tulalip tribe get water for the tribes'
12       hatchery?
13   A   The water comes from surface water in Tulalip Creek on
14       reservation and from groundwater, from a well on the
15       Tulalip reservation.
16   Q   Is there a dam at the mouth of Tulalip Creek to provide
17       water for the hatchery?
18   A   There's not a -- there's -- no, the dam does not provide
19       water for the hatchery.
20   Q   Is there a dam at the mouth of Tulalip Creek?
21   A   Yes, there is.
22   Q   Why is there a dam there?
23   A   There was a power generation facility that -- that my
24       understanding is -- I wasn't here then.  But my
25       understanding is, sometime in the early 20th century,
```

Page 76

1    A    Fix that minimal effect?

2    Q    Yeah.

3    A    We are incorporating some wild or natural-origin

4         broodstock into the hatchery broodstock at Wallace River

5         hatchery, which also provides fish for Tulalip hatchery,

6         again, based on the recommendations of the Hatchery

7         Scientific Review Group.  However, the fraction of

8         natural-origin fish to be incorporated into the hatchery

9         broodstock is smaller than it is for chinook.

10             MS. WOODS:  We could break for lunch now, if

11        you want to do that.

12             MR. RAAS:  That seems like a good idea.

13             MR. MORISSET:  When do you want to start up

14        again?

15             MS. WOODS:  At 12:30.

16                 [Lunch recess.]

17             MS. WOODS:  When you're ready, go ahead.

18   A    I have two things to say about, to add to what I was

19        saying this morning.

20   Q    (By Ms. Woods) Please.

21   A    First is that you asked me about the effects, potential

22        effects, of culverts on fisheries in the ocean off the

23        Washington coast and on the Fraser panel fisheries.

24   Q    Yes.

25   A    I neglected to mention that there's complex ecosystem

Kit Rawson, 5/22/2006

Page 77

1       effects, if you will; and culverts could affect the food

2       supply entering the marine waters from fresh water

3       either in terms of fish that -- other anadromous fish

4       that might live in those streams or insects or other

5       foods that fish in the saltwater might eat.  And also to

6       the extent that they change the flow patterns coming

7       out, they could affect shoreline geology and other --

8       they could have effects on shoreline, which would affect

9       particularly juvenile salmon that might be passing

10      through those shores even the salmon that originate from

11      someplace else.

12  Q   Do you have any specific examples of those situations?

13  A   I don't have any specific examples at this time.

14  Q   Do you know of any research that's been done on those

15      effects you described?

16  A   I know of research that's been done on the fact that

17      juvenile salmon on the shoreline eat

18      terrestrially-derived food that comes from watersheds

19      other than where they were spawned.  I know in general

20      of research that's been done on the effects of upland

21      flow on shoreline processes.

22  Q   Do you know of any research that connects those things

23      with culverts?

24  A   I know of none.

25        I have one other thing.  On my C.V. there's a

Kit Rawson, 5/22/2006

Page 86

| | | |
|---|---|---|
| 1 | | trout, Dolly Varden, things like that. But for our five |
| 2 | | species of Pacific salmon plus steelhead, it's true. |
| 3 | Q | (By Ms. Woods) Is it true for hatchery fish? |
| 4 | A | Hatchery runs do tend to fluctuate to the same degree as |
| 5 | | wild runs. I haven't done the anal -- you know, the |
| 6 | | particular analysis to compare them. But generally |
| 7 | | speaking, they fluctuate quite a bit as well. |
| 8 | Q | If that's the case, then is it fair to say that it's |
| 9 | | some factor that affects both hatchery and wild salmon |
| 10 | | populations that causes these fluctuations? |
| 11 | A | The system is very complex. And if the fluctuations are |
| 12 | | happening in the same direction, you might hypothesize a |
| 13 | | common factor. But I was just answering in terms of the |
| 14 | | general pattern of run sizes. |
| 15 | Q | Why do run sizes fluctuate? |
| 16 | A | As I said, the systems are very complex. The factors |
| 17 | | include the production environment. The different |
| 18 | | factors in the, say for anadromous fish in the |
| 19 | | freshwater environment, determine how many fish go to |
| 20 | | sea; and then they include the near-shore marine -- |
| 21 | | estuary near-shore marine environment. And they include |
| 22 | | what happens in the ocean. And they include when the |
| 23 | | fish return, including fishing and other factors that |
| 24 | | affect the survival when the fish return. |
| 25 | | There are -- those fish are in an ecosystem when |

Kit Rawson, 5/22/2006

Page 87

1      they're out there.  So they're affected by all the other

2      components of the ecosystem in complex ways.

3   Q  Is there any factor that stands out as being more

4      important than the others?

5   A  Well, I don't know what you mean by "more important"

6      because they are all important and they all work

7      together.  And the fluctuations that occur because of

8      the complexity sometimes mask trends that are occurring

9      because of changes in factors.

10         So if you have a, say, a long-term decline, for one

11      example, in what's being produced from the freshwater

12      system, that might be masked by the natural fluctuations

13      that are occurring due to the complexity of the system.

14      But it doesn't mean that the long-term decline isn't

15      occurring.  So when you say what's the most important,

16      the factors all work together.  So it's really hard to

17      answer that.

18   Q  Is there any way to apportion fault among those factors?

19   A  There might be a way, but you have to understand the,

20      the full complexity of the system.

21         One thing that people sometimes do is what's called

22      limiting factors analysis, and that's supposed to tell

23      you which of all the identified factors that determine,

24      say, the survival rate or the return number, which one

25      if changed would improve the situation.

Kit Rawson, 5/22/2006

Page 88

1          And that's sometimes a useful way of thinking of

2      it.  Especially for me it's useful because it helps you

3      understand that those limiting factors change from year

4      to year, say, or over time.

5          Usually we think about salmon population dynamics

6      in terms of years, year being the smallest unit.  So in

7      one year, if you have a certain amount of snowpack and

8      certain temperatures, low flows in the summertime might

9      be your limiting factor that year.  But in another year,

10     that factor might be okay because the climate or the

11     weather was different that year; and then another

12     factor, like access to spawning grounds, might be the

13     limiting factor.

14          So that's the kind of complexity I'm talking about.

15     A simple limiting factors analysis is too limited in its

16     applicability, in my view.

17   Q   Even given that limited applicability, are culverts ever

18     a limiting factor?

19   A   I have not reviewed a lot of limiting factors analyses.

20     I know that they have been identified in many cases as a

21     factor that reduces the production of some salmon below

22     what it would be without that factor.

23          I know they're identified in some general

24     textbooks.  I know that they've been identified in some

25     specific analyses, such as the review we did for the

Kit Rawson, 5/22/2006

Page 89

1        Pacific Council on Chinook and Coho, talked about the

2        Strait of Juan de Fuca coho.

3   Q   Are ocean conditions ever a limiting factor?

4   A   In the sense that I just discussed, they would be

5        regarded as such in some years in some situations.

6   Q   When I say -- are El Nino events, is that, to you, the

7        same thing as ocean conditions?

8   A   Well, again, it's a complex system.  El Nino, the change

9        in the circulation patterns in the ocean driven by the

10       currents and the equator are sometimes detrimental to

11       our salmon survival up here; and sometimes they can be

12       beneficial because those are acting on an ecosystem

13       where if you depress predators, it might be beneficial

14       to our salmon and if you depress their food -- the

15       nutrients and depress their food, then it might be

16       detrimental to them.  So yes, they can be a factor.

17  Q   Are you familiar with the term "Pacific decadal

18       oscillation"?

19  A   Yes, I am.

20  Q   What is it as you understand it?

21  A   Pacific decadal oscillation is an identified cycle in

22       ocean conditions that's not exactly -- I'm going to

23       reveal that I don't fully understand this.  But

24       that's . . .

25  Q   Does anybody?

Kit Rawson, 5/22/2006

Page 90

