## WASHINGTON'S OPPOSITION TO PLAINTIFF TRIBES' MOTION FOR PARTIAL SUMMARY JUDMENT

## FOOTNOTE/DISCOVERY CROSS REFERENCE TABLE

| Fn. | Deponent or Discovery Response | Dep. Pg. | Disc. Pg. |
|---|---|---|---|
| 7 | Rawson | 94:23-24 | 332 |
| 8 | Rawson | 99:22-25 | 335 |
| 9 | Rawson | 106:14-107:6 | 338-39 |
| 10 | Rawson | 27:13-29:23<br>32:14-33:6<br>37:21-42:16<br>60:11-61:9<br>71:1-10<br>98:23-99:4<br>100:19-101:4<br>144:14-18 | 307-09<br>310-11<br>312-17<br>320-21<br>322<br>334-35<br>336-37<br>345 |
| 10 | Wasserman | 91:3-6<br>92:23-93:2 | 351<br>352-53 |
| 17 | Tribes' Answer to Interrogatory No. 109 |  | 376-82 |
| 18 | Fox | 53:3-22 | 286 |
| 18 | Ladley | 46:1-10 | 296 |
| 18 | Rawson | 54:18-55:1 | 318-19 |
| 19 | Fox | 11:14-12:4 | 284-85 |
| 19 | Klochak | 74:5-76:5 | 289-91 |
| 19 | Ladley | 27:2-28:10<br>59:17-60:8 | 294-95<br>297-98 |
| 19 | McHenry | 19:1-12<br>23:9-25:5 | 301<br>302-04 |
| 19 | Rawson | 60:11-61:9<br>76:21-77:13<br>86:15-91:21<br>93:20-94:1<br>97:3-10<br>114:3-13<br>120:5-23<br>139:18-23<br>141:25-142:7<br>144:14-l8 | 320-21<br>323-24<br>325-330<br>331-32<br>333<br>340<br>341<br>342<br>343-44<br>345 |
| 19 | Wasserman (April 11, 2006) | 28:23-30:5<br>114:21-ll5:19<br>117:15-118:8 | 348<br>354-55<br>356-57 |
| 19 | Wasserman (June 23, 2005) | 155:23-156:20 | 360-61 |

| Fn. | Deponent or Discovery Response | Dep. Pg. | Disc. Pg. |
|---|---|---|---|
| 19 | Zischke | 14:25-15:11 | 364-65 |
|  |  | 16:17-20 | 366 |
|  |  | 20:20-21:20 | 367-68 |
|  |  | 30:23-31:6 | 369-70 |
|  |  | 32:24-33:16 | 371-72 |
|  |  | 50:24-51:15 | 373-74 |