```
 1                  UNITED STATES DISTRICT COURT
 2                 WESTERN DISTRICT OF WASHINGTON
 3                           AT SEATTLE
 4
 5                                         )
                                           )
 6                                         )
                                           )
 7    UNITED STATES OF AMERICA, et         )
                                           )
 8                   al.,                  ) Case No.: C70-9213
                                           ) Subproceeding No. 01-1 (Culverts)
 9                                         )
10                   Plaintiffs,           )
                                           )
11       vs.                               )
                                           )
12    STATE OF WASHINGTON, et al.,         )
                                           )
13                   Defendants.           )
                                           )
14                                         )
15
16
               DEPOSITION UPON ORAL EXAMINATION OF
17
                        LAWRENCE WASSERMAN
18                          Volume II
19
20                       June 23, 2006
21                         9:09 a.m.
                       900 Fourth Avenue
22                    Seattle, Washington
23
24              Carl T. Beck, Court Reporter
25                         CCR 2952
```

```
 1        the other one; I just don't remember.
 2     Q  And I know when we talked about in-stream work you weren't
 3        quite sure what that was.  Do you have a sense of whether
 4        in-stream work has been done in the Skagit basin since 1993?
 5     A  Yes, it has.  Yes, I have a sense of it.
 6     Q  Has it been done in the Skagit basin since 1993?
 7     A  Yes.
 8     Q  Who's been doing the in-stream work?
 9     A  A variety of interests.  We have done some.  The State has
10        done some, Regional Fisheries Enhancement Group, Skagit
11        Watershed Council, the Forest Service.  I'm certain I'm
12        leaving out other groups.  There's a variety of interests.
13     Q  You mentioned the one I was most interested in.
14     A  Okay.  Which one was that?
15     Q  I believe you said the State had been doing some in-stream
16        work; is that correct?
17     A  Yes.  Yes.
18     Q  Okay.  So would it be fair to say that the State has been
19        conducting improvements in the Skagit basin with respect to
20        slough restoration, in-stream work, and culvert replacement
21        since 1993?
22     A  Yes.
23     Q  All right.  One other topic that we left open on April 11th
24        was other watersheds besides the Skagit.  I believe you said
25        that you expected to testify at trial about culverts in the
```

```
 1        Nooksack's, Stillaguamish, and Snohomish watersheds; is that
 2        correct?
 3    A   That's correct.
 4    Q   And that's still your expectation; is that correct?
 5    A   It is.
 6    Q   I believe you said on April 11th that you had not yet done
 7        the research for those other watersheds?
 8    A   That's correct.
 9    Q   Have you now done that research?
10    A   I haven't completed that research.
11    Q   What type of research have you done?
12    A   I have spoken to Tribal biologists in each of those
13        watersheds to discuss which culverts might be examples of
14        blocking culverts, culverts that have been repaired that
15        function as expected, and culverts that have been repaired
16        that do not -- that are not functioning as expected.
17    Q   What else do you expect to do to familiarize yourself with
18        those watersheds?
19    A   I expect to visit all the culverts that I might be
20        testifying to.
21    Q   Your counsel sent to me a number of documents within the
22        past couple of days, most of which have to do with the
23        Nooksack watershed, it appears.  And I will be using some of
24        those as exhibits today.
25            We'll start with one that your counsel did not send me
```

1                    CERTIFICATE

2    STATE OF WASHINGTON )

3                        ) SS

4    COUNTY OF KING      )

5        I, Carl T. Beck, a Notary Public in and for the State

6    of Washington hereby certify:

7        That the foregoing deposition was taken before me at

8    the time and place therein set forth;

9        That the witness was by me first duly sworn to testify

10   to the truth, the whole truth, and nothing but the truth;

11   and that the testimony of the witness and all objections

12   made at the time of the examination were recorded by voice

13   recognition by me, and thereafter transcribed under my

14   direction;

15       That the foregoing transcript is a true record of the

16   testimony given by the witness and of all objections made

17   at the time of the examination, to the best of my ability.

18       I further certify that I am in no way related to any

19   party to this matter nor to any of counsel, nor do I have

     any interest in the matter.

20       Witness my hand and seal this 8th day of July, 2006.

                            _____

21                          CARL T. BECK, Notary

                            Public in and for the State

22                          Of Washington, residing at

                            King.  Commission expires

23                          June 26, 2007

24

25