Jay Zischke, 4/17/2006

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE WESTERN DISTRICT OF WASHINGTON
 3                          AT SEATTLE

 4  _____

                                        )
 5  UNITED STATES OF AMERICA,           )
                                        )
 6  et al.,                             )
                                        )   No. C70-9213
 7              Plaintiffs,             )
                                        )   Subproceeding No. 01-1
 8          vs.                         )       (Culverts)
                                        )
 9  STATE OF WASHINGTON, et al.,        )
                                        )
10              Defendants.             )

11  _____

12            DEPOSITION UPON ORAL EXAMINATION
13                         OF
14                    JAY ZISCHKE

15  _____
16
                         8:55 a.m.
17
                      April 17, 2006
18
19              900 Fourth Avenue 2000
                Seattle, Washington 98164
20
21
22            JACQUELINE L. BELLOWS
                     CCR 2297
23
24
25
```

Jay Zischke, 4/17/2006

Page 14

```
 1         submitted it specifically in reference to a
 2         road-improvement project that appeared to be in the same
 3         location.  And they said they would keep it in their
 4         database, is what I recall.
 5    Q    Okay.  Let me hand you what had been marked as Exhibit 4
 6         to your deposition.  Do you recognize that?
 7    A    Uh-huh.  Yes, I do.
 8    Q    Before we dig through the copies, does that exchange
 9         refer to the culvert that you were just testifying
10         about?
11    A    I've got to grab my glasses.
12    Q    Oh, sure.
13              MR. SLEDD:  While he's reading that, do you
14         have copies?
15              MR. DIETRICH:  Yeah, we do.
16              MR. STAY:  Thank you.
17              MR. HOLLOWED:  Thanks.
18              THE WITNESS:  Yes.
19    Q    (By Mr. Dietrich)  So that Exhibit 4 is a series of
20         e-mails between you and some DOT staff?
21    A    Correct.
22    Q    And the subject of those e-mails is the Delate Creek
23         culvert?
24    A    As well as two other culverts in the immediate vicinity.
25    Q    Okay.  And what are those two culverts?
```

| | | |
|---|---|---|
| 1 | A | Well, they're both conduits which pass streams |
| 2 | | underneath State Route 305. One is referred to -- do |
| 3 | | you want the WRIA number? Would that be helpful? |
| 4 | Q | Sure. |
| 5 | A | The Delate Road Creek I was speaking of is WRIA 150291. |
| 6 | | And a stream just west of that called Bjorgen Creek, |
| 7 | | B-J-O-R-G-E-N, is WRIA 150290. That's also a hanging |
| 8 | | culvert. So the distance between the bottom of the |
| 9 | | culvert and the creek is three to four feet, again. And |
| 10 | | the third stream furthest eastward does not have a name, |
| 11 | | and its WRIA number is 150293. |
| 12 | Q | Do you know if those three culverts are contained in the |
| 13 | | DFW-DOT inventory of identified fish passage barriers? |
| 14 | A | I do not. |
| 15 | Q | Did the DOT folks that you were corresponding with tell |
| 16 | | you that they would include those culverts in the |
| 17 | | inventory? |
| 18 | A | I don't recall. I could read this. Would you like me |
| 19 | | to read it? |
| 20 | Q | You don't have any independent recollection, other than |
| 21 | | what's in the e-mail? |
| 22 | A | No, I don't. |
| 23 | Q | Okay. No, I don't need you to read it. |
| 24 | | All right. Do you know whether the DOT has any |
| 25 | | projects planned to correct any of those three culverts |

Page 16

| | | |
|---|---|---|
| 1 | | that are discussed in Exhibit 4? |
| 2 | A | I do not. |
| 3 | Q | Did you -- did you disagree with the DOT's proposed -- |
| 4 | | the way it -- were you dissatisfied in any way with the |
| 5 | | way the DOT responded to your concerns? |
| 6 | A | As a fisheries scientist, I was disturbed that we |
| 7 | | weren't able to at least address the further westerly |
| 8 | | culvert, which was in close proximity to the project |
| 9 | | that was being proposed. |
| 10 | Q | And just so we're clear for the record, which is the |
| 11 | | further westerly culvert? |
| 12 | A | 150290. |
| 13 | Q | Did they tell you why they couldn't address that culvert |
| 14 | | as part of their project? |
| 15 | A | I don't remember specifically what the reasoning might |
| 16 | | have been. |
| 17 | Q | All right.  Well, we just discussed three examples of |
| 18 | | barrier culverts in the east Kitsap area.  Are there |
| 19 | | others that you anticipate testifying about at trial? |
| 20 | A | None that I have a specific location for yet. |
| 21 | Q | Let me hand you what's been marked as Exhibit No. 1, and |
| 22 | | just take a second to read that while we give copies to |
| 23 | | counsel here. |
| 24 | | MR. STAY:  Does it have an exhibit number? |
| 25 | | MR. DIETRICH:  One. |

