The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　　　Defendant. | NO. C70-9213<br>Subproceeding 01-1 (Culverts)<br><br>[PROPOSED] ORDER<br>ADMITTING EXHIBIT W-089 |

This matter is before the Court for consideration of the State of Washington's motion to admit Exhibit W-089, the Declaration of Robert Barnard, P.E., in Lieu of Direct Testimony. Dkt # 642. It is hereby ordered that Exhibit W-089 shall be admitted.

Dated this _____ day of January, 2010.

_____
HONORABLE RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:
FRONDA WOODS, WSBA #18728
Assistant Attorney General
Washington Attorney General's Office
P.O. Box 40100
Olympia, WA  98504-0100

ORDER ADMITTING EXHIBIT W-089 --
NO. C70-9213

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200