UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON, et al., <br><br> Defendants. | Case No.   C70-9213-RSM <br>              (S91-1) <br><br> **ORDER REGARDING** <br> **SETTLEMENT CONFERENCE** |

This case has been referred for a settlement conference before the Honorable BRIAN A. TSUCHIDA, United States Magistrate Judge. The Court **DIRECTS** counsel to appear on:

**November 8, 2011, at 9:15 a.m.**
**United States District Courthouse**
**700 Stewart St. 12th floor - Courtroom 12A**
**Seattle, WA 98101**

Counsel for each party should be physically present. If the presence of other individuals would assist, counsel should arrange for their attendance. It is difficult to achieve settlement unless all parties keep an open mind, and are courteous, frank and honest in their discussions. To encourage an open discussion, the Court directs all matters communicated in connection with this judicial settlement are confidential and cannot be used for any other purpose.

ORDER REGARDING SETTLEMENT CONFERENCE- 1

DATED this 24th day of October, 2011.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER REGARDING SETTLEMENT CONFERENCE- 2