UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON, et al., <br><br> Defendants. | CASE NO. CV 9213 <br><br> Subproceeding 01-01 <br><br> SUPPLEMENT TO MEMORANDUM AND DECISION |

The attached documents, Attachments A and B, were referred to in the Court's Memorandum and Decision filed March 29, 2013. Dkt. # 752. The Clerk shall file these documents and link or attach them to the Memorandum and Decision.

DATED this 1st day of April, 2013.

_____
RICARDO S. MARTINEZ
United States District Judge

SUPPLEMENT TO MEMORANDUM AND DECISION - 1

70-CV-09213-BR