UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>STATE OF WASHINGTON, et al.,<br><br>　　　　　　Defendants. | CASE NO. C70-9213<br><br>ORDER OF REFERENCE<br><br>Subproceeding: No. 89-3-09 |

　　This Request for Dispute Resolution was filed by the Squaxin Island Tribe pursuant to Section 9 of the Revised Shellfish Implementation Plan, Dkt. # 14331. Pursuant to Section 9.2 of the Revised Shellfish Implementation Plan, this request is hereby REFERRED to the Honorable Karen L. Strombom, United States Magistrate Judge, for hearing and resolution.

　　Dated this 23rd day of May 2013.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Ricardo S. Martinez
　　　　　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER OF REFERENCE