# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON *et al*,<br><br>Defendants. | NO. C70-9213<br>Subproceeding 89-03-10<br><br>ORDER APPROVING CONSENT DECREE AND SETTLEMENT AGREEMENT – SQUAXIN ISLAND TRIBE AND GOLD COAST OYSTER LLC |

IT IS HEREBY ORDERED:

The Court, having considered the Joint Motion for Order Approving Consent Decree and Settlement Agreement, which addresses disputes arising between the Squaxin Island Tribe and Gold Coast Oyster LLC, finds that the Consent Decree and Settlement Agreement is fair and reasonable, both procedurally and substantively, consistent with applicable law, in good faith, and in the public interest. The Consent Decree and Settlement Agreement is hereby entered and approved.  This action is hereby dismissed pursuant to the terms set forth in the Consent Decree and Settlement Agreement.  This Agreement shall not be cited as precedent in any other proceeding.

DATED this 18th day of November, 2013.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER APPROVING CONSENT DECREE & SETTLEMENT AGREEMENT - SQUAXIN ISLAND TRIBE & GOLD COAST OYSTER LLC - 1
(No.C70-9213, subproceeding 89-3-10)

SQUAXIN ISLAND LEGAL DEPARTMENT
3711 SE OLD OLYMPIC HWY
SHELTON, WASHINGTON 98584
360.432.1771