UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. C70-9213RSM |
| Plaintiffs, | Subproceeding No. 91-1 |
| v. | ORDER REGARDING 2017 OPENING HALIBUT SUB-FISHERY |
| STATE OF WASHINGTON, et al., | |
| Defendants. | |

THIS MATTER comes before the Court on the Quileute Indian Tribe's Notice of In-Season Dispute pertaining to the 2017 opening sub-fishery in the tribal halibut fishery, scheduled for March 11, 2017. Subproceeding 91-1, Dkt. #457.[1] Prior to seeking a Court Order, the Tribes engaged in a technical review process by the Fisheries Advisory Board ("FAB") pursuant to Section 6(n) of the management measures. *See* Subproceeding 91-1, Dkts. #292, Ex. B, #439, #440, and #442.[2] The participating Tribes included: Quileute, Quinault, Makah, Lower Elwha S'Klallam, Jamestown S'Klallam, Port Gamble S'Klallam, Suquamish, Swinomish, Tulalip, Lummi, Nooksack, Skokomish, and the Hoh Tribe. Representatives from the Point No Point Treaty Council ("PNPTC") also participated.

---

[1] C70-9213RSM, Dkt. #21407.
[2] All remaining citations refer to those documents filed in Subproceeding 91-1.

ORDER
PAGE - 1

According to the report of FAB Chairman Dr. Howard F. Horton, prior to the FAB, the Tribes' positions with respect to the length of the fishery were as follows:

36-37 hours:  Lower Elwha Klallam

37 hours:     Swinomish, Jamestown S'Klallam, Port Gamble S'Klallam, Quileute, Nooksack, Skokomish and Hoh

40 hours:     Quinault

48 hours:     Makah and Lummi

Dr. Horton did not report any specific preference by the Tulalip Tribe.  However, after convening the FAB, the Tribes were able to come to an agreed range of 37 to 40 hours.  Dr. Horton reports that most Tribes favor the 37-hour option because it has been predicted by the PNPTC model to be the most likely to achieve the 46.5% harvest of the Total Allowable Catch permitted by the International Pacific Halibut Commission without causing over-harvest of halibut.  Dr. Horton further reports that there is a concern by the Tribes about a predicted high tide series on March 11, 2017, which is reportedly higher than normal, and has not been accounted for in the PNPTC model.

Having reviewed the Report and Recommendation submitted in writing to the Court by Dr. Horton, the Court now hereby finds and ORDERS that the opening sub-fishery shall last for **39 hours**, starting on Saturday, March 11, 2017.  The Court finds that this amount of time fairly balances the weather and tidal concerns of the various Tribes.

DATED this 2nd day of March 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2