# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>STATE OF WASHINGTON, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. C70-9213RSM<br><br>Subproceeding No. 89-312 (Shellfish)<br><br>ORDER OF REFERENCE FOR SETTLEMENT CONFERENCE |

On March 9, 2017, U.S. Magistrate Judge David W. Christel directed a mandatory settlement conference in this matter. Case No. C70-9213, Dkt. #21417 and Case No. 89sp312, Dkt. #57. Accordingly, this matter is referred to U.S. Magistrate Judge Brian A. Tsuchida for settlement discussions only. Judge Tsuchida shall inform the parties of his settlement conference procedures and whether he desires any briefing.

DATED this 10th day of March 2017.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF REFERENCE
PAGE - 1