1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10
11
12

| UNITED STATES OF AMERICA, et al., | Case No. C70-9213 |
| Plaintiffs, | Sub-proceeding No. 17-sp-01 |
| v. | Order Granting Leave to |
| STATE OF WASHINGTON, et al., | Open New Subproceeding |
| Defendants. | |

13
14
15
16
17
18
19
20
21
22
23

THIS MATTER comes before the Court for consideration upon the *Ex Parte* Motion of the Skokomish Indian Tribe for an Order seeking leave to open a new subproceeding against the Squaxin Island Tribe of the Squaxin Island Reservation ("Squaxin Island Tribe"), Jamestown S'Klallam Tribe, Port Gamble S'Klallam Tribe, and State of Washington. Dkt. #21470. A certification filed in support of the instant Motion certifies that the parties have held a Meet and Confer and conducted unsuccessful mediation, in compliance with the pre-filing requirements of Paragraph 25 of the Permanent Injunction, as modified August 11, 1993 (Dkt. # 13599), and the Court's Supplemental Order on Paragraph 25 Procedures (Dkt. # 19893). *Id.*

24
25

Having considered the materials submitted in support of the Motion and the relevant record, the Court hereby ORDERS that the Skokomish Indian Tribe is GRANTED leave to

26

open a new subproceeding against the Squaxin Island Tribe of the Squaxin Island Reservation ("Squaxin Island Tribe"), Jamestown S'Klallam Tribe, Port Gamble S'Klallam Tribe, and State of Washington.

It is further ORDERED that the Clerk shall open this matter as a new subproceeding, designated as Subproceeding 17-sp-01. Skokomish shall then proceed with the filing of its Request for Determination. All subsequent filings in the subproceeding shall be filed in the main case, C70-9213RSM, as well as in the subproceeding.

This Order does not constitute a finding that the dispute is within the Court's jurisdiction under Paragraph 25 of the Permanent Injunction.

DATED this 27th day of April 2017.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE