UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>   v.<br><br>STATE OF WASHINGTON, et al.,<br><br>                        Defendants. | CASE NO. C70-9213-RSM<br><br>Subproceeding No. 91-1<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE OF JANUARY 3, 2017** |

This matter has been referred to the undersigned to continue the settlement conference of January 3, 2017. C70-9213 RSM, Dkt. 21454 at 3. All parties and their counsel are hereby DIRECTED to appear on:

> **July 26, 2017at 9:15 am**
> **United States District Courthouse**
> **700 Stewart St., 12th floor – Courtroom 12A**
> **Seattle, WA 98101**

The parties shall be prepared to appear again on July 27, 2017, and on other dates to be determined by agreement as necessary.

## WHO MUST ATTEND

Counsel and a representative with full authority to resolve the case (C91-sp-00001 RSM) should be physically present. If there are individuals, such as experts, whose presence would assist in resolving the case, please arrange for their attendance.

ORDER CONTINUING SETTLEMENT
CONFERENCE OF JANUARY 3, 2017 - 1

## SETTLEMENT MEMOS

Each party shall exchange settlement briefs no more than 8 pages in length setting forth the issues necessary to improve the halibut management plan as directed in the Court's March 27, 2017 Order Regarding 2017 Halibut Unrestricted Sub-Fishery. *See* C70-9213 RSM, Dkt. 21454 at 3; Subproceeding No. 91-1, Dkt. 481. The settlement briefs may include, but need not be limited to, any lingering issues identified in the Court's March 21, 2017 Order Granting Motion for Temporary Restraining Order. *See* Subproceeding No. 91-1, Dkt. 481. Briefs should not be filed, but should be emailed to the Court at Agalelei_Elkington@wawd.uscourts.gov by July 21, 2017.

## CONFIDENTIALITY

The Court expects all participants to be prepared and willing to reassess previous positions. Parties should be frank and open in their discussions. The Court expects the parties to address each other with courtesy and respect. To encourage an open discussion, the Court directs that all matters communicated in connection with this judicial settlement be confidential and may not be used for any other purpose.

DATED this 13th day of July, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge