UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON,<br><br>    Defendant. | CASE NO. C70-9213<br><br>Subproceeding No. 17-02<br><br>STIPULATION AND MOTION SETTING BRIEFING SCHEDULE AND POSTPONING REQUIREMENTS OF RULE 16 PENDING DECISION ON MOTIONS TO DISMISS |

The undersigned parties ("Moving Parties") stipulate as follows and jointly move for the relief set out below. The Moving Parties have inquired of all parties and have not been informed that any party to this action opposes entry of the order below.

1. In this action, the Muckleshoot Tribe seeks to establish additional usual and accustomed fishing areas, as described in the Request for Determination [Dkt. 3].

2. Several tribal parties intend to file motions to dismiss and/or summary judgment motions regarding the claims asserted in the Request for Determination (the "Motions"). The Moving Parties anticipate that motions addressing threshold issues (including those related to finality of prior decisions and/or issues regarding the sufficiency of any meet and confer pursuant to Paragraph 25 of the Permanent Injunction) will be brought at this time. However, the Moving Parties do not intend to foreclose any party from bringing any summary judgment

STIPULATION AND MOTION SETTING BRIEFING SCHEDULE
AND POSTPONING REQUIREMENTS OF RULE 16 PENDING
DECISION ON MOTIONS TO DISMISS - 1
(Case No. C70-9213 / Sub No. 17-02)

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*

GSB:8866049.4

motion based on facts disclosed in discovery conducted during this subproceeding.

3. The Moving Parties believe that consideration of the Motions is appropriate before the parties and the Court expend their resources on discovery.

4. The Moving Parties have conferred with each other, and agree the Court should order the following relief:

    a. The Motions shall be filed on or before October 13, 2017, and shall be noted for consideration on December 15, 2017.

    b. Any party to this action desiring to join any of the Motions and/or to file a brief containing argument in support of the Motions shall do so no later than October 27, 2017.

    c. Responsive materials in opposition to the Motions shall be filed on or before November 27, 2017.

    d. Reply materials shall be filed on or before December 15, 2017.

    e. The parties shall confer with each other no later than September 25, 2017 on appropriate page limits for all briefs, and shall present a motion to the Court for consideration on or before September 29, 2017 regarding page limitations for all briefs.

    f. The deadlines and other requirements set out in the Court's order of July 14, 2017 (Dkt. 5), and all other deadlines (including any deadline to file responses or answers to the Request for Determination) are vacated. The Court will enter a new order after resolution of the dispositive Motions.

5. The Moving Parties stipulate to entry of the order below.

///
///
///
///

STIPULATION AND MOTION SETTING BRIEFING SCHEDULE
AND POSTPONING REQUIREMENTS OF RULE 16 PENDING
DECISION ON MOTIONS TO DISMISS - 2
(Case No. C70-9213 / Sub No. 17-02)

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

GSB:8866049.4

DATED this 10th day of August, 2017.

