Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, et al.,

                Plaintiffs,

  v.

STATE OF WASHINGTON, et al.,

                Defendants.

No. C70-9213 RSM

STIPULATION AND ORDER REGARDING CONFIDENTIALITY OF DOCUMENTS EXCHANGED IN MEDIATION

Note on Motion Calendar: August 10, 2017

## I. INTRODUCTION.

On February 24, 2017, the Court entered an Order Directing Mediation and Appointing a Mediator Concerning Regional Salmon Management Plan. Dkt. 21405. The order provides that the "mediation shall be conducted pursuant to Paragraph 25 of the Permanent Injunction in this case, *United States v. Washington*, 18 F. Supp. 3d 1172, 1213 (W.D. Wash. 1993), and Local Rule 39.1(C)(3)-(7), including the confidentiality provisions of Local Rule 39.1(A)(6)." *Id*. at 2, ¶ 3. Local Rule 39.1(A)(6) provides that, "[e]xcept as otherwise required by law or *agreed by the litigants*, or otherwise provided by this rule, all ADR proceedings under this rule, including communications, statements, disclosures and representations made by any party, attorney or other

STIPULATION AND ORDER REGARDING
CONFIDENTIALITY OF DOCUMENTS EXCHANGED IN
MEDIATION – PAGE 1

Case No. C70-9213

participant in the course of such proceeding, shall, in all respects, be confidential …" (emphasis added).

In accordance with Local Rule 39.1(A)(6), all parties stipulate and agree to the following provisions regarding the confidentiality of documents exchanged in the Regional Salmon Management Plan mediation ordered by the Court and, as directed by the mediation judge, respectfully request the Court's approval of their stipulation.

## II. STIPULATION.

    A. Purpose:

        1. To clarify confidentiality procedures for discussions regarding the joint Tribal-State Puget Sound Chinook Resource Management Plan (RMP).

        2. To ensure the integrity of the National Marine Fisheries Service's (NMFS') independent role under the Endangered Species Act and 4(d) Rule.

    B. Applicability of Confidentiality Provisions:

    Any written communications and/or other documents (whether generated by NMFS or the State or Tribal Co-managers) that do not contain a confidentiality header shall not be subject to the confidentiality provisions of this Court's mediation order. Any communication and/or other documents that contain a confidentiality header will remain confidential under this Court's mediation order. The parties, exercising due diligence, may correct the inadvertent use or omission of the confidentiality header in writing.

    C. Intent of State and Tribal Co-Managers:

STIPULATION AND ORDER REGARDING
CONFIDENTIALITY OF DOCUMENTS EXCHANGED IN
MEDIATION – PAGE 2

Case No. C70-9213

1. Communications Regarding the Development of the RMP for Submission to NMFS.

    a. The State and Tribal Co-Managers do not intend to use the confidentiality header when communicating with NMFS regarding the development of the RMP for submission to NMFS under the 4(d) Rule.

    b. The State and Tribal Co-Managers request that NMFS not use the confidentiality header when communicating with the Co-Managers regarding the development of the RMP.

    c. The State and Tribal Co-Managers intend to use the confidentiality header when communicating in writing among themselves or with Federal officials outside of NMFS regarding the development of the RMP.

2. Communications Regarding Other Matters within the Scope of the Mediation.

    a. The State and Tribal Co-Managers intend to use the confidentiality header when communicating among themselves, with NMFS or with Federal officials outside of NMFS regarding matters other than the RMP but still within the scope of the mediation.

    b. The State and Tribal Co-Managers request that NMFS and Federal officials outside of NMFS use the confidentiality header when communicating with the Co-Managers regarding matters other than the RMP but still within the scope of the mediation.

D. Reservation of Rights:

STIPULATION AND ORDER REGARDING
CONFIDENTIALITY OF DOCUMENTS EXCHANGED IN
MEDIATION – PAGE 3

Case No. C70-9213

In signing this stipulation, the parties reserve their rights to object to the scope of or withdraw from this mediation.

Dated: August 10, 2017.

