UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SKOKOMISH INDIAN TRIBE,<br><br>                 Plaintiff,<br><br>   v.<br><br>GOLD COAST OYSTER, LLC, et al.,<br><br>                 Defendant. | Case No. 89-312 RSM-DWC<br><br>**ORDER REGARDING<br>SETTLEMENT CONFERENCE** |

This case has been referred for a settlement conference before the Honorable BRIAN A. TSUCHIDA, United States Magistrate Judge. All parties and their counsel are hereby DIRECTED to appear on: **September 7, 2017, 9:45 am**

**United States District Courthouse
700 Stewart St. 12th floor - Courtroom 12A
Seattle, WA 98101**

**WHO MUST BE PRESENT**

Each attorney who will try the case must be physically present, accompanied by the client or a representative with full authority to resolve the case. If there are individuals whose presence are required to resolve the case, please arrange for their attendance. Failure to produce the appropriate persons at the settlement or the failure to participate in good faith may result in an award of costs and attorney fees incurred by the other parties regarding the conference, or other

ORDER REGARDING SETTLEMENT CONFERENCE- 1

sanctions against the non-complying party or counsel.

## SETTLEMENT MEMOS

Each party shall:

(1) <u>Exchange</u> settlement briefs no more than 8 pages in length that set forth the issues to resolve, and current status of settlement by September 1, 2017, 4:00 pm. Do not file your briefs. A copy should be emailed to Judge Tsuchida at Agalelei_elkington@wawd.uscourts.gov.

(2) <u>Email a separate confidential settlement memo</u> no more than 5 pages to Judge Tsuchida, only, at Agalelei_elkington@wawd.uscourts.gov by 4:00 pm, September 4, 2017. These memos are confidential; do not file them with the Clerk's Office or serve them on opposing counsel. These memos shall set forth a settlement proposal, and what barriers, if any, there are to achieving a settlement.

## CONFIDENTIALITY

The Court expects all participants to be prepared, open-minded, frank, and sincerely interested in settlement. The Court expects the parties to address each other with courtesy and respect. To encourage an open discussion, the Court orders all matters communicated in connection with this judicial settlement are confidential and cannot be used for any other purpose.

DATED this 24th day of August, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge