IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, *et al.*,

    Plaintiffs,

v.

STATE OF WASHINGTON, *et al.*,

    Defendants.

Case No. C70-9213 RSM

MINUTE ORDER REGARDING NOTICE OF NEW CASE ADMINISTRATOR

The following MINUTE ORDER, directed to all Parties to *United States of America, et al. v. State of Washington, et al.*, C70-9213RSM, and its subproceedings, is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge: Please take notice that after many years of dedicated service to the Court, including serving as the Case Administrator on this case, Rhonda Stiles will be retiring, effective September 29, 2017. **Sharita Tolliver** will be the new Case Administrator for this case and its subproceedings. Please direct any future inquiries to Ms. Tolliver at Sharita_Tolliver@wawd.uscourts.gov or 206-370-8453.

DATED this 1st day of September, 2017.

WILLIAM McCOOL, Clerk

By:   /s/ Rhonda Stiles
        Deputy Clerk

MINUTE ORDER– 1