UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON, et al.,<br><br>  Defendants. | Case No. C70-9213RSM<br><br>Sub-proceeding No. 17-sp-03<br><br>ORDER GRANTING LEAVE TO OPEN NEW SUBPROCEEDING |

THIS MATTER comes before the Court for consideration upon the *Ex Parte* Motion of the Stillaguamish Tribe of Indians for an Order seeking leave to open a new subproceeding against the State of Washington.[1]  Dkt. #21580.  A certification filed in support of the instant Motion certifies that the parties have held a Meet and Confer, which was unsuccessful, in compliance with the pre-filing requirements of Paragraph 25 of the Permanent Injunction, as modified August 11, 1993 (Dkt. # 13599), and the Court's Supplemental Order on Paragraph 25 Procedures (Dkt. # 19893).  *Id.* at 3-4.

Having considered the materials submitted in support of the Motion and the relevant record, the Court hereby ORDERS that the Stillaguamish Tribe of Indians is GRANTED leave to open a new subproceeding against the State of Washington.

---

[1] The Stillaguamish Tribe notes that other potential respondents may include the Swinomish Indian Community, the Tulalip Tribes and the Upper Skagit Indian Tribes.  Dkt. #21580 at 3.

It is further ORDERED that the Clerk shall open this matter as a new subproceeding, designated as Subproceeding 17-sp-03. The Stillaguamish Tribe of Indians shall then proceed with the filing of its Request for Determination. All subsequent filings in the subproceeding shall be filed in the main case, C70-9213RSM, as well as in the subproceeding.

This Order does not constitute a finding that the dispute is within the Court's jurisdiction under Paragraph 25 of the Permanent Injunction.

DATED this 11th day of September 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE