HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON,<br><br>    Defendant. | CASE NO. C70-9213<br><br>Subproceeding No. 17-02<br><br>STIPULATION AND MOTION SETTING PAGE LIMITS FOR MOTIONS TO DISMISS |

The undersigned parties ("Moving Parties") stipulate as follows and jointly move for the relief set out below. The Moving Parties have inquired of all parties and have not been informed that any party to this action opposes entry of the order below.

1. In this action, the Muckleshoot Tribe seeks to establish additional usual and accustomed fishing areas, as described in the Request for Determination [Dkt. 3].

2. On August 11, 2017, the Court entered an Order (Dkt. 21) setting a briefing schedule for anticipated motions to dismiss and/or summary judgment motions (the "Motions"). That Order stated that the parties "shall confer with each other no later than September 25, 2017 on appropriate page limits for all briefs, and shall present a motion to the Court for consideration on or before September 29, 2017 regarding page limitations for all briefs."

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

1        3.       As ordered, the parties have conferred. The parties anticipate there will be two Motions filed and an indeterminate number of joinders. The parties agree that the Court should order the following relief:

        a.       The two Motions filed on or before October 13, 2017 will be limited to twenty-four pages each.

        b.       Any party that intends to join the Motions and/or to file a brief containing argument in support of the Motions shall do so no later than October 27, 2017. Joinders shall be limited to five pages and shall not repeat arguments made in the Motions.

        c.       Responsive materials in opposition to the Motions and joinders shall be filed on or before November 27, 2017. Briefs in opposition shall be limited to twenty-four pages per Motion; provided, however, that the two opposing briefs of twenty-four pages may be combined into one brief at the option of the filing party, and opposing parties will be allowed extra pages to address any argument(s) made in any brief joining the Motions, but only to the extent that such argument(s) were not raised in the Motions. Such additional pages shall be limited to the number of pages addressing such argument(s) in the filed joinders.

        d.       Reply briefs shall not exceed twelve pages each.

4.       The Moving Parties stipulate to entry of the order below.

///
///
///
///
///

STIPULATION AND MOTION RE PAGE LIMITS
FOR MOTIONS TO DISMISS - 2
(Case No. C70-9213 / Sub No. 17-02)

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

DATED this  29th  day of September, 2017.

| | |
|---|---|
| **STILLAGUAMISH TRIBE OF INDIANS**<br><br>By *s/ Scott Mannakee, per email agreement*<br>    Scott Mannakee, WSBA #19454<br>    OFFICE OF LEGAL COUNSEL<br>    STILLAGUAMISH TRIBE OF INDIANS<br>    3322 236th Street NE<br>    Arlington, WA  98223<br>    Phone:  (360) 572-3028<br>    smannakee@stillaguamish.com<br>    Attorney for Stillaguamish Tribe of Indians<br><br>**TULALIP TRIBES**<br><br>By *s/ Mason D. Morisset, per email agreement*<br>    Mason D. Morisset, WSBA #00273<br>    MORISSET SCHLOSSER JOZWIAK & SOMERVILLE<br>    1115 Norton Building, 801 Second Avenue<br>    Seattle, WA  98104-1509<br>    Phone:  (206) 386-5200<br>    Fax:  (206) 386-7388<br>    m.morisset@msaj.com<br>    Attorney for Tulalip Tribes<br><br>**SKOKOMISH INDIAN TRIBE**<br><br>By *s/ Earle David Lees III, per agreement*<br>    Earle David Lees III, WSBA #30017<br>    SKOKOMISH LEGAL DEPARTMENT<br>    N 80 Tribal Center Road<br>    Skokomish Nation, WA  98584<br>    Phone:  (360) 877-2100<br>    Fax:  (360) 877-2104<br>    elees@skokomish.org<br>    Attorney for Skokomish Indian Tribe | **MUCKLESHOOT INDIAN TRIBE**<br><br>By *s/ David R. West*<br>    David R. West, WSBA #13680<br>    Margaret A. Duncan, WSBA # 47876<br>    GARVEY SCHUBERT BARER<br>    1191 Second Avenue, 18th Floor<br>    Seattle, WA  98101-2939<br>    Phone:  (206) 464-3939<br>    Fax:  (206) 464-0125<br>    drwest@gsblaw.com<br>    mduncan@gsblaw.com<br>    Attorneys for Muckleshoot Indian Tribe<br><br>By *s/ Richard Reich*<br>    Richard Reich, WSBA #8178<br>    Robert L. Otsea, Jr., WSBA #9367<br>    Laura Weeks, WSBA #26992<br>    OFFICE OF THE TRIBAL ATTORNEY<br>    MUCKLESHOOT INDIAN TRIBE<br>    39015 172nd Avenue SE<br>    Auburn, WA  98092-9763<br>    Phone:  (253) 939-3311<br>    Fax:  (253) 931-8570<br>    RReich@muckleshoot.nsn.us<br>    Rob@muckleshoot.nsn.us<br>    laura.weeks@muckleshoot.nsn.us<br>    Attorneys for Muckleshoot Indian Tribe<br><br>**STATE OF WASHINGTON**<br><br>By *s/ Joseph V. Panesko, per email agreement*<br>    Michael S. Grossmann, WSBA #15293<br>    Joseph V. Panesko, WSBA #25289<br>    OFFICE OF THE ATTORNEY GENERAL<br>    STATE OF WASHINGTON<br>    PO Box 40100<br>    Olympia, WA 98504-0100<br>    Michael Grossman Phone:  (360) 586-3550<br>    Joseph Panesko Phone:  (360) 586-0643<br>    MikeG1@atg.wa.gov<br>    JoeP@atg.wa.gov<br>    Attorneys for State of Washington |

