*The Honorable Ricardo S. Martinez*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br><br>STATE OF WASHINGTON, *et al.*,<br><br>Defendants. | Case No. C70-9213<br>Subproceeding: 17-sp-03<br><br>**JOINT STIPULATION TO STAY SUBPROCEEDING AND FOR ORDER TO REFER TO MEDIATION** |

The Stillaguamish Tribe of Indians, Upper Skagit Indian Tribe and Swinomish Indian Tribal Community ("Moving Parties") stipulate as follows and jointly move for relief as set out below pursuant to Paragraph 25(b)(2) as modified by *United States v. Washington*, 18 F. Supp. 3d 1172, 1214 (W.D. Wash. 1991) and LCR 39.1(c).

1. Pursuant to LCR 39.1(c)(1), the Moving Parties have agreed to participate in mediation and respectfully request that the Court issue an order directing the requesting parties and all affected parties to engage in mediation under LCR 39.1(c)(3)–(7); and

2. The Moving Parties jointly stipulate and respectfully ask that the Court (a) stay all case deadlines, as set out in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, dated September 12, 2017 (Dkt. # 5); and

JOINT STIPULATION TO STAY AND PROPOSAL
TO REFER TO MEDIATION (CASE NO. 70-9213) – PAGE 1
70201361V.1

KILPATRICK, TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 467-9600

(b) order that the Moving Parties notify the Court in writing within ten days of the conclusion of mediation.

The Moving Parties have not been informed that any party to this action opposes entry of the order below.

DATED this 27th day of September, 2017.

| **STILLAGUAMISH TRIBE OF INDIANS** | **UPPER SKAGIT INDIAN TRIBE** |
|---|---|
| By: _____<br>Rob Roy Smith, WSBA #33798<br>Email: rrsmith@kilpatricktownsend.com<br>Claire R. Newman, WSBA #46200<br>Email: cnewman@kilpatricktownsend.com<br>Kilpatrick Townsend & Stockton, LLP<br>1420 Fifth Avenue, Suite 3700<br>Seattle, Washington 98101<br>Tel: (206) 467-9600<br><br>By: */s Scott Mannakee by RRS per auth.*<br>Scott Mannakee, WSBA # 19454<br>Email: smannakee@stillaguamish.com<br>Office of Legal Counsel<br>Stillaguamish Tribe of Indians<br>3322 236th Street NE<br>Arlington, Washington 98223<br>Tel: (360) 572-3028<br><br>*Attorneys for the Stillaguamish Tribe of Indians* | By: *s/ Tyler Farmer by RRS per auth.*<br>Arthur W. Harrigan, Jr., WSBA # 1751<br>Email: arthurh@harriganleyh.com<br>Tyler Farmer, WSBA # 39912<br>Email: tylerf@harriganleyh.com<br>Xiang Li, WSBA # 52306<br>Email: XiangL@harriganleyh.com<br>Harrigan Leyh Farmer & Thomsen LLP<br>999 Third Avenue, Suite 4400<br>Seattle, WA 98104<br>Tel: (360) 854-7016<br><br>David S. Hawkins, WSBA # 35370<br>Email: dhawkins@upperskagit.com<br>General Counsel<br>Upper Skagit Indian Tribe<br>25944 Community Plaza Way<br>Sedro-Woolley, WA 98284<br>Tel: (360) 854-7016<br><br>*Attorneys for Upper Skagit Indian Tribe* |

**SWINOMISH INDIAN TRIBAL COMMUNITY**

By: *s/James M. Jannetta by RRS per. auth*
James M. Jannetta, WSBA #36525
Email: jjannetta@swinomish.nsn.us
Emily Haley, WSBA #38284
Email: ehaley@swinomish.nsn.us
Office of The Tribal Attorney Swinomish Indian Tribal Community
11404 Moorage Way
La Conner, WA 98257
Tel: (360) 466-3163

*Attorneys for Swinomish Indian Tribal Community*

JOINT STIPULATION TO STAY AND PROPOSAL
TO REFER TO MEDIATION (CASE NO. 70-9213) – PAGE 2
70201361V.1

KILPATRICK, TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 467-9600

## **ORDER**

Pursuant to the foregoing stipulation, and for good cause shown, all case deadlines in Subproceeding 17-3 are stayed pending mediation. The requesting parties and all affected parties shall participate in mediation to be conducted pursuant to Local Civil Rule 39.1(c).

IT IS SO ORDERED.

Dated this 10 day of October 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO STAY AND PROPOSAL
TO REFER TO MEDIATION (CASE NO. 70-9213) – PAGE 3
70201361V.1

Kilpatrick, Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
(206) 467-9600

# CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2017, I electronically filed the foregoing **JOINT STIPULATION TO STAY SUBPROCEEDING AND FOR ORDER TO REFER TO MEDIATION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties registered in the Court's ECF system for the above-captioned case.

DATED this 27th day of September, 2017.

**Kilpatrick Townsend & Stockton LLP**


By:_____
Rob Roy Smith, WSBA # 33798
rrsmith@kilpatricktownsend.com
*Attorneys for the Stillaguamish Tribe of Indians*

CERTIFICATE OF SERVICE

70201361V.1

KILPATRICK, TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 467-9600