IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, et al.,

Plaintiffs,

v.

STATE OF WASHINGTON, et al.,

Defendants.

Case No. C70-9213 RSM

Sub-proceeding No. 17-03

**ORDER GRANTING JOINT REQUEST FOR APPOINTMENT OF MEDIATOR**

THIS MATTER came before the Court on the Stillaguamish Tribe of Indians, Swinomish Indian Tribal Community, Tulalip Tribes, and Upper Skagit Indian Tribe's (collectively, the Requesting Parties) Joint Request for Appointment of Mediator.

IT IS ORDERED THAT:

The Court has determined that Judge Lasnik is available to serve as judicial Mediator in this matter. Accordingly, Judge Lasnik is appointed as judicial Mediator and will establish a schedule and procedures for the Mediation.

DATED this 27th day of October 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT REQUEST
FOR APPOINTMENT OF MEDIATOR - 1
(Case No. C70-9213; Sub-proceeding 17-03)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

**Presented by:**

**SWINOMISH INDIAN TRIBAL COMMUNITY**
By: s/ *James M. Jannetta*
    James M. Jannetta, WSBA #36525
By: s/ *Emily Haley*
    Emily Haley, WSBA #38284

    Office of the Tribal Attorney
    Swinomish Indian Tribal Community
    11404 Moorage Way
    La Conner, Washington 98257
    Tel: (360) 466-3163
    Email: jjannetta@swinomish.nsn.us
    Email: ehaley@swinomish.nsn.us

*Attorneys for Swinomish Indian Tribal Community*

**STILLAGUAMISH TRIBE OF INDIANS**
By: s/ *Roy Smith*
    Roy Smith, WSBA #33798
By: s/ *Claire R. Newman*
    Claire R. Newman, WSBA #46200

    Kilpatrick Townsend & Stockton, LLP
    1420 Fifth Avenue, Suite 3700
    Seattle, Washington 98101
    Tel: (206) 467-9600
    Email: rsmith@kilpatricktownsend.com
    Email: cnewman@kilpatricktownsend.com

*Attorneys for the Stillaguamish Tribe of Indians*

**TULALIP TRIBES**
By: s/ *Mason D. Morisset*
    Mason D. Morisset, WSBA #00273

    Morisset Schlossser Jozwiak & Somerville
    1115 Norton Building
    801 Second Avenue
    Seattle, Washington 98104
    Tel: (206) 386-5200
    Email: m.morisset@msaj.com

ORDER GRANTING JOINT REQUEST
FOR APPOINTMENT OF MEDIATOR - 2
(Case No. C70-9213; Sub-proceeding 17-03)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

Saza Osawa, WSBA #42050
Office of the Reservation Attorney
Tulalip Tribes
6406 Marine Drive
Tulalip, Washington 98271
Tel: (360) 716-4547
Email: sosawa@tulaliptribes-nsn.gov

*Attorneys for the Tulalip Tribes*

**UPPER SKAGIT INDIAN TRIBE**
By: s/ *Arthur W. Harrigan, Jr.*
Arthur W. Harrigan, Jr., WSBA #1751
By: s/ *Tyler L. Farmer*
Tyler L. Farmer, WSBA #39912
By: s/ *Kristin E. Ballinger*
Kristin E. Ballinger, WSBA #28253

Harrigan Leyh Farmer & Thomsen LLP
999 Third Avenue, Suite 4400
Seattle, Washington 98104
Tel: (206) 623-1700
Email: arthurh@harriganleyh.com
Email: tylerf@harriganleyh.com
Email: kristinb@harriganleyh.com

David S. Hawkins, WSBA #35370
General Counsel
Upper Skagit Indian Tribe
25944 Community Plaza Way
Sedro-Woolley, Washington 98284
Tel: (360) 854-7016
Emil: dhawkins@upperskagit.com

*Attorneys for Upper Skagit Indian Tribe*

ORDER GRANTING JOINT REQUEST
FOR APPOINTMENT OF MEDIATOR - 3
(Case No. C70-9213; Sub-proceeding 17-03)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717