UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON, et al., <br><br> Defendants. | Case No. C70-9213RSM <br><br> Subproceeding No. 89-306DWC <br><br> ORDER OF REFERENCE TO SETTLEMENT JUDGE |

The parties have stipulated to a Request for Referral to the Honorable Brian A. Tsuchida for settlement discussions about the issues raised in the pending motions in this matter, and for the remaining issues raise in this subproceeding. Dkt. #393. U.S. Magistrate Judge David W. Christel, who is currently presiding over this matter, has agreed to the stipulated request. *Id.* Accordingly, the matter is now hereby REFERRED to the Honorable Brian A. Tsuchida, United States Magistrate Judge, for settlement purposes only.

DATED this 1 day of November, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE