UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SQUAXIN ISLAND TRIBE, et al.,

Plaintiffs,

v.

NAVY YARD OYSTER CO., et al.,

Defendants.

Case No. 2:89-sp-306-RSM-DWC

**ORDER REGARDING SETTLEMENT CONFERENCE**

The parties have stipulated to the referral of this case to the Honorable BRIAN A. TSUCHIDA, United States Magistrate Judge, for settlement conference. Dkts. 392, 393. All parties and their counsel are hereby **DIRECTED** to appear on: **December 13, 2017 at 9:15 am.**

**United States District Courthouse
700 Stewart St. 12th floor - Courtroom 12A
Seattle, WA 98101**

## WHO MUST BE PRESENT

Each attorney who will try the case must be physically present, accompanied by the client or a representative with full authority to resolve the case. If there are individuals whose presence are required to resolve the case, please arrange for their attendance. Failure to produce the appropriate persons at the settlement or the failure to participate in good faith may result in an award of costs and attorney fees incurred by the other parties regarding the conference, or other

sanctions against the non-complying party or counsel.

**SETTLEMENT MEMOS**

Each party shall:

(1) <u>Exchange</u> settlement briefs no more than 8 pages in length that set forth the issues to resolve, and current status of settlement by **November 27, 2017, 4:00 pm.** Do not file your briefs. A copy should be emailed to Judge Tsuchida at Agalelei_elkington@wawd.uscourts.gov.

(2) <u>Email a separate confidential settlement memo</u> no more than 5 pages to Judge Tsuchida, only, at Agalelei_elkington@wawd.uscourts.gov by **4:00 pm, December 1, 2017.** These memos are confidential; do not file them with the Clerk's Office or serve them on opposing counsel. These memos shall set forth a settlement proposal, and what barriers, if any, there are to achieving a settlement.

**CONFIDENTIALITY**

The Court expects all participants to be prepared, open-minded, frank, and sincerely interested in settlement. The Court expects the parties to address each other with courtesy and respect. To encourage an open discussion, the Court orders all matters communicated in connection with this judicial settlement are confidential and cannot be used for any other purpose.

DATED this 7th day of November, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge