UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON, et al., <br><br> Defendants. | Case No. C70-9213RSM <br><br> Subproceeding No. 89-3 <br><br> ORDER OF REFERENCE |

A Notice of Filing of Objection to Lummi Tribe's 4.6 Regulation and Request for Hearing pursuant to Sections 4.8 and 9 of the Revised Shellfish Implementation Plan has been filed. *See* Case No. C70-9213, Dkt. #21667 and Case No. 89sp003, Dkt. #14799. Pursuant to Section 9.2 of the Revised Shellfish Implementation Plan, the Request is hereby REFERRED to the Honorable David W. Christel, United States Magistrate Judge, for hearing and resolution.

DATED this 27 day of November, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF REFERENCE
PAGE - 1