UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON, *et al.*,<br><br>  Defendants. | CASE NO. C70-9213RSM<br><br>Sub-proceedings No. 17-03<br><br>SCHEDULING ORDER FOR INITIAL MEDIATION CONFERENCE |

This matter comes before the Court on the "Order Granting Joint Request for Appointment of Mediator" signed by the Honorable Ricardo S. Martinez on October 27, 2017. The undersigned appointed mediator sets the following date and time for an initial mediation conference:

**March 22, 2018, at 9:00 a.m.**
**U.S. District Courthouse, Seattle**
**Courtroom of the Honorable Robert S. Lasnik, Room 15106**

Representatives of the Stillaguamish Tribe of Indians, the Swinomish Indian Tribal Community, the Tulalip Tribes, and the Upper Skagit Indian Tribes (collectively, "the Requesting Parties") are required to attend and shall provide the following information

SCHEDULING ORDER - 1

to the mediator's judicial assistant, Teri Roberts, at (206) 370-8812, no later than January 5, 2018:

    1. Whether there are any other interested parties whose attendance at mediation should be required.

    2. What format the Requesting Parties wish to use for the mediation (everyone in the same room or separate parties in separate rooms);

    3. How much time the Requesting Parties estimate will be required to complete the mediation.

In addition, the Requesting Parties shall deliver the following material to chambers no later than February 5, 2018:

    a. A statement of the factual and legal issues that will be the subject of mediation;

    b. Any and all background information, including copies of relevant docket entries from the main proceeding, that will be necessary to a full understanding of the issues;

    c. An outline of each party's positions on the issues.

DATED this 5th day of December, 2017.

                                  */s/ Robert S. Lasnik*
                                  Robert S. Lasnik
                                  United States District Judge