1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, et al.,           )
                                            )
                              Plaintiffs,   )      Case No.  C70-9213
                                            )
              v.                            )      Subproceeding No. 17-2
                                            )
STATE OF WASHINGTON, et al.,                )      STIPULATED CASE SCHEDULE AND
                                            )      ORDER
                              Defendants.   )
                                            )
_____ )

      Pursuant to Local Civil Rules 7(d)(1) and 10(g), the undersigned  parties respectfully request that the Court enter the following Stipulated Case Schedule.  Pursuant to this Court's Orders on Stipulated Case Schedules dated August 11, 2017, and October 12, 2017, the Moving Parties agreed to file two reply briefs on December 15, 2017 not to exceed 12 pages each. Dkt. 21 (8/11/2017) and Dkt. 24 (10/12/2017).  The undersigned parties conferred and agree that based on the following reasons, good cause exists to modify the prior stipulation and order:

1.    On November 27, 2017, the Muckleshoot Tribe filed its Response to the Two Motions to Dismiss, and attached over 400 pages of exhibits.

2.    The Moving Parties realized that due to the large amount of materials and concurrent workload issues, review would require additional time.  Muckleshoot agreed to accommodate that additional time request.

3.    Many of the Moving Parties' attorneys have competing conflicts during the holidays and require additional time to review the materials, and at least one attorney is out of the country from 12/14/2017 to 1/1/2018.

4.    The Moving Parties agreed  to collaborate and streamline the replies and this coordination requires additional time, and they agreed to streamline the replies as follows and to extend the reply date to facilitate that process:

    a.    The replies are to be filed by January 12, 2018.

    b.    The moving parties may file a total of 24 pages of reply materials, split in whatever fashion they choose.  In addition, joining parties Squaxin and Puyallup may file their own reply briefs of no more than five pages each.

    c.    The reply briefs will be in strict reply to the arguments made by Muckleshoot.

5.    The pending motions (Dkt. 25 and Dkt. 27) shall be re-noted for consideration on January 12, 2018.

    Dated this 12th day of December, 2017.

| | |
|---|---|
| **STILLAGUAMISH TRIBE OF INDIANS** | **MUCKLESHOOT INDIAN TRIBE** |

By _s/ Scott Mannakee, per email agreement_
Scott Mannakee, WSBA #19454
OFFICE OF LEGAL COUNSEL
STILLAGUAMISH TRIBE OF INDIANS
3322 236th Street NE
Arlington, WA 98223
Phone: (360) 572-3028
smannakee@stillaguamish.com
Attorney for Stillaguamish Tribe of
Indians

**TULALIP TRIBES**

By _s/ Mason D. Morisset, per email agreement_
Mason D. Morisset, WSBA #00273
MORISSET SCHLOSSER JOZWIAK &
SOMERVILLE
1115 Norton Building, 801 Second Avenue
Seattle, WA 98104-1509
Phone: (206) 386-5200
Fax: (206) 386-7388
m.morisset@msaj.com
Attorney for Tulalip Tribes

**SKOKOMISH INDIAN TRIBE**

By _s/ Earle David Lees III, per agreement_
Earle David Lees III, WSBA #30017
SKOKOMISH LEGAL DEPARTMENT
N 80 Tribal Center Road
Skokomish Nation, WA 98584
Phone: (360) 877-2100
Fax: (360) 877-2104
elees@skokomish.org
Attorney for Skokomish Indian Tribe

By _s/ David R. West_
David R. West, WSBA #13680
Margaret A. Duncan, WSBA # 47876
GARVEY SCHUBERT BARER
1191 Second Avenue, 18th Floor
Seattle, WA 98101-2939
Phone: (206) 464-3939
Fax: (206) 464-0125
drwest@gsblaw.com
mduncan@gsblaw.com
Attorneys for Muckleshoot Indian Tribe

By _s/ Richard Reich_
Richard Reich, WSBA #8178
Robert L. Otsea, Jr., WSBA #9367
Laura Weeks, WSBA #26992
OFFICE OF THE TRIBAL ATTORNEY
MUCKLESHOOT INDIAN TRIBE
39015 172nd Avenue SE
Auburn, WA 98092-9763
Phone: (253) 939-3311
Fax: (253) 931-8570
RReich@muckleshoot.nsn.us
Rob@muckleshoot.nsn.us
laura.weeks@muckleshoot.nsn.us
Attorneys for Muckleshoot Indian Tribe

