IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON, et al.,<br><br>Defendants. | Case No. C70-9213RSM<br><br>Sub-proceeding No. 17-03<br><br>**STIPULATION AND ORDER SETTING MEDIATION SCHEDULE** |

## **STIPULATION**

On December 8, 2017, the Supreme Court of the United States granted the Upper Skagit Indian Tribe's petition for certiorari in *Lundgren v. Upper Skagit Indian Tribe*, 389 P.3d 569 (Wash. 2017). *Upper Skagit Indian Tribe v. Lundgren*, No. 17-387, 2017 WL 4075456, at *1 (U.S. Dec. 8, 2017). Counsel for the Upper Skagit Indian Tribe had hoped to be able to complete briefing and prepare for oral argument in the *Lundgren* matter while also preparing for this mediation, but have concluded that it cannot.

Accordingly, the Stillaguamish Tribe of Indians, Swinomish Indian Tribal Community,

STIPULATION AND ORDER SETTING
MEDIATION SCHEDULE - 1
(Case No. C70-9213; Sub-proceeding 17-03)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700  FAX (206) 623-8717

Tulalip Tribes, and Upper Skagit Indian Tribe (collectively, "Requesting Parties") stipulate to continuing the initial mediation conference to May 2018, and to a revised mediation schedule, subject to the Court's availability, as follows:

| | | |
|---|---|---|
| April 20, 2018 | | The Requesting Parties jointly submit to the Court: |
| | a. | A statement of the factual and legal issues that will be the subject of mediation; |
| | b. | Any and all background information, including copies of relevant docket entries from the main proceeding, that will be necessary to a full understanding of the issues; and |
| | c. | An outline of each party's positions on the issues. The Requesting Parties may also each submit to the Court a confidential statement on each party's position. |
| May 4, 2018 | | Initial mediation conference |

DATED this 18th day of February, 2018.

| | |
|---|---|
| **SWINOMISH INDIAN TRIBAL COMMUNITY** | **STILLAGUAMISH TRIBE OF INDIANS** |
| By: s/ *James M. Jannetta* <br> James M. Jannetta, WSBA #36525 | By: s/ *Rob Roy Smith* <br> Rob Roy Smith, WSBA #33798 |
| By: s/ *Emily Haley* <br> Emily Haley, WSBA #38284 | By: s/ *Claire R. Newman* <br> Claire R. Newman, WSBA #46200 |
| Office of the Tribal Attorney <br> Swinomish Indian Tribal Community <br> 11404 Moorage Way <br> La Conner, Washington 98257 <br> Tel: (360) 466-3163 <br> Email: jjannetta@swinomish.nsn.us <br> Email: ehaley@swinomish.nsn.us | Kilpatrick Townsend & Stockton, LLP <br> 1420 Fifth Avenue, Suite 3700 <br> Seattle, Washington 98101 <br> Tel: (206) 467-9600 <br> Email: rsmith@kilpatricktownsend.com <br> Email: cnewman@kilpatricktownsend.com |
| **SAVITT BRUCE & WILLEY LLP** | Scott Mannakee, WSBA # 19454 <br> Tribal Attorney <br> Stillaguamish Tribe of Indians <br> 3322 236th Street NE <br> Arlington, WA 98223 <br> Tel: (360) 572-3028 |
| By: s/ *David N. Bruce* <br> David N. Bruce, WSBA #15237 | |

STIPULATION AND ORDER SETTING
MEDIATION SCHEDULE - 2
(Case No. C70-9213; Sub-proceeding 17-03)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

Savitt Bruce & Willey LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
Telephone: 206.749.0500
Facsimile: 206.749.0600
Email: dbruce@sbwLLP.com

*Attorneys for Swinomish Indian Tribal Community*

**TULALIP TRIBES**

By: s/ *Mason D. Morisset*
Mason D. Morisset, WSBA #00273

Morisset Schlosser Jozwiak & Somerville
1115 Norton Building
801 Second Avenue
Seattle, Washington 98104
Tel: (206) 386-5200
Email: m.morisset@msaj.com

Saza Osawa, WSBA #42050
Office of the Reservation Attorney
Tulalip Tribes
6406 Marine Drive
Tulalip, Washington 98271
Tel: (360) 716-4547
Email: sosawa@tulaliptribes-nsn.gov

*Attorneys for the Tulalip Tribes*

Email: smannakee@stillaguamish.com

*Attorneys for the Stillaguamish Tribe of Indians*

**UPPER SKAGIT INDIAN TRIBE**

By: s/ *Arthur W. Harrigan, Jr.*
Arthur W. Harrigan, Jr., WSBA #1751

By: s/ *Tyler L. Farmer*
Tyler L. Farmer, WSBA #39912

By: s/ *Kristin E. Ballinger*
Kristin E. Ballinger, WSBA #28253

Harrigan Leyh Farmer & Thomsen LLP
999 Third Avenue, Suite 4400
Seattle, Washington 98104
Tel: (206) 623-1700
Email: arthurh@harriganleyh.com
Email: tylerf@harriganleyh.com
Email: kristinb@harriganleyh.com

David S. Hawkins, WSBA #35370
General Counsel
Upper Skagit Indian Tribe
25944 Community Plaza Way
Sedro-Woolley, Washington 98284
Tel: (360) 854-7016
Emil: dhawkins@upperskagit.com

*Attorneys for Upper Skagit Indian Tribe*

STIPULATION AND ORDER SETTING MEDIATION SCHEDULE - 3
(Case No. C70-9213; Sub-proceeding 17-03)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

# **ORDER**

The initial mediation conference in this matter is rescheduled to May 4, 2018 at 9:00 a.m.

By April 20, 2018, the Requesting Parties shall jointly submit to the Court:

    a.    A statement of the factual and legal issues that will be the subject of mediation;

    b.    Any and all background information, including copies of relevant docket entries from the main proceeding, that will be necessary to a full understanding of the issues; and

    c.    An outline of each party's positions on the issues. The Requesting Parties may also each submit to the Court a confidential statement on each party's position.

DATED this 5th day of February, 2018.

                                                      */s/ Robert S. Lasnik*
                                                      Robert S. Lasnik
                                                      United States District Judge

STIPULATION AND ORDER SETTING
MEDIATION SCHEDULE - 4
(Case No. C70-9213; Sub-proceeding 17-03)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717