UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **United States of America, et al.,** | Civ. No. C70-9213 |
| Plaintiffs, | Subproceeding No. 14-02 |
| vs. | **Order Approving Settlement Agreement between the Nisqually Indian Tribe and Squaxin Island Tribe** |
| **State of Washington, et al.,** | |
| Defendants. | |

The Nisqually Indian Tribe and Squaxin Island Tribe ("Tribes") have reached a settlement agreement addressing issues and claims that arose in Subproceeding 14-02, attached as Exhibit A to the Joint Motion for Order Approving Settlement Agreement between the Nisqually Indian Tribe and Squaxin Island Tribe. The Nisqually Tribal Council and Squaxin Island Tribal Council negotiated the Settlement Agreement and agree that it is fair and reasonable. The Tribes consent to and are fully bound by all its terms.

Upon entry of this Order, Subproceeding 14-02 will be closed.

IT IS SO ORDERED.

Dated: March 6, 2018.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

NISQUALLY INDIAN TRIBE          SQUAXIN ISLAND TRIBE

s/ Maryanne E. Mohan            s/ David Babcock
Maryanne E. Mohan, WSBA #47346    Sharon Haensly, WSBA #18158
4820 She-Nah-Num Dr. S.E.         David Babcock, WSBA # 31737
Olympia, WA 98513              311 SE Old Olympic Hwy
(360) 456-5221                 (360) 432-1771
(360) 486-9543 (fax)             (360) 432-3688  (fax)
mohan.maryanne@nisqually-nsn.gov    shaensly@squaxin.us
                                    dbabcock@squaxin.us