UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON, *et al.*, <br><br> Defendants. | CASE NO. C70-9213RSM <br><br> Sub-proceedings No. 11-02 <br><br> SCHEDULING ORDER FOR MEDIATION CONFERENCES |

This matter was referred to the undersigned by the Honorable Ricardo S. Martinez on February 21, 2018. The Court sets the following dates and times for mediation conferences:

**May 31, 2018, from 1:00 p.m. – 4:30 p.m.**
**U.S. District Courthouse, Seattle**
**Courtroom of the Honorable Robert S. Lasnik, Room 15106**

**June 19, 2018, from 9:00 a.m. – 4:00 p.m.**
**U.S. District Courthouse, Seattle**
**Courtroom of the Honorable Robert S. Lasnik, Room 15106**

Representatives of the Lower Elwha Klallam Indian Tribe, the Jamestown S'Klallam Tribe, the Port Gamble S'Klallam Tribe, and the Lummi Nation are required to attend

SCHEDULING ORDER - 1

and shall provide the following information to the mediator's judicial assistant, Teri Roberts, at (206) 370-8812, no later than April 2, 2018:

   1. Whether there are any other interested parties whose attendance at mediation should be required.

   2. What format the parties wish to use for the mediation (everyone in the same room or separate parties in separate rooms).

In addition, the parties shall deliver the following material to chambers no later than April 27, 2018:

   a. A statement of the factual and legal issues that will be the subject of mediation;

   b. Any and all background information, including copies of relevant docket entries from the main proceeding, that will be necessary to a full understanding of the issues;

   c. An outline of each party's positions on the issues.

Dated this 7th day of March, 2018.

*[signature]*
Robert S. Lasnik
United States District Judge

SCHEDULING ORDER - 2