The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON, et al., <br><br> Defendants. | No. C70-9213 RSM <br> Subproceeding No. 09-01 <br><br> QUILEUTE INDIAN TRIBE, QUINAULT INDIAN NATION, AND HOH INDIAN TRIBE'S REQUEST FOR STATUS CONFERENCE |

Quileute, Quinault, and Hoh request that this Court provide all parties in Subproceeding 09-1 the opportunity to propose appropriate boundaries in light of the Ninth Circuit's decision in *Makah Indian Tribe v. Quileute Indian Tribe*, 873 F.3d 1157 (9th Cir. 2017). Just as in Subproceeding 11-2 (see Dkt. 228 in Subproceeding 11-2), the parties in Subproceeding 09-1 should be afforded the opportunity to either brief the issue or attempt to resolve the issue through settlement.[1] To date, the parties have not been given a chance to provide input to the Court in light of the Ninth Circuit's decision and in light of certain new arguments made by the parties in Ninth Circuit briefing. The mandate on the appeal was entered on February 15, 2018 (Dkt. 438 in Subproceeding 09-1).

---

[1] For example, prior to appeal, Makah and Quileute were in agreement on a boundary line describing the upper 1/3 of Quileute's western boundary. *See* Dkt. 389-1, Exhibit D (8/24/2015).

QUILEUTE, QUINAULT, AND HOH REQUEST FOR STATUS CONFERENCE- 1

Case No. C70-9213, Subproceeding 09-01

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

For these reasons, Quileute, Quinault, and Hoh request that the Court vacate its March 5, 2018 Order (Dkt. 21702) and hold a status conference to either develop a briefing schedule or refer this matter to settlement.

The undersigned parties make this request without waiver of their rights to seek reconsideration of the Order should it not be vacated.

Respectfully submitted this 8th day of March, 2018.

| | |
|---|---|
| FOSTER PEPPER PLLC | BYRNES KELLER CROMWELL LLP |
| By /s/ Lauren J. King<br>    Lauren J. King, WSBA #40939<br>Foster Pepper PLLC<br>1111 Third Ave., Suite 3000<br>Seattle, WA 98101<br>Telephone: (206) 447-6286<br>Facsimile: (206) 749-1925<br>Email: kingl@foster.com<br>Counsel for Quileute Tribe | By /s/ John A. Tondini<br>    John A. Tondini, WSBA #19092<br>Byrnes Keller Cromwell LLP<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104<br>Telephone: (206) 622-2000<br>Facsimile: (206) 622-2522<br>Email: jtondini@byrneskeller.com<br>Counsel for Quileute Tribe |
| DORSAY & EASTON LLP | |
| By /s/ Craig J. Dorsay<br>    Craig J. Dorsay, WSBA #9245<br>1 S.W. Columbia Street, Suite 440<br>Portland, OR 97258<br>Telephone: (503) 790-9060<br>Facsimile: (503) 790-9068<br>Email: craig@dorsayindianlaw.com<br>Counsel for Hoh Tribe | NIELSEN BROMAN & KOCH, PLLC<br><br>By: /s/Eric J. Nielsen<br>Eric J. Nielsen, WSBA #12773<br>1908 East Madison Street<br>Seattle, Washington 98122-2842<br>Telephone: (206) 623-2373<br>Facsimile:     (206) 623-2488<br>Email: nielsene@nwattorney.net<br>Counsel for the Quinault Indian Nation |

QUILEUTE, QUINAULT, AND HOH REQUEST FOR STATUS CONFERENCE- 2

Case No. C70-9213, Subproceeding 09-01

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2018, I electronically filed the foregoing document using the CM/ECF system, which will notify all parties in this matter who are registered with the Court's CM/ECF filing system of such filing.

DATED this 8th day of March, 2018.

                FOSTER PEPPER PLLC

                By /s/ Lauren J. King
                Lauren J. King, WSBA #40939
                Foster Pepper PLLC
                1111 Third Ave., Suite 3000
                Seattle, WA 98101
                Telephone: (206) 447-6286
                Facsimile: (206) 749-1925
                Email: kingl@foster.com
                Counsel for Quileute Tribe

QUILEUTE, QUINAULT, AND HOH REQUEST FOR STATUS CONFERENCE- 3

Case No. C70-9213, Subproceeding 09-01

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700