UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, *et al.*,

Plaintiffs,

v.

STATE OF WASHINGTON, *et al.*,

Defendants.

CASE NO. C70-9213RSM

Subproceeding No. 09-01

MINUTE ORDER DIRECTING RESPONSE TO MOTIONS FOR RECONSIDERATION

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On March 19 and 20, 2018, the Quileute Indian Tribe, Hoh Indian Tribe, Quinault Indian Nation, and Suquamish Indian Tribe filed Motions for Reconsideration asking the Court to reconsider its prior Order regarding boundaries of the Quinault and Quileute U&As. Dkts. #442, #444, #445 and #448. The Court has reviewed the Motions and hereby ORDERS that **no later than April 11, 2018,** the State of Washington shall file a Response to the Motions for Reconsideration. The response shall be contained in a single brief which shall not exceed ten (10) pages in length. No Replies shall be filed.

The Quileute Indian Tribe, Hoh Indian Tribe, Quinault Indian Nation, and Suquamish Indian Tribe Motions for Reconsideration (Dkts. #442, #444, #445 and #448.) shall be RE-NOTED for consideration on April 13, 2018.

ORDER
PAGE - 1

DATED this 21st day of March, 2018.

                                    WILLIAM McCOOL, Clerk

                              By:     /s/ Paula McNabb
                                      Deputy Clerk