**THE HONORABLE RICARDO S. MARTINEZ**

1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

7
8

| UNITED STATES OF AMERICA et al., Petitioners, vs. STATE OF WASHINGTON et al., Respondent. | Case No. C70-9213 Subproceeding No. Pending DECLARATION OF LORRAINE LOOMIS |
|---|---|

9
10
11
12
13

I, Lorraine Loomis, declare as follows:

<u>Background and Qualifications</u>

1. I am Lorraine Loomis. My Indian name is Itakbix. I am an enrolled member of the Swinomish Indian Tribal Community (Swinomish or Tribe), one of the tribal plaintiffs in this case. I was born and raised on the Swinomish Reservation, currently reside on the Reservation, and have lived on the Reservation for all but 10 years of my life.

2. The Swinomish Reservation is located on Fidalgo Island in Skagit County, Washington. The southern boundary of the Reservation is in Skagit Bay near where the North Fork of the Skagit River drains to Puget Sound. The western boundary of the Reservation is also in Skagit Bay across from Deception Pass, a very beautiful but very dangerous pass through which those wishing to enter Skagit Bay from the west must navigate. The eastern boundary of the Reservation is in the Swinomish Channel, a dredged and channelized prehistoric slough through

DECLARATION OF LORRIANE LOOMIS

1

SWINOMISH INDIAN TRIBAL COMMUNITY
Office of Tribal Attorney
11404 Moorage Way
La Conner, Washington 98257
TEL 360/466-3163; FAX 360/466-5309

1  which those wishing to enter Skagit Bay from the north must navigate.  The northern boundary

2  of the Reservation is in Fidalgo Bay and Padilla Bay, more open marine waters to the south of

3  the San Juan Islands.

4  3.  Swinomish has about 1,000 enrolled members, most of whom live on or near the

5  Reservation.  In the past, I was elected by the membership to serve on the Swinomish Senate, the

6  governing body of the Tribe, for 15 years.

7  4.  For the last 43 years, I have been employed by the Tribe as the Swinomish Fisheries

8  Manager.  In that position, I am responsible for the overall management and regulation of

9  Swinomish treaty fisheries, including off-Reservation fisheries for finfish and shellfish.  I

10  oversee a staff of fisheries biologists and technicians; participate in preseason planning; develop

11  internal, inter-tribal, and state-tribal management plans for all of the fisheries the Tribe

12  participates in; conduct test fisheries; establish regulations for and open and close the Tribe's

13  fisheries; issue various permits and licenses to Swinomish fishers; register Swinomish fishing

14  vessels; conduct in-season updates; monitor harvest by the Tribe, other tribes, and non-treaty

15  fishers; and do many other tasks related to the Tribe's treaty fisheries.

16  5.  In addition, a large part of my job involves complex negotiations with other tribes, the

17  State of Washington, the United States government, and international organizations regarding the

18  regulation and conduct of various fisheries.  I describe some examples below, but there are

19  others I could list as well.

20  a.  At the local intertribal level, I am a board member of the Skagit River System

21  Cooperative (SRSC), a consortium formed in 1975 by the Skagit River treaty tribes that is

22  dedicated to the health of salmon habitat and salmon fisheries on the Skagit River, which is

23  crucial to our fishing activities.  SRSC employs about 40 fisheries scientists and technicians who

24  work on research, habitat restoration, harvest management, improvement of forest practices and

25  water quality, and the like.  I oversee the work of this staff.

DECLARATION OF LORRIANE LOOMIS

2

b. At the regional intertribal level, I have been a commissioner of the Northwest Indian Fish Commission (NWIFC) since 1978. NWIFC is an entity formed by all twenty of the tribes in western Washington that have treaty fishing rights, which assists and supports the tribes in their roles as co-managers of all fisheries in the state. I became the vice-chair in 1995 and the chair in 2014 after Billy Frank's passing.

c. At the statewide level, I am the tribal co-chair of the "North of Falcon" process, in which the treaty tribes and the State of Washington come together annually to decide on fishery seasons, openers, and harvest quotas for all of the treaty and non-treaty salmon fisheries which occur north of Cape Falcon in northern Oregon, from the offshore limit of the states' jurisdiction to the terminus of each salmon-bearing stream. The process results in a large "List of Agreed Fisheries" or LOAF that allows for the treaty tribes and the State of Washington to each achieve the harvest of its 50% share of the harvestable surplus of each species of salmon, as ordered by this Court and affirmed by the United States Supreme Court. I have co-chaired this North of Falcon process on behalf of the Washington treaty tribes for many years. Other co-management processes result in agreed or otherwise allowable fisheries targeting various species of shellfish in the state.

d. At the national and international level, I am the vice-chair of the U.S. delegation to the Pacific Salmon Commission Fraser River Panel, which oversees United States' and Canadian harvest of Fraser River salmon species. I have served on the panel since 1988, at times in the capacity of chair of the U.S. delegation.

6. I learned to fish when I was a young child and have fished for finfish and shellfish ever since. I have fished for subsistence, ceremonial, and commercial purposes. I have fished in the Skagit River, in some of its tributaries, and at the River's mouth. I have also fished in Skagit Bay, Saratoga Passage, and other fresh and marine waters in northern Puget Sound.

DECLARATION OF LORRIANE LOOMIS

3

7. The Skagit River is the third-largest river in the western United States and the only river in the lower 48 states that still has runs of all six species of Pacific salmon – Chinook, sockeye, pinks, coho, chum, and steelhead – and I have fished them all. In addition to salmon species, I have fished for halibut and many shellfish species, including various species of crab, prawns, and clams.

8. Even though I am employed full-time and have significant international, national, regional, and local commitments, I still own two fishing boats and continue to harvest finfish and shellfish commercially and for subsistence and ceremonial purposes when the Tribe's treaty fisheries are open.

9. In my capacity as the Swinomish Fisheries Manager for over four decades, in light of my service with various intergovernmental fisheries agencies including those described above, and in light of my extensive treaty fishing experience, I have become familiar with Swinomish fishers; historic and current Swinomish fishing practices; the role of fishing in the Swinomish economy, culture, spiritual beliefs, and subsistence practices; the regulation and management of Swinomish fisheries; the legal and governmental framework in which Swinomish fisheries operate; and the environmental and habitat threats to the health of the fishery as a whole. I have also gained knowledge of and familiarity with these matters as they relate to other treaty and non-treaty fisheries, including treaty fisheries conducted by Tulalip, Upper Skagit, Suquamish, and Lummi.

Swinomish Treaty Fishing Rights

10. In a series of treaties with the United States government in 1854 and 1855, the Indian tribes of Puget Sound and the Washington coast ceded their aboriginal lands to the United States, retained reservations of land to be the tribes' permanent homelands, and guaranteed their rights to fish, hunt, and gather forever.

DECLARATION OF LORRIANE LOOMIS

4

11. Swinomish is a party to one of these treaties, the 1855 Treaty of Point Elliott (Treaty).  I am a direct descendant of three tribal leaders who signed the Treaty: Chief Goliah on my father's side, Chief Seattle also on my father's side, and Chief Kwallattum on my mother's side.

12. Article 5 of the Treaty guarantees Swinomish "the right of taking fish at usual and accustomed grounds and stations," commonly referred to as U&As.  Swinomish's marine U&As extend from the Canadian border to the waters south, west, and east of Whidbey Island, and include but are not limited to all of the waters in Shellfish Region 1 and Shellfish Region 2 East (Region 2E).  A true and correct copy of a map prepared by the Washington Department of Fish and Wildlife (WDFW) depicting Regions 1 and 2E and their subareas is attached to this declaration as Exhibit 1.

Importance of Treaty Fishing to the Tribe and Tribal Members

13. In preparing this declaration, I asked my staff to compile certain information relating to the Tribe's fisheries.  This information is maintained by the Tribe's Fisheries Department in the regular course of its business and is presented in summary tables or otherwise described in this declaration.

14. Swinomish is today, and always has been, very much a fishing community.  Historically, much of our subsistence came from fishing, including shellfishing.  Many of our villages and camps were located along the Skagit and Samish Rivers and their tributaries, at the mouths of the Skagit and Samish Rivers, and along marine shorelines in northern Puget Sound, including the shore of Whidbey Island and other shorelines in Region 2E.  Our elders always taught us that "when the tide is out, the table is set," something that is as true today as it was at treaty time.

15. Many Swinomish tribal members continue to engage in some form of fishing on an annual basis.  The following table demonstrates a high level of tribal member participation in the Tribe's treaty fisheries in 2017:

DECLARATION OF LORRIANE LOOMIS

5

Table 1.

| Fishery | Commercial Fishers | Subsistence Fishers | Ceremonial Fishers | Total Number of Fishers |
|---|---|---|---|---|
| Salmon | 117 | 0* | 0** | 117 |
| Halibut | 109 | 20* | 3** | 132 |
| Crab | 210 | 0* | 4** | 214 |
| Shrimp | 111 | 2* | 3** | 116 |
| Geoduck and Other Clam Species | 51 | 73*** | 7** | 131 |
| Urchins and Cucumbers | 12 | 0* | 0* | 12 |

*Swinomish tribal members who engage in commercial fisheries usually do not obtain separate subsistence permits. Instead, a portion of their catch is not sold but is instead kept for subsistence purposes and is accounted for as "take-home" catch on fish tickets and in the TOCAS catch reporting system maintained by NWIFC.

** The Tribe frequently acquires ceremonial fish through its required test fisheries or authorizes one or more tribal members to engage in special ceremonial fisheries on behalf of the Tribe. Occasionally, individual families or fishers will require ceremonial fish and will obtain individual ceremonial permits.

*** With the exception of geoduck, the Tribe has very limited commercial clam fisheries. As a result, the Tribe issues substantially more subsistence clam permits than it issues for other, non-clam species.

Some fishers are engaged full time in the various tribal fisheries, while others fish part time during certain seasons to supplement income from other sources.

16. As Table 1 indicates, Swinomish commercial fishers pursue every available commercial harvest in Swinomish U&As. The species of primary importance are the six salmon species and crab.

17. Swinomish fishing methods vary with the fishing location and the species being harvested. Fishers use seines and drift gillnets to take salmon, set-lines for halibut, and use pots for crab and shrimp. In addition, fishers dive for geoduck, sea urchins, and sea cucumbers and dig for other species of clams and oysters.

18. Many fishery openings throughout the year, especially for salmon, halibut, crab, and shrimp, are of extremely short duration – a few days or even a few hours.

DECLARATION OF LORRIANE LOOMIS

6

SWINOMISH INDIAN TRIBAL COMMUNITY
Office of Tribal Attorney
11404 Moorage Way
La Conner, Washington 98257
TEL 360/466-3163; FAX 360/466-5309

19. The Tribe's commercial fisheries are a critical part of the Tribe's overall economy.  The table below summarizes the total catch in and value of the Tribe's commercial fisheries in 2016 (a year when pink salmon did not return) and 2017 (a year when pink salmon did return):

**Table 2.**

| Fishery | 2016 Harvest Volume* | 2016 Commercial Value | 2017 Harvest Volume* | 2017 Commercial Value |
|---|---|---|---|---|
| Salmon | 22,909 | $433,463 | 65,470 | $691,425 |
| Halibut | 22,404 | $163,838 | 19,661 | $135,108 |
| Crab | 1,262,368 | $5,963,925 | 1,272,532 | $6,069,129 |
| Shrimp | 76,389 | $607,462 | 89,661 | $746,397 |
| Geoduck and Other Clam Species | 72,064 | $685,424 | 6,511** | $7,450** |
| Urchins and Cucumbers | 20,382 | $113,594 | 106,756 | $252,376 |
| TOTAL | | $7,967,706 | | $7,901,885 |

* The harvest volumes in this table reflect the number of fish taken for salmon and the number of pounds taken for all other species.
** The Tribe did not harvest geoduck during the 2017 calendar year.

20. Since almost every Swinomish household includes a commercial fisher, the income generated by the Tribe's commercial fisheries is diffused throughout the entire tribal community. A decline in the Tribe's commercial fisheries would seriously affect the Tribe's economy and the Tribe as a whole.

21. While the revenue generated by the Tribe's commercial fisheries is obviously important, the commercial fisheries benefit Tribal members and the Tribe itself in other, non-economic ways.  The ability to participate in the Tribe's commercial fisheries allows our people to stay gainfully employed in deeply meaningful and rewarding work that is a central part of our history, identity, culture, and spirituality, as I explain in greater detail below.  This provides an important counterbalance to many of the social ills that have befallen our people as the result of historical and intergenerational trauma, including drug and alcohol addiction.  Many of the commercial

DECLARATION OF LORRIANE LOOMIS

7

fishers hire operators and deckhands, who must also be Swinomish members.  By doing so, they not only provide employment opportunities for other Tribal members, but also provide opportunities to participate in the exercise of the Tribe's Treaty rights for Tribal members who do not own their own boats and otherwise might not be able to participate in the Tribe's treaty fisheries at all, depriving them of the birthright that my ancestors and other treaty signers fought so hard on the treaty grounds to ensure.  Additionally, the Tribe taxes the sale of fish.  This is one of the only potential tax revenue streams that the Tribe has at its disposal, and taxing the sale of fish is an important aspect of the Tribe's inherent authority and sovereignty.  In these and other ways, the Tribe's commercial fisheries provide widespread non-economic benefits to our entire community.

22. The economic and non-economic impact of the Tribe's commercial fisheries is very important, but it is not the only value of the Tribe's treaty fisheries, nor, in the end, is it the most important one.  The Boldt Decision and the court decisions following it have identified four basic values associated with the Treaty fishing right: (1) conservation value of the resource; (2) ceremonial, religious, and spiritual values; (3) subsistence; and (4) commercial value.

23. As a fisheries manager, I address the conservation value of the resource every day, and the tribes collectively have invested significant time, energy, and resources into conserving the resource and protecting the habitat upon which it depends.  This is particularly true of Swinomish, as a quick Google search will reveal.  I have already talked about the commercial value of the Treaty right.  I want to turn now to the subsistence and ceremonial, religious, and spiritual aspects of the Tribe's treaty fisheries.

24. Our fisheries are an important source of food for Tribal members. As noted in Table 1 above, the commercial fisheries have a significant subsistence component since all commercial fishers reserve from their catches fish for their families and for others in the community.  We also have separate subsistence fisheries.  Sharing the bounty of the sea is a deeply engrained

DECLARATION OF LORRIANE LOOMIS

8

SWINOMISH INDIAN TRIBAL COMMUNITY
Office of Tribal Attorney
11404 Moorage Way
La Conner, Washington 98257
TEL 360/466-3163; FAX 360/466-5309

1  spiritual and cultural tradition of the Coast Salish.  This is particularly true at Swinomish, where

2  the Skagit and Samish Rivers, the adjacent tidelands, and the strong marine fisheries close to the

3  Swinomish Reservation presented an abundance of fisheries resources.   One of our spiritual

4  teachings is that the Creator will bless us if we give a portion of our catch away as a gift to our

5  extended family, elders, those who are ill, or others in our community that cannot fish for

6  themselves.  Our people thrive as a community around the sharing of food, and the subsistence

7  fishery (including the take-home component of the commercial fisheries) and our spiritual and

8  cultural teachings sustain the circulation of food throughout our entire community and ensure

9  that fish ends up on the plates of every Swinomish tribal member, even if they didn't catch it

10  themselves.

11    25. Fishing is a central part of our people's spirituality in other ways as well.  Since time

12  immemorial, our people conducted a first salmon ceremony and blessing of the fleet every

13  spring.  This ceremony is essentially a religious rite to thank the Creator for blessing us with

14  salmon and all of the other fish we take from our rivers and the sea, to ensure that our fish

15  always return to us and that our fisheries are bountiful, and to protect our fishers in the coming

16  year.  Our ancestors taught us that if our fisheries are harmed, our people will suffer.  This

17  knowledge and all of our religious beliefs and rites were passed down from generation to

18  generation and still exist today.  Just two weeks ago, the Tribe conducted its first salmon

19  ceremony and blessing of the fleet and returned cedar baskets containing all of the types of fish

20  and shellfish we harvest to the four corners of our U&As to ask the Creator for bounty and safety

21  in the coming fishing season.

22    26. The Tribe's ceremonial fisheries are regulated and the catch counts toward our 50%

23  treaty share.  But it is as a community member and a tribal leader that I most appreciate the

24  significance of the ceremonial fishery.  Feasting on the bounty of our rivers and sea is a central

25  feature of every Swinomish ceremony or gathering.  It marks every important milestone in our

DECLARATION OF LORRIANE LOOMIS

9

1    people's lives – birth, naming, marriage, and even death – and every important community event.

2    The ceremonies are an integral part of our culture, and the ceremonial food is essential to the

3    ceremonies.

4        27. Fishing and shellfishing are also a very important part of our culture and identity.  I, like

5    nearly every Swinomish member I know, learned to fish from my family and taught my children,

6    nephews and nieces, and many other younger relatives to fish.  Learning how to fish from our

7    elders and passing these lessons down to our descendants is critical to maintaining our culture

8    and identity as a people and the physical and spiritual wellbeing of our people.

9        28. The act of fishing, the circulation of harvest within the community, and the importance of

10   fish and shellfish to Swinomish cultural and spiritual life give our Treaty fishing rights a value

11   that far transcends the economic value of the commercial fisheries.  The Treaty fishing right was

12   meant to preserve our culture and way of life revolving around fishing and the fish harvest.  As a

13   fisheries manager, I am always mindful of the need to preserve our Treaty fishing right and our

14   historic fisheries in order to preserve our survival and identity as a tribe.

15   Impact of Lummi Regulation 2018-27 on Swinomish Treaty Fishing Rights

16       29. On May 17, 2018, Lummi issued regulation 2018-27 purporting to open Region 2E to

17   Lummi crab harvest beginning on May 31, 2018 at 8:00 A.M.  A copy of the regulation is

18   attached to this declaration as Exhibit 2.  According to the regulation, Lummi has authorized its

19   fishers to fish in Region 2E for 60 hours.

20       30. Swinomish fisheries in Region 2E are particularly important to Swinomish and its

21   members because the waters of Region 2E, and Skagit Bay in particular, are Swinomish's home

22   waters.  As noted above, the Swinomish Reservation boundary extends west and south into

23   Skagit Bay and at Treaty time, the tribe controlled access into Skagit Bay through Deception

24   Pass and Swinomish Channel (then Slough).

25

SWINOMISH INDIAN TRIBAL COMMUNITY
Office of Tribal Attorney
11404 Moorage Way
La Conner, Washington 98257
TEL 360/466-3163; FAX 360/466-5309

31. From ancient times, Swinomish and its ancestors have conducted beach seine fisheries for pink salmon at a place called Lone Tree Point on the shore of Skagit Bay. Still today, there are large family encampments at Lone Tree Point for weeks at a time during the pink run. This is the only location where the Tribe conducts this type of fishery, and it is the only location where we can teach our young ones this method of fishing. Protecting Swinomish's treaty fishing rights in Skagit Bay in particular and Region 2E more generally is one of the most important jobs that I have as a fisheries manager so that the Tribe can always continue to conduct its ancient fisheries in these waters.

32. Swinomish engages in a considerable part of its fishing effort in Region 2E. In the 2017-2018 season, approximately 210 Tribal members fished for crab in Region 2E. That constitutes around 21% of the Swinomish membership, or about 1 in 5 of every Swinomish man, woman, and child. The crab fishery in Region 2E generates relatively more effort than Swinomish crab fisheries located elsewhere because of the proximity and importance of Region 2E waters, and Skagit Bay in particular, to the Tribe.

33. Swinomish also takes a significant part of its crab harvest in Region 2E. In the 2017-2018 season, the Tribe took 704,212 pounds of crab commercially in Region 2E. That is 55% of Swinomish's entire commercial crab harvest in the 2017-2018 season and equates to approximately 3,353 pounds per fisher and 704 pounds per tribal member. The fishery generated revenue of $3,271,449, which was over half of all revenue generated from Swinomish commercial crab fisheries that season and equates to approximately $3,271 per tribal member.

34. Swinomish has had subsistence, ceremonial, and/or commercial crab fisheries in Region 2E in every year since its U&As were determined by Judge Boldt in 1975. Tulalip and Upper Skagit have also consistently conducted crab fisheries in Region 2E since their U&As were determined by the Court. In contrast, Lummi has <u>never once</u> conducted a crab fishery in Region 2E since its U&As were determined by Judge Boldt in 1974.

DECLARATION OF LORRIANE LOOMIS

11

SWINOMISH INDIAN TRIBAL COMMUNITY
Office of Tribal Attorney
11404 Moorage Way
La Conner, Washington 98257
TEL 360/466-3163; FAX 360/466-5309

35.  Allowing Lummi to engage in crab fishing in Region 2E beginning on May 31, 2018, will cause substantial harm to Swinomish and the other tribes with established crab fisheries in Region 2E for the reasons described below.

36. *Reduced harvest*: Because the tribes currently fishing for crab in Region 2E take the entire 50% tribal share of the quota every year, new participation in the fishery by Lummi fishers will necessarily reduce the amount of harvest available to the other tribes, including Swinomish. This is especially true because of the size of the Lummi fleet.  In 2013, Lummi prepared answers to a questionnaire regarding its treaty fishing in northern Puget Sound.  A copy of those answers is attached to this declaration as Exhibit 3 The answers indicate that the Lummi crab fleet consists of 167 vessels.  *See* Exhibit 3, Table 7.  This is more than double the size of the Swinomish crab fleet and is larger than the Swinomish, Tulalip, and Upper Skagit crab fleets combined.  New crab harvest by a fleet of this size would cause substantial reductions in the amount of harvest Swinomish and the other tribes with established fisheries can take for commercial purposes and would reduce the amount of crab on our plates and available for our ceremonies.

37. *Lower price*: Increased volume of crab on the market causes the price to fall, sometimes significantly.  If Lummi were to participate in the fishery and the amount of crab harvested were to increase significantly, as is likely given the size of the Lummi fleet, this would reduce the overall value of the fishery to the Tribe and its members and the amount of tax revenue collected by the Tribe.

38. *Loss of fishing opportunity*: If Lummi participates in the fishery, Swinomish and the other tribes currently fishing in Region 2E would need to significantly scale back our fisheries in order to stay within the 50% tribal share of the quota.  For example, on May 17, 2018, after extensive pre-season planning and before the tribes had any inkling that Lummi was intending to fish for crab in Region 2E this season for the first time ever, Swinomish and the other Region 2E tribes

DECLARATION OF LORRIANE LOOMIS

12

SWINOMISH INDIAN TRIBAL COMMUNITY
Office of Tribal Attorney
11404 Moorage Way
La Conner, Washington 98257
TEL 360/466-3163; FAX 360/466-5309

issued regulations opening a 60-hour commercial crab fishery in Region 2E beginning on May 31, 2018.  A copy of those regulations is attached as Exhibit 4.  Now that Lummi has issued a regulation also opening Region 2E to crab harvest for 60 hours beginning on May 31, there is a real possibility that the tribes collectively will exceed, and perhaps exceed significantly, the 50% tribal share of the quota during that 60-hour fishery.  In order to prevent that result, Swinomish and the other Region 2E tribes repeatedly asked that Lummi withdraw its regulation so that the tribes can engage in further settlement discussions.  When those efforts failed, Swinomish, Tulalip, Upper Skagit, and Suquamish issued amended regulations on May 29, 2018 delaying the fishery and shortening its duration by 12 hours in order to reduce the expected harvest.  A copy of those regulations is attached as Exhibit 5.  This reduces Swinomish fishing opportunity by 20% during this opener alone, and may result in an even greater loss of fishing opportunity if the tribes still exceed the 50% tribal share of the quota during this opener and cannot engage in anticipated openers later this summer and in the winter.

39. *Increased risk of exceeding the 50% tribal share of the quota*: As indicated above and for the reasons explained in detail in the Declaration of James D. Gibson, Lummi participation in the Region 2E crab fishery significantly increases the risk of the tribes collectively exceeding their 50% tribal share of the quota.

40. *Physical interference with Swinomish fishers*:  Many of the waters in Region 2E are constricted waters that already get crowded with vessels and gear during commercial crab openers.  If Lummi participates in the fishery and more than doubles the number of vessels and amount of gear in the water, it will only exacerbate this problem and cause physical interference with Swinomish fishers' ability to set and work their gear.

41. For all of these reasons and others, Lummi participation in the Region 2E crab fishery before it has established its right to do so will harm Swinomish and its members not only commercially but culturally and spiritually.  This Court should not allow that to happen.

SWINOMISH INDIAN TRIBAL COMMUNITY
Office of Tribal Attorney
11404 Moorage Way
La Conner, Washington 98257
TEL 360/466-3163; FAX 360/466-5309

1    I declare under penalty of perjury that the foregoing is true and correct.

2    DATED this 30th day of May, 2018, on the Swinomish Indian Reservation near La Conner,

3    Washington.

4

5    *Lorraine Loomis*

6    Lorraine Loomis

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF LORRIANE LOOMIS

14

1

2

**CERTIFICATE OF SERVICE**

3      I hereby certify that on May 31, 2018, I electronically filed the **Declaration of Lorraine**

4  **Loomis** with the Clerk of the Court using the CM/ECF system which will send notification of

5  such filing to all parties registered for electronic service with the CM/ECF system.

6                                                  By: ___/s/ James M. Jannetta_____
                                                       James M. Jannetta, WSBA No. 36525
7                                                    Counsel for Swinomish Indian Tribal Community

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF LORRIANE LOOMIS

SWINOMISH INDIAN TRIBAL COMMUNITY
Office of Tribal Attorney
11404 Moorage Way
La Conner, Washington 98257
TEL 360/466-3163; FAX 360/466-5309

**DECLARATION OF LORRAINE LOOMIS**


**EXHIBIT 1**

PUGET SOUND COMMERCIAL CRAB MANAGEMENT REGIONS AND CORRESPONDING MARINE FISH/SHELLFISH CATCH AREAS



DECLARATION OF L. LOOMIS
EXHIBT 1

**DECLARATION OF LORRAINE LOOMIS**


**EXHIBIT 2**

3603806989                                                    17:09:40    05-17-2018      1/1

# LUMMI INDIAN BUSINESS COUNCIL

2665 Kwina Road, Bellingham, WA 98226. (360) 312-2000
Natural Resources Department. Fax: (360) 380-6989

## 2018-27 REGION 2E CRAB 4.6 REGULATION

Filing Date: 5/17/2018          Supercedes Reg:  None          Filing Organization:  Lummi

| | |
|---|---|
| EFFECTIVE DATES: | Effective from May 31 2018 to June 02 2018, or until supercedded or Treaty harvest is taken |
| AFFECTED ORGANIZATIONS | WDFW, NWIFC, Point No Point Treaty Council, Suquamish, Tulalip, Swinomish, Upper Skagit, Port Gamble, Lower Elwha, and Jamestown Tribes |
| REG. SUPERSEDED | None |
| CATCH AREA | Catch Reporting Areas: 24A, 24B, 24C, 24D, and 26AE (or that portion of 26A north of a line from Possession Point on Whidbey Island to the shipwreck located 0.8 nautical miles north of Picnic Point on the opposite shore). |
| ON/OFF RESERVATION | Off |
| FISHERY TYPE | Commercial crab |
| LEGAL GEAR | Pot and ring gear |
| EXPECTED EFFORT | zero boats and zero fishers |
| DAYS/HOURS | OPEN: 8:00 a.m., Thursday, May 31, 2018<br>CLOSE: 8:00 p.m., Saturday, June 2, 2018 or when 1,100,000 pounds are harvested, whichever comes first. |
| RESTRICTIONS | 1. 50 pot maximum per boat.<br>2. Blue buoy tags are required for this fishery<br>3. The fishery may be closed on short notice as the quotas are approached.<br>4. The fish ticket information must be received by Dolly in the Natural Resources office by the close of business the day the catch is sold. The most appropriate method would be to fax the tickets to (360) 380-6989.<br>5. Must have valid treaty crab fishing ID card on person.<br>6. Pots must have two escape rings of not less than 4 1/4 " inside diameter located in the top half of the pot. An unobstructed, three by five inch biodegradable panel in the upper half of the pot or a biodegradable loop attached to the lid hook is required<br>7. Each pot must be attached to a surface buoy capable of floating with a 5-pound weight attached and clearly marked with registered owners fishing ID number.<br>8. Post must be registered with the Lummi Natural Resources Department.<br>9. Posts must be harvested by the registered owner on the boat identified at registration.<br>10. Illegal to possess females, males of less than 6 ¼-inch caliper measure across the back immediately in from of the tips, or males with soft shells.<br>11. All gear shall be removed from the water by the closure of the opening.<br>12. Pots may not be harvested between one half hour after sunset and one half hour before sunrise.<br>13. All crab landed but not sold must be reported on the fish ticket as take home.<br>14. Must comply with all provisions of Title 10 |
| JUSTIFICATION | This regulation is a Shellfish Implementation Plan Paragraph 4.6 notice to proceed with a harvest in the absence of a co-manager agreement on the 2018-2019 Region 2 East Crab Harvest Management Plan and is promulgated pursuant to Chapter 10.6 of the Lummi Law and Order Code. |

Lummi Regulation 2018-27 Page 1 of 1

DECLARATION LOF L. LOOMIS
EXHIBIT 2

**DECLARATION OF LORRAINE LOOMIS**


**EXHIBIT 3**

## Gateway Pacific Terminal Vessel Traffic and Risk Assessment Study
# Task 17: Questionnaire for the Lummi Fishers

Prepared for
Pacific International Terminals, Inc.

Prepared by
The Glosten Associates, Inc.
*in collaboration with*
Environmental Research Consulting
Northern Economics, Inc.

File No. 12096.01
24 January 2013
Rev. P0



THE **GLOSTEN** ASSOCIATES
*Consulting Engineers Serving the Marine Community*

1201 Western Avenue, Suite 200, Seattle, Washington 98101-2921 | **TEL** 206.624.7850 | **FAX** 206.682.9117 | **www**.glosten.com

DECLARATION OF L. LOOMIS
EXHIBIT 3

# Contents

References ............................................................................................................. ii

Executive Summary............................................................................................... iii

Scope of Work per Professional Services Agreement ......................................... iv

Introduction........................................................................................................... 1

Questionnaire ....................................................................................................... 2

DECLARATION OF L. LOOMIS
EXHIBIT 3

# References

1.  *Revised Project Information Document; Gateway Pacific Terminal, Whatcom County, Washington*, Pacific International Terminals, March 2012.

DECLARATION OF L. LOOMIS
EXHIBIT 3

# Executive Summary

This Vessel Traffic and Risk Assessment Study (VTS) is being conducted by The Glosten Associates (Glosten) for the proposed Gateway Pacific Terminal (GPT) to be located at GPT/Cherry Point in Washington State. The purpose of the study is to assess the potential risks posed by new bulk carrier traffic that the proposed terminal will bring to the Puget Sound. The area studied includes the designated Puget Sound vessel transit lanes, the maneuvering area near the planned GPT terminal at GPT/Cherry Point, the local anchorage areas, and the transit routes for tugs assisting GPT traffic. Terminal operators estimate 487 total annual visits for the anticipated GPT-bound traffic at full build-out (Reference 1). Of the total vessel calls, it is projected that there will be 318 Panamax and 169 Capesize (up to 250,000 DWT) vessels.

Other than the development of the questionnaire, there were no specific deliverables or conclusions to be drawn in this effort. The questionnaire was used to gather data for:

- Task 12 – Incorporation of smaller vessels in the traffic analysis.
- Task 14 – Risk of collision with tribal vessels.
- Task 13 – Traffic impact on tribal fishing.

Towards this end, the questionnaire was effective in obtaining the requested information and also served to highlight issues the Lummi Fishers believe to be especially pertinent to the study.

DECLARATION OF L. LOOMIS
EXHIBIT 3

# Scope of Work per Professional Services Agreement[1]

In order to make efficient use of time for both study contractor personnel and Lummi tribal fishers, the contractor will provide questions to the Lummi Natural Resources Department Director in writing prior to any meeting with Lummi fishermen. Questions regarding fleet wide statistics, practices or information may be answered by the Lummi Natural Resources (LNR) Department Director without further consultation. The LNR Director will assist contractor with refining any questions seeking information from individual tribal fishers and with arranging meeting(s) with tribal fishers.

---

[1] "Exhibit A, Scope of Services Task 17," *Professional Services Agreement between Pacific International Terminals, Inc. and the Glosten Associates*, Gateway Pacific Terminal Vessel Traffic and Risk Assessment Study, Effective Date June 18, 2012.

DECLARATION OF L. LOOMIS
EXHIBIT 3

# Introduction

The Lummi Department of Natural Resources (DNR) was given the questionnaire on November 13, 2012. A follow-up meeting was held in the Lummi offices on December 12, which was attended by the members of the Lummi DNR and approximately a dozen Lummi Fishers. At that meeting, a number of answers were obtained, and clarification provided on other questions to enable the Lummi to complete the questionnaire. On January 4, 2013, representatives from the Lummi DNR notified Glosten that all responses to the questionnaire were finalized.

The purpose of the questionnaire, and the follow up meeting with Lummi representatives, was to obtain the following information from the Lummi nation:

- An evaluation of GPT-calling vessels' impact on the tribal fishing fleet, including gear loss, associated Homeland Security exclusion zones, and interference with fishing.

- An assessment of the increased vessel traffic impact on Lummi treaty rights to fish throughout the Lummi Nation's Usual and Accustomed grounds and stations.

- Statistical measurement of impact from the area that the Lummi are temporarily excluded from fishing, multiplied by the expected duration of the temporary exclusion.

- An assessment of the increased vessel usage of anchorages impact on Lummi treaty rights to fish using the same statistical measure: exclusionary area multiplied by duration.

While the Lummi did not respond to every survey question, the Lummi did supply additional information that was not requested that ultimately proved pertinent to the study.

The Lummi response to the questionnaire has been edited by Glosten for the purpose of "readability" and formatting. Questions not answered by the Lummi have been removed from the list of responses. Other written comments provided by the Lummi DNR have been incorporated into the text responding to each of the questions. Glosten's edits have been reviewed and found to be accurate by the Lummi DNR.

DECLARATION OF L. LOOMIS
EXHIBIT 3

# Questionnaire



Fisheries

1. What fisheries do the Lummi fishermen participate in?

   *Sockeye, pink, Chinook, Coho, chum, steelhead, crab, shrimp, halibut, clams, oysters, sea cucumber, sea urchin, geoduck.*

2. Referring to the map above, please identify what types of fish that Lummis generally fish for in each area and check the corresponding boxes in Table 1, below.  Also, please use a star to indicate the area where the most fishing takes place within each fishery.

Table 1     **Lummi Fishing Locations**

| Fishery | Strait of Juan de Fuca West | Strait of Juan de Fuca East | Haro Strait-Boundary Pass | Rosario Strait | Saddlebag | Guemes Channel | Cherry Point | San Juan Islands |
|---|---|---|---|---|---|---|---|---|
| Salmon | | X | X | X | X | X | X | X |
| Halibut | | X | X | X | X | X | X | X |
| Dungeness Crab | | X | X | X | X | X | X | X |
| Geoduck, Clams, and Oysters | | | | | X | X | X | X |
| Sea Urchins and Sea Cucumbers | | X | X | X | X | X | X | X |
| Shrimp | | X | X | X | X | X | X | X |
| Other | | | | | | | | |
| **Total** | | X | X | X | X | X | X | X |

*Note: If the "Other" row is filled out, please include the list of species that would apply to this group.*

Gateway Pacific Terminal VTS Study
Lummi Fisher Questions, Task 17, Rev. P0

2

The Glosten Associates, Inc.
File No. 12096.01, 24 January 2013

DECLARATION OF L. LOOMIS
EXHIBIT 3

3. Please complete Table 2 with the volume in pounds of the annual Lummi fishery harvest for _each_ fishery in each of the last three years (2009, 2010, 2011).

**Table 2    Lummi Harvest Volumes, in pounds (2011)**

| Fishery | 2009 | 2010 | 2011 |
|---|---|---|---|
| Salmon | 3,433,762 | 4,818,945 | 7,015,186 |
| Halibut | 33,355 | 94,888 | 109,799 |
| Dungeness Crab | 1,961,926 | 1,506,211 | 1,684,774 |
| Geoduck, Clams, and Oysters | 163,139 | 278,389 | 206,192 |
| Sea Urchins and Sea Cucumbers | 270,836 | 310,363 | 312,413 |
| Shrimp | 22,465 | 34,768 | 50,010 |
| Other | | | |
| **Total** | 5,885,483 | 7,043,564 | 9,378,374 |

4. Please fill out the cells in Table 3 to indicate what portion (percent of total pounds) of each fishery is commercial versus subsistence or ceremonial.

**Table 3    Lummi Commercial, Subsistence, and Ceremonial Volumes, 2011**

| Fishery | Commercial | Subsistence/Ceremonial | Total Harvest |
|---|---|---|---|
| Salmon | 95% | 5% | 100% |
| Halibut | 95% | 5% | 100% |
| Dungeness Crab | 95% | 5% | 100% |
| Geoduck, Clams, and Oysters | 90% | 10% | 100% |
| Sea Urchins and Sea Cucumbers | 100% | 0% | 100% |
| Shrimp | 95% | 5% | 100% |
| Other | | | 100% |
| **Total** | | | 100% |

_Note: The sum of the two center columns should total 100 percent_

DECLARATION OF L. LOOMIS
EXHIBIT 3

5. Using the map on page 2, please estimate the percentage of time spent in each area during these fishing trips in the following table.

Table 4     Lummi Fishing Time Estimates

| Fishery | Strait of Juan de Fuca West | Strait of Juan de Fuca East | Haro Strait-Boundary Pass | Rosario Strait | Saddlebag | Guemes Channel | Cherry Point | San Juan Islands |
|---|---|---|---|---|---|---|---|---|
| Salmon | | 10 | 10 | 10 | 35 | 5 | 20 | 10 |
| Halibut | | 23 | 23 | 10 | 2 | 2 | 20 | 20 |
| Dungeness Crab | | | 10 | 10 | 10 | 5 | 55 | 10 |
| Geoduck, Clams, and Oysters | | | | | 46 | 4 | 46 | 4 |
| Sea Urchins and Sea Cucumbers | | 10 | 10 | 10 | 5 | 10 | 10 | 45 |
| Shrimp | | 23 | 25 | 10 | 5 | 2 | 15 | 20 |
| Other | | | | | | | | |
| Total | | | | | | | | |

*Note: If the "Other" row is filled out, please include the list of species that would apply to this group.*

Gear

6. We would like to learn more about reef net fisheries. Generally speaking, in which areas (as identified by the map on page 2) are the Lummi reef net sites that are used today?

*Lummi currently does not fish any reef nets. However, they are in the process of getting some reef nets for fishing within the next year or two.*

a. How many vessels are typically at a reef net site?

*Typically there are 3 vessels per reef net site. Lummi hopes to establish between 4-8 reef net sites in the near future.*

b. What is the level of activity at these sites, as measured in days per year?

*Once the reef net sites are established, they would be fished approximately 20-30 days per year.*

7. What is the primary gear used by tribal fishermen for halibut fishing?

*Set-lines.*

DECLARATION OF L. LOOMIS
EXHIBIT 3

8. What portion of the total annual Lummi salmon harvests are caught using each gear type? Please fill out the shaded areas of Table 5 (the total column should equal 100 percent).

Table 5    Lummi Harvest Data by Gear Type, 2011

| Fishery | Percent of Total Harvest | | | | | Total |
|---------|--------------|-------------|-------|----------|-------|-------|
|         | Drift Gillnet | Set Gillnet | Seine | Reef Net | Other |       |
| Chinook | 13 | 18 | 2 | | | |
| Chum | 16 | 12 | 5 | | | |
| Coho | 28 | 68 | 1 | | | |
| Pink | 3 | 2 | 66 | | | |
| Sockeye | 39 | | 26 | | | |
| **Total** | **100** | **100** | **100** | | | |

9. Please provide any data that the tribe has on volume of gear lost by type, location, and year.

*Lummi does not have systematically collected quantitative data on gear loss. In 2008, a gear loss forum was held with Lummi fishers and industry representatives. As part of this forum, the LNR Commission was asked to estimate the number of crab pots that were lost each year. Based on anecdotal information it was estimated that Lummi crab fishers lost an average of 40-50 pots per fisher per year. No estimates were determined for other types of gear loss (e.g., gill nets) due to vessel traffic.*

a. Is gear loss due to vessel traffic more common in some areas over others? Please explain in detail.

*Yes, gear loss is more common in certain areas. Specifically, the tug and tanker holding areas in Saddlebag and Cherry Point, and shipping lanes throughout Lummi's U&A, including the Cherry Point, Haro Strait, Rosario Strait, Guemes Channel, and the Strait of JDF East.*

b. Are certain types of gear more likely to be interfered with by vessel traffic than others? Please explain in detail.

*Crab pots are particularly susceptible to vessel traffic because of the number of days that crab fisheries are open and where crab fisheries take place. Shrimp pots are equally susceptible, but there are far fewer shrimping days over the course of a year. Halibut gear is also susceptible because shipping lanes overlap good halibut fishing grounds. Salmon gill nets and purse seines are vulnerable to vessel traffic, especially in the Cherry Point, Haro/Boundary Pass, and Rosario Strait regions.*

*In addition, fishing activities for all species are at risk of being interfered with by Homeland Security and their enforcement of exclusion zones. This interference can mean substantial lost fishing time for individual boats and fishers.*

DECLARATION OF L. LOOMIS
EXHIBIT 3

Vessel Activity

10. What is the breakdown of Lummi fishing vessels (seiners, gill netters, skiffs) by vessel type and size (length overall)? Please fill out the shaded areas of Table 6.

Table 6    Lummi Fishing Vessels by Size, 2011

| Vessel Types | 5-20 feet | 20-30 feet | 30-40 feet | 40-50 feet | 50-60 feet | 60+ feet | Total Number |
|---|---|---|---|---|---|---|---|
| Seiners | | | | | | | |
| Gill Netters | | | | | | | |
| Skiffs | | | | | | | |
| Total | 237 | 126 | 11 | | 6 | 2 | 383 |

*Fishing vessels are not registered according to vessel type. I added this row and reported the TOTAL number of Lummi fishing vessels registered by length.*

*Generally, fishing vessels under 22 feet are considered skiffs. Vessels over 22 feet (that are not seiners) are not necessarily gill netters, they could be crab boats, dive boats, etc.*

*The 8 boats listed here that are 50+feet are all seiners.*

11. What is the total number of Lummi tribal vessels in each fishery, and how many actually participated in each fishery in 2011? Please fill out the shaded areas of Table 7.

Table 7    Number of Lummi fishers by species, 2011

| Fishery | Fishers | | Gill Netters | | Skiffs | |
|---|---|---|---|---|---|---|
| | Total | Active | Total | Active | Total | Active |
| Salmon | 325 | | | | | |
| Halibut | 61 | | | | | |
| Dungeness Crab | 167 | | | | | |
| Geoduck, Clams, and Oysters | 183 | | | | | |
| Sea Urchins and Sea Cucumbers | 22 | | | | | |
| Shrimp | 33 | | | | | |
| Other | | | | | | |
| Total | 506 | | | | | |

*Lummi does not track vessel participation in specific fisheries. As a proxy, I've reported the number of individual fishers that participated in each of the fisheries during the calendar year of 2011. Participation is defined as selling their catch at least once during the year.*

*These numbers do not include fishing in the Nooksack River or south of Admiralty Inlet.*

DECLARATION OF L. LOOMIS
EXHIBIT 3

*It is reasonable to assume that for each species (except for salmon and clams/oysters), the number of fishers is roughly equivalent to the number of boats that are used to fish that specific species.*

*I would guess that the number of boats used in the 2011 salmon fisheries is between 160-200.*

*This is not the total for the column, but rather the total number of unique fishers that sold catch from a fishery in 2011*

*Generally, boats are not used in the harvest of clams and oysters. There are about 10-12 boats that participate in geoduck fisheries.*

12. Is the number of participants in 2012 expected to be higher or lower than in 2011?

*The number of fishers (and vessels) participating in any given year depends on the abundance of salmon, halibut, crab and shrimp in that year as well as the abundance of these species during immediately preceding years. The abundance of these species in previous years contributes to the ability of fishers to have the financial means to pay the overhead costs associated with being a commercial fisher. The number of participants in 2011 is probably similar to the number in 2012.*

13. What is the estimated number of vessel traffic days that Lummi vessels are fishing in Puget Sound waters? Please estimate the average numbers of trips that Lummi vessels made by type and fishery in 2011, as well as the typical duration of each trip (one trip equals two transits). This estimate may be expressed in a range; for example, 20-25 trips, 8-12 hours each.

Table 8     Lummi Vessel Trips, 2011

| Fishery | Total Landings | | Gill Netters | | Skiffs | |
| --- | --- | --- | --- | --- | --- | --- |
| | Annual Trips | Length of Trips | Annual Trips | Length of Trips | Annual Trips | Length of Trips |
| Salmon | 6418 | 6-12 hrs | | | | |
| Halibut | 216 | 8-14 hrs | | | | |
| Dungeness Crab | 4353 | 6-10 hrs | | | | |
| Geoduck, Clams, and Oysters | 3100 | | | | | |
| Sea Urchins and Sea Cucumbers | 754 | 6-12 hrs | | | | |
| Shrimp | 72 | 6-10 hrs | | | | |
| Other | | | | | | |
| Total | 14913 | | | | | |

*Lummi does not track the participation of vessels in individual fisheries. Here I have reported the number of landings, by species, for 2011, excluding any landings from the Nooksack River and south of Admiralty Inlet.*

*The number of landings can reasonably be considered a proxy for the number of vessel trips.*

DECLARATION OF L. LOOMIS
EXHIBIT 3

*The length of each trip provided here is based on an educated guess of my experience with the fisheries for each species.*

14. Please estimate the average annual (by month), number of Lummi fishing vessel trips (one trip equals two transits) for 1995 through 2010.

Table 9      Number of landings by year and month 1995-2010

|     | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Jan | 308  | 321  | 447  | 305  | 370  | 262  | 456  | 314  | 411  | 337  | 253  | 183  | 303  | 281  | 420  | 440  |
| Feb | 221  | 370  | 527  | 405  | 179  | 186  | 436  | 275  | 292  | 261  | 248  | 154  | 287  | 320  | 485  | 411  |
| Mar | 184  | 360  | 384  | 525  | 306  | 44   | 331  | 298  | 284  | 234  | 311  | 305  | 522  | 501  | 507  | 609  |
| Apr | 167  | 300  | 235  | 509  | 141  | 207  | 132  | 283  | 245  | 291  | 329  | 328  | 165  | 585  | 522  | 211  |
| May | 23   | 18   | 51   | 582  | 143  | 44   | 76   | 56   | 66   | 202  | 232  | 59   | 3    | 221  | 74   | 118  |
| Jun | 276  | 36   | 5    | 324  | 947  | 640  | 337  | 33   | 217  | 206  | 253  | 224  | 92   | 37   | 54   | 452  |
| Jul | 848  | 1091 | 659  | 1178 | 554  | 406  | 578  | 637  | 661  | 660  | 551  | 374  | 547  | 365  | 688  | 334  |
| Aug | 3660 | 1870 | 4015 | 1648 | 1046 | 1353 | 1451 | 1515 | 1748 | 1029 | 698  | 1363 | 872  | 1411 | 1287 | 1669 |
| Sep | 1608 | 1853 | 2953 | 1364 | 2609 | 1878 | 1847 | 1854 | 1583 | 1932 | 2451 | 2230 | 2338 | 2654 | 2473 | 2987 |
| Oct | 1447 | 1749 | 1497 | 1844 | 2220 | 1680 | 2302 | 1075 | 1654 | 2821 | 2329 | 2328 | 2062 | 1859 | 1815 | 2018 |
| Nov | 1028 | 890  | 844  | 664  | 745  | 776  | 1037 | 643  | 698  | 1057 | 528  | 598  | 693  | 588  | 642  | 849  |
| Dec | 509  | 375  | 467  | 348  | 401  | 519  | 297  | 674  | 407  | 423  | 327  | 440  | 362  | 349  | 532  | 415  |

*The number of landings roughly equals the number of vessel trips. The landings provided in this table do not include landings from fishing in the Nooksack River or from south of Admiralty Inlet, nor do they include Manila clam landings, as they do not typically require a vessel trip.*

*Generally, the length of a vessel trip is associated with daylight hours. For example, a vessel trip in the summer might be 8-14 hours, while a trip in the winter might be 6-8 hours.*

Table 10      Number of days that a landing occurred by year and month 1995-2010

|     | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Jan | 19   | 19   | 16   | 21   | 22   | 16   | 28   | 23   | 23   | 26   | 25   | 21   | 26   | 24   | 29   | 21   |
| Feb | 15   | 22   | 23   | 21   | 19   | 15   | 26   | 23   | 22   | 29   | 26   | 23   | 27   | 19   | 27   | 28   |
| Mar | 8    | 23   | 23   | 30   | 27   | 16   | 28   | 26   | 27   | 31   | 26   | 28   | 31   | 21   | 27   | 30   |
| Apr | 10   | 22   | 14   | 28   | 19   | 18   | 16   | 21   | 23   | 29   | 19   | 29   | 17   | 28   | 26   | 16   |
| May | 8    | 9    | 12   | 25   | 24   | 21   | 21   | 19   | 14   | 21   | 23   | 14   | 2    | 27   | 23   | 28   |
| Jun | 11   | 11   | 2    | 13   | 28   | 16   | 11   | 15   | 15   | 20   | 25   | 29   | 28   | 26   | 28   | 28   |
| Jul | 29   | 14   | 12   | 16   | 11   | 7    | 14   | 15   | 14   | 19   | 21   | 19   | 24   | 26   | 24   | 26   |
| Aug | 30   | 25   | 29   | 25   | 25   | 27   | 30   | 25   | 28   | 29   | 30   | 30   | 30   | 26   | 29   | 28   |

DECLARATION OF L. LOOMIS
EXHIBIT 3

| | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Sep | 22 | 27 | 29 | 26 | 26 | 27 | 27 | 29 | 24 | 29 | 30 | 29 | 29 | 29 | 30 | 30 |
| Oct | 28 | 31 | 31 | 31 | 31 | 31 | 31 | 28 | 30 | 31 | 31 | 31 | 31 | 31 | 30 | 31 |
| Nov | 30 | 27 | 29 | 29 | 30 | 29 | 30 | 19 | 29 | 27 | 22 | 24 | 27 | 28 | 24 | 28 |
| Dec | 30 | 15 | 24 | 24 | 25 | 26 | 23 | 27 | 26 | 26 | 25 | 26 | 22 | 20 | 23 | 22 |

15. Do shellfish harvesters typically travel to and from their harvesting areas using vessels? If so, please describe.

    *Vessel trips __are not__ typically required for commercial manila clam openings, however, a vessel trip may occur for a ceremonial or subsistence manila clam harvest. Vessel trips __are__ typically required for other shellfish openings such as crab, shrimp, geoduck, etc.*

16. Where are most Lummi fishing vessels moored?

    *85% at Gooseberry Point (GB). 10% in Blaine (B). 5% in Bellingham Bay (BB)*

    *Most of the boats that are "moored" at Gooseberry are actually trailered out of the water at the end of the day and stored in a boat yard. A handful of boats anchor at Gooseberry or tie up to a dock or pier.*

17. Where are Lummi fish delivered? Please fill out the shaded areas of Table 11. If more than one location applies, specify the percentages delivered to each.

Table 11   Lummi Delivery Locations, 2011

| Fishery | Delivery Location |
|---------|-------------------|
| Salmon | 50% BB; 25% GB; 25% B |
| Halibut | 75% GB; 25% B |
| Dungeness Crab | 65% GB; 25% B; 10% BB |
| Geoduck, Clams, and Oysters | Kingston (Geoduck) |
| Sea Urchins and Sea Cucumbers | 100% GB |
| Shrimp | 100% GB |
| Other | |

## Fishery Management

18. Are tribal fisheries managed in terms of access days and times? If so, how?

    *Yes. Fisheries are opened during specific days, times and areas. The fishing schedules for some fisheries are set preseason, while other fisheries are planned only days ahead of time via conference call with other tribal and co-managers.*

DECLARATION OF L. LOOMIS
EXHIBIT 3

19. Are the tribe's scheduled opening and closure days the same as those for non-tribal fishermen?

*Not typically.*

20. How are Lummi (and other Indian) fishing vessels identified so that they can be distinguished from non-Indian fishing vessels?

*Lummi vessels are identified with their ID number WN - _ _ _ - XWL. The three spaces between the WN and the XWL are filled by numbers.*

DECLARATION OF L. LOOMIS
EXHIBIT 3

**DECLARATION OF LORRAINE LOOMIS**


**EXHIBIT 4**

SWINOMISH TRIBAL COMMUNITY SHELLFISH REGULATION

REGULATION NUMBER:               RGN2E-18-CR001
DATE ADOPTED:                    May 17, 2018
SUPERSEDES REGULATION NUMBER:    NONE
ON THE FOLLOWING DATE AND TIME:  May 31, 2018  8:00 AM

REGULATORY FISHERY PURPOSE:      Commercial/Subsistence
SPECIES:                         Dungeness Crab
EXPECTED EFFORT:                 70 Boats

CATCH AREA:     **Region 2E** (MFSF Catch Reporting Areas 24A, 24B, 24C, 24D, 26AE).

OPEN AREA:      **Region 2E** (MFSF Catch Reporting Areas 24A, 24C, 24D and 26AE north and east of a line from Possession Point to the shipwreck located 0.8 nautical miles north of Picnic Point).

OPEN DAYS AND TIME:

OPEN:    8:00 AM   Thursday   May 31, 2018
CLOSED:  8:00 PM   Saturday   June 2, 2018
or when 1,100,000 pounds are harvested, whichever comes first, or by emergency regulation.

GEAR:           Maximum of 50 pots or rings per boat.  Buoy tags are required for this fishery.

RESTRICTIONS:

1.   Must have valid Swinomish Tribal Community Crab Permit and Treaty Identification on person at all times.

2.   Only standard commercial crab pots with two escape rings of not less than 4 1/4" inside diameter fixed on the upper half of the pot, and pot lid hooks or tie down straps attached with single strand or loop of untreated natural twine no larger thread than #120, or an opening in the pot mesh not less than three inches by five inches which is laced or sewn closed with untreated cotton twine or other natural fiber no larger than thread size #120. The opening must be located within the top half of the pot.

3.   Each pot or string of pots must be attached to a surface buoy capable of floating with a 5 pound weight attached and clearly marked with the permit holders fishing ID number (enrollment number) or boat registration number.

DECLARATION OF L. LOOMIS
EXHIBIT 4

4.     Illegal to possess females, males of less than 6 1/4" caliper measure across the back immediately in front of the tips, or males with a soft shell.

5.     No pots shall be picked between one hour after sunset and one hour before sunrise.

6.     Subsistence and Ceremonial harvest of legal Dungeness Crab per the Swinomish Tribal Community Fishing Ordinance, by permit only.

7.     All gear shall be removed from the water prior to the time of fishery closure.

8.     It is unlawful to take crab out of crab pots marked with another fisherman's fishing ID number or tag #, without the expressed permission of that fisherman, as provided for in section 9 of this regulation.

9.     Region 2 East Crab regulation for multiple boat owners and in the event of a mechanical breakdown will be in effect as adopted by the Swinomish Fish and Wildlife Commission Fishery Regulation dated August 23, 2016.

10.     Crab weight must be recorded on each fish ticket by the buyer. All crab not sold to the buyer must be recorded on the fish ticket as TAKE HOME. The poundage of any crab rejected by a buyer must be recorded on the fish receiving ticket as "weigh back", but a zero dollar value may be entered for such crab. The weigh back code for crab on the fish tickets is grade 20-561.

11.     All crab pots must be registered with the Swinomish enforcement department and must have the appropriate colored buoy tag, when required, attached at the terminal end of each buoy line. Tags are available at the fisheries enforcement department.

12.     Region 2 East – Blue buoy tags required

It is Unlawful to:

1. Have crab on board a vessel while recovering pots after closure of the fishery.
2. Leave pots in the water in a fishing or non-fishing condition after a fishery has closed without notice to the tribal enforcement office of the number and location of pots.
3. Have on board a vessel, purchase or attempt to sell a female crab or male crab less than 6.25 inches measure across the back in front of the horns.
4. Have on board a vessel, purchase or attempt to sell soft crab.
5. There shall be no crab in transit to a buyer more than 4-hours after the close of a fishery.

JUSTIFICATION: Agreement between the State and Tribes has not been reached for the 2018-19 Region 2 East crab Harvest Management Plan. Pursuant to United States v. Washington, 898 F, Supp. 1453 (W.D. Wash. 1995), as amended, Stipulation and Order Amending Shellfish Implementation plan dated April 8, 2002, ("Implementation Order"), this fishery is opening in compliance with procedures described in Section 4.6 Opening A Fishery Without Agreement 14 day notification requirement, and harvestable surplus estimated not to exceed a treaty seasonal harvest of 1,100,000 pounds each party as proposed by the state at the May 11, 2018 state/tribal meeting subsequently agreed to by the tribes.

Swinomish will continue to work with all the parties to reach agreement for a 2018-19 Region 2 East Harvest Management Plan.


LORRAINE LOOMIS,
FISHERIES MANAGER



## SUQUAMISH CRAB REGULATION

AFFECTED ORGANIZATIONS:  WDFW, and AFFECTED TRIBES
DATE:  May 17, 2018
REGULATION NUMBER   18-72S
REGULATIONS MODIFIED:  None

SPECIES:              Crab
FISHERY TYPE:         Commercial and C&S

EFFECTIVE DATE:       May 17, 2018

JUSTIFICATION:  This regulation is filed under section 4.6 of the Court Implementation Order and Judgement filed August August 28, 1995 in U.S. v. Washington and amended April 6, 2002 in the absence of a Region 2 East annual crab management plan.  Co-managers are actively working together to finalize the plan as soon as possible.

HARVEST LOCATIONS, POT LIMITS AND -SEASONS BY REGION:
This regulation lists harvest areas, harvest openings and harvest restrictions for Suquamish tribal fishers.  This regulation may be amended by subsequent emergency regulations.

## Region 2 East
### Commercial
**MFSFCA 26AE and 24B south of a line drawn from Camano Head Southeast to Mission Point.**
Open:  8:00AM Thursday, May 31, 2018
Close:  8:00PM Saturday, June 2, 2008 or until 1.1 million pounds are collectively harvested by all tribes, whichever comes first
Gear limit:  50 pots per boat

### Subsistence
**MFSFCA 26AE and 24B south of a line drawn from Camano Head Southeast to Mission Point**
Open:  8:00AM Thursday, May 31, 2018
Close:  6:00PM Sunday, September 39, 2018

EXPECTED EFFORT:   Up to 30 boats in all areas combined

SUBSISTENCE LIMIT:  Four pots and 6 crabs per ID holder per day unless otherwise noted.  Harvesters must obtain a permit from the fisheries office.

HARVEST AREA DESCRIPTION:

Suquamish Crab Regulation 18-72S crab       05/17/18                           page 1

DECLARATION OF L. LOOMIS
EXHIBIT 4



## Region 2 East

**Area 24B** shall include those waters of Port Susan south of Area 24A and north of a line from Camano Head on Camano Island to the north tip of Gedney Island and from the southern tip of Gedney Island east to the mainland.

**Area 26A-E** is defined as contiguous waters of 26A north and east of a line from Possession Point to the shipwreck located 0.8 nautical miles north of Picnic Point.

GEAR:
- In Region 4, <u>each unattended pot</u> must be attached to a surface buoy which is neither red and white or yellow in color. In other regions, strings of pots may be attached to one buoy according to the specification for each regional management plan. The buoy must be clearly marked with the license holder's Tribal fishing identification number (58XXX). Lines attaching buoys to pots must be weighted sufficiently to prevent the line from floating on the surface.
- In other regions, <u>each pot or string of pots (longline)</u> must be attached to a surface buoy that is capable of floating a 5-pound weight. Buoys attached to gear used for commercial fishing can be any color or color combination except half red and half white. If red and white buoy colors are used, a minimum of 30% of the surface buoy(s) will be prominently marked with an additional color other than red and white. Buoys shall be conspicuously marked with a registered identification number.
- All crab pots must have two escape rings not less than 4 1/4 inches inside diameter. Escape rings must be located on the top half of the pot.
- Each pot must have a 3-inch by 5-inch biodegradable cord panel (natural fiber, maximum thread size 120 or approx. 1/8 inch) or a biodegradable loop attached to the pot lid hook
- Pots, ring nets, and hand-operated instruments that do not penetrate the shell are the only lawful gear for crab harvest.
- No crab gear shall be tended more than one half-hour before sunrise or more than one half-hour after sunset.

SIZE AND SEX LIMIT:
- Minimum size for male crab is 6 1/4 inches. Minimum size is measured using a caliper across the back at the widest part of the shell immediately in front of, but not including the outside of, the tips.
- Retention of female and soft-shelled crab is prohibited and must be released immediately.

OTHER RESTRICTIONS:
- No harvest one half hour before sunrise and one half hour after sunset is allowed.
- Fishers must have in their possession at all times a valid Suquamish fishing ID with current year shellfish sticker on the back.
- Subsistence and ceremonial harvest requires the issuance of a permit by the Suquamish Fisheries Department.
- All gear must be removed from the water prior to the time of the fishery closure.

Suquamish Crab Regulation 18-72S crab      05/17/18                          page 2

DECLARATION OF L. LOOMIS
EXHIBIT 4



- All crab retained for personal consumption or gifts must be recorded on fish tickets as take home.
- All crab rejected from the buyer must be recorded on fish tickets as weigh back.
- All non-legal crab must be returned to the water at the location where they were harvested. It is unlawful to discard crab anywhere else.

JUSTIFICATION:
All rules and manner of fishing pursuant to the 2017-18 regional Management Plans.
ENFORCEMENT CONTACT:
Mark Brennan
360-340-4526

DECLARATION OF L. LOOMIS
EXHIBIT 4

CRAB 2E REGULATION NO:2018-161-016
TULALIP TRIBES FISHING REGULATION.
DATE: May 17, 2018
Region 2E 4.6 Crab Regulation.  This regulation covers ceremonial, subsistence and
commercial crab fishing.

SPECIES:  Dungeness crab (Metacarcinus magister).

EFFECTIVE DATE:  Effective May 17, 2018 and Supersedes previous Region 2E crab
regulations of the Tulalip Tribes and remains in effect until modified or superseded.

REGION 2E CATCH AREAS:  MFSF CA 24B, 24C (that portion of 24C south of a line due west
from Camano City located on Camano Island), 24D & 26AE (that portion of 26A that is known
as 26AE and defined as that area of 26A that is north and east of a line from Possession
Point on Whidbey Island to the shipwreck located 0.8 nautical miles north of Picnic Point
on the opposite shore).

AREAS OPEN TO FISHING:  MFSF CA 24B, 24C, 24D & 26AE

SEASON:
Commercial Pot Fishery:
OPEN     8:00 AM Thursday, May 31, 2018
CLOSE    8:00 PM Saturday, June 2, 2018

Subsistence Pot Fishery:
OPEN     8:00 AM Thursday, May 31, 2018
CLOSED   6:00 PM Sunday, September 30, 2018

EXPECTED EFFORT:  Commercial Fishing Vessels at 55 boats.

GEAR LIMITATIONS:
Commercial: Maximum of 50 pots per boat.
Subsistence: Maximum of 2 pots or rings per fisher and maximum 4 units of gear per boat.

LEGAL GEAR:  All legal crab gear as described in the Tulalip General Fishing Regulations
is covered by this regulation.

GEAR MARKING:  All buoys must be marked with fisher identification number.  Subsistence
pots must have a subsistence tag attached to the buoy end of the line at the surface of
the water, this buoy tag will be given out by the fisheries office with the subsistence
permit.

HARVEST AMOUNT:  The Tulalip Tribes recognize that they are party to a fishery that is
entitled to 50% of the total allowable harvest of crab for the 2018-2019 management
season. The current co-management agreed target identifies a State/Treaty combined
regional quota of 2.2 million (1.1 million per side).

CATCH REPORTING:  Commercial crab must be reported on Treaty Indian Fish Receiving
Tickets.  The following additional information, if possible, will be reported on the fish
ticket: number of pots fished, hours of soaking time, and nearest landmark to the pots.
Harvest will be reported to all affected parties by the 15th of the month.

REQUIRED IDENTIFICATION AND PERMITS:  All persons engaged in crab fishing must have in
their possession the official identification card for Tulalip Tribes fishing as defined
in the Tulalip General Fishing Regulations.  A crab pot owner's card is required for
commercial pot fishing.

OTHER LIMITS/RESTRICTIONS:
1.  Minimum size for male crab is 6 1/4 inches.  Minimum size is measured using a caliper
across the back at the widest part of the shell immediately in front of, but not

TO SWINOMISH                          FROM TULALIP TRIBES 17MAY18 1352EST 0051062M       PAGE 2 OF 3

including the outside of the tips.

2.  Retention of female crab is prohibited and all female crab must be released unharmed immediately.

3.  All soft-shell crab must be released unharmed immediately at point of harvest. Soft-shell crab has a shell that flexes easily with finger pressure.

4.  All crab pots must have at least two escape rings not less than 4 1/4 inches inside diameter.  Escape rings must be located on the top half of the pot.

5.  Each pot must have a 3-inch by 5-inch biodegradable cord panel (natural fiber or untreated 100% cotton no larger than thread size 120 or approx. 1/8 inch) or a biodegradable loop attached to the pot lid hook.

6.  Each pot or string of pots (long line) must be attached to a surface buoy that is capable of floating a 5-pound weight and visible on top of the water.  Buoys attached to gear used for commercial fishing can be any color or color combination except half red and half white.  If red and white buoy colors are used, a minimum of 30% of the surface buoy(s) will be prominently marked with an additional color other than red and white. Buoys shall be conspicuously marked with a registered Tribal identification number.

7.  Pots, ring nets, and hand-operated instruments that do not penetrate the shell are the only lawful gear for crab harvest.

8.  All commercial catch must be reported on Fish Receiving Tickets.

9.  No crab gear shall be tended more than one half-hour before sunrise or more than one half-hour after sunset.

10.  It will be unlawful for a crab fisher to remove or pull a crab pot from the water that is not registered by that fisher, without prior permission from their enforcement program.

11.  No crab gear may be left unattended in areas that would conflict with other legal tribal fishing gear.  Tulalip Bay is closed to commercial crab fishing under this regulation.  Tulalip Bay Area is defined as that portion of MFSF CA 24B east of a line from Hermosa Point south to Mission Point

12.  Random monitoring of catch will be conducted at the dock and a citation will be issued if any catch is found to contain soft-shell and/or undersize crab that exceeds 6% of the total catch by count.

13.  All subsistence harvesters must possess a subsistence crab fishing permit obtained from the Tulalip Fisheries Office.  All subsistence shellfish pots must have a subsistence tag attached to the buoy end of the line at the surface of the water, this buoy tag will be given out by the fisheries office with the subsistence permit. Subsistence harvesters are allowed 2 pots per permit and a limit of 2 permits per boat and a daily limit of 12 crab per permit.  Commercial fishers taking landings home must report all take home on Treaty Indian Fish Receiving Ticket.

14.  The sale of subsistence catch is strictly prohibited under this regulation.

15.  Identification of Gear:  All fishing gear shall be marked in such a way that the owner may be identified without the necessity of removing the gear from the water.  Buoys shall be conspicuously marked with a fisher identification number.  All unmarked gear and boats which are unattended, and any fish or shellfish found therein, may be seized by Tulalip Fisheries Enforcement.

16.  All Dock sales and Take home catch that is harvested during a commercial opening must be reported to the Tulalip Fisheries office (360-716-4596) within 24 hours. If there is no answer, leave a message with the following information on Tribal ID, date of harvest, catch area, total pounds sold and any take home catch.  All catch must be recorded on Fish Receiving Tickets.

17.  Fishers that are mooring boats at the Port of Everett should check in on channel 16 when mooring boats and use the guest dock at the boat launch facility and fill out the forms at the dock.

JUSTIFICATION:  Efforts between the State and Tribes have not resulted in a signed 2018-2019 Region 2E crab management agreement and pursuant to Section 4.6 of the Court Implementation Order and Judgement filed August 28, 1995, in U.S. v. Washington No. 9213, subproceeding 89-3, and amended April 6, 2002., the Tulalip Tribes propose to open this fishery.

EMERGENCY REGULATIONS:  Any provision of the above may be modified at any time by
emergency regulation.

THE TULALIP TRIBES
Jason Gobin
Director of Fisheries & Wildlife

UPPER SKAGIT 4.6 SHELLFISH REGULATION 2018

This regulation is a Shellfish Implementation Plan Paragraph 4.6 notice to proceed with a harvest in the absence of a Co-manager agreement for a 2018-2019 REGION 2E DUNGENESS CRAB HARVEST MANAGEMENT PLAN, FOR FISHERIES CONDUCTED BY, U.S. v. WASHINGTON SUBPROCEEDING 89-3 TREATY TRIBES AND THE STATE OF WASHINGTON and is promulgated pursuant to the Upper Skagit Indian Tribe Fishing Ordinance.

```
FILING ORGANIZATION:           UPPER SKAGIT TRIBE
REGULATION NUMBER:             4.6-CRBR2E-2018-1
DATE ADOPTED:                  May 17, 2018
REGULATION EFFECTIVE DATES:    May 31, 2018 through February 1, 2019
AFFECTED PARTIES:              REGION 2E TRIBES/WDFW
AMENDS REGULATION NUMBER:      NONE
ON THE FOLLOWING DATE AND TIME: May 31, 2018
REGULATORY FISHERY PURPOSE:    COMMERCIAL/SUBSISTENCE/CEREMONIAL
SPECIES:                       DUNGENESS CRAB
EXPECTED EFFORT:               15 Boats
```

*********************************************************************

CATCH AREAS: MFSF Catch Reporting Area 24C-24A
OPEN AREAS:
That portion of MFSF Catch Reporting Area 24C north of line drawn Lowell Point on Camano Island thence westward to Greenbank on Whidbey Island and south of a line drawn from Rocky Point on Camano Island to Sneatlum Point on Whidbey Island.

Open Days and Times:   OPEN:  8:00 AM May 31, 2018
                       CLOSE: 8:00 PM February 15, 2019 or when 1.1 million treaty lbs are harvested.

GEAR RESTRICTIONS: Maximum 50-tagged and registered pots per boat fished.

OTHER RESTRICTIONS:
1.      Only enrolled Upper Skagit members who are currently registered and permitted through Upper Skagit Fisheries Department are allowed to engage in fishing for this fishery and said members must carry valid treaty fishing card on person while fishing.
2.      Any Vessel used by a fisherman in this fishery must be registered through the Upper Skagit Fisheries Department and must have its valid and current Registration properly displayed on the hull of the vessel in at least three inch lettering.
3.      Only standard commercial crab pots with escape rings of not less than 4 1/4" inside diameter and pot lid hooks are to be attached with untreated natural fiber (rot cord) no larger than #120.
4.      Illegal to retain males, which caliper measure less than 6-1/4" across the back immediately in front of the tips. Every vessel must have a caliper which facilitates the accurate measuring of the crab on board
5.      Each pot must have a 3- inch by 5- inch biodegradable cord panel (natural fiber, maximum thread size 120 of approx. 1/8 inch) or a biodegradable loop attached to the pot lid hook.
6.      All females, shorts, and soft shell crabs must be released carefully back into the water immediately.
7.      All pots shall be removed from water at time of closure and any crab pulled from a pot after a closure may not be sold or retained in the event that fisher unable to retrieve pots by time of closure enforcement must be contacted and the pots must be disabled with lid open and no bait left in pot.
8.      No long lining of pots permitted.
9.      All pots must have a buoy which buoy must be marked with the Fisherman?s ID number.
10.     Each pot/buoy must be tagged with the current 2018/19 Region 2E seasonal tag and

all previous seasonal tags must be removed.
11.     No pots shall be pulled one half hour before official sunrise or one half hour
after official sunset.
12.     Unlawful for crab fisher to: (1) remove a crab pot from water that is not owned
by fisher unless permission is given by the owner of the pot; (2) theft of a pot; or (3)
damage to a pot or buoy/line
13.     Prior to receiving permission to receive assistance in pulling of gear the Office
of Tribal Attorney or enforcement can require: (1) inspection of gear to verify break
down; and or (2) documentation of break down from motor repair shop.
14.     Only enrolled Upper Skagit permitted members may be on a vessel engaged in this
fishery.
15.     Unlawful to possess or fish state sport crab buoy (50/50 Red and White) onboard
boat during this fishery.
16.     Enforcement shall monitor catch tickets on a daily basis. A catch reporting
ticket is required for each landing.
17.     Fisheries enforcement may come aboard any Upper Skagit Vessel at any time to act
as observer on fishing boat to monitor regulation compliance.
18.     All pots and buoys shall be marked or painted in a manner which shall allow
fisheries enforcement to differentiate from other fishers pots and buoys in the fishery.
19.     Catches will be monitored on a daily basis.
20.     2 pots, out of the 50 pot limit, may be used for subsistence.
21.     Subsistence harvest must be reported on a fish ticket and provided to the
fisheries department.

PENALTIES FOR VIOLATIONS MAY INCLUDE FINES UP TO $2,500. SUSPENSION OF PRIVELEDGE UP TO 5
YEARS, LOSS OF BOAT AND GEAR FROM THE FISHERY.  SEE RESOLUTIONS 2008-048A and 2009-032.

JUSTIFICATIONS: 4.6 required 14-day period waived by WDFW. Comanagers have not completed
2018/2019 Region II East Dungeness Crab Management Plan.
Emergency Regulations:  This regulation may be modified at any time by emergency
regulation.

Doreen Maloney,
Natural Resources Manager

**DECLARATION OF LORRAINE LOOMIS**


**EXHIBIT 5**

SWINOMISH TRIBAL COMMUNITY SHELLFISH REGULATION

REGULATION NUMBER:              RGN2E-18-CR001A
DATE ADOPTED:                   May 29, 2018
MODIFIES REGULATION NUMBER:     RGN2E-18-CR001
ON THE FOLLOWING DATE AND TIME: May 31, 2018  8:00 AM
REGULATORY FISHERY PURPOSE:     Commercial/Subsistence
SPECIES:                        Dungeness Crab
EXPECTED EFFORT:                70 Boats

**Delay of May 31, 2018 Opening**

CATCH AREA:     **Region 2E** (MFSF Catch Reporting Areas 24A, 24B, 24C, 24D, 26AE).

OPEN AREA:      **Region 2E** (MFSF Catch Reporting Areas 24A, 24C, 24D and 26AE north and east of a line from Possession Point to the shipwreck located 0.8 nautical miles north of Picnic Point).

OPEN DAYS AND TIME:

                OPEN:     12:00 PM     Monday       June 4, 2018
                CLOSED:   12:00 PM     Wednesday    June 6, 2018
                or when 1,100,000 pounds are harvested, whichever comes first, or
                by emergency regulation.

GEAR:           Maximum of 50 pots or rings per boat.  Buoy tags are required for this fishery.

RESTRICTIONS:

    1.  Must have valid Swinomish Tribal Community Crab Permit and Treaty Identification on person at all times.

    2.  Only standard commercial crab pots with two escape rings of not less than 4 1/4" inside diameter fixed on the upper half of the pot, and pot lid hooks or tie down straps attached with single strand or loop of untreated natural twine no larger thread than #120, or an opening in the pot mesh not less than three inches by five inches which is laced or sewn closed with untreated cotton twine or other natural fiber no larger than thread size #120. The opening must be located within the top half of the pot.

    3.  Each pot or string of pots must be attached to a surface buoy capable of floating with a 5 pound weight attached and clearly marked with the permit holders fishing ID number (enrollment number) or boat registration number.

    4.  Illegal to possess females, males of less than 6 1/4" caliper measure as with

DECLARATION L. LOOMIS
EXHIBIT 5

the back immediately in front of the tips, or males with a soft shell.

5.   No pots shall be picked between one hour after sunset and one hour before sunrise.

6.   Subsistence and Ceremonial harvest of legal Dungeness Crab per the Swinomish Tribal Community Fishing Ordinance, by permit only.

7.   All gear shall be removed from the water prior to the time of fishery closure.

8.   It is unlawful to take crab out of crab pots marked with another fisherman's fishing ID number or tag #, without the expressed permission of that fisherman, as provided for in section 9 of this regulation.

9.   Region 2 East Crab regulation for multiple boat owners and in the event of a mechanical breakdown will be in effect as adopted by the Swinomish Fish and Wildlife Commission Fishery Regulation dated August 23, 2016.

10.   Crab weight must be recorded on each fish ticket by the buyer. All crab not sold to the buyer must be recorded on the fish ticket as TAKE HOME. The poundage of any crab rejected by a buyer must be recorded on the fish receiving ticket as "weigh back", but a zero dollar value may be entered for such crab.  The weigh back code for crab on the fish tickets is grade 20-561.

11.   All crab pots must be registered with the Swinomish enforcement department and must have the appropriate colored buoy tag, when required, attached at the terminal end of each buoy line. Tags are available at the fisheries enforcement department.

12.   Region 2 East – Blue buoy tags required

13.   Crab pot buoys are required to have the boat WN - NUMBER clearly marked on the side, branded buoys will need to have the WN - NUMBER painted on the opposite side of the buoy (the SWN ID is not required at the end of the number).  Multiple boat owners must have a buoy color/marking scheme uniquely different from each of their other boats.

It is Unlawful to:

1.   Have crab on board a vessel while recovering pots after closure of the fishery.
2.   Leave pots in the water in a fishing or non-fishing condition after a fishery has closed without notice to the tribal enforcement office of the number and location of pots.
3.   Have on board a vessel, purchase or attempt to sell a female crab or male crab less than 6.25 inches measure across the back in front of the horns.

DECLARATION L. LOOMIS
EXHIBT 5

4. Have on board a vessel, purchase or attempt to sell soft crab.
5. There shall be no crab in transit to a buyer more than 4-hours after the close of a fishery.

JUSTIFICATION: Agreement between the State and Tribes has not been reached for the 2018-19 Region 2 East crab Harvest Management Plan. Pursuant to United States v. Washington, 898 F, Supp. 1453 (W.D. Wash. 1995), as amended, Stipulation and Order Amending Shellfish Implementation plan dated April 8, 2002, ("Implementation Order"), this fishery is opening in compliance with procedures described in Section 4.6 Opening A Fishery Without Agreement 14 day notification requirement, and harvestable surplus estimated not to exceed a treaty seasonal harvest of 1,100,000 pounds each party as proposed by the state at the May 11, 2018 state/tribal meeting subsequently agreed to by the tribes.

Swinomish will continue to work with all the parties to reach agreement for a 2018-19 Region 2 East Harvest Management Plan.

LORRAINE LOOMIS,
FISHERIES MANAGER

CRAB 2E REGULATION NO:2018-161-023
TULALIP TRIBES FISHING REGULATION.
DATE: May 29, 2018
Region 2E 4.6 Crab Regulation.  This regulation covers ceremonial, subsistence and
commercial crab fishing.

SPECIES:  Dungeness crab (Metacarcinus magister).

EFFECTIVE DATE:  Effective May 29, 2018 and Supersedes previous Region 2E crab
regulations of the Tulalip Tribes and remains in effect until modified or superseded.

***OPENING DATE FOR FISHERY MOVED TO 6/4/18***

REGION 2E CATCH AREAS:  MFSF CA 24B, 24C (that portion of 24C south of a line due west
from Camano City located on Camano Island), 24D & 26AE (that portion of 26A that is known
as 26AE and defined as that area of 26A that is north and east of a line from Possession
Point on Whidbey Island to the shipwreck located 0.8 nautical miles north of Picnic Point
on the opposite shore).

AREAS OPEN TO FISHING:  MFSF CA 24B, 24C, 24D & 26AE

SEASON:
Commercial Pot Fishery:
OPEN    12:00 PM (Noon) Monday, June 4, 2018
CLOSE   12:00 PM (Noon) Wednesday, June 6, 2018


Commercial Pot Fishery:
OPEN    12:00 PM (Noon) Sunday, June 10, 2018
CLOSE   12:00 PM (Noon) Tuesday, June 12, 2018

Subsistence Pot Fishery:
OPEN    12:00 PM (Noon) Monday, June 4, 2018
CLOSED   6:00 PM Sunday, September 30, 2018

EXPECTED EFFORT:  Commercial Fishing Vessels at 55 boats.

GEAR LIMITATIONS:
Commercial: Maximum of 50 pots per boat.
Subsistence: Maximum of 2 pots or rings per fisher and maximum 4 units of gear per boat.

LEGAL GEAR:  All legal crab gear as described in the Tulalip General Fishing Regulations
is covered by this regulation.

GEAR MARKING:  All buoys must be marked with fisher identification number.  Subsistence
pots must have a subsistence tag attached to the buoy end of the line at the surface of
the water, this buoy tag will be given out by the fisheries office with the subsistence
permit.

HARVEST AMOUNT:  The Tulalip Tribes recognize that they are party to a fishery that is
entitled to 50% of the total allowable harvest of crab for the 2018-2019 management
season. The current co-management agreed target identifies a State/Treaty combined
regional quota of 2.2 million (1.1 million per side).

CATCH REPORTING:  Commercial crab must be reported on Treaty Indian Fish Receiving
Tickets.  The following additional information, if possible, will be reported on the fish
ticket: number of pots fished, hours of soaking time, and nearest landmark to the pots.
Harvest will be reported to all affected parties by the 15th of the month.

REQUIRED IDENTIFICATION AND PERMITS:  All persons engaged in crab fishing must have in

their possession the official identification card for Tulalip Tribes fishing as defined in the Tulalip General Fishing Regulations. A crab pot owner's card is required for commercial pot fishing.

OTHER LIMITS/RESTRICTIONS:

1. Minimum size for male crab is 6 1/4 inches. Minimum size is measured using a caliper across the back at the widest part of the shell immediately in front of, but not including the outside of the tips.
2. Retention of female crab is prohibited and all female crab must be released unharmed immediately.
3. All soft-shell crab must be released unharmed immediately at point of harvest. Soft-shell crab has a shell that flexes easily with finger pressure.
4. All crab pots must have at least two escape rings not less than 4 1/4 inches inside diameter. Escape rings must be located on the top half of the pot.
5. Each pot must have a 3-inch by 5-inch biodegradable cord panel (natural fiber or untreated 100% cotton no larger than thread size 120 or approx. 1/8 inch) or a biodegradable loop attached to the pot lid hook.
6. Each pot or string of pots (long line) must be attached to a surface buoy that is capable of floating a 5-pound weight and visible on top of the water. Buoys attached to gear used for commercial fishing can be any color or color combination except half red and half white. If red and white buoy colors are used, a minimum of 30% of the surface buoy(s) will be prominently marked with an additional color other than red and white. Buoys shall be conspicuously marked with a registered Tribal identification number.
7. Pots, ring nets, and hand-operated instruments that do not penetrate the shell are the only lawful gear for crab harvest.
8. All commercial catch must be reported on Fish Receiving Tickets.
9. No crab gear shall be tended more than one half-hour before sunrise or more than one half-hour after sunset.
10. It will be unlawful for a crab fisher to remove or pull a crab pot from the water that is not registered by that fisher, without prior permission from their enforcement program.
11. No crab gear may be left unattended in areas that would conflict with other legal tribal fishing gear. Tulalip Bay is closed to commercial crab fishing under this regulation. Tulalip Bay Area is defined as that portion of MFSF CA 24B east of a line from Hermosa Point south to Mission Point
12. Random monitoring of catch will be conducted at the dock and a citation will be issued if any catch is found to contain soft-shell and/or undersize crab that exceeds 6% of the total catch by count.
13. All subsistence harvesters must possess a subsistence crab fishing permit obtained from the Tulalip Fisheries Office. All subsistence shellfish pots must have a subsistence tag attached to the buoy end of the line at the surface of the water, this buoy tag will be given out by the fisheries office with the subsistence permit. Subsistence harvesters are allowed 2 pots per permit and a limit of 2 permits per boat and a daily limit of 12 crab per permit. Commercial fishers taking landings home must report all take home on Treaty Indian Fish Receiving Ticket.
14. The sale of subsistence catch is strictly prohibited under this regulation.
15. Identification of Gear: All fishing gear shall be marked in such a way that the owner may be identified without the necessity of removing the gear from the water. Buoys shall be conspicuously marked with a fisher identification number. All unmarked gear and boats which are unattended, and any fish or shellfish found therein, may be seized by Tulalip Fisheries Enforcement.
16. All Dock sales and Take home catch that is harvested during a commercial opening must be reported to the Tulalip Fisheries office (360-716-4596) within 24 hours. If there is no answer, leave a message with the following information on Tribal ID, date of harvest, catch area, total pounds sold and any take home catch. All catch must be recorded on Fish Receiving Tickets.
17. Fishers that are mooring boats at the Port of Everett should check in on channel 16 when mooring boats and use the guest dock at the boat launch facility and fill out the forms at the dock.

DECLARATION L. LOOMIS
EXHIBT 5

JUSTIFICATION: Efforts between the State and Tribes have not resulted in a signed 2018-2019 Region 2E crab management agreement and pursuant to Section 4.6 of the Court Implementation Order and Judgement filed August 28, 1995, in U.S. v. Washington No. 9213, subproceeding 89-3, and amended April 6, 2002., the Tulalip Tribes propose to open this fishery.


EMERGENCY REGULATIONS: Any provision of the above may be modified at any time by emergency regulation.

THE TULALIP TRIBES
Jason Gobin
Director of Fisheries & Wildlife



SUQUAMISH CRAB REGULATION

AFFECTED ORGANIZATIONS:  WDFW, and AFFECTED TRIBES
DATE:  May 29, 2018
REGULATION NUMBER   18-77S
REGULATIONS MODIFIED:  18-72S

SPECIES:               Crab
FISHERY TYPE:          Commercial and C&S

EFFECTIVE DATE:        May 29, 2018

JUSTIFICATION:  This regulation is filed under section 4.6 of the Court Implementation Order and Judgement filed August August 28, 1995 in U.S. v. Washington and amended April 6, 2002 in the absence of a Region 2 East annual crab management plan.  Co-managers are actively working together to finalize the plan as soon as possible.

HARVEST LOCATIONS, POT LIMITS AND -SEASONS BY REGION:
This regulation lists harvest areas, harvest openings and harvest restrictions for Suquamish tribal fishers.  This regulation may be amended by subsequent emergency regulations.

## Region 2 East
*Commercial*
**MFSFCA 26AE and 24B south of a line drawn from Camano Head Southeast to Mission Point.**
Open:  12:00PM  (Noon) Monday, June 4, 2018
Close:  12:00PM  (Noon) Wednesday, June 6, 2018 or until 1.1 million pounds are collectively harvested by all tribes, whichever comes first
Gear limit:  50 pots per boat

*Subsistence*
**MFSFCA 26AE and 24B south of a line drawn from Camano Head Southeast to Mission Point**
Open:  12:00PM  (Noon) Monday, June 4, 2018
Close:  6:00PM Sunday, September 39, 2018

EXPECTED EFFORT:  Up to 30 boats in all areas combined

SUBSISTENCE LIMIT:  Four pots and 6 crabs per ID holder per day unless otherwise noted.  Harvesters must obtain a permit from the fisheries office.

HARVEST AREA DESCRIPTION:

DECLARATION L. LOOMIS
EXHIBT 5



## Region 2 East

Area 24B shall include those waters of Port Susan south of Area 24A and north of a line from Camano Head on Camano Island to the north tip of Gedney Island and from the southern tip of Gedney Island east to the mainland.

Area 26A-E is defined as contiguous waters of 26A north and east of a line from Possession Point to the shipwreck located 0.8 nautical miles north of Picnic Point.

GEAR:
- In Region 4, each unattended pot must be attached to a surface buoy which is neither red and white or yellow in color. In other regions, strings of pots may be attached to one buoy according to the specification for each regional management plan. The buoy must be clearly marked with the license holder's Tribal fishing identification number (58XXX). Lines attaching buoys to pots must be weighted sufficiently to prevent the line from floating on the surface.
- In other regions, each pot or string of pots (longline) must be attached to a surface buoy that is capable of floating a 5-pound weight. Buoys attached to gear used for commercial fishing can be any color or color combination except half red and half white. If red and white buoy colors are used, a minimum of 30% of the surface buoy(s) will be prominently marked with an additional color other than red and white. Buoys shall be conspicuously marked with a registered identification number.
- All crab pots must have two escape rings not less than 4 1/4 inches inside diameter. Escape rings must be located on the top half of the pot.
- Each pot must have a 3-inch by 5-inch biodegradable cord panel (natural fiber, maximum thread size 120 or approx. 1/8 inch) or a biodegradable loop attached to the pot lid hook
- Pots, ring nets, and hand-operated instruments that do not penetrate the shell are the only lawful gear for crab harvest.
- No crab gear shall be tended more than one half-hour before sunrise or more than one half-hour after sunset.

SIZE AND SEX LIMIT:
- Minimum size for male crab is 6 1/4 inches. Minimum size is measured using a caliper across the back at the widest part of the shell immediately in front of, but not including the outside of, the tips.
- Retention of female and soft-shelled crab is prohibited and must be released immediately.

OTHER RESTRICTIONS:
- No harvest one half hour before sunrise and one half hour after sunset is allowed.
- Fishers must have in their possession at all times a valid Suquamish fishing ID with current year shellfish sticker on the back.
- Subsistence and ceremonial harvest requires the issuance of a permit by the Suquamish Fisheries Department.
- All gear must be removed from the water prior to the time of the fishery closure.

Suquamish Crab Regulation 18-77S crab        05/29/18                          page 2



- All crab retained for personal consumption or gifts must be recorded on fish tickets as take home.
- All crab rejected from the buyer must be recorded on fish tickets as weigh back.
- All non-legal crab must be returned to the water at the location where they were harvested. It is unlawful to discard crab anywhere else.

JUSTIFICATION:
All rules and manner of fishing pursuant to the 2017-18 regional Management Plans.
ENFORCEMENT CONTACT:
Mark Brennan
360-340-4526

DECLARATION L. LOOMIS
EXHIBT 5

UPPER SKAGIT 4.6 SHELLFISH REGULATION 2018

This regulation is a Shellfish Implementation Plan Paragraph 4.6 notice to proceed with a harvest in the absence of a Co-manager agreement for a 2018-2019 REGION 2E DUNGENESS CRAB HARVEST MANAGEMENT PLAN, FOR FISHERIES CONDUCTED BY, U.S. v. WASHINGTON SUBPROCEEDING 89-3 TREATY TRIBES AND THE STATE OF WASHINGTON and is promulgated pursuant to the Upper Skagit Indian Tribe Fishing Ordinance.

| | |
|---|---|
| FILING ORGANIZATION: | UPPER SKAGIT TRIBE |
| REGULATION NUMBER: | 4.6-CRBR2E-2018-1a |
| DATE ADOPTED: | May 29, 2018 |
| REGULATION EFFECTIVE DATES: | May 31, 2018 through February 1, 2019 |
| AFFECTED PARTIES: | REGION 2E TRIBES/WDFW |
| AMENDS REGULATION NUMBER: | 4.6-CRBR2E-2018-1 |
| ON THE FOLLOWING DATE AND TIME: | June 4, 2018 |
| REGULATORY FISHERY PURPOSE: | COMMERCIAL/SUBSISTENCE/CEREMONIAL |
| SPECIES: | DUNGENESS CRAB |
| EXPECTED EFFORT: | 15 Boats |

*********************************************************************

CATCH AREAS: MFSF Catch Reporting Area 24C-24A
OPEN AREAS: That portion of MFSF Catch Reporting Area 24C north of line drawn Lowell Point on Camano Island thence westward to Greenbank on Whidbey Island and south of a line drawn from Rocky Point on Camano Island to Sneatlum Point on Whidbey Island.

Open Days and Times:     OPEN: 12:00 PM  June 4, 2018
                         CLOSE: 12:00 PM  June 6, 2018

                         OPEN: 12:00 PM  June 10, 2018
                         CLOSE: 12:00 PM  June 12, 2018

GEAR RESTRICTIONS: Maximum 50-tagged and registered pots per boat fished.

OTHER RESTRICTIONS:
1.      Only enrolled Upper Skagit members who are currently registered and permitted through Upper Skagit Fisheries Department are allowed to engage in fishing for this fishery and said members must carry valid treaty fishing card on person while fishing.
2.      Any Vessel used by a fisherman in this fishery must be registered through the Upper Skagit Fisheries Department and must have its valid and current Registration properly displayed on the hull of the vessel in at least three inch lettering.
3.      Only standard commercial crab pots with escape rings of not less than 4 1/4" inside diameter and pot lid hooks are to be attached with untreated natural fiber (rot cord) no larger than #120.
4.      Illegal to retain males, which caliper measure less than 6-1/4" across the back immediately in front of the tips. Every vessel must have a caliper which facilitates the accurate measuring of the crab on board
5.      Each pot must have a 3- inch by 5- inch biodegradable cord panel (natural fiber, maximum thread size 120 of approx. 1/8 inch) or a biodegradable loop attached to the pot lid hook.
6.      All females, shorts, and soft shell crabs must be released carefully back into the water immediately.
7.      All pots shall be removed from water at time of closure and any crab pulled from a pot after a closure may not be sold or retained in the event that fisher unable to retrieve pots by time of closure enforcement must be contacted and the pots must be disabled with lid open and no bait left in pot.
8.      No long lining of pots permitted.

9.    All pots must have a buoy which buoy must be marked with the Fisherman?s ID
number.
10.   Each pot/buoy must be tagged with the current 2018/19 Region 2E seasonal tag and
all previous seasonal tags must be removed.
11.   No pots shall be pulled one half hour before official sunrise or one half hour
after official sunset.
12.   Unlawful for crab fisher to: (1) remove a crab pot from water that is not owned
by fisher unless permission is given by the owner of the pot; (2) theft of a pot; or (3)
damage to a pot or buoy/line
13.   Prior to receiving permission to receive assistance in pulling of gear the Office
of Tribal Attorney or enforcement can require: (1) inspection of gear to verify break
down; and or (2) documentation of break down from motor repair shop.
14.   Only enrolled Upper Skagit permitted members may be on a vessel engaged in this
fishery.
15.   Unlawful to possess or fish state sport crab buoy (50/50 Red and White) onboard
boat during this fishery.
16.   Enforcement shall monitor catch tickets on a daily basis. A catch reporting
ticket is required for each landing.
17.   Fisheries enforcement may come aboard any Upper Skagit Vessel at any time to act
as observer on fishing boat to monitor regulation compliance.
18.   All pots and buoys shall be marked or painted in a manner which shall allow
fisheries enforcement to differentiate from other fishers pots and buoys in the fishery.
19.   Catches will be monitored on a daily basis.
20.   2 pots, out of the 50 pot limit, may be used for subsistence.
21.   Subsistence harvest must be reported on a fish ticket and provided to the
fisheries department.

PENALTIES FOR VIOLATIONS MAY INCLUDE FINES UP TO $2,500. SUSPENSION OF PRIVELEDGE UP TO 5
YEARS, LOSS OF BOAT AND GEAR FROM THE FISHERY.  SEE RESOLUTIONS 2008-048A and 2009-032.

JUSTIFICATIONS: 4.6 required 14-day period waived by WDFW. Comanagers have not completed
2018/2019 Region II East Dungeness Crab Management Plan.
Emergency Regulations:  This regulation may be modified at any time by emergency
regulation.

Doreen Maloney,
Natural Resources Manager