UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON, et al., <br><br> Defendants. | Case No. C70-9213 <br><br> Sub-proceeding No. 18-sp-01 <br><br> ORDER GRANTING LEAVE TO OPEN NEW SUBPROCEEDING |

THIS MATTER comes before the Court for consideration upon the *Ex Parte* Motion of the Swinomish Indian Tribal Community and Tulalip Tribes for an Order seeking leave to open a new subproceeding against the Lummi Nation. Dkt. #21748. Other potential interested parties are the Suquamish Tribe, the Upper Skagit Indian Tribe, and the State of Washington. *Id.* The Swinomish and Tulalip Tribes certify that the parties have held a Meet and Confer and conducted unsuccessful mediation, in compliance with the pre-filing requirements of Paragraph 25 of the Permanent Injunction, as modified August 11, 1993 (Dkt. # 13599), and the Court's Supplemental Order on Paragraph 25 Procedures (Dkt. # 19893). *Id.* at 2.

Having considered the Motion and the relevant record, the Court hereby ORDERS that the Swinomish Indian Tribal Community and Tulalip Tribes are GRANTED leave to open a new subproceeding against the Lummi Nation.

It is further ORDERED that the Clerk shall open this matter as a new subproceeding, designated as Subproceeding 18-sp-01, and shall file the pending Motion for Temporary Restraining Order in that subproceeding.

The Swinomish and Tulalip Tribes shall then proceed with the filing of their Request for Determination. All subsequent filings in the subproceeding shall be filed in the main case, C70-9213RSM, as well as in the subproceeding.

This Order does not constitute a finding that the dispute is within the Court's jurisdiction under Paragraph 25 of the Permanent Injunction.

DATED this 31st day of May, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE