UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | CASE NO. C70-9213RSM |
| Plaintiffs, | Subproceeding No. 18-sp-01 |
| v. | MINUTE ORDER DIRECTING RESPONSE TO MOTION FOR TRO |
| STATE OF WASHINGTON, *et al.*, | |
| Defendants. | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On May 31, 2018, the Swinomish Indian Tribal Community and Tulalip Tribes filed a request to open a new subproceeding, which has since been granted, and a Motion for Temporary Restraining Order ("TRO"). Dkts. #21748 and #21749. The Court has reviewed the Motion for TRO and hereby ORDERS that **no later than June 1, 2018, at 12:00 p.m.**, the Lummi Nation and any other interested parties shall file a Response to the Motion for TRO. Any Response must comply with the requirements of Local Civil Rule 65(b). **The motion will be heard by the Court without oral argument.**

The Swinomish and Tulalip Tribes' Motion for TRO (Dkt. #21749) shall be NOTED for consideration on June 1, 2018.

As with all subproceedings in this matter, all briefs must be filed in compliance with the Court's Amended Supplemental Order on Paragraph 25 Procedures. Dkt. #19893.

ORDER
PAGE - 1

DATED this 31st day of May, 2018.

                                          WILLIAM McCOOL, Clerk

                              By:    /s/ Sharita Tolliver
                                            Deputy Clerk

ORDER
PAGE - 2