UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) | CASE NO. C70-9213RSM |
|  | ) |  |
| Plaintiffs, | ) | Subproceeding No. 18-sp-01 |
|  | ) |  |
| v. | ) | MINUTE ORDER DIRECTING |
|  | ) | RESPONSE TO MOTION FOR TRO |
| STATE OF WASHINGTON, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On May 31, 2018, the Upper Skagit Indian Tribe filed a Motion for Temporary Restraining Order ("TRO"). Dkt. #21754. The Court has reviewed the Motion for TRO and hereby ORDERS that **no later than June 1, 2018, at 12:00 p.m.**, the Lummi Nation and any other interested parties shall file a Response to the Motion for TRO. Any Response must comply with the requirements of Local Civil Rule 65(b). **The motion will be heard by the Court without oral argument.**

The Upper Skagit Indian Tribe's Motion for TRO (Dkt. #21754) shall be NOTED for consideration on June 1, 2018.

As with all subproceedings in this matter, all briefs must be filed in compliance with the Court's Amended Supplemental Order on Paragraph 25 Procedures. Dkt. #19893.

ORDER
PAGE - 1

DATED this 31st day of May, 2018.

WILLIAM McCOOL, Clerk

By:    /s/ Sharita Tolliver
Deputy Clerk

ORDER
PAGE - 2