# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON, *et al.*, <br><br> Defendants. | CASE NO. C70-9213RSM <br><br> Sub-proceedings No. 17-03 <br><br> SCHEDULING ORDER FOR SECOND MEDIATION CONFERENCE |

This matter came before the Court on the "Order Granting Joint Request for Appointment of Mediator" signed by the Honorable Ricardo S. Martinez on October 27, 2017. The undersigned appointed mediator sets the following date and time for a second mediation conference:

**June 22, 2018, at 1:30 p.m.**
**U.S. District Courthouse, Seattle**
**Courtroom of the Honorable Robert S. Lasnik, Room 15106**

Representatives of the Stillaguamish Tribe of Indians, the Swinomish Indian Tribal Community, the Tulalip Tribes, and the Upper Skagit Indian Tribes (collectively, "the Requesting Parties") are required to attend.

SCHEDULING ORDER - 1

Dated this 6th day of June, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

SCHEDULING ORDER - 2