UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON, et al., <br><br> Defendants. | Case No. C70-9213 <br><br> Sub-proceeding No. 18-sp-01 <br><br> ORDER GRANTING JOINDER |

Interested party Upper Skagit Indian Tribe has filed a Notice of Joinder, seeking to join as a Requesting Party in the Swinomish Indian Tribal Community and Tulalip Tribes Request for Determination against the Lummi Nation. Dkt. #29. Interested party Hoh Indian Tribe has objected to the joinder, arguing that Upper Skagit has not followed the proper process to join the proceedings as a Requesting Party. Dkt. #31.

Having considered the Notice of Joinder and the relevant record, the Court finds for the reasons stated by Upper Skagit that its Notice of Joinder is appropriate. *See* Dkt. #34. Accordingly, the Clerk SHALL designate Upper Skagit Indian Tribe as a Plaintiff in this matter, rather than as an Interested Party, and the Court shall recognize the Upper Skagit Indian Tribe as a Plaintiff seeking a Request for Determination along with the Swinomish Indian Tribal Community and Tulalip Tribes.

ORDER - 1

This Order does not constitute a finding that the dispute is within the Court's jurisdiction under Paragraph 25 of the Permanent Injunction.

DATED this 7th day of June 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE