UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>STATE OF WASHINGTON, *et al.*,<br><br>      Defendants. | CASE NO. C70-9213RSM<br><br>Sub-proceedings No. 11-02<br><br>ORDER STAYING PROCEEDINGS |

This matter was referred to the undersigned by the Honorable Ricardo S. Martinez on February 21, 2018. The mediation is hereby STAYED for ninety days while the Lower Elwha Klallam Indian Tribe, the Jamestown S'Klallam Tribe, the Port Gamble S'Klallam Tribe, and the Lummi Nation pursue tribal-to-tribal negotiations. The parties agree to meet once a month during the stay, starting on July 13, 2018, with the time and location to be determined.

//

On or before September 18, 2018, the parties shall submit a joint status report apprising the mediator of the status of the negotiations and whether another mediation session should be scheduled.

Dated this 19th day of June, 2018.

Robert S. Lasnik
United States District Judge