UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON,<br><br>Defendant. | CASE NO. C70-9213<br><br>Subproceeding No. 17-3<br><br>STIPULATED MOTION AND ORDER (1) STAYING CASE DEADLINES AND (2) SETTING BRIEFING SCHEDULE ON MOTIONS TO DISMISS |

The undersigned parties ("Moving Parties") stipulate as follows and jointly move for the relief set out below.

1.      In this action, the Stillaguamish Tribe seeks to establish marine water usual and accustomed fishing areas, as described in the Request for Determination [Dkt. 21580].

2.      The Swinomish Indian Tribal Community, Upper Skagit Indian Tribe, and the Tulalip Tribes anticipate that they may file dispositive motions regarding the claims asserted in the Request for Determination.   Parties filing motions will seek to avoid duplicative briefing. The Moving Parties intend that motions addressing threshold issues (including those related to finality of prior decisions or issues arising under Paragraph 25 of the Permanent Injunction) will be brought at this time (the "Motions").  However, the Moving Parties do not intend to

MORISSET, SCHLOSSER, JOZWIAK & SOMMERVILLE
218 Colman Building, 811 1st Avenue
Seattle, Washington 98104-1454
Phone 206-386-5200

1  foreclose any party from bringing any summary judgment motion based on facts disclosed in

2  discovery conducted during this subproceeding.

3      3.    The Moving Parties believe that consideration and resolution of the Motions will

4  be appropriate before the parties and the Court expend their resources on discovery and related

5  matters.

6      4.    The Moving Parties have conferred with each other, and agree the Court should

7  order the following relief:

8          a.   Motions addressing threshold issues shall be filed on or before October 5,

9              2018, and shall be noted for consideration for November 30, 2018.

10          b.   Any party to this action desiring to join any of the motions or file a brief

11              containing argument in support of the motions shall do so no later than

12              October 17, 2018.

13          c.   Responsive materials in opposition to the motions shall be filed on or before

14              November 14, 2018.

15          d.   Reply materials shall be filed on or before November 30, 2018.

16          e.   All Parties shall confer no later than September 11, 2018 on the number and

17              page limits for briefs and shall present a motion to the Court for

18              consideration on or before September 13, 2018 regarding same.

19          f.   The deadlines and other requirements set out in the Court's orders in this

20              case, including the July 17, 2018 Order Regarding Initial Disclosures, Joint

21              Status Report, and Early Settlement [Dkt. #46], and all other deadlines

22              contained in Fed. R. Civ. Proc. 16 (including any deadline to file responses

23              or answers to the Request for Determination as required by Paragraph 25 of

24              the Final Injunction, as amended in this case) are stayed pending further

25              order of the Court.   The Court will enter new orders as may be necessary

26              after resolution of the Motions.

STIPULATED MOTION AND ORDER (1) STAYING CASE
DEADLINES AND (2) SETTING BRIEFING SCHEDULE ON
MOTIONS TO DISMISS - 2
(CASE NO. C70-9213 - SUB NO. 17-3)

MORISSET, SCHLOSSER, JOZWIAK & SOMMERVILLE
218 Colman Building, 811 1st Avenue
Seattle, Washington 98104-1454
Phone 206-386-5200

5. The Moving Parties stipulate to entry of the order below.

DATED this _19th_ day of July, 2018.    _____

**THE TULALIP TRIBES**

By: /s/ Mason D. Morisset
Mason D. Morisset – WSBA # 00273
Attorney at Law
Email: m.morisset@msaj.com
Morisset, Schlosser, Jozwiak & Somerville
A Professional Services Corporation
218 Colman Building
811 First Avenue
Seattle, Washington 98104-1454
Tel: 206-386-5200
Attorneys for the Tulalip Tribes

**STILLAGUAMISH TRIBE OF INDIANS**

By: /s/ Rob Roy Smith
Rob Roy Smith, WSBA #33798
Email: rrsmith@kilpatricktownsend.com
Kilpatrick Townsend & Stockton, LLP
1420 Fifth Avenue, Suite 3700
Seattle, Washington 98101
Tel: (206) 467-9600; Fax: (206) 623-6793

Scott Mannakee, WSBA # 19454
Email: smannakee@stillaguamish.com
Tribal Attorney
Stillaguamish Tribe of Indians
3322 236th Street NE
Arlington, WA 98223
Tel: (360) 572-3028

Attorneys for the Stillaguamish Tribe of Indians

**SWINOMISH INDIAN TRIBAL COMMUNITY**

James M. Jannetta, WSBA #36525
Emily Haley, WSBA #38284
Office of Tribal Attorney
Swinomish Indian Tribal Community
11404 Moorage Way
LaConner, Washington 98257
Telephone: 360.466.1134

STIPULATED MOTION AND ORDER (1) STAYING CASE
DEADLINES AND (2) SETTING BRIEFING SCHEDULE ON
MOTIONS TO DISMISS - 3
(CASE NO. C70-9213 - SUB NO. 17-3)

Facsimile: 360.466.5309
Email: ehaley@swinomish.nsn.us
Email: jjannetta@swinomish.nsn.us

Attorneys for the Swinomish Indian Tribal Community

**SAVITT BRUCE & WILLEY LLP**

By: /s/ Duffy Graham_____
David N. Bruce, WSBA #15237
Duffy Graham, WSBA #33103
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
Telephone: 206.749.0500
Facsimile: 206.749.0600
Email: dbruce@sbwLLP.com
Email: dgraham@sbwLLP.com

**UPPER SKAGIT INDIAN TRIBE**

By: /s/ David H. Hawkins_____
David H. Hawkins, WSBA #35370
General Counsel
Upper Skagit Indian Tribe
25944 Community Plaza Way
Sedro-Woolley, Washington 98284
Telephone: 360.854.7090
Email: dhawkins@upperskagit.com

Attorneys for Upper Skagit Indian Tribe

## ORDER

Based on the foregoing stipulation, and for good cause shown:

1. Motions addressing threshold issues (including those related to finality of prior decisions or issues arising under Paragraph 25 of the Permanent Injunction) (the "Motions") shall be filed on or before October 5, 2018, and shall be noted for consideration for November 30, 2018.

STIPULATED MOTION AND ORDER (1) STAYING CASE
DEADLINES AND (2) SETTING BRIEFING SCHEDULE ON
MOTIONS TO DISMISS - 4
(CASE NO. C70-9213 - SUB NO. 17-3)

MORISSET, SCHLOSSER, JOZWIAK & SOMMERVILLE
218 Colman Building, 811 1st Avenue
Seattle, Washington 98104-1454
P h o n e   2 0 6 - 3 8 6 - 5 2 0 0

2. Any party to this action desiring to join any of the Motions and/or to file a brief containing argument in support of the Motions shall do so no later than October 17, 2018;

3. Responsive materials in opposition to the Motions shall be filed on or before November 14, 2018.

4. Reply materials shall be filed on or before November 30, 2018.

5. All Parties shall confer no later than September 11, 2018 on the number and page limits for briefs and shall present a motion to the Court for consideration on or before September 13, 2018 regarding same.

6. The deadlines and other requirements set out in the Court's orders in this case, including the July 17, 2018 Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement [Dkt. #46], and all other deadlines contained in Fed. R. Civ. Proc. 16 (including any deadline to file responses or answers to the Request for Determination as required by Paragraph 25 of the Final Injunction, as amended in this case) are stayed pending further order of the Court. The Court will enter new orders as may be necessary after resolution of the Motions.

IT IS SO ORDERED.

DATED this 20 day of July, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER (1) STAYING CASE
DEADLINES AND (2) SETTING BRIEFING SCHEDULE ON
MOTIONS TO DISMISS - 5
(CASE NO. C70-9213 - SUB NO. 17-3)

MORISSET, SCHLOSSER, JOZWIAK & SOMMERVILLE
218 Colman Building, 811 1st Avenue
Seattle, Washington 98104-1454
Phone 206-386-5200