# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF WASHINGTON, <br><br> Defendant. | CASE NO. C70-9213 <br><br> Subproceeding No. 17-3 <br><br> STIPULATED MOTION AND ORDER RE: BRIEFING ON MOTIONS TO DISMISS |

## **STIPULATION**

The undersigned parties stipulate as follows and jointly move for the relief set out below.

1. In this action, the Stillaguamish Tribe seeks to establish marine water usual and accustomed fishing areas, as described in the Request for Determination (Dkt. # 21580 / # 1).

2. On July 20, 2018, the Court entered an Order (1) Staying Case Deadlines and (2) Setting Briefing Schedule on Motion to Dismiss. *See* Dkt. # 21805 / # 53. That Order provides that "[a]ll parties shall confer no later than September 11, 2018[,] on the number and page limits for briefs and shall present a motion to the Court for consideration on or before September 13, 2018[,] regarding same." Order at ¶ 4(e).

3. The parties who requested the July 20 order have conferred. Swinomish Indian

Tribal Community ("Swinomish"), the Upper Skagit Indian Tribe ("Upper Skagit"), and the Tulalip Tribes ("Tulalip") anticipate that each of them may file a separate motion but will endeavor to (1) avoid duplication and (2) join in each other's arguments by reference rather than re-argument as much as possible. The parties do not know whether any interested party will file a joinder.

4. The parties agree that the Court should order the following:

    a. <u>Motions.</u> Motions shall be filed and served not later than October 5, 2018, and shall not exceed twenty-four (24) pages each. Swinomish, Upper Skagit, and Tulalip shall make reasonable efforts to avoid repetitive briefing and to minimize the total number of pages filed.

    b. <u>Joinders.</u> Any joinder or brief in support of one or more motions shall be filed and served not later than October 17, 2018, shall not exceed five pages, and shall not repeat arguments made in any motion.

    c. <u>Responsive briefs.</u> Responsive materials in opposition to the motions and joinders shall be filed on or before November 14, 2018. Whether filed as one brief or multiple briefs, the total number of pages filed in response by any one party shall not exceed the total number of pages in the motions and joinders that the party is responding to.

    d. <u>Reply briefs.</u> Reply briefs shall be filed and served not later than November 30, 2018, and shall not exceed twelve pages each. Swinomish, Upper Skagit, and Tulalip shall make reasonable efforts to avoid repetitive briefing and to minimize the total number of pages filed.

5. The undersigned parties stipulate to entry of the order below.

DATED this 11th day of September, 2018.

| **STILLAGUAMISH TRIBE OF INDIANS** | **SWINOMISH INDIAN TRIBAL COMMUNITY** |
|---|---|
| By: *s/ Scott Mannakee* <br> Scott Mannakee, WSBA #19454 <br> Tribal Attorney <br> Stillaguamish Tribe of Indians <br> 3322 236th Street N.E. <br> Arlington, WA 98223 <br> Email: smannakee@stillaguamish.com <br><br> By: *s/ Rob Roy Smith* <br> Roy Roy Smith, WSBA #33798 <br><br> By: *s/ Claire R. Newman* <br> Claire R. Newman, WSBA #46200 <br><br> Kilpatrick Townsend & Stockton, LLP <br> 1420 Fifth Avenue, Suite 3700 <br> Seattle, Washington 98101 <br> Tel: (206) 467-9600 <br> Email: rsmith@kilpatricktownsend.com <br> Email: cnewman@kilpatricktownsend.com <br><br> *Attorneys for the Stillaguamish Tribe of Indians* | By: *s/ James M. Jannetta* <br> James M. Jannetta, WSBA #36525 <br><br> By: *s/ Emily Haley* <br> Emily Haley, WSBA #38284 <br><br> Office of the Tribal Attorney <br> Swinomish Indian Tribal Community <br> 11404 Moorage Way <br> La Conner, Washington 98257 <br> Tel: (360) 466-3163 <br> Email: jjannetta@swinomish.nsn.us <br> Email: ehaley@swinomish.nsn.us <br><br> By: *s/ David N. Bruce* <br> David N. Bruce, WSBA #15237 <br><br> By: *s/ Duffy Graham* <br> Duffy Graham, WSBA #33103 <br><br> Savitt Bruce & Willey LLP <br> 1425 Fourth Avenue, Suite 800 <br> Seattle, Washington 98101 <br> Tel: (206) 749-0500 <br> Email: dbruce@sbwLLP.com <br> Email: dgraham@sbwLLP.com <br><br> *Attorneys for Swinomish Indian Tribal Community* |

| TULALIP TRIBES | UPPER SKAGIT INDIAN TRIBE |
|---|---|
| By: *s/ Saza Osawa*<br>    Saza Osawa, WSBA #42050<br>    Office of the Reservation Attorney<br>    Tulalip Tribes<br>    6406 Marine Drive<br>    Tulalip, Washington 98271<br>    Tel: (360) 716-4547<br>    Email: sosawa@tulaliptribes-nsn.gov | By: *s/ David S. Hawkins*<br>    David S. Hawkins, WSBA #35370<br>    General Counsel<br>    Upper Skagit Indian Tribe<br>    25944 Community Plaza Way<br>    Sedro-Woolley, Washington 98284<br>    Tel: (360) 854-7016<br>    Emil: dhawkins@upperskagit.com |
| By: *s/ Mason D. Morisset*<br>    Mason D. Morisset, WSBA #00273<br><br>    Morisset Schlossser Jozwiak & Somerville, P.S.<br>    1115 Norton Building<br>    801 Second Avenue<br>    Seattle, Washington 98104<br>    Tel: (206) 386-5200<br>    Email: m.morisset@msaj.com<br><br>*Attorneys for the Tulalip Tribes* | By: *s/ Arthur W. Harrigan, Jr.*<br>    Arthur W. Harrigan, Jr., WSBA #1751<br><br>By: *s/ Tyler L. Farmer*<br>    Tyler L. Farmer, WSBA #39912<br><br>By: *s/ Kristin E. Ballinger*<br>    Kristin E. Ballinger, WSBA #28253<br><br>    Harrigan Leyh Farmer & Thomsen LLP<br>    999 Third Avenue, Suite 4400<br>    Seattle, Washington 98104<br>    Tel: (206) 623-1700<br>    Email: arthurh@harriganleyh.com<br>    Email: tylerf@harriganleyh.com<br>    Email: kristinb@harriganleyh.com<br><br>*Attorneys for Upper Skagit Indian Tribe* |

## ORDER

IT IS SO ORDERED this 13th day of September 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE