UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, *et al.*,

    Plaintiffs,

v.

STATE OF WASHINGTON, *et al.*,

    Defendants.

CASE NO. C70-9213RSM

Sub-proceedings No. 11-02

ORDER EXTENDING STAY OF PROCEEDINGS

This matter was referred to the undersigned by the Honorable Ricardo S. Martinez on February 21, 2018. The mediation was STAYED for ninety days while the Lower Elwha Klallam Indian Tribe, the Jamestown S'Klallam Tribe, the Port Gamble S'Klallam Tribe, and the Lummi Nation pursue tribal-to-tribal negotiations. The parties have met once a month during the stay and submitted a joint status report requesting additional time in which to conduct further policy discussions.

//

ORDER EXTENDING STAY - 1

The stay is hereby extended for an additional sixty days. On or before December 17, 2018, the parties shall submit a joint status report apprising the mediator of the status of the negotiations and whether another mediation session should be scheduled.

Dated this 18th day of September, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge