THE HONORABLE DAVID W. CHRISTEL

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON *et al*,<br><br>Defendants. | No. C70-9213-RSM<br>Subproceeding 89-03-16-RSM-DWC<br><br>ORDER APPROVING CONSENT DECREE AND SETTLEMENT AGREEMENT – SQUAXIN ISLAND TRIBE, COREY JOHNSON, AND OAKLAND SEAFOODS |

IT IS HEREBY ORDERED:

The Court, having considered the Joint Motion for Order Approving Consent Decree and Settlement Agreement, which addresses disputes arising between the Squaxin Island Tribe and Oakland Seafoods, finds that the Consent Decree and Settlement Agreement ("Consent Decree") is fair and reasonable, both procedurally and substantively, consistent with applicable law, in good faith, and in the public interest.

The Consent Decree is hereby entered and approved. This action is hereby dismissed pursuant to the terms set forth in the Consent Decree. This Consent Decree shall not be cited as precedent in any
ORDER APPROVING CONSENT DECREE AND
SETTLEMENT AGREEMENT – SQUAXIN ISLAND
TRIBE, COREY JOHNSON, AND OAKLAND
SEAFOODS - 1
(No.C70-9213, Subproceeding 89-3-16)

SQUAXIN ISLAND LEGAL DEPARTMENT
3711 SE OLD OLYMPIC HWY
SHELTON, WASHINGTON 98584
360.432.1771

other proceeding.

DATED this 1st day of July, 2019.

_____
David W. Christel
United States Magistrate Judge

ORDER APPROVING CONSENT DECREE AND
SETTLEMENT AGREEMENT – SQUAXIN ISLAND
TRIBE, COREY JOHNSON, AND OAKLAND
SEAFOODS - 2
(No.C70-9213, Subproceeding 89-3-16)

SQUAXIN ISLAND LEGAL DEPARTMENT
3711 SE OLD OLYMPIC HWY
SHELTON, WASHINGTON 98584
360.432.1771