**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | No: C70-9213 |
| Plaintiff(s), | Subproceeding 89-3-12 |
| v. | (*Skokomish Indian Tribe v. Gold Coast Oyster LLC et al.*) |
| State of Washington, et al., | STIPULATED MOTION TO MODIFY ORDER SETTING TRIAL AND PRETRIAL DATES |
| Defendant(s). | |
| | Note date: July 30, 2019 |

## I.    INTRODUCTION

The Parties respectfully seek modification of the Order Setting Trial and Pretrial Dates ("Order") (Dkt. 21820) to allow Interested Parties to file pre-trial statements, if necessary, by August 23. The modification would result in no changes to the existing dates in the Order.

## II.    ARGUMENT

The Order states in part, "These are firm dates that can be changed only by order of the Court, not by agreement of counsel or parties. The Court will alter these dates only upon good cause shown; . . . ." Dkt. 21820 at p. 2. For the following reasons, there is

STIPULATED MOTION TO MODIFY SCHEDULING
ORDER - Page 1
*United States of America, et al. v. State of Washington, et al.*
No. C70-9213 / Subproceeding: 89-3-12

Squaxin Island Legal Department
3711 SE Old Olympic Hwy
Shelton, Washington 98584
(360) 432-1771

1   good cause to add a date for Interested Parties to file pretrial statements, particularly

2   when doing so will not change any other date in the Order.

3        The Order currently does not include a date for the Interested Parties to submit

4   pre-trial statements. Such statements may not be necessary, but the Interested Parties will

5   not know that until after they have reviewed the main parties' pretrial statements.

6   Vacation schedules make it impossible to file pretrial statements from August 14-21.

7        The Interested Parties do not envision taking position(s) on the potential factual

8   disputes between the main parties. Their respective interests are in ensuring an accurate

9   interpretation and application of the legal principles in the Shellfish Implementation Plan

10   and in other published *United States v. Washington* orders. As a result, if the Interested

11   Party State or Tribe submits a pretrial statement, it would only be reactive to legal

12   positions articulated by the main parties with which an Interested Party either disagrees

13   or possibly concurs. (The Interested Parties may also include their positions in the

14   proposed Pretrial Order and separately file Pretrial Briefs.)

15        Finally, as noted earlier, adding a date for Interested Parties to file pretrial

16   statements will not alter any other dates in the Order.

17                         **III.   CONCLUSION**

18        For the reasons stated herein, the Interested Parties respectfully request that the

19   Court modify the Order to state that Interested Party pretrial statements are due on

20   August 23.

21

22

23

STIPULATED MOTION TO MODIFY SCHEDULING
ORDER - Page 2
*United States of America, et al. v. State of Washington, et al.*
No. C70-9213 / Subproceeding: 89-3-12

Squaxin Island Legal Department
3711 SE Old Olympic Hwy
Shelton, Washington 98584
(360) 432-1771

1    DATED this 14th day of August, 2019.

2    IT IS SO ORDERED

3

4                             David W. Christel
                                  United States Magistrate Judge

5

6    Respectfully submitted this 30th day of July, 2019.

7    SQUAXIN ISLAND TRIBE

8    _/s/Sharon Haensly_
    Sharon Haensly, WSBA No. 18158
9    Kevin Lyon, WSBA No. 15076
    3711 SE Old Olympic Hwy
10   Shelton, WA 98584
    Phone:  360.432.1771
11   Fax:  360.432.3699
    E-Mail: shaensly@squaxin.us
12          klyon@squaxin.us

13

    ROBERT W. FERGUSON
14   Attorney General

15   _/s/ Joseph V. Panesko_
    Michael S. Grossman, WSBA No. 15293
16   Joseph V. Panesko, WSBA No. 25289
    Assistant Attorneys General
17   1125 Washington St. SE
    Olympia, 98504-0111
18   Phone:  360.586.3550; mike.grossmann@atg.wa.gov
    Phone:  3360.586.0643; joe.panesko@atg.wa.gov
19

20   SKOKOMISH TRIBE

21   _/s/ Earle David Lees_
    Earle David Lees, III, WSBA No. 30017
22   Skokomish Tribal Attorney
    N.80 Tribal Center Road
23   Skokomish, WA 98584

STIPULATED MOTION TO MODIFY SCHEDULING
ORDER - Page 3
*United States of America, et al. v. State of Washington, et al.*
No. C70-9213 / Subproceeding: 89-3-12

Squaxin Island Legal Department
3711 SE Old Olympic Hwy
Shelton, Washington 98584
(360) 432-1771

1  360-877-2100
   Fax: 360-877-2104
2  Email: elees@skokomish.org

3

   GOLD COAST OYSTER LLC
4
       _/s/ Michael Johns____
5  Michael Johns, WSBA No. 22054
   7525 Pioneer Way
6  Suite 202
   Gig Harbor, WA 98335
7  253-858-8606
   Fax: 253-858-8646
8  mike@rjh-legal.com

9

   JAMESTOWN S'KLALLAM AND PORT GAMBLE S'KLALLAM TRIBES
10
       _/s/ Lauren Rasmussen_____
11 Lauren Rasmussen, WSBA No. 33256
   Law Offices of Lauren P. Rasmussen
12 1904 3rd Avenue Ste. 1030
   Securities Bldg.
13 Seattle, WA 98101-1170
   206-623-0900
14 Fax: 206-623-1432
   lauren@rasmussen-law.com
15

16 LOWER ELWHA KLALLAM TRIBE

17    _/s/ Steve Suagee_____
   Steve Suagee, WSBA No. 26776
18 Lower Elwha Klallam Tribe
   2851 Lower Elwha Road
19 Port Angeles, WA 98363
   Tel: 360-452-8471, ext. 7435
20 Tel: 360-461-2989
   steve.suagee@elwha.org
21

22

23

STIPULATED MOTION TO MODIFY SCHEDULING
ORDER - Page 4
*United States of America, et al. v. State of Washington, et al.*
No. C70-9213 / Subproceeding: 89-3-12

Squaxin Island Legal Department
3711 SE Old Olympic Hwy
Shelton, Washington 98584
(360) 432-1771

NISQUALLY INDIAN TRIBE

_/s/ Jay Manning_
Jay Manning, WSBA # 13579
Meghan Gavin, WSBA #50124
Cascadia Law Group
606 Columbia St. NW, Suite 212
Olympia, WA 98501
Phone: (360) 786-5057
Fax: (360) 786-1835
Email: jmanning@cascadialaw.com;
         mgavin@cascadialaw.com

SWINOMISH INDIAN TRIBAL COMMUNITY

_/s/ Emily Haley_
Emily Rae Hutchinson Haley, WSBA #38284
James Miller Jannetta, WSBA #36525
11404 Moorage Way
La Conner, WA 98257
360-466-7248
Fax: 360-466-5309
Email: jjannetta@swinomish.nsn.us
         ehaley@swinomish.nsn.us

TULALIP TRIBES

_/s/ Mason Morisset_
Mason D. Morisset, WSBA No. 00273
Morisset, Schlosser, Jozwiak & Somerville
1115 Norton Building
801 Second Avenue
Seattle, WA 98104-1509
Tel: 206-386-5200
mmorisset@msaj.com

SUQUAMISH INDIAN TRIBE

_/s/ James Rittenhouse Bellis_
James Rittenhouse Bellis, WSBA #29226
Office of Suquamish Tribal Attorney
P.O. Box 498
Suquamish, Washington 98392-0498

STIPULATED MOTION TO MODIFY SCHEDULING
ORDER - Page 5
_United States of America, et al. v. State of Washington, et al._
No. C70-9213 / Subproceeding: 89-3-12

Squaxin Island Legal Department
3711 SE Old Olympic Hwy
Shelton, Washington 98584
(360) 432-1771

Phone: (360) 394-8501
rbellis@suquamish.nsn.us

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2019, I electronically filed the aforementioned, along with the Proposed Order, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the persons required to be served in this subproceeding whose names appear on the Master Service List:

*s/Sharon Haensly*
Sharon Haensly
Squaxin Island Legal Department

STIPULATED MOTION TO MODIFY SCHEDULING
ORDER - Page 6
*United States of America, et al. v. State of Washington, et al.*
No. C70-9213 / Subproceeding: 89-3-12

Squaxin Island Legal Department
3711 SE Old Olympic Hwy
Shelton, Washington 98584
(360) 432-1771