# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **UNITED STATES OF AMERICA et al.,**<br>Petitioners,<br><br>vs.<br><br>**STATE OF WASHINGTON et al.,**<br>Respondent. | Case No. C70-9213<br><br>Subproceeding No. 19-01RSM<br><br>**ORDER GRANTING LEAVE TO OPEN A NEW SUBPROCEEDING** |

THIS MATTER comes before the Court for consideration upon the *Ex Parte* Motion of the Swinomish Indian Tribal Community, the Tulalip Tribes and the Upper Skagit Indian Tribe (the Moving Tribes) to open a new subproceeding against the Lummi Nation. Dkt. #22060. A certification filed with the instant Motion certifies that the parties have held a Meet and Confer and have conducted negotiations in compliance with the pre-filing requirements of Paragraph 25 of the Permanent Injunction, as modified August 11, 1993 (Dkt. #13599), and the Court's Supplemental Order on Paragraph 25 Procedure (Dkt. #13599).

Having considered the materials submitted in support of the instant Motion and the relevant record, the Court hereby ORDERS that the Moving Tribes are GRANTED leave to open a new subproceeding against the Lummi Nation and the State of Washington.

It is further ORDERED that the Clerk shall open this matter as a new subproceeding, designated as 19-sp-01RSM. The Moving Tribes shall proceed with the filing of their Request

ORDER GRANTING LEAVE TO OPEN A NEW
SUBPROCEEDING – Page 1

Civil Case No. 9213, Subproceeding 19-sp-01RSM

SWINOMISH INDIAN TRIBAL COMMUNITY
Office of Tribal Attorney
11404 Moorage Way
La Conner, Washington 98257
TEL 360/466-3163; FAX 360/466-5309

for Determination. All subsequent filings in the subproceeding shall be filed in the main case, C70-9213RSM, as well as in this subproceeding.

This ORDER does not constitute a finding that the dispute is within the Court's jurisdiction under Paragraph 25 of the Permanent Injunction.

DATED this 15 of October 2019

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ James M. Jannetta
James M. Jannetta, WSBA # 36525
Office of Tribal Attorney
Swinomish Indian Tribal Community
11404 Moorage Way
La Conner, Washington 98257
Telephone: 360/466-1021
Fax: 360/466-5309
E-mail: jjannetta@swinomish.nsn.us
Attorney for Swinomish Indian Tribal Community

/s/ Emily Haley
Emily Haley, WSBA # 38284
Office of Tribal Attorney
Swinomish Indian Tribal Community
11404 Moorage Way
La Conner, Washington 98257
Telephone: 360/466-1134
Fax: 360/466-5309
E-mail: ehaley@swinomish.nsn.us
Attorney for Swinomish Indian Tribal Community

/s/ Mason D. Morisset
Mason D. Morisset, WSBA #00273
Email: m.morisset@msaj.com
115 Norton Building, 801 Second Avenue

ORDER GRANTING LEAVE TO OPEN A NEW SUBPROCEEDING – Page 2

Civil Case No. 9213, Subproceeding 19-sp-01RSM

SWINOMISH INDIAN TRIBAL COMMUNITY
Office of Tribal Attorney
11404 Moorage Way
La Conner, Washington 98257
TEL 360/466-3163; FAX 360/466-5309

Seattle, WA 98104-1509
Tel: 206-386-5200
Fax: 206-386-7388
Attorney for the Tulalip Tribes

UPPER SKAGIT INDIAN TRIBE

By: _s/ *David S. Hawkins*_
David S. Hawkins, WSBA # 35370
General Counsel
25944 Community Plaza Way
Sedro-Woolley, WA 98284
Telephone: (360) 854-7090
Email: dhawkins@upperskagit.com

HARRIGAN LEYH FARMER & THOMSEN LLP

By: _s/ *Arthur W. Harrigan, Jr.*_
By: _s/ *Tyler L. Farmer*_
By: _s/ *Kristin E. Ballinger*_
Arthur W. Harrigan, Jr., WSBA #1751
Tyler L. Farmer, WSBA #39912
Kristin E. Ballinger, WSBA #28253
999 Third Avenue, Suite 4400
Seattle, WA 98104
Telephone: (206) 623-1700
Facsimile: (206) 623-8717
Email: arthurh@harriganleyh.com
Email: tylerf@harriganleyh.com
Email: kristinb@harriganleyh.com

*Attorneys for Upper Skagit Indian Tribe*

**ORDER GRANTING LEAVE TO OPEN A NEW SUBPROCEEDING – Page 3**

Civil Case No. 9213, Subproceeding 19-sp-01RSM

SWINOMISH INDIAN TRIBAL COMMUNITY
Office of Tribal Attorney
11404 Moorage Way
La Conner, Washington 98257
TEL 360/466-3163; FAX 360/466-5309