HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON, et al., <br><br> Defendants. | NO. C70-9213 <br> Subproceeding No. 19-1 <br><br> **STIPULATION AND ORDER GRANTING PRELIMINARY INJUNCTION REGARDING LUMMI FISHING IN REGION 2 EAST** |

The undersigned parties stipulate to entry of the following order.

Dated: December 3, 2019

| | |
|---|---|
| THE SWINOMISH INDIAN TRIBAL COMMUNITY <br><br> By: *s/ Emily Haley* <br> James M. Jannetta, WSBA #36525 <br> Emily Haley, WSBA # 38284 <br> Office of Tribal Attorney <br> 11404 Moorage Way <br> La Conner, Washington 98257 <br> Tel: (360) 466-1134 <br> Email: jjannetta@swinomish.nsn.us <br> Email: ehaley@swinomish.nsn.us <br><br> *Attorneys for the Swinomish Indian Tribal Community* | MORISSET SCHLOSSER JOZWIAK & SOMERVILLE <br><br> By: *s/ Mason D. Morisset* <br> Mason D. Morisset, WSBA #00273 <br> 218 Colman Building <br> 811 First Avenue <br> Seattle, Washington 98104 <br> Tel: (206) 386-5200 <br> Email: m.morisset@msaj.com <br><br> *Attorneys for the Tulalip Tribes* |

STIPULATION AND ORDER GRANTING PRELIMINARY
INJUNCTION REGARDING LUMMI
FISHING IN REGION 2 EAST - 1
(Case No. C70-9213, Subproceeding No. 19-1)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

| | |
|---|---|
| UPPER SKAGIT INDIAN TRIBE | LUMMI NATION |
| By: *s/ David S. Hawkins* <br> David S. Hawkins, WSBA #35370 <br> General Counsel <br> 25944 Community Plaza Way <br> Sedro-Woolley, Washington 98284 <br> Tel: (360) 854-7016 <br> Email: dhawkins@upperskagit.com | Gabriel Cantu, WSBA #52733 <br> Cynthia Cartwright, WSBA #55756 <br> 2665 Kwina Road <br> Bellingham, WA 98266 <br> Telephone: (360) 312-2162 <br> Facsimile: (360) 380-3962 <br> E-mail: CynthiaC@lummi-nsn.gov <br> E-mail: GabrielC@lummi-nsn.gov |
| HARRIGAN LEYH FARMER & THOMSEN LLP <br><br> By: *s/ Kristin E. Ballinger* <br> Arthur W. Harrigan, Jr., WSBA #1751 <br> Tyler L. Farmer, WSBA #39912 <br> Kristin E. Ballinger, WSBA #28253 <br> 999 Third Avenue, Suite 4400 <br> Seattle, Washington 98104 <br> Tel: (206) 623-1700 <br> Email: arthurh@harriganleyh.com <br> Email: tylerf@harriganleyh.com <br> Email: kristinb@harriganleyh.com <br><br> *Attorneys for Upper Skagit Indian Tribe* | By: *s/ James M. Schurz* <br> James M. Schurz, pro hac vice <br> Elizabeth Balassone, pro hac vice <br> Morrison Foerster <br> 415 Market Street <br> San Francisco, CA <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 <br> E-mail: jschurz@mofo.com <br> E-mail: EBalassone@mofo.com <br><br> *Attorneys for Lummi Nation* |

## ORDER GRANTING PRELIMINARY INJUNCTION

For the reasons stated in the Order Granting Temporary Restraining Order (Dkt. # 37), the Court ORDERS:

Lummi Nation is hereby ENJOINED from issuing any regulations, opening or participating in any fishery, or otherwise authorizing fishing for any species in Region 2 East. Lummi Nation shall provide notice of this Order by a recording for the Fishing Regulation Hotline and shall take fisheries enforcement action against individual members of Lummi Nation who fail to comply with this Order. This injunction shall continue until otherwise ordered by the Court.

Lummi shall answer the Request for Determination as required by Paragraph 25 no later than December 20, 2019. The parties shall file a proposed case schedule no later than December 20, 2019. All other due dates required by Paragraph 25 of the Permanent Injunction as modified in 1993 (*see United States v. Washington*, 18 F. Supp. 3d 1213 (W.D. Wash. 1993)), the Federal

STIPULATION AND ORDER GRANTING PRELIMINARY INJUNCTION REGARDING LUMMI FISHING IN REGION 2 EAST - 2 (Case No. C70-9213, Subproceeding No. 19-1)

LAW OFFICES <br> **HARRIGAN LEYH FARMER & THOMSEN LLP** <br> 999 THIRD AVENUE, SUITE 4400 <br> SEATTLE, WASHINGTON 98104 <br> TEL (206) 623-1700   FAX (206) 623-8717

Rules of Civil Procedure, and the Local Rules for the Western District of Washington are stayed until further order of the Court.

DATED this 3 day of December 2019.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER GRANTING PRELIMINARY
INJUNCTION REGARDING LUMMI
FISHING IN REGION 2 EAST - 3
(Case No. C70-9213, Subproceeding No. 19-1)