UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA, et al.,

Plaintiffs,

v.

STATE OF WASHINGTON, et al.,

Defendants.

CASE NO. 2:70-CV-09213-RSM

Subproceeding No. 89-sp-312

(Shellfish) ORDER DENYING MOTION

This matter comes before the Court on the Port Gamble S'Klallam Tribe and the Jamestown S'Klallam Tribe's (S'Klallam") Motion to File Overlength Motion ("Motion"). Dkt. 126. S'Klallam has requested leave to file a twenty-four page motion to alter or amend judgment or for a new trial, which is twelve pages beyond the page limits allowed under the Local Civil Rules. *See id.*; Local Civil Rule 7(e)(4); *see also* Dkt. 124, 127. S'Klallam contends additional pages are necessary because the case involves over 150 tidelands, dozens of exhibits, and three days of trial testimony. Dkt. 126. After reviewing S'Klallam's Motion and the relevant record, the Court concludes S'Klallam has failed to present sufficient justification to warrant a twelve

page extension beyond the twelve pages authorized in the Local Civil Rules. S'Klallam's Motion (Dkt. 126) is denied.

The Court, however, provides S'Klallam with the opportunity to file an amended motion to alter or amend judgment or for a new trial that meets the twelve-page page limit. S'Klallam shall file the amended motion to alter or amend judgment or for a new trial on or before March 4, 2020.

The amended motion to alter or amend judgment or for a new trial shall be noted in accordance with the Local Civil Rules. The parties should respond to the amended motion to alter or amend judgment or for a new trial in accordance with the applicable rules.

Dated this 25th day of February, 2020.

David W. Christel
United States Magistrate Judge