# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>STATE OF WASHINGTON, *et al.*,<br><br>    Defendants. | Case No. C70-9213<br>Subproceeding: 17-03<br><br>JOINT STIPULATION TO EXTEND PRE-TRIAL SCHEDULE, TRIAL DATE, AND RELATED DATES |
| STILLAGUAMISH TRIBE OF INDIANS,<br><br>    Petitioner(s),<br><br>    v.<br><br>STATE OF WASHINGTON, *et al.*,<br><br>    Respondent(s). | |

JOINT STIPULATION AND ORDER AMENDING PRETRIAL SCHEDULE, TRIAL DATE AND RELATED DEADLINES
Case No. C70-9213, Subp. No. 17-03

KILPATRICK, TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 467-9600

COMES NOW Petitioner the Stillaguamish Tribe of Indians (the "Tribe"), together with the undersigned parties that have entered an appearance in this case, including Respondent Tribes and other Interested Parties (collectively the "Parties"), and hereby jointly stipulate to a two-month extension for all deadlines in this matter as previously set by the Court (Dkt. #126, Sept. 24, 2019). The Parties agree to this stipulated order in light of the emergent circumstances related to COVID-19 which has caused numerous tribal governments to close or significantly reduce staff. The stipulation is consistent with the Court's General Order 01-20 (Mar. 6, 2020).

The Parties propose the following case schedule:

| | |
|---|---|
| **TRIAL DATE** | **June 7, 2021** |
| Deadline to disclose rebuttal expert testimony and reports under FRCP 26(a)(2) | July 31, 2020 |
| Deadline for completion of all discovery | October 30, 2020 |
| Deadline for filing motions related to discovery | November 23, 2020 |
| Deadline for filing dispositive motions and motions challenging expert witness testimony | January 7, 2021 |
| Stillaguamish to serve pre-trial statement | March 22, 2021 |
| Deadline for filing motions in limine | April 19, 2021 |
| Agreed pretrial order | May 26, 2021 |
| Pretrial conference | To be Set |
| Trial briefs and trial exhibits due | June 2, 2021 |

DATED this <u>18th</u> day of March, 2020.

JOINT STIPULATION AND ORDER AMENDING PRETRIAL SCHEDULE, TRIAL DATE AND RELATED DEADLINES – Page 1
Case No. C70-9213, Subp. No. 17-03

KILPATRICK, TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 467-9600

**STILLAGUAMISH TRIBE OF INDIANS**

By: /s/ Rob Roy Smith
Rob Roy Smith, WSBA #33798
Email: rrsmith@kilpatricktownsend.com
Claire Newman, WSBA #46200
Email: cnewman@kilpatricktownsend.com
Kilpatrick Townsend & Stockton, LLP
1420 Fifth Avenue, Suite 3700
Seattle, Washington 98101

Scott Owen Mannakee, WSBA #19454
Email: smannakee@stillaguamish.com
3322 236th Street NE
Arlington, WA 98223
*Attorneys for the Stillaguamish Tribe of Indians*

**UPPER SKAGIT INDIAN TRIBE**

By: /s/ Rob Roy Smith per authorization
David Hawkins, WSBA #35370
Email: dhawkins@upperskagit.com
Upper Skagit Indian Tribe
25944 Community Plaza Way
Sedro Woolley, WA 98284

Arthur W. Harrigan, Jr., WSBA #1751
Email: arthurh@harriganleyh.com
Tyler L. Farmer, WSBA #39912
Email: tylerf@harriganleyh.com
Kristin Elizabeth Ballinger, WSBA #28253
Email: kristinb@harriganleyh.com
Harrigan Leyh Farmer & Thomsen
999 Third Ave, Suite 4400
Seattle, WA 98104
*Attorneys for Upper Skagit Indian Tribe*

**TULALIP TRIBES**

By: /s/ Rob Roy Smith per authorization
Mason D. Morisset, WSBA #273
Email: m.morisset@msaj.com
Morisset, Schlosser, Jozwiak & Somerville
801 Second Avenue, Ste. 1115
Seattle, WA 98104
*Attorneys for Tulalip Tribes*

**STATE OF WASHINGTON**

By: /s/ Rob Roy Smith per authorization
Joe Panesko, WSBA #25289
Email: Joe.panesko@atg.wa.gov
Michael S Grossmann, WSBA #15293
Email: Michael.grossmann@atg.wa.gov
Noelle L. Chung, WSBA #51377
Email: Noelle.chung@atg.wa.gov
Attorney General's Office
P.O. Box 40100
Olympia, WA 98504-0100
*Attorney for State of Washington*

JOINT STIPULATION AND ORDER AMENDING PRETRIAL SCHEDULE, TRIAL DATE AND RELATED DEADLINES – Page 2
Case No. C70-9213, Subp. No. 17-03

KILPATRICK, TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 467-9600

| | |
|---|---|
| **SWINOMISH INDIAN TRIBAL COMMUNITY**<br><br>By: */s/ Rob Roy Smith per authorization*<br>Emily Rae Hutchinson Haley, WSBA #38284<br>Email: ehaley@swinomish.nsn.us<br>James Jannetta, WSBA #36525<br>Email: jjannetta@swinomish.nsn.us<br>Swinomish Indian Tribal Community<br>11404 Moorage Way<br>La Conner, WA 98257<br><br>David Nelson Bruce, WSBA #15237<br>Email: dbruce@sbwllp.com<br>Duffy J Graham, WSBA #33103<br>Email: dgraham@sbwllp.com<br>Duffy Graham \| Savitt Bruce & Willey LLP<br>1425 Fourth Avenue, Suite 800<br>Seattle, WA 98101-2272<br>*Attorneys for Swinomish Indian Tribal Community* | **PUYALLUP INDIAN TRIBE**<br><br>By: */s/ Rob Roy Smith per authorization*<br>Alec S. Wrolson, WSBA #54076<br>Email: alec.wrolson@puyalluptribe-nsn.gov<br>Samuel J. Stiltner, WSBA #7765<br>Email: sam.stiltner@puyalluptribe-nsn.gov<br>John Howard Bell, WSBA #5574<br>Email: john.bell@puyalluptribe-nsn.gov<br>Law Office, Puyallup Tribe of Indians<br>3009 East Portland Avenue<br>Tacoma, WA 98404<br>*Attorneys for Puyallup Indian Tribe* |
| **NISQUALLY INDIAN TRIBE**<br><br>By: */s/ Rob Roy Smith per authorization*<br>Meghan E. Gavin, WSBA #50124<br>Email: mgavin@cascadialaw.com<br>Jay J. Manning, WSBA #13579<br>Email: jmanning@cascadialaw.com<br>Cascadia Law Group PLLC<br>606 Columbia Street NW, Suite 212<br>Olympia, WA. 98501<br>*Attorneys for Nisqually Indian Tribe* | **HOH INDIAN TRIBE**<br><br>By: */s/ Rob Roy Smith per authorization*<br>Craig J. Dorsay, WSBA #9245<br>Email: craig@dorsayindianlaw.com<br>Lea A. Easton, WSBA #38685<br>Email: leaston@dorsayindianlaw.com<br>Dorsay & Easton LLP<br>1737 NE Alberta Street, Ste. 208<br>Portland, OR 97211<br>*Attorneys for Hoh Indian Tribe* |

JOINT STIPULATION AND ORDER AMENDING PRETRIAL SCHEDULE, TRIAL DATE AND RELATED DEADLINES – Page 3
Case No. C70-9213, Subp. No. 17-03

KILPATRICK, TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 467-9600

| | | |
|---|---|---|
| 1 | **SQUAXIN ISLAND INDIAN RESERVATION** | **SAUK-SUIATTLE INDIAN TRIBE** |
| 2 | By: */s/ Rob Roy Smith per authorization* | By: */s/ Rob Roy Smith per authorization* |

**SQUAXIN ISLAND INDIAN RESERVATION**

By: */s/ Rob Roy Smith per authorization*
Kevin R. Lyon, WSBA #15076
Email: klyon@squaxin.us
David W Babcock, WSBA #31737
Email: dbabcock@squaxin.us
Sharon Ilene Haensly, WSBA #18158
Email: shaensly@squaxin.us
Squaxin Island Legal Department
3711 SE Old Olympic Highway
Shelton, WA 98584
*Attorneys for Squaxin Island Indian Reservation*

**QUILEUTE INDIAN TRIBE**

By: */s/ Rob Roy Smith per authorization*
Lauren King, WSBA #40939
Email: lauren.king@foster.com
Foster Garvey PC
1111 Third Avenue, Ste. 3000
Seattle, WA 98101
*Attorneys for Quileute Indian Tribe*

**SAUK-SUIATTLE INDIAN TRIBE**

By: */s/ Rob Roy Smith per authorization*
Jack Warren Fiander, WSBA #13116
Email: jack@sauk-suiattle.com
5808 Summitview Ave #97
Yakima, WA 98908-3095
*Attorneys for Sauk-Suiattle Indian Tribe*

**SKOKOMISH INDIAN TRIBE**

By: */s/ Rob Roy Smith per authorization*
Earle David Lees, III, WSBA #30017
Email: elees@skokomish.org
Skokomish Tribal Attorney
80 North Tribal Center Road
Skokomish, WA 98584
*Attorneys for Skokomish Indian Tribe*

**SUQUAMISH INDIAN TRIBE**

By: */s/ Rob Roy Smith per authorization*
James R. Bellis, WSBA #29226
Email: rbellis@suquamish.nsn.us
Office of Tribal Attorney
P.O. Box 498
Suquamish, WA 98392-0498

John William Ogan, WSBA #24288
Email: john.ogan@jwoganlaw.com
Law Office of John W Ogan
P.O. Box 1192
Sisters, Oregon 97759
*Attorneys for Suquamish Indian Tribe*

JOINT STIPULATION AND ORDER AMENDING PRETRIAL SCHEDULE, TRIAL DATE AND RELATED DEADLINES – Page 4
Case No. C70-9213, Subp. No. 17-03

KILPATRICK, TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 467-9600

| | |
|---|---|
| **JAMESTOWN BAND CLALLAM AND PORT GAMBLE BAND CLALLAM INDIAN TRIBE** | **MUCKLESHOOT INDIAN TRIBE** |
| By: */s/ Rob Roy Smith per authorization*<br>Lauren P. Rasmussen, WSBA #33256<br>Email: lauren@rasmussen-law.com<br>Law Offices of Lauren P. Rasmussen<br>1904 Third Avenue, Ste. 1030<br>Seattle, WA 98101-1170<br>*Attorneys for Jamestown Band Clallam and Port Gamble Band Clallam* | By: */s/ Rob Roy Smith per authorization*<br>Ann Tweedy, WSBA #32957<br>Email: Ann.Tweedy@muckleshoot.nsn.us<br>Laura Weeks, WSBA #26992<br>Email: Laura.Weeks@muckleshoot.nsn.us<br>Richard Reich, WSBA #8178<br>Email: rreich@muckleshoot.nsn.us<br>Robert Leighton Otsea , Jr, WSBA #9367<br>Email: rob.otsea@muckleshoot.nsn.us<br>Muckleshoot Indian Tribe<br>Office of the Tribal Attorney<br>39015 172nd Ave SE<br>Auburn, WA 98092-9763<br>*Attorneys for Muckleshoot Indian Tribe* |

JOINT STIPULATION AND ORDER AMENDING PRETRIAL SCHEDULE, TRIAL DATE AND RELATED DEADLINES – Page 5
Case No. C70-9213, Subp. No. 17-03

KILPATRICK, TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 467-9600

# ORDER

Pursuant to the joint stipulation of the Parties, and for good cause shown, all case deadlines in Subproceeding 17-3 are extended as follows:

| TRIAL DATE | June 7, 2021 |
|---|---|
| Deadline to disclose rebuttal expert testimony and reports under FRCP 26(a)(2) | July 31, 2020 |
| Deadline for completion of all discovery | October 30, 2020 |
| Deadline for filing motions related to discovery | November 23, 2020 |
| Deadline for filing dispositive motions and motions challenging expert witness testimony | January 7, 2021 |
| Stillaguamish to serve pre-trial statement | March 22, 2021 |
| Deadline for filing motions in limine | April 19, 2021 |
| Agreed pretrial order | May 26, 2021 |
| Pretrial conference | To be Set |
| Trial briefs and trial exhibits due | June 2, 2021 |

IT IS SO ORDERED this 20th day of March 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

73158378V.1
JOINT STIPULATION AND ORDER AMENDING PRETRIAL SCHEDULE,
TRIAL DATE AND RELATED DEADLINES – Page 6
Case No. C70-9213, Subp. No. 17-03

KILPATRICK, TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 467-9600