The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br> Plaintiffs, <br><br> vs. <br><br> STATE OF WASHINGTON, et al., <br> Defendants. | Case No. 2:70-CV-09213 <br><br> Subproceeding No. 89-3-12 (Shellfish) <br><br> ORDER ON REQUEST FOR SCHEDULING CONFERENCE AND MOTION FOR RELIEF FROM DEADLINE |

The Court, having fully considered the matter,[1] hereby orders the following:

1. A telephonic scheduling conference will be held for status review of this case, including discussion of issues that have arisen since the Magistrate's April 20, 2020 orders and permanent injunction as well as determination of the briefing schedule, including page limits, for this Court's review under the Stipulation and Order Amending Shellfish Implementation

---

[1] The Court notes that no party has opposed the Jamestown S'Klallam Tribe and Port Gamble S'Klallam Tribe's motion. Pursuant to Local Civil Rule 7, the Court takes the failure of any party to oppose the motion as a concession that the motion has merit, and accordingly grants the relief requested. *See* LCR 7(b)(2).

ORDER ON REQUEST FOR
SCHEDULING CONFERENCE
AND MOTION, C70-9213,
SUBPROCEEDING NO. 89-312

- 1 -

Plan, (April 8, 2002), 19 F. Supp. 1317, 1344 (W.D. Wash. 2000 (Order 2002)) ("SIP").  The date of the telephone conference will be **Thursday, May 14, 2020, at 10:00 a.m.**  The call-in information for participating parties is:

- **Conference Bridge Line:  888-251-2909**
- **Access Code:  1307658 #**

2. Given that the briefing deadlines for the Petition for Review will be determined at this conference, the Court need not rule on the S'Klallam's request for relief from the filing deadline.

3. The deadlines described by the SIP's review procedures, ¶ 9.1.4, will not commence until the February 24, 2020 stay (Dkt. #128) is lifted.

4. The stay (Dkt. #128) issued by this Court will not be lifted until after the telephone conference, described above, has occurred or the Court issues a scheduling order.

It is so ORDERED.

DATED this 5th day of May, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ON REQUEST FOR SCHEDULING CONFERENCE AND MOTION, C70-9213, SUBPROCEEDING NO. 89-312

- 2 -