UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, et al.,<br><br>Defendant. | CASE NO. 2:70-CV-09213-RSM<br><br>Subproceeding No. 89-3-06 (Shellfish)<br><br>ORDER TO REOPEN AND RENOTE MOTIONS |

On May 20, 2020, Intervenor Defendant Puget Sound Shellfish Growers filed a Status Report. Dkt. 422. The Status Report reflects all parties have either executed a proposed settlement agreement or stated they do not oppose the proposed settlement agreement. *Id*. The parties request the Court re-note Motions for Intervention and Motions to Substitute Parties submitted by certain growers as the Motions are to be granted pursuant to the settlement agreement. *Id*. Accordingly, the Clerk is directed to re-open the following Motions: Docket Numbers 355, 356, 357, 358, 360, 361, 362, 363, 364, 365, 366, 367, 368, 369, 370, 372, 391, 396 in 2:89-sp-306-RSM-DWC and Docket Entries 20024, 21557, 21558, 21559, 21560, 21563, 21564, 21565, 21566, 21567, 21569, 21570, 21571, 21572, 21573, 21574, 21602, 21639, 21662

ORDER TO REOPEN AND RENOTE MOTIONS - 1

1 | in 2:70-cv-9213-RSM. The Clerk is further directed to re-note these pending motions for May
2 | 22, 2020.

3          Dated this 22nd day of May, 2020.

_____
David W. Christel
United States Magistrate Judge

ORDER TO REOPEN AND RENOTE MOTIONS - 2