UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | CASE NO. C70-9213 RSM |
| Plaintiffs, | SUBPROCEEDING NO. 89-312 RSM |
| v. | ORDER GRANTING MOTION TO WITHDRAW COUNSEL |
| STATE OF WASHINGTON, et al., | |
| Defendants. | |

This matter is before the Court on the Motion for Leave to Withdraw Justin R. Kover as Counsel for Nisqually Indian Tribe. Dkt. #161.[1] Therein, Nisqually Indian Tribe ("Nisqually") indicates that its tribal counsel of record, Justin R. Kover, left Nisqually's employment in 2018. *Id.* at 2. Nisqually is currently represented in this subproceeding by Jay Manning and Meghan Gavin of Cascadia Law Group PLLC and in-house tribal counsel Nate Cushman. Nisqually indicates that Mr. Kover has agreed to withdraw but has not cooperated in filing the necessary documents with the Court. *Id.* Further, the Nisqually Tribal Council has passed a resolution indicating that Mr. Kover is no longer Nisqually's counsel. Dkt. #162[2] at 6.

---

[1] Dkt. #22,246 in Case No. C70-9213 RSM.

[2] Dkt. #22,247 in Case No. C70-9213 RSM.

ORDER – 1

Accordingly, having reviewed the motion, the documents submitted in support, and the remainder of the record, the Court finds and ORDERS that the Motion for Leave to Withdraw Justin R. Kover as Counsel for Nisqually Indian Tribe (Dkt. #161) is GRANTED. The Clerk shall terminate Mr. Kover as counsel of record in this subproceeding. Nisqually remains represented by attorneys Jay Manning, Meghan Gavin, and Nate Cushman.

Dated this 2nd day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2