HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON, et al., <br><br> Defendants. | CASE NO. C70-9213 RSM <br><br> Subproceeding No. 20-01 RSM <br><br> ORDER GRANTING LEAVE TO OPEN NEW SUBPROCEEDING |

THIS MATTER comes before the Court on the *ex parte* motion of the Upper Skagit Indian Tribe (Upper Skagit) for an Order granting leave to open a new subproceeding against the Sauk-Suiattle Indian Tribe. Dkt. #22261. Other potential interested parties are the Swinomish Indian Community and the State of Washington. *Id.* Counsel for Upper Skagit certifies that Upper Skagit complied with the pre-filing requirements of Paragraph 25 of the Permanent Injunction, as modified August 11, 1993 (Dkt. # 13599), and the Court's Supplemental Order on Paragraph 25 Procedures (Dkt. # 19893). *See* Dkt. #22263 at ¶ 4

Having considered the Motion and the relevant record, the Court hereby ORDERS that the Upper Skagit Indian Tribe is GRANTED leave to open a new subproceeding against the Sauk-Suiattle Indian Tribe.

It is further ORDERED that the Clerk shall open this matter as a new subproceeding, designated as Subproceeding 20-sp-01 RSM, and shall file the pending Motion for Temporary

ORDER - 1

Restraining Order in that subproceeding.  Upper Skagit may then file its Request for Determination.  All filings in the subproceeding shall be filed in the main case, C70-9213RSM, as well as in the subproceeding.

       This Order does not constitute a finding that the dispute is within the Court's jurisdiction under Paragraph 25 of the Permanent Injunction.

       DATED this 30th day of September, 2020.

RICARDO S. MARTINEZ  
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2