The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

UNITED STATES OF AMERICA, et al.,

      Plaintiff,

      v.

STATE OF WASHINGTON, et al.,

      Defendant.

No. C70-9213-RSM
Subproceeding No. 17-3

**STIPULATION AND ORDER
EXTENDING DISCOVERY CUTOFF
FOR A LIMITED PURPOSE**

**NOTE ON MOTION CALENDAR:
OCTOBER 26, 2020**

### STIPULATION

Pursuant to the Joint Stipulation and Order Amending Pretrial Schedule, Trial Date and Related Deadlines, March 20, 2020 (Subproceeding 17-3 Dkt. 150), the deadline for completion of all discovery in this matter (the "Discovery Cutoff") is October 30, 2020.

Pursuant to agreement of the Stillaguamish Tribe of Indians ("Stillaguamish"), the Swinomish Indian Tribal Community ("Swinomish"), the Upper Skagit Indian Tribe ("Upper Skagit"), and the Tulalip Tribes ("Tulalip") and duly-served notices and amended notices, the Fed. R. Civ. P. 30(b)(6) deposition of Stillaguamish was scheduled for October 26, 2020.

On October 1, 2020, Stillaguamish filed its Motion for Protective Order to Quash Swinomish Indian Tribal Community and Upper Skagit Indian Tribe's CR 30(b)(6) Deposition Topics 2, 3, and 4, and Memorandum in Support Thereof (Dkt. 156; the "Motion") seeking

STIPULATION AND ORDER EXTENDING DISCOVERY
CUTOFF - 1
No. 70-9213 / Sub. No. 17-3

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

1  relief as described therein relating to the scope of Stillaguamish Rule 30(b)(6) deposition. The

2  Motion was submitted and noted for consideration on October 9, 2020.

3       On the afternoon of October 22, 2020, Stillaguamish, Swinomish, Upper Skagit, and

4  Tulalip (the "parties") conferred and agreed, in the interests of efficiency for all parties and in

5  light of the pendency of the Motion, to strike the October 26, 2020 date for the Stillaguamish

6  Rule 30(b)(6) deposition. The parties further agreed to work together, following entry of an

7  order resolving the Motion, to reschedule the Stillaguamish Rule 30(b)(6) deposition at the

8  earliest mutually agreeable date and time, including after the currently scheduled Discovery

9  Cutoff.

10       On October 23, 2020, the Court issued its Order Denying Protective Order (Dkt. 163).

11       The parties seek a limited extension of the Discovery Cutoff solely for the purpose of

12  conducting the Stillaguamish Rule 30(b)(6) deposition, previously scheduled for October 26,

13  2020. The parties agree that the Stillaguamish Rule 30(b)(6) deposition may occur after the

14  Discovery Cutoff, and in any event no later than November 20, 2020. The parties agree that

15  Swinomish's second amended deposition notice and Upper Skagit's amended deposition notice

16  shall govern the deposition topics. This Stipulation only applies to the Stillaguamish Rule

17  30(b)(6) deposition.

18      //

19      //

20      //

21      //

22      //

23      //

24      //

25      //

26      //

27

STIPULATION AND ORDER EXTENDING DISCOVERY
CUTOFF - 2
No. 70-9213 / Sub. No. 17-3

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

1

2
      DATED:  October 26, 2020.

3
**KILPATRICK TOWNSEND & STOCKTON, LLP**      **SAVITT BRUCE & WILLEY LLP**

4

5
By: _____*s/Rob Roy Smith*_____      By: __*s/David N. Bruce*__

By: _____*s/Claire R. Newman*_____      By: __*s/Duffy Graham*__

6
By: _____*s/Bree R. Black Horse*_____      By: __*s/James Herr*__

7
    Mr. Rob Roy Smith, WSBA #33798      Mr. David N. Bruce, WSBA #15237

    Ms. Claire R. Newman, WSBA #46200      Mr. Duffy Graham, WSBA #33103

8
    Ms. Bree R. Black Horse, WSBA #47803      Mr. James Herr, WSBA #49811

    1420 Fifth Avenue, Suite 3700      1425 Fourth Avenue Suite 800

9
    Seattle, Washington 98101      Seattle, Washington  98101-2272

    Telephone: (206) 467-9600      Telephone: 206.749.0500

10
    Email: rsmith@kilpatricktownsend.com      Email:  dbruce@sbwLLP.com

    Email: cnewman@kilpatricktownsend.com      Email:  dgraham@sbwLLP.com

11
    Email:      Email:  jherr@sbwLLP.com

    brblackhorse@kilpatricktownsend.com

12

13
**STILLAGUAMISH TRIBE OF INDIANS**      **SWINOMISH INDIAN TRIBAL COMMUNITY**

14

15
By: _____*s/Scott O. Mannakee*_____      By: __*s/James M. Jannetta*__

    Mr. Scott O. Mannakee      By: __*s/Emily Haley*__

16
    Tribal Attorney      Mr. James M. Jannetta, WSBA #36525

    Stillaguamish Tribe of Indians      Ms. Emily Haley, WSBA #38284

17
    3322 236th Street NE      Office of Tribal Attorney

    Arlington, WA 98223      Swinomish Indian Tribal Community

18
    Email: smannakee@stillaguamish.com      11404 Moorage Way

19
      La Conner, Washington 98257

*Attorneys for Stillaguamish Tribe of Indians*      Telephone: 360.466.1134

20
    Facsimile:  360.466.5309

    Email: jjannetta@swinomish.nsn.us

21
    Email: ehaley@swinomish.nsn.us

22

23
    *Attorneys for Swinomish Indian Tribal Community*

24

25

26

27

STIPULATION AND ORDER EXTENDING DISCOVERY
CUTOFF - 3
No. 70-9213 / Sub. No. 17-3

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

**MORISSET SCHLOSSER JOZWIAK & SOMERVILLE**

By:     _s/Mason D. Morisset_
          Mr. Mason D. Morisset
          811 First Avenue, Ste. 218
          Seattle, WA 98104
          Email: m.morisset@msaj.com

**TULALIP TRIBES**

By:     _s/Saza Osawa_
          Saza Osawa, WSBA #42050
          Office of the Reservation Attorney
          Tulalip Tribes
          6406 Marine Drive
          Tulalip, Washington 98271
          Tel: (360) 716-4547
          Email: sosawa@tulaliptribes-nsn.gov

_Attorneys for Tulalip Tribes_

**HARRIGAN LEYH FARMER & THOMSEN LLP**

By:   _s/Tyler L. Farmer_
By:   _s/Arthur W. Harrigan , Jr._
By:   _s/Kristin E. Ballinger_
          Mr. Tyler L. Farmer
          Mr. Arthur W. Harrigan , Jr.
          Ms. Kristin E. Ballinger
          999 Third Avenue, Ste. 4400
          Seattle, Washington 98104
          Email: tylerf@harriganleyh.com
          Email: arthurh@harriganleyh.com
          Email: kristinb@harriganleyh.com

**UPPER SKAGIT INDIAN TRIBE**

By:   _s/David S. Hawkins_
          Mr. David S. Hawkins
          Upper Skagit Indian Tribe
          General Counsel
          25944 Community Plaza Way
          Sedro-Woolley, Washington 98284
          Email: dhawkins@upperskagit.com

_Attorneys for Upper Skagit Indian Tribe_

STIPULATION AND ORDER EXTENDING DISCOVERY
CUTOFF - 4
No. 70-9213 / Sub. No. 17-3

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

1

## ORDER

2          For the limited purpose of accommodating the Fed. R. Civ. P. Rule 30(b)(6) deposition

3    of the Stillaguamish Tribe of Indians, the deadline for completion of discovery in this matter

4    shall be extended to November 20, 2020.  All other case deadlines, including the deadline for

5    completion of all other discovery in this matter, shall remain unchanged.

6          **IT IS SO ORDERED.**

7          DATED this 27th day of October, 2020.

8

9

10                                          _____
                                            RICARDO S. MARTINEZ
11                                          CHIEF UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER EXTENDING DISCOVERY
CUTOFF - 5
No. 70-9213 / Sub. No. 17-3

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

1

## **CERTIFICATE OF SERVICE**

2

The undersigned hereby certifies that on October 26, 2020 I electronically filed the

3

foregoing document with the Clerk of Court using the CM/ECF system which will send

4

notification of such filing to all counsel of record.

5

I declare under penalty of perjury under the laws of the United States of America that

6

the foregoing is true and correct.

7

Dated this 26th day of October, 2020 at Seattle, Washington.

8

9

10

Nate Garberich

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

CERTIFICATE OF SERVICE - 1
No. 70-9213 / Sub. No. 17-3

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500