HONORABLE RICARDO S. MARTINEZ

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, et.al. ) | |
| ) | |
| Plaintiffs ) | Case No. 2:70-cv-9213-RSM |
| ) | |
| v. ) | Subproceeding No. 83-sp-3 |
| ) | |
| THE STATE OF WASHINGTON, et.al. ) | and |
| ) | |
| Defendants ) | Case No. C83-117T(C) |
| ) | |
| ) | |
| THE CONFEDERATED TRIBES AND ) | **ORDER GRANTING MOTION FOR** |
| BANDS OF THE CHEHALIS INDIAN ) | **LEAVE TO WITHDRAW AND** |
| RESERVATION, et.al. ) | **SUBSTITUTE COUNSEL** |
| ) | |
| v. ) | |
| ) | |
| STATE OF WASHINGTON, et.al. ) | |
| Defendants ) | NOTE ON MOTION CALENDAR: |
| ) | January 15, 2021 |
| ) | |

ORDER GRANTING
MOTION FOR LEAVE TO WITHDRAW
AND SUBSTITUTE COUNSEL
Case No. 2:70-cv-9213-RSM
Subproceeding No. 83-sp-3
Page 1 of 3

**JEFFREY S. SCHUSTER, P.S.**
**Attorney At Law**
P. O. Box 31197
Seattle Wa., 98103
Telephone (206) 632-0489

THIS MATTER came on for hearing without oral argument before the above-entitled Court on granting Jeffrey Schuster's Motion for Leave to Withdraw and Substitute Counsel on behalf of the Shoalwater Bay Tribe.

IT IS NOW THEREFORE ORDERED that Craig A. Jacobson and Geoffrey D. Strommer of Hobbs, Straus, Dean & Walker, LLP, are substituted as counsel for the Shoalwater Bay Tribe, and that all further communication should be directed to the below address:

> Hobbs, Straus, Dean, & Walker, LLP
> 215 SW Washington St., Suite 200
> Portland, OR  97204
> Phone: (503) 242-1745
> Fax: (503) 242-1072
> gstrommer@hobbsstraus.com
> cjacobson@hobbsstraus.com

DATED this 26th day of January, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING
MOTION FOR LEAVE TO WITHDRAW
AND SUBSTITUTE COUNSEL
Case No. 2:70-cv-9213-RSM
Subproceeding No. 83-sp-3
Page 2 of 3

**JEFFREY S. SCHUSTER, P.S.**
**Attorney At Law**
P. O. Box 31197
Seattle Wa., 98103
Telephone (206) 632-0489

**Presented by:**

/s/ Jeffrey S. Schuster
Jeffrey S. Schuster, P.S. WSBA #7398
P.O. Box 31197
Seattle, WA  98103
jeffschuster@att.net
*Withdrawing Counsel for the*
*Shoalwater Bay Indian Tribe*

/s/ Geoffrey D. Strommer
Geoffrey D. Strommer, WSBA No. 43308
Hobbs, Straus, Dean, and Walker, LLP
215 SW Washington St., Suite 200
Portland, OR  97204
Phone: (503) 242-1745
gstrommer@hobbsstraus.com
*Counsel for the Shoalwater Bay Indian Tribe*

/s/ Craig A. Jacobson
Craig A. Jacobson, WSBA No. 25884
Hobbs, Straus, Dean, and Walker, LLP
215 SW Washington St., Suite 200
Portland, OR  97204
Phone: (503) 242-1745
cjacobson@hobbsstraus.com
*Counsel for the Shoalwater Bay Indian Tribe*

ORDER GRANTING
MOTION FOR LEAVE TO WITHDRAW
AND SUBSTITUTE COUNSEL
Case No. 2:70-cv-9213-RSM
Subproceeding No. 83-sp-3
Page 3 of 3

**JEFFREY S. SCHUSTER, P.S.**
**Attorney At Law**
P. O. Box 31197
Seattle Wa., 98103
Telephone (206) 632-0489