# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br><br>STATE OF WASHINGTON, *et al.*,<br><br>Defendants. | Case No.  C70-9213 RSM<br>Subproceeding:  17-03<br><br>**ORDER GRANTING IN PART STILLAGUAMISH TRIBE OF INDIANS' MOTION FOR LEAVE TO FILE OVER-LENGTH REPLY BRIEF** |
| STILLAGUAMISH TRIBE OF INDIANS,<br><br>Petitioner(s),<br><br>v.<br><br><br>STATE OF WASHINGTON, *et al.*,<br><br>Respondent(s). | |

THIS MATTER came before the Court on the Stillaguamish Tribe of Indians' ("Stillaguamish") motion for leave to file over-length reply. Dkt. #202. Having considered the briefing of counsel, the Court finds that good cause exists to allow Stillaguamish to file an over-length reply brief. The Court does not, however, find that eight additional pages of briefing are warranted. The Court notes that the opposing parties dedicated approximately 24 pages to legal argument in opposition of Stillaguamish's motion. Further, Stillaguamish itself notes that the total

ORDER - 1

number of pages filed in opposition was "approximately one and half times longer than Stillaguamish's original motion." Dkt. #202 at 2. The Court concludes that Stillaguamish should be afforded the same proportion of additional pages. The Court therefore GRANTS Stillaguamish's motion in part.

Accordingly, the Court ORDERS that Stillaguamish shall be granted an additional six (6) pages for its reply brief in support of its Motion for Partial Summary Judgment re: Treaty Times Fishing in Port Susan, for a total of eighteen (18) pages.

SO ORDERED this 26th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE