UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | No.: C70-9213 |
| Plaintiffs, | Subproceeding No. 89-3-6 |
| v. | **ORDER GRANTING STIPULATED MOTION TO INTERVENE** |
| STATE OF WASHINGTON, et al., | |
| Defendants. | |

This matter came before the Court on the Stipulated Motion for Intervention ("Stipulated Motion") by Moonlight Ecological LLC (d/b/a Moonlight Oyster), the Jamestown S'Klallam Tribe, the Port Gamble S'Klallam Tribe, the Lower Elwha Klallam Tribe, and the Suquamish Tribe. The Motion asks the Court to allow Moonlight Oyster to intervene to obtain coverage under the Settlement Agreement associated with its cultivation of Covered Tidelands previously submitted for coverage under the Settlement Agreement by Steve Price and Price Clam Farm. *See* Order and Consent Decree Approving Settlement Agreement (Doc. No. 14477, Subproceeding 89-3), Settlement Agreement (Doc. No. 14476, Subproceeding 89-3 (the "2007 Settlement Agreement"), and subsequent Settlement Agreement (Doc. No. 423-3, Subproceeding 89-3-06 (the "2020 Settlement Agreement").

Having reviewed the Stipulated Motion and the pleadings and papers on file, the Court

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

hereby GRANTS the Stipulated Motion.

Dated this 8th day of March, 2021

David W. Christel
United States Magistrate Judge

Presented by:

MOONLIGHT ECOLOGICAL LLC d/b/a MOONLIGHT OYSTER
K&L Gates LLP
Robert M. Smith, WSBA# 47674
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
robert.smith@klgates.com

*Attorney for Moonlight Oyster*

JAMESTOWN S'KLALLAM TRIBE
Lauren Rasmussen, WSBA #33256
Law Offices of Lauren Rasmussen, PLLC
1904 Third Avenue, Suite 1030
Seattle, WA 98101
206.623.0900
lauren@rasmussen-law.com

*Attorney for Jamestown S'Klallam Tribe*

PORT GAMBLE S'KLALLAM TRIBE
Lauren Rasmussen, WSBA #33256
Law Offices of Lauren Rasmussen, PLLC
1904 Third Avenue, Suite 1030
Seattle, WA 98101
206.623.0900
lauren@rasmussen-law.com

*Attorney for Port Gamble S'Klallam Tribe*

LOWER ELWHA KLALLAM TRIBE
Stephen H. Suagee, WSBA #26776
2851 Lower Elwha Road
Port Angeles, WA 98363
360.461.2989
steve.suagee@elwha.org

1

*Attorney for Lower Elwha Klallam Tribe*

2

SUQUAMISH TRIBE
Rit Bellis, WSBA #29226
PO Box 498
Suquamish, Washington 98392
360.394.8490
rbellis@suquamish.nsn.us

*Attorney for Suquamish Tribe*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION TO INTERVENE
Case No. C70-9213-RSM-DWC - 3