UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON, et al., <br><br> Defendants. | CASE NO. C70-9213RSM <br><br> MINUTE ORDER REGARDING NOTICE OF NEW CASE ADMINISTRATOR |

The following MINUTE ORDER, directed to all parties to *United States of America, et al. v. State of Washington, et al.*, C70-9213RSM, and its subproceedings, is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

Please take notice that, **Michael Williams** will now serve as the Case Administrator on this case and its subproceedings. Please direct any future inquiries to Mr. Williams at michael_williams@wawd.uscourts.gov or 206-370-8449.

Dated this 15th day of February, 2022.

RAVI SUBRAMANIAN, Clerk

By:   /s/ Michael Williams
      Deputy Clerk

ORDER – 1