1

2

3

4

5

6                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
7                                        AT SEATTLE

8    UNITED STATES OF AMERICA, et al.,        CASE NO. C70-9213RSM

9              Plaintiffs,                    SUBPROCEEDING NO. 89-3

10       v.                                   ORDER OPENING NEW SUB-
                                              SUBPROCEEDING (89-SP-317) AND
11   STATE OF WASHINGTON, et al.,             ORDER OF REFERENCE

12             Defendants.

13          The Squaxin Island Tribe has filed a Request for Dispute Resolution pursuant to Section 9

14   of the Revised Shellfish Implementation Plan.[1]  Dkt. #22,470.  The Clerk is hereby ordered to

15   open the Request as *Squaxin Island Tribe v. Oscar Montano-Rios dba Montanos Shellfish

16   Company*, et al., Sub-Subproceeding No. 89-sp-3-17 (89-sp-317 for CM/ECF purposes).

17   Pursuant to Section 9 of the Revised Shellfish Implementation Plan, the Request is hereby

18   REFERRED to the Honorable David W. Christel, United States Magistrate Judge, for hearing

19   and resolution.

20          Dated this 16th day of February, 2022.

21

22

23                                            RICARDO S. MARTINEZ
                                              CHIEF UNITED STATES DISTRICT JUDGE

24
     _____
     [1] Dkt. #17,340 in Case No. C70-9213RSM; Dkt. #14,331 in Subproceeding No. 89-3RSM.

     ORDER – 1