```
 1    A    Yes.  I think -- yes, there are people who understand it
 2         quite well, I believe.
 3              The point is that the Pacific decadal oscillation
 4         refers to cycles of changes in physical ocean conditions
 5         that aren't exactly correlated with El Nino events but
 6         can have similar effects on survival of salmon from our
 7         area.  Certain points in the cycle are -- tend to be
 8         detrimental to salmon production.  Other points in the
 9         cycle tend to be good for salmon production, but the
10         correlation isn't perfect.
11    Q    How long a cycle is it?
12    A    Well, it's a matter of decades.  It's about a two-decade
13         cycle from equal point to equal point.
14    Q    That's why they call it the decadal oscillation.
15              Does the Pacific decadal oscillation affect salmon
16         survival in fresh water?
17    A    Because the ocean conditions drive the climate, not only
18         do they affect salmon survival in the ocean, they can
19         affect the environment for salmon in fresh water.  For
20         example, the low-flow condition I talked about could be
21         related to that same cycle.  Other factors, too, but I'm
22         not knowledgeable of all those details.
23    Q    Do El Nino events affect salmon survival in fresh water?
24    A    Similar correlation exists with the ocean conditions, as
25         I just described.
```

Van Pelt, Corbett, Bellows
206-682-9339

00329

Kit Rawson, 5/22/2006

Page 91

1    Q    Now, with the caveats about the utility of the limiting

2         factor analysis, is marine mammal predation ever a

3         limiting factor for salmon?

4    A    You know, a lot of people involved in salmon fishing and

5         salmon management like to talk about marine mammal

6         predation, and there are probably a few cases where it's

7         been pretty clearly identified as a very important

8         factor.  But there's not a lot of hard data in the

9         general case.

10            Clearly, we have evidence of marine mammals eating

11        salmon.  Clearly, we have the evidence of California sea

12        lions and harbor seals.  We see that.  To the extent the

13        number of salmon they eat, it's harder to pin down.  So

14        the documented cases where you could say it's a limiting

15        factor is there, but there aren't as many of them as you

16        would think from talking to the average salmon person on

17        the street.

18   Q    Are any of those documented cases within the U.S. versus

19        Washington case area?

20   A    Well, I would say the sea lions at the locks in Seattle

21        affecting steelhead is probably one of those cases.

22   Q    Do you know whether rainfall patterns in Western

23        Washington have changed in the past 20 years?

24   A    I'd have to look at the data.

25   Q    Switch back to some of the fisheries stuff.

Kit Rawson, 5/22/2006

Page 93

1          Fraser River -- declined in the past 20 years?

2    A     Sockeye salmon populations of Baker River sockeye and

3          Lake Washington sockeye and Quinault and Ozette sockeye

4          are highly variable, so I would have to look at the

5          numbers.  It would be an average thing.  It's more of a

6          variability thing than a trend.

7    Q     Has there been a trend in tribal-harvest sockeye that

8          spawn within the U.S. versus Washington case area in the

9          past 20 years?

10   A     I would say in general there's been little tribal

11         harvest of sockeye that spawn within the case area in

12         the past 20 years because it's a fishery of opportunity

13         when the harvestable fish are available.  So, similar to

14         the run pattern.

15   Q     So variable but no overall trends?

16   A     That's correct.  I would have to look at the Quinault

17         data again to be able to say something about that one.

18   Q     Do state-owned culverts or culverts in general -- we'll

19         ask that question.

20             Do culverts have an effect on sockeye production

21         within the U.S. versus Washington case area?

22   A     Culverts certainly could have an effect on sockeye

23         production if they block access to spawning areas above

24         lakes or in some cases below lakes.

25   Q     Do you know of any examples where that's the case?

Page 94

1    A    I don't know of specific examples.

2    Q    Are there other factors that limit sockeye production

3         within the U.S. versus Washington case area?

4    A    Lake physical and biological conditions can affect

5         sockeye production.  River habitat, the quality of

6         spawning in rearing habitat or spawning and migration

7         habitat in tributary streams to lakes can affect it; and

8         marine survival could affect it.

9    Q    Is there a generally-accepted methodology among fishery

10        biologists for allocating fault among those various

11        factors that you mentioned as possible causes for

12        depressed sockeye production?

13   A    If there is, I -- I don't know of it.  It's more -- the

14        situation is dynamic, as I described earlier.

15   Q    Let's talk a little bit about chum.  Have chum salmon

16        populations from the Puget Sound basin -- and defining

17        at my peril Puget Sound as I described earlier -- have

18        chum salmon populations declined in the past 20 years?

19   A    The time frames for chums are different for different

20        populations.  In general, within the variability that

21        occurs there, I would say there isn't a clear trend in

22        most areas.

23             There is a clear upward trend in south Puget Sound

24        wild chum.  And there is -- has been a very strong

25        downward trend in Hood Canal summer chum.  And some of

Kit Rawson, 5/22/2006

Page 97

| | | |
|---|---|---|
| 1 | | before.  So there's been some upward trend in some areas |
| 2 | | of Hood Canal in summer chum but not in all. |
| 3 | Q | Are culverts a factor depressing Hood Canal summer chum |
| 4 | | production? |
| 5 | A | I'm not aware specifically, but they could be insofar as |
| 6 | | they preclude access to important spawning areas and the |
| 7 | | other food factors and affecting the near-shore habitat, |
| 8 | | those things I mentioned. |
| 9 | Q | But you don't know of any specific instances. |
| 10 | A | That's right. |
| 11 | Q | Now, I heard in another deposition in this case that |
| 12 | | Skagit chum have a cycle where there's a lot more of |
| 13 | | them in even years than in odd years.  Is that correct, |
| 14 | | as far as you know? |
| 15 | A | That's correct. |
| 16 | Q | Are there other chum stocks that cycle that way? |
| 17 | A | Generally that's true of north Puget Sound and |
| 18 | | Stilliguamish, Snohomish, Skagit; and there's a debate |
| 19 | | about whether it's also true in south Puget Sound and |
| 20 | | Hood Canal.  It's less clear in those areas. |
| 21 | Q | Does anybody have any idea why they cycle like that? |
| 22 | A | I know what people say.  Many people say that it has -- |
| 23 | | you generally find the stronger cycles in areas with |
| 24 | | strong odd-year pink salmon runs.  So people assume that |
| 25 | | there's a relationship, sort of negative relationship, |

Page 98

1    between pink salmon and chum salmon that has -- causes

2    that cycle.  But I have no way of knowing if that's true

3    or not.

4  Q   So is this the way it works:  You have a strong pink run

5    in an odd year and a strong chum run in an even year,

6    and they kind of balance each other?  Is that the way it

7    works?

8  A   Well, I wouldn't say they balance each other.  First of

9    all, they're very different fish.  The pinks return

10    earlier.  They're much smaller and sometimes much more

11    numerous.  So there isn't a perfect balance; and the

12    odd-even cycle isn't a perfect relationship, either.

13        We've certainly had an odd year followed by a

14    smaller even year in our rivers.  I'm fairly certain

15    that happened in Skagit as well.  But in the loose

16    sense, there's the balance you talk about.

17  Q   It's kind of like a time-share condominium deal?

18  A   I don't think it's anything like that.

19                MR. STAY:  With a maintenance fee?

20                MS. WOODS:  Just trying to find an analogy.

21                MR. RAAS:  That isn't it.

22                MS. WOODS:  Okay.

23  Q   (By Ms. Woods) Do state-owned culverts impair the

24    plaintiff tribes' chum fishery in any way?

25  A   They could, in the -- again, I don't know the difference

Kit Rawson, 5/22/2006

Page 99

1      between state-owned culverts and other culverts; but

2      blockages to the fish passage could affect the

3      production of chum salmon in the ways I've already

4      enumerated in answering other questions.

5    Q  Do chum tend to be main-stem spawners?

6    A  Chum tend to be -- they can be main-stem spawners,

7      certainly.  They can spawn in tributaries as well.  They

8      are opportunistic in the sense that seeing them move

9      into very small tributaries when they can access them.

10     They tend to do well in areas where they don't have

11     competition.  One of my observations is they tend to do

12     well in areas where they don't have competition or

13     possibly predation pressure from other salmon that

14     reside in fresh water year round.  In other words, the

15     chum move out of fresh water much sooner than chinook or

16     coho, and so they can thrive in areas where there might

17     not be good freshwater conditions year round that the

18     other species require.

19   Q  Have pink salmon populations from the Puget Sound region

20     declined in the past 20 years?

21   A  I would say that in terms of a long-term average, it's

22     been relatively a steady state.  We observed one of the

23     largest pink salmon runs ever, at least in the north

24     Puget Sound area, in 2003:  Probably the largest in 40

25     years.  That was followed by a relatively small return,

Kit Rawson, 5/22/2006

Page 100

```
 1          certainly small compared to what we forecasted.
 2    Q     In 2005?
 3    A     In '05, correct.  But we also have a even-year pink
 4          salmon run in the Snohomish basin which was showing an
 5          increase and recently showed a bit of a decline.
 6          So . . .
 7    Q     Has the tribes' harvest of Puget Sound pink salmon
 8          declined in the past 20 years?
 9    A     I believe that the harvest of pink salmon has declined
10          in the past 20 years if you looked at a long-term
11          average.
12    Q     Do you know why that is?
13    A     I don't know all the reasons.  The, the prices for pink
14          salmon have gone down, so they're only profitable to be
15          harvested by gears that can harvest lots of them.  So a
16          lot of gears can't harvest lots of fish.
17    Q     Were there poor runs of Puget Sound pink salmon in 1999?
18    A     I can't recall.
19    Q     Do culverts impair the plaintiff tribes' pink salmon
20          fisheries in any way?
21    A     They could, to the extent that they block access to
22          spawning habitats, in particular.
23    Q     Are pink salmon main-stem spawners?
24    A     They're largely main-stem spawners.  There is some
25          tributary spawning, but largely they're main-stem
```

Van Pelt, Corbett, Bellows
206-682-9339

Kit Rawson, 5/22/2006

Page 101

1          spawners.

2     Q    Is that where you might expect to see a bridge over a

3          larger river?

4     A    Right.  Yes.

5               MS. WOODS:  This could be a good time for a

6            break.

7               MR. STAY:  You bet.

8                  [A brief recess was taken.]

9     Q    (By Ms. Woods) Let's move on to steelhead.  Have

10         steelhead populations from the U.S. versus Washington

11         case area declined in the past 20 years?

12    A    Compared to the late 1980's and early 1990's, the

13         steelhead -- wild steelhead populations today are much

14         lower than they were then.

15    Q    Have state and tribal fisheries reduced their harvest

16         rates on wild steelhead in the past 20 years?

17    A    Yes, they have.

18    Q    Why?

19    A    In response to the decline in abundance, the allowable

20         harvest of wild steelhead's been reduced, so harvest

21         rates have had to have been reduced.

22    Q    Were the state and the tribes overharvesting steelhead

23         20 years ago?

24    A    20 years ago, no.  No, we were in general, you know,

25         about half the time, making wild -- reaching wild --

Kit Rawson, 5/22/2006

Page 106

```
 1        they hit the coast on their return to the river.  You

 2        need to account for all that harvest and indirect

 3        mortality associated with that harvest in order to build

 4        each run back from the escapement.

 5             They have -- we have the -- we use coded wire tags

 6        to do that analysis, and there's a fairly complex model

 7        called the mixed stock model that is needed to account

 8        for all the fish in all of the mixed stock fisheries.

 9        And that's not -- that time series of that analysis is

10        not available for the entire 20- or 25-year period we're

11        talking about.  So for that reason, it's hard for me to

12        answer that question about total run size of coho.  I've

13        been looking for information.

14   Q    Have tribal harvests of coho salmon from the U.S. versus

15        Washington case area declined in the past 20 years?

16   A    In general, if you compare the period of the late '80s

17        and early 90's to today, yes, they have declined.

18   Q    Why is that?

19   A    A number of factors that I think we've already

20        mentioned:  More attention to management for specific

21        stocks in more fisheries; therefore meaning that lower

22        run sizes will affect fisheries downward.  Maybe more --

23        lower run sizes in particular stocks will affect

24        fisheries in a downward sense more than they have in the

25        past.
```

Page 107

1          In some years we've noted a lower effort, possibly

2      because it wasn't cost effective to venture farther to

3      catch fish.  Although coho is one case where certainly

4      the price has increased in recent years.  And in our

5      area we've seen more participation in the fishery that

6      harvests wild fish.

7   Q   Let's take a look back at Exhibit 4.

8   A   [Witness complies.]

9   Q   And the table that we were looking at just before lunch,

10      Coho Table 2-A.

11          MR. MORISSET:  Counsel, may I ask a question

12          about this table because I'm just confused?  I have

13          a 2-A --

14          MS. WOODS:  There's a chinook 2-A.

15          MR. MORISSET:  -- a 2-B chinook, a 2-B

16      chinook, a 2-C chinook, and then another 2-A on

17      chinook again.  It looks like exactly the same

18      thing, but a different of one minute on the time.

19      Is it just a doubling up here, or -- I'm confused.

20      I'm sorry to interrupt.  But  . . .

21          MS. FOSTER:  Some is coho and some chinook.

22          MR. MORISSET:  I know.  I know.  It says

23      chinook.  Chinook, chinook, chinook and then

24      chinook again.  2-A, chinook, chinook again.

25          MS. WOODS:  The chinook, the second set of

Kit Rawson, 5/22/2006

Page 114

1        view, there are always benefits from additional

2        escapement.

3  Q  Are coho unable to spawn effectively because of culverts

4        getting in the way?

5  A  Certainly, coho spawn in tributaries that are blocked

6        by -- their migration into those tributaries can be

7        blocked by culverts.  And to the extent that that limits

8        their available spawning area, that is going to limit

9        the production that can occur from a given number of

10       fish escaping to a river.

11  Q  But that's kind of a theoretical, abstract thing.  Do

12       you have any specific examples?

13  A  I have no specific examples.

14  Q  You mentioned in setting these fisheries for 2006 it

15       depends in part on the expected effort levels.  What do

16       you mean by "effort"?

17  A  The amount of people or gear fishing in the different

18       areas or the number -- yeah, amount of gear fishing for

19       how many days.

20  Q  Could there be additional effort -- kind of like a

21       question I asked before, but could there be additional

22       effort?

23  A  Could additional effort be accommodated?

24  Q  Yeah.

25  A  In many of these fishery categories, there's an estimate

Kit Rawson, 5/22/2006

| | | |
|---|---|---|
| 1 | A | I've not done that analysis; but it's my guess that some |
| 2 | | of the difference, anyway, can be explained by different |
| 3 | | habitat, water temperature and flow conditions and |
| 4 | | things like that. |
| 5 | Q | Do culverts limit production of coho in the Snohomish |
| 6 | | basin? |
| 7 | A | Again, as I explained, the limiting factors is something |
| 8 | | that's dynamic and isn't the same from year to year. |
| 9 | | Certainly -- and I don't know of specific culverts in |
| 10 | | this Snohomish system.  But certainly, if there are |
| 11 | | culverts that block access to spawning habitat or |
| 12 | | rearing habitat, it's likely they would limit |
| 13 | | production, yes. |
| 14 | Q | Are culverts a limiting factor for any river system in |
| 15 | | the Puget Sound basin? |
| 16 | A | Again, I explained that the limiting factors is a |
| 17 | | dynamic concept; and there's not one limiting factor |
| 18 | | under one set of conditions.  So the answer is the same |
| 19 | | as I just gave for Snohomish coho. |
| 20 | Q | Is there a generally accepted methodology for allocating |
| 21 | | fault among the various factors that could limit |
| 22 | | production of coho? |
| 23 | A | If there is, I'm not aware of it. |
| 24 | Q | Are you familiar with the term "ecological functions"? |
| 25 | A | Well, I'm not -- if it's a technical term that habitat |

Kit Rawson, 5/22/2006

Page 139

1   essential for the recovery of Stilliguamish chinook?

2   A   There's a debate about that.  There has been some

3   analysis, and the current thinking is that it is

4   essential for the recovery of North Fork Stilliguamish

5   chinook.

6   Q   Is that your opinion?

7   A   In my opinion, the jury is still out on that question.

8   But it's very clear that the analysis that the current

9   decision is based on, you know, we reached those

10   decisions jointly and we operate that way.

11   Q   If the state removed or replaced all its culverts in the

12   Stilliguamish basin, would the supplementation program

13   still be considered essential for recovery?

14   A   I can't answer that question in particular, but one

15   would have to look at the specific culverts and predict

16   how they would be used by returning fish and predict how

17   that newly opened habitat would be used.

18   Q   Are culverts a factor depressing Stilliguamish chinook

19   production?

20   A   To the extent that culverts block access to essential

21   habitat for spawning and rearing, they are a factor.

22   Q   But you don't have any specific examples?

23   A   I don't have any specific examples.

24   Q   Staying with Exhibit 7, moving on to the next section,

25   "Snohomish River Management Unit Status Profile," I

Kit Rawson, 5/22/2006

Page 141

1          just from this data set.  But it's one thing that's

2          consistent with it.

3    Q     Is the productivity of Snohomish chinook better than the

4          productivity of Stilliguamish chinook?

5    A     The, again, it's hard to turn that word "better" into a

6          objective technical assessment; but I'll do my best.

7          The Snohomish chinook clearly showed an early response

8          to reduced harvest rates.  Stilliguamish chinook did

9          not.  That suggests to me that -- so I'll loop back

10         around and say, yes, I would say from that, that that is

11         better.

12   Q     Why is there that difference between those two river

13         systems?

14   A     I don't know all the complexity that causes the

15         difference, because there are so many habitats that the

16         fish use during so many different parts of their life

17         cycle.  The factors that are cited that we previously

18         discussed in the Stilliguamish documents are clearly

19         factors for reduced productivity that aren't as

20         prevalent in the Snohomish system as they are in the

21         Stilliguamish system.  But that's just one part of the

22         picture.

23   Q     Can the difference be explained by culverts?

24   A     I have no specific knowledge about that.

25   Q     Are naturally spawning chinook from the Snohomish

Kit Rawson, 5/22/2006

Page 142

1        watershed affected by culverts?

2    A   They certainly could be, to the extent that those

3        culverts block essential spawning and rearing -- access

4        to the essential spawning and rearing habitat for the

5        chinook.

6    Q   But you're not aware of specific instances?

7    A   That's right.

8    Q   I know we've touched on this quite a bit already.  But

9        generally what factors limit productivity of naturally

10       spawning chinook from U.S. versus Washington case area?

11   A   To answer that, even though it's going to be a brief

12       answer, I have to distinguish between productivity and

13       capacity for production, just to make it clear.  So to

14       directly answer the question, survival at every

15       transition from every life stage affects productivity.

16       So we talked about egg-to-fry survival.  Fry to the

17       estuary, estuarine resident survival, survival from when

18       the fish are in the estuary, then they -- or in the

19       lower river, they smolt and are able to go to salt

20       water.  So survival from the stage where they leave the

21       river and they're in the marine shore environment and so

22       forth.  So anything that affects those survival rates

23       directly affects productivity, the amount of future fish

24       that can be produced from current spawners.

25              But also at the same time there are

Kit Rawson, 5/22/2006

Page 144

```
 1              suitable for different purposes, I guess is what I'm
 2              trying to say.
 3    Q         Are there situations where fish habitat in the U.S.
 4              versus Washington case area has improved in the past 20
 5              years?
 6    A         In the past 20 years?  I would say there probably are.
 7              I'm not sure I can cite specific examples, though.
 8    Q         Have there been improvements in logging practices during
 9              that time?
10    A         I'm not knowledgeable about that area.
11    Q         Has the state made progress in identifying and fixing
12              fish-blocking culverts during that time?
13    A         I'm -- I don't know the answer to that.
14    Q         Do state-owned culverts impair the Tulalip tribe's
15              fisheries in any way, any specific way that you know
16              about?
17    A         No, because I don't know of any -- I don't know
18              specifically one culvert from another.
19    Q         Do the tribes engage in any activities that you believe
20              would adversely affect fish populations?
21    A         To the extent that the tribes engage in activities that
22              affect fish habitat, I don't know what "tribes engaging
23              in an activity" means as opposed to someone else
24              engaging in an activity.  But the cumulative effects of
25              human actions have certainly affected fish populations.
```

Kit Rawson, 5/22/2006

Page 151

```
1                    C E R T I F I C A T E
2   STATE OF WASHINGTON  )
                         )  SS
3   COUNTY OF KING       )
4              I, Jacqueline L. Bellows, a Notary Public in and for
5   the State of Washington, do hereby certify:
6              That the foregoing deposition was taken before me at
7   the time and place therein set forth;
8              That the witness was by me first duly sworn to
9   testify to the truth, the whole truth, and nothing but the
10  truth; and that the testimony of the witness and all
11  objections made at the time of the examination were recorded
12  stenographically by me, and thereafter transcribed under my
13  direction;
14             That the foregoing transcript is a true record of
15  the testimony given by the witness and of all objections made
16  at the time of the examination, to the best of my ability.
17             I further certify that I am in no way related to any
18  party to this matter nor to any of counsel, nor do I have any
19  interest in the matter.
20             Witness my hand and seal this 5th day of
21  June, 2006.
22                        _____
23                        Jacqueline L. Bellows, Notary
                          Public in and for the State
24                        of Washington, residing at
                          Arlington.  Commission
25                        expires October 19, 2006.
```

Van Pelt, Corbett, Bellows
206-682-9339

00346