```
 1          Wright Creek was identified as a barrier during the
 2          course of your survey?  Do you recall what -- strike
 3          that.
 4               What was it about this Wright Creek culvert that
 5          led you to believe it was a barrier to fish passage?
 6    A     The observation that the downstream end of the culvert
 7          is perched -- and I'll speculate here -- at a mean high
 8          tide level.  I don't exactly know the tidal elevation.
 9          But it is a concrete box that comes out of the roadbed,
10          and is only accessible to saltwater at certain tide
11          elevations.
12    Q     Did you identify any adult salmon upstream of that
13          particular culvert during the course of the survey?
14    A     Yes.
15    Q     So what does that indicate to you?
16    A     It indicates fish can pass at some tidal elevations.
17    Q     So would you characterize that particular culvert as a
18          partial barrier?
19    A     Yes.
20    Q     Okay.  And what did you do -- I know you talked about
21          Exhibit 2, which was the e-mail from the DOT.  Do you
22          recall how the DOT resolved your concerns about that
23          particular culvert?
24    A     My recollection is that this is the only correspondence
25          I had with them.  Following the phone inquiry was this
```

```
 1         response to that issue.
 2    Q    Do you know whether the Wright Creek culvert has been
 3         placed on the barrier inventory?
 4    A    No.
 5    Q    When you have a culvert such as this one that you
 6         express concerns about, do you routinely follow-up with
 7         the agency or with the land owner at some later date?
 8    A    Not routinely.  I think it varies depending on the
 9         situation.
10    Q    In what situations would you tend to follow up with the
11         land owner?
12    A    For a culvert or passage problems that are severe or in
13         my perspective need to have a remedy more immediate than
14         a list, then we tend to be persistent about those and
15         try to follow up as many times as necessary.
16    Q    Okay.  So can I assume then that the Wright Creek
17         culvert wasn't a problem that you viewed as a high
18         priority?
19    A    Yes.
20    Q    Let me refer you back to Exhibit 1 just for a moment and
21         have you take a look at the second bullet.
22    A    Uh-huh.
23    Q    And that bullet refers to a limiting-factors analysis?
24    A    That's correct.
25    Q    Can you tell me what a limiting-factors analysis is.
```

Page 30

| | | |
|---|---|---|
| 1 | | culverts? |
| 2 | A | Yes. |
| 3 | Q | Do you have other photographs depicting barrier culverts |
| 4 | | owned by the State of Washington? |
| 5 | A | I'd have to research that. I'm not sure. |
| 6 | Q | All right. We'll follow up with counsel. But if you do |
| 7 | | have those, we'd like to have them. |
| 8 | A | "Those" being? |
| 9 | Q | The photographs of state-owned barrier culverts. |
| 10 | | Okay. And -- |
| 11 | A | I was just hesitating. I was trying to think if we'd |
| 12 | | taken pictures of Wright Creek. I can't recall off the |
| 13 | | top of my head. |
| 14 | Q | Well, I can represent to you these were all we were able |
| 15 | | to identify that had been produced so far by the tribe. |
| 16 | | So, now we have spent the last half hour or so talking |
| 17 | | about several examples of the state-owned barrier |
| 18 | | culverts in the east Kitsap area. Are there others that |
| 19 | | you're aware of, other than the ones we've just been |
| 20 | | talking about? |
| 21 | A | In the east Kitsap area? |
| 22 | Q | Yes. And actually, let's strike that yes. |
| 23 | | Are there other state-owned barrier culverts other |
| 24 | | than the ones we've just been discussing that you intend |
| 25 | | to talk about as examples during your trial testimony? |

Page 31

1  A  Yes.
2  Q  Okay. I'd like to talk about those now. Can you
3     identify those culverts for me.
4  A  At this time I don't have a list of culverts to share
5     with you. Still working on the details of specific
6     culverts to present.
7  Q  Let me hand you . . .
8                    [Deposition Exhibit No. 6 marked.]
9  Q  (By Mr. Dietrich) Mr. Zischke, let me hand you what's
10    been marked as Exhibit 6 to your deposition. And I'll
11    represent to you that is an excerpt from the Tribes'
12    Responses to the State's First Request For Production.
13    And I'll also represent to you that that was identified
14    as a portion of that response that was prepared by the
15    Suquamish Tribe. If you could take a look at
16    Interrogatory No. 2 and read that to yourself and then
17    read the response to yourself . . .
18 A  [Witness complies.]
19 Q  Did you have a chance to read that?
20 A  I did.
21 Q  Were you the person that provided the response to
22    Interrogatory No. 2 on behalf of the Suquamish?
23 A  One of the people.
24 Q  There's a list of 14 culverts under the heading
25    "Suquamish." Is that -- are those the -- is that the

Page 32

1        entire list of state-owned barrier culverts that the
2        Suquamish has identified?
3    A   Referring to Interrogatory No. 2?  Yes.
4    Q   Yes.
5            And are you aware of other barrier culverts that
6        aren't on this list?  That's state-owned barrier
7        culverts.
8    A   In the Puget Sound, yes.
9    Q   In -- well, let me ask you this:  What was the
10       geographic area that's covered by the list that you
11       submitted in Response to Interrogatory No. 2?
12   A   The effort within the fisheries department was to
13       respond in a relatively narrow geography covering the
14       east Kitsap peninsula primarily, areas that we were most
15       familiar with.
16   Q   Okay.  Let's stick with the east Kitsap peninsula then.
17       Are there barriers in the east Kitsap peninsula owned by
18       the State of Washington other than those depicted in
19       your response to Interrogatory No. 2?
20   A   I don't think so.  Although, I'd have to go back and
21       look specifically at the location of some of these.  For
22       example, No. 1, I'm not exactly sure what we're
23       referring to there.
24   Q   Okay.  So is it fair to say that all of the examples of
25       barrier culverts that you would testify about in the

| | | |
|---|---|---|
| 1 | | east Kitsap area are contained in this list of 14 |
| 2 | | culverts? |
| 3 | A | Yes. |
| 4 | Q | Now, you mentioned a couple other geographic areas that |
| 5 | | you might provide examples about. And one was, I think, |
| 6 | | the Hood Canal area. Can you identify for me specific |
| 7 | | state-owned barrier culverts that you would testify |
| 8 | | about in the Hood Canal area? |
| 9 | A | No, not at this time. |
| 10 | Q | Okay. Then you also talked about the eastern edge of |
| 11 | | the Straights of Juan De Fuca. Are there -- well, let |
| 12 | | me ask it this way: Are there barrier culverts in areas |
| 13 | | outside of the east Kitsap peninsula that are owned by |
| 14 | | the state that you can tell us about today that you |
| 15 | | intend to testify about? |
| 16 | A | No. |
| 17 | Q | Are you familiar with the process that the Department of |
| 18 | | Fish & Wildlife uses to inventory potential barrier |
| 19 | | culverts? |
| 20 | A | Superficially. |
| 21 | Q | Do you have any disagreement with that approach? |
| 22 | A | To the extent I'm aware of it, no. |
| 23 | Q | Are you aware of the methodology that the Department of |
| 24 | | Fish & Wildlife uses to assess habitats associated with |
| 25 | | barrier culverts? |

Page 50

| | | |
|---|---|---|
| 1 | | you including those in your land use? |
| 2 | A | Those are land-use decisions. |
| 3 | Q | Okay. With respect to the east Kitsap area, then, are |
| 4 | | you able to rank those five -- I'm sorry, four -- |
| 5 | | human-controlled factors in order of importance? |
| 6 | A | Not with any degree of accuracy, no. |
| 7 | Q | Okay. Do you have an opinion where barrier culverts |
| 8 | | would -- within the subcategory of land-use-type issues, |
| 9 | | do you have an opinion where barrier culverts would fall |
| 10 | | in order of importance with respect to the east Kitsap |
| 11 | | area? |
| 12 | A | Again, it's difficult to assess that geographically in a |
| 13 | | broad sense. Drainage by drainage you can be more |
| 14 | | specific. Some drainages have culverts that are located |
| 15 | | in areas that cause significant problems. |
| 16 | Q | Are you familiar with the prioritization calculation |
| 17 | | that the Department of Fish & Wildlife -- priority index |
| 18 | | I believe they call it -- that they make to ascribe some |
| 19 | | sort of ranking to the different barrier culverts? |
| 20 | A | Only superficially. But I know of it, yeah. |
| 21 | Q | Do you have any criticism of that particular |
| 22 | | calculation? |
| 23 | A | No. |
| 24 | Q | Now, you mentioned -- that's enough on that. You |
| 25 | | mentioned that you were likely to testify about or may |

```
 1           testify about barrier culverts in the Hood Canal area,
 2           but that you weren't prepared today to talk about
 3           specific culverts.  What do you intend to do, if
 4           anything, to gather information about the culverts in
 5           the Hood Canal area?
 6     A     Speak with regional tribal biologists that are familiar
 7           with those geographies.
 8     Q     Do you know who those folks would be?
 9     A     I don't completely know.  I have some names, but I don't
10           know the extent of it.
11     Q     Do you anticipate doing any fieldwork yourself?
12     A     Probably not, other than potentially a site visit.
13     Q     And with respect to the Strait of Juan De Fuca area, is
14           it the same answer?
15     A     Yes.
16     Q     Okay.  I just want to go over with you, I have a few
17           documents that were produced to us that were identified
18           as coming from the Suquamish; and I just wanted to ask
19           you about what they were so we have an understanding.
20           Before I do that, let's mark this as Exhibit 7.
21                     [Deposition Exhibit No. 7 marked.]
22     Q     (By Mr. Dietrich)  I want to hand to you what's been
23           marked as Exhibit No. 7.  And I'll represent to you that
24           is a table taken from page 134 of Central Sound Hatchery
25           Reform -- or Hatchery Scientific Review Group, and a
```

Jay Zischke, 4/17/2006

Page 66

1              C E R T I F I C A T E

2   STATE OF WASHINGTON  )
                         ) SS
3   COUNTY OF KING       )

4          I, Jacqueline L. Bellows, a Notary Public in and for
5   the State of Washington, do hereby certify:
6          That the foregoing deposition was taken before me at
7   the time and place therein set forth;
8          That the witness was by me first duly sworn to
9   testify to the truth, the whole truth, and nothing but the
10  truth; and that the testimony of the witness and all
11  objections made at the time of the examination were recorded
12  stenographically by me, and thereafter transcribed under my
13  direction;
14         That the foregoing transcript is a true record of
15  the testimony given by the witness and of all objections made
16  at the time of the examination, to the best of my ability.
17         I further certify that I am in no way related to any
18  party to this matter nor to any of counsel, nor do I have any
19  interest in the matter.
20         Witness my hand and seal this 28th day of
21  April, 2006.
22                          _____
23                          Jacqueline L. Bellows, Notary
                            Public in and for the State
24                          of Washington, residing at
                            Arlington.  Commission
25                          expires October 19, 2006.