| | |
|---|---|
| **STILLAGUAMISH TRIBE OF INDIANS**<br><br>By *s/ Scott Mannakee, per email agreement*<br>    Scott Mannakee, WSBA #19454<br>    OFFICE OF LEGAL COUNSEL<br>    STILLAGUAMISH TRIBE OF INDIANS<br>    3322 236th Street NE<br>    Arlington, WA 98223<br>    Phone: (360) 572-3028<br>    smannakee@stillaguamish.com<br>    Attorney for Stillaguamish Tribe of Indians | **MUCKLESHOOT INDIAN TRIBE**<br><br>By *s/ David R. West*<br>    David R. West, WSBA #13680<br>    Margaret A. Duncan, WSBA # 47876<br>    GARVEY SCHUBERT BARER<br>    1191 Second Avenue, 18th Floor<br>    Seattle, WA 98101-2939<br>    Phone: (206) 464-3939<br>    Fax: (206) 464-0125<br>    drwest@gsblaw.com<br>    mduncan@gsblaw.com<br>    Attorneys for Muckleshoot Indian Tribe |
| **TULALIP TRIBES**<br><br>By *s/ Mason D. Morisset, per email agreement*<br>    Mason D. Morisset, WSBA #00273<br>    MORISSET SCHLOSSER JOZWIAK &<br>    SOMERVILLE<br>    1115 Norton Building, 801 Second Avenue<br>    Seattle, WA 98104-1509<br>    Phone: (206) 386-5200<br>    Fax: (206) 386-7388<br>    m.morisset@msaj.com<br>    Attorney for Tulalip Tribes | By *s/ Richard Reich*<br>    Richard Reich, WSBA #8178<br>    Robert L. Otsea, Jr., WSBA #9367<br>    Laura Weeks, WSBA #26992<br>    OFFICE OF THE TRIBAL ATTORNEY<br>    MUCKLESHOOT INDIAN TRIBE<br>    39015 172nd Avenue SE<br>    Auburn, WA 98092-9763<br>    Phone: (253) 939-3311<br>    Fax: (253) 931-8570<br>    RReich@muckleshoot.nsn.us<br>    Rob@muckleshoot.nsn.us<br>    laura.weeks@muckleshoot.nsn.us<br>    Attorneys for Muckleshoot Indian Tribe |
| **SKOKOMISH INDIAN TRIBE**<br><br>By *s/ Earle David Lees III, per agreement*<br>    Earle David Lees III, WSBA #30017<br>    SKOKOMISH LEGAL DEPARTMENT<br>    N 80 Tribal Center Road<br>    Skokomish Nation, WA 98584<br>    Phone: (360) 877-2100<br>    Fax: (360) 877-2104<br>    elees@skokomish.org<br>    Attorney for Skokomish Indian Tribe | **STATE OF WASHINGTON**<br><br>By *s/ Joseph V. Panesko, per email agreement*<br>    Michael S. Grossmann, WSBA #15293<br>    Joseph V. Panesko, WSBA #25289<br>    OFFICE OF THE ATTORNEY GENERAL<br>    STATE OF WASHINGTON<br>    PO Box 40100<br>    Olympia, WA 98504-0100<br>    Michael Grossman Phone: (360) 586-3550<br>    Joseph Panesko Phone: (360) 586-0643<br>    MikeG1@atg.wa.gov<br>    JoeP@atg.wa.gov<br>    Attorneys for State of Washington |

STIPULATION AND MOTION SETTING BRIEFING SCHEDULE
AND POSTPONING REQUIREMENTS OF RULE 16 PENDING
DECISION ON MOTIONS TO DISMISS - 3
(Case No. C70-9213 / Sub No. 17-02)

**GARVEY SCHUBERT BARER**
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*

GSB:8866049.4

| | |
|---|---|
| **NISQUALLY INDIAN TRIBE** | **SWINOMISH INDIAN TRIBAL COMMUNITY** |
| By *s/ Maryanne E. Mohan, per email agreement* <br> Maryanne E. Mohan, WSBA #47346 <br> OFFICE OF THE TRIBAL ATTORNEY <br> NISQUALLY INDIAN TRIBE <br> 4820 She-Nah-Num Drive SE <br> Olympia, WA 98513 <br> Phone: (360) 456-5221 <br> Fax: (360) 486-9543 <br> mohan.maryanne@nisqually-nsn.gov <br> Attorney for Nisqually Indian Tribe | By *s/ Emily Haley, per email agreement* <br> James M. Jannetta, WSBA #36525 <br> Emily Haley, WSBA #38284 <br> OFFICE OF THE TRIBAL ATTORNEY <br> SWINOMISH INDIAN TRIBAL COMMUNITY <br> 11404 Moorage Way <br> La Conner, WA 98257 <br> Phone: (360) 466-3163 <br> Fax: (360) 466-5309 <br> jjannetta@swinomish.nsn.us <br> ehaley@swinomish.nsn.us <br> Attorneys for Swinomish Indian Tribal Community |
| **HOH INDIAN TRIBE** | **LUMMI NATION** |
| By *s/ Craig J. Dorsay, per agreement* <br> Craig J. Dorsay, WSBA #9245 <br> Lea Ann Easton, WSBA #38685 <br> DORSAY & EASTON LLP <br> 1737 NE Alberta Street <br> Portland, OR 97211-5890 <br> Phone: (503) 790-9060 <br> craig@dorsayindianlaw.com <br> leaston@dorsayindianlaw.com <br> Attorneys for Hoh Indian Tribe | By *s/ Mary M. Neil, per email agreement* <br> Mary M. Neil, WSBA #34348 <br> OFFICE OF THE RESERVATION ATTORNEY <br> LUMMI NATION <br> 2665 Kwina Road <br> Bellingham, WA 98226 <br> Phone: (360) 312-2164 <br> Fax: (360) 380-6982 <br> maryn@lummi-nsn.gov <br> Attorney for Lummi Nation |
| **PUYALLUP TRIBE OF INDIANS** | **SQUAXIN ISLAND TRIBE** |
| By *s/ Samuel J. Stiltner, per email agreement* <br> Samuel J. Stiltner, WSBA #7765 <br> John Howard Bell, WSBA #5574 <br> LAW OFFICE <br> PUYALLUP TRIBE OF INDIANS <br> 3009 Portland Avenue <br> Tacoma, WA 98404 <br> Phone: (253) 573-7877 <br> Fax: (253) 680-5998 <br> sam.stiltner@puyalluptribe.com <br> john.bell@puyalluptribe.com <br> Attorneys for Puyallup Tribe of Indians | By *s/ Sharon Haensly, per email agreement* <br> Kevin R. Lyon, WSBA #15076 <br> Sharon Haensly, WSBA #18158 <br> David Babcock, WSBA #31737 <br> SQUAXIN ISLAND LEGAL DEPARTMENT <br> 3711 SE Old Olympic Hwy <br> Shelton, WA 98584 <br> Phone: (360) 432-1771 <br> Fax: (360) 432-3699 <br> klyon@squaxin.us <br> shaensly@squaxin.us <br> dbabcock@squaxin.us <br> Attorneys for Squaxin Island Tribe |

STIPULATION AND MOTION SETTING BRIEFING SCHEDULE AND POSTPONING REQUIREMENTS OF RULE 16 PENDING DECISION ON MOTIONS TO DISMISS - 4
(Case No. C70-9213 / Sub No. 17-02)

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*

GSB:8866049.4

| | |
|---|---|
| **SUQUAMISH INDIAN TRIBE**<br><br>By *s/ John W. Ogan, per email agreement*<br>    John W. Ogan, WSBA #24288<br>    LAW OFFICE OF JOHN W. OGAN<br>    PO Box 1192<br>    Sisters, OR 97759<br>    Phone: (541) 410-4766<br>    Fax: (541) 383-3073<br>    ogan@johnw@gmail.com<br>    john.ogan@jwoganlaw.com<br>    Attorney for Suquamish Indian Tribe | **PORT GAMBLE S'KLALLAM TRIBE**<br>**JAMESTOWN S'KLALLAM TRIBE**<br><br>By *s/ Lauren Rasmussen, per email agreement*<br>    Lauren Rasmussen, WSBA #33256<br>    LAW OFFICES OF LAUREN P.<br>    RASMUSSEN, PLLC<br>    1904 Third Avenue, Suite 1030<br>    Seattle, WA 98101<br>    Phone: (206) 623-0900<br>    Fax: (206) 623-1432<br>    lauren@rasmussen-law.com<br>    Attorney for Port Gamble S'Klallam Tribe<br>    and Jamestown S'Klallam Tribe |

## ORDER

Based on the foregoing stipulation, and for good cause shown,

IT IS SO ORDERED on this 11th day of August 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND MOTION SETTING BRIEFING SCHEDULE
AND POSTPONING REQUIREMENTS OF RULE 16 PENDING
DECISION ON MOTIONS TO DISMISS - 5
(Case No. C70-9213 / Sub No. 17-02)

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*

GSB:8866049.4