        United States Department of Justice
        s/ Vanessa Boyd Willard
        Vanessa Boyd Willard
        Trial Attorney, Indian Resources Section
        Environment and Natural Resources Division
        999 18th Street, South Terrace, Suite 370
        Denver, CO 80202
        Tel: 303-844-1353
        Vanessa.willard@usdoj.gov

        DORSAY & EASTON LLP
        Counsel for Hoh Tribe
        s/ Lea Ann Easton
          Lea Ann Easton, WSBA #38685
          Craig J. Dorsay, WSBA #9245
        1 S.W. Columbia Street, Suite 440
        Portland, OR 97258
        Telephone: (503) 790-9060
        Facsimile: (503) 790-9068
        Email: craig@dorsayindianlaw.com
        LEaston@dorsayindianlaw.com

        s/ Lauren P. Rasmussen
        Lauren P. Rasmussen, WSBA # 33256
        Law Offices of Lauren P. Rasmussen, PLLC
        1904 Third Avenue, Suite 1030
        Seattle, WA 98101
        (206) 623-0900
        lauren@rasmussen-law.com
        Attorney for the Jamestown S'Klallam Tribe and the Port Gamble S'Klallam Tribe

        s/ Stephen H. Suagee
        Stephen H. Suagee

STIPULATION AND ORDER REGARDING
CONFIDENTIALITY OF DOCUMENTS EXCHANGED IN
MEDIATION – PAGE 4

Case No. C70-9213

Office of Tribal Attorney | Lower Elwha Klallam Tribe
2851 Lower Elwha Road | Port Angeles, WA 98363
360-452-8471, ext. 7435 – office | 360-461-2989 – mobile
steve.suagee@elwha.org

LUMMI NATION
By: s/ Mary M. Neil
Mary M. Neil, WSBA #34348
Reservation Attorney
Lummi Nation
2665 Kwina Road
Bellingham, Wa 98226
Tel. (360) 312-2164
Fax (360) 380-6982
maryn@lummi-nsn.gov

s/ Marc D. Slonim
Marc D. Slonim, WSBA # 11181
Brian C. Gruber, WSBA # 32210
Ziontz Chestnut
2101 Fourth Avenue, Suite 1230
Seattle, WA 98121
Tel: 206-448-1230
Fax: 206-448 0962
mslonim@ziontzchestnut.com
bgruber@ziontzchestnut.com
Attorneys for Makah Indian Tribe

Muckleshoot Indian Tribe
s/ Ann E. Tweedy
Ann E. Tweedy, Tribal Attorney
Alan Stay, Tribal Attorney
39015 - 172nd Avenue S.E.
Auburn, WA 98092
Tel: 253-876-3208
Ann.Tweedy@muckleshoot.nsn.us
AStay@muckleshoot.nsn.us

NISQUALLY INDIAN TRIBE
s/ Maryanne E. Mohan

STIPULATION AND ORDER REGARDING
CONFIDENTIALITY OF DOCUMENTS EXCHANGED IN
MEDIATION – PAGE 5

Case No. C70-9213

| | |
|---|---|
| 1 | Maryanne E. Mohan, WSBA #47346 |
| 2 | 4820 She-Nah-Num Dr. S.E. |
| | Olympia, WA 98513 |
| 3 | Telephone: 360.456.5221 |
| | Fax: 360.486.9543 |
| 4 | Email: mohan.maryanne@nisqually-nsn.gov |
| | Attorney for Nisqually Indian Tribe |

SCHWABE WILLIAMSON & WYATT, P.C.
By: s/ Connie Sue Martin
 Connie Sue Martin, WSBA #26525
 csmartin@schwabe.com
By: s/ Ryen L. Godwin
 Ryen L. Godwin, WSBA #40806
 rgodwin@schwabe.com
 1420 Fifth Ave., Suite 3400
 Seattle, WA 98101
 Telephone: 206.622.1711
Attorneys for Nooksack Indian Tribe

PUYALLUP TRIBE OF INDIANS
s/ Samuel J. Stiltner
Samuel J. Stiltner, WSBA 7765
Director, Legal Department
3009 Portland Avenue
Tacoma, WA 98404
Office: (253) 573-7875
Fax: (253) 680-5998
Email: sam.stiltner@puyalluptribe.com

FOSTER PEPPER PLLC

By s/ Lauren J. King
 Lauren J. King, WSBA #40939
Foster Pepper PLLC
1111 Third Ave., Suite 3000
Seattle, WA 98101
Telephone: (206) 447-6286
Facsimile: (206) 749-1925
Email: kingl@foster.com
Counsel for Quileute Tribe

QUILEUTE TRIBE
 By s/ Michael Rossotto
 Michael Rossotto, WSBA #21996

STIPULATION AND ORDER REGARDING
CONFIDENTIALITY OF DOCUMENTS EXCHANGED IN
MEDIATION – PAGE 6

Case No. C70-9213

| | |
|---|---|
|1| Quileute Natural Resources |
|2| PO Box 187, La Push, WA 98350 |
| | 401 Main Street, La Push, WA 98350 |
|3| Office: 360-374-2265 |
| | Fax: 360-374-9250 |
|4| Email: michael.rossotto@quileutetribe.com |
| | Counsel for Quileute Tribe |

s/ Eric Nielsen
Eric Nielsen, WSBA # 12773
Nielsen, Broman & Koch PLLC
908 E. Madison St.
Seattle, WA 98122
(206) 623-2373
nielsene@nwattorney.net
Attorney for the Quinault Indian Nation

s/ Jack W. Fiander
Jack W. Fiander, WSBA #13116
General Counsel
Sauk-Suiattle Indian Tribe
5808A Summitview Avenue, Ste. 97
Yakima, WA 98908
Tel: (509) 961-0096 or (360) 436-0139
Email: towtnuklaw@msn.com
Attorney for Sauk-Suiattle Indian Tribe

s/ Earle David Lees, III, WSBA No 30017
Skokomish Legal Department
Skokomish Indian Tribe
N. 80 Tribal Center Road
Skokomish Nation, WA 98584
Email:    elees@skokomish.org
Tel:      360.877.2100
Fax:      360.877.2104
*Attorney for the Skokomish Indian Tribe*

s/ Kevin R. Lyon
Kevin Lyon, WSBA No. 15076
David Babcock, WSBA No. 31737
3711 SE Old Olympic Hwy
Shelton, WA 98584

STIPULATION AND ORDER REGARDING
CONFIDENTIALITY OF DOCUMENTS EXCHANGED IN
MEDIATION – PAGE 7

Case No. C70-9213

|   |   |
|---|---|
| 1 | Phone: 360.432.1771 |
| 2 | Fax: 360.432.3699 |
|   | E-Mail: klyon@squaxin.us |
| 3 | Attorneys for Squaxin Island Indian Tribe |
| 4 | Stillaguamish Tribe of Indians |
|   | s/ Scott Mannakee |
| 5 | Scott Mannakee |
|   | Tribal Attorney |
| 6 | 3322 236th Street NE |
| 7 | Arlington, WA 98223 |
|   | Tel: 360.572.3028 |
| 8 | smannakee@stillaguamish.com |

Phone: 360.432.1771
Fax: 360.432.3699
E-Mail: klyon@squaxin.us
Attorneys for Squaxin Island Indian Tribe

Stillaguamish Tribe of Indians
s/ Scott Mannakee
Scott Mannakee
Tribal Attorney
3322 236th Street NE
Arlington, WA 98223
Tel: 360.572.3028
smannakee@stillaguamish.com

THE SUQUAMISH TRIBE
s/ James Rittenhouse Bellis
James Rittenhouse Bellis, WSBA 29226
Director, Legal Department
18490 Suquamish Way
Suquamish, WA 98392
Office: (360) 394-8501
Fax: (360) 598-4293
Email: rbellis@suquamish.nsn.us

s/ Emily Haley
Emily Haley, WSBA #38284
James M. Jannetta, WSBA #36525
Swinomish Indian Tribal Community
11404 Moorage Way
La Conner, WA 98257
Tel: 360-466-3163
Email: ehaley@swinomish.nsn.us
Email: jjannetta@swinomish.nsn.us
*Attorneys for Swinomish Indian Tribal Community*

MORISSET, SCHLOSSER, JOZWIAK & SOMERVILLE
s/ Mason D. Morisset
Mason D. Morisset, WSBA # 00273
Email: m.morisset@msaj.com
1115 Norton Building, 801 Second Avenue
Seattle, WA 98104-1509

Tel: 206-386-5200
Fax: 206-386-7388
Attorneys for the Tulalip Tribes

s/ David S. Hawkins
David S. Hawkins, WSB No. 35370
Office of Tribal Attorney
Upper Skagit Indian Tribe
25944 Community Plaza Way
Sedro Woolley, WA 98284
Phone: 360-854-7016
Fax: 360-854-7018
Email: dhawkins@upperskagit.com
Attorney for Upper Skagit Indian Tribe

ROBERT W. FERGUSON
Attorney General
s/ Michael S. Grossmann
MICHAEL S. GROSSMANN, WSBA #15293
Senior Counsel
s/ Joseph V. Panesko
JOSEPH V. PANESKO, WSBA # 25289
Senior Counsel
1125 Washington Street SE
Post Office Box 40100
Olympia, Washington 98504-0100
Attorneys for State of Washington

### III. ORDER.

The foregoing stipulation is approved.

Dated this _16th_ day of __August__, 2017.

1

2

3 _____
Marsha J. Pechman
4 United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
STIPULATION AND ORDER REGARDING
CONFIDENTIALITY OF DOCUMENTS EXCHANGED IN
MEDIATION – PAGE 10

Case No. C70-9213