STIPULATION AND MOTION RE PAGE LIMITS
FOR MOTIONS TO DISMISS - 3
(Case No. C70-9213 / Sub No. 17-02)

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington  98101-2939*
*206 464 3939*

| | | |
|---|---|---|
| 1 | **LUMMI NATION** | **SWINOMISH INDIAN TRIBAL COMMUNITY** |
| 2 | By *s/ Mary M. Neil, per email agreement* | |
| 3 | Mary M. Neil, WSBA #34348<br>OFFICE OF THE RESERVATION ATTORNEY | By *s/ Emily Haley, per email agreement*<br>James M. Jannetta, WSBA #36525<br>Emily Haley, WSBA #38284 |
| 4 | LUMMI NATION<br>2665 Kwina Road | OFFICE OF THE TRIBAL ATTORNEY<br>SWINOMISH INDIAN TRIBAL |
| 5 | Bellingham, WA 98226<br>Phone: (360) 312-2164 | COMMUNITY<br>11404 Moorage Way |
| 6 | Fax: (360) 380-6982 | La Conner, WA 98257<br>Phone: (360) 466-3163 |
| 7 | maryn@lummi-nsn.gov<br>Attorney for Lummi Nation | Fax: (360) 466-5309<br>jjannetta@swinomish.nsn.us |
| 8 | | ehaley@swinomish.nsn.us<br>Attorneys for Swinomish Indian Tribal |
| 9 | | Community |
| 10 | **PUYALLUP TRIBE OF INDIANS** | **SQUAXIN ISLAND TRIBE** |
| 11 | By *s/ Samuel J. Stiltner, per email agreement* | By *s/ Sharon Haensly, per email agreement* |
| 12 | Samuel J. Stiltner, WSBA #7765<br>John Howard Bell, WSBA #5574 | Kevin R. Lyon, WSBA #15076<br>Sharon Haensly, WSBA #18158 |
| 13 | LAW OFFICE<br>PUYALLUP TRIBE OF INDIANS | David Babcock, WSBA #31737<br>SQUAXIN ISLAND LEGAL |
| 14 | 3009 Portland Avenue<br>Tacoma, WA 98404 | DEPARTMENT<br>3711 SE Old Olympic Hwy |
| 15 | Phone: (253) 573-7877<br>Fax: (253) 680-5998 | Shelton, WA 98584<br>Phone: (360) 432-1771 |
| 16 | sam.stiltner@puyalluptribe.com<br>john.bell@puyalluptribe.com | Fax: (360) 432-3699<br>klyon@squaxin.us |
| 17 | Attorneys for Puyallup Tribe of Indians | shaensly@squaxin.us<br>dbabcock@squaxin.us |
| 18 | | Attorneys for Squaxin Island Tribe |
| 19 | **SUQUAMISH INDIAN TRIBE** | **PORT GAMBLE S'KLALLAM TRIBE**<br>**JAMESTOWN S'KLALLAM TRIBE** |
| 20 | By *s/ John W. Ogan, per email agreement* | By *s/ Lauren Rasmussen, per email agreement* |
| 21 | John W. Ogan, WSBA #24288<br>LAW OFFICE OF JOHN W. OGAN | Lauren Rasmussen, WSBA #33256<br>LAW OFFICES OF LAUREN P. |
| 22 | PO Box 1192<br>Sisters, OR 97759 | RASMUSSEN, PLLC<br>1904 Third Avenue, Suite 1030 |
| 23 | Phone: (541) 410-4766<br>Fax: (541) 383-3073 | Seattle, WA 98101<br>Phone: (206) 623-0900 |
| 24 | ogan@johnw@gmail.com<br>john.ogan@jwoganlaw.com | Fax: (206) 623-1432<br>lauren@rasmussen-law.com |
| 25 | Attorney for Suquamish Indian Tribe | Attorney for Port Gamble S'Klallam Tribe<br>and Jamestown S'Klallam Tribe |
| 26 | | |

STIPULATION AND MOTION RE PAGE LIMITS
FOR MOTIONS TO DISMISS - 4
(Case No. C70-9213 / Sub No. 17-02)

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

## ORDER

Based on the foregoing stipulation, and for good cause shown,

IT IS SO ORDERED.

DATED this 2 day of October 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND MOTION RE PAGE LIMITS
FOR MOTIONS TO DISMISS - 5
(Case No. C70-9213 / Sub No. 17-02)

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939