**STATE OF WASHINGTON**

By _s/ Joseph V. Panesko, per email agreement_
Michael S. Grossmann, WSBA #15293
Joseph V. Panesko, WSBA #25289
OFFICE OF THE ATTORNEY GENERAL
STATE OF WASHINGTON
PO Box 40100
Olympia, WA 98504-0100
Michael Grossman Phone: (360) 586-3550
Joseph Panesko Phone: (360) 586-0643
MikeG1@atg.wa.gov
JoeP@atg.wa.gov
Attorneys for State of Washington

1 | **LUMMI NATION**

2 | By *s/ Mary M. Neil, per email agreement*
Mary M. Neil, WSBA #34348
3 | OFFICE OF THE RESERVATION
ATTORNEY
4 | LUMMI NATION
2665 Kwina Road
5 | Bellingham, WA 98226
Phone: (360) 312-2164
6 | Fax: (360) 380-6982
maryn@lummi-nsn.gov
7 | Attorney for Lummi Nation

**SWINOMISH INDIAN TRIBAL COMMUNITY**

By *s/ Emily Haley, per email agreement*
James M. Jannetta, WSBA #36525
Emily Haley, WSBA #38284
OFFICE OF THE TRIBAL ATTORNEY
SWINOMISH INDIAN TRIBAL COMMUNITY
11404 Moorage Way
La Conner, WA 98257
Phone: (360) 466-3163
Fax: (360) 466-5309
jjannetta@swinomish.nsn.us
ehaley@swinomish.nsn.us
Attorneys for Swinomish Indian Tribal Community

10 | **PUYALLUP TRIBE OF INDIANS**

11 | By *s/ Samuel J. Stiltner, per email agreement*
Samuel J. Stiltner, WSBA #7765
12 | John Howard Bell, WSBA #5574
LAW OFFICE
13 | PUYALLUP TRIBE OF INDIANS
3009 Portland Avenue
14 | Tacoma, WA 98404
Phone: (253) 573-7877
15 | Fax: (253) 680-5998
sam.stiltner@puyalluptribe.com
16 | john.bell@puyalluptribe.com
Attorneys for Puyallup Tribe of Indians

**SQUAXIN ISLAND TRIBE**

By *s/ Sharon Haensly, per email agreement*
Kevin R. Lyon, WSBA #15076
Sharon Haensly, WSBA #18158
David Babcock, WSBA #31737
SQUAXIN ISLAND LEGAL DEPARTMENT
3711 SE Old Olympic Hwy
Shelton, WA 98584
Phone: (360) 432-1771
Fax: (360) 432-3699
klyon@squaxin.us
shaensly@squaxin.us
dbabcock@squaxin.us
Attorneys for Squaxin Island Tribe

18 | **SUQUAMISH INDIAN TRIBE**

20 | By *s/ John W. Ogan, per email agreement*
John W. Ogan, WSBA #24288
21 | LAW OFFICE OF JOHN W. OGAN
PO Box 1192
22 | Sisters, OR 97759
Phone: (541) 410-4766
23 | Fax: (541) 383-3073
ogan@johnw@gmail.com
24 | john.ogan@jwoganlaw.com
Attorney for Suquamish Indian Tribe

**PORT GAMBLE S'KLALLAM TRIBE JAMESTOWN S'KLALLAM TRIBE**

By *s/ Lauren Rasmussen, per email agreement*
Lauren Rasmussen, WSBA #33256
LAW OFFICES OF LAUREN P. RASMUSSEN, PLLC
1904 Third Avenue, Suite 1030
Seattle, WA 98101
Phone: (206) 623-0900
Fax: (206) 623-1432
lauren@rasmussen-law.com
Attorney for Port Gamble S'Klallam Tribe and Jamestown S'Klallam Tribe

**NISQUALLY INDIAN TRIBE**
By _s/ Maryanne E. Mohan, per email agreement_
Maryanne E. Mohan, WSBA # 47346
Office of the Tribal Attorney
4820 She-Nah-Num Drive S.E.
Olympia, WA 98513
Tel. (360) 456-5221
Fax (360) 486-9543
mohan.maryanne@nisqually-nsn.gov

## ORDER

Based on the foregoing stipulation, and for good cause shown, the stipulated case schedule shall be entered.

DATED this 15th day of December 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE