UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | CASE NO. C70-9213 RSM; and |
| Plaintiffs, | SUBPROCEEDING NO. 83-06 RSM; and |
| v. | SUBPROCEEDING NO. 90-01 RSM |
| STATE OF WASHINGTON, et al., | MINUTE ORDER STRIKING MOTIONS TO WITHDRAW |
| Defendants. | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On August 18, 2022, attorney Michael A.D. Stanley filed three identical motions seeking to withdraw from his representation of the State of Alaska in the main case and two of its subproceedings:

- *United States v. Washington*, C70-9213 RSM, Dkt. #22,546.
- *United States v. Washington*, Subproceeding 83-06 RSM, Dkt. #400.
- *United States v. Washington*, Subproceeding 90-01 RSM, Dkt. #252.

Though the motions noted the applicability of Local Civil Rule 83.2(b)(1), and satisfied many of that rules' requirements, it did not "include a certification that the motion was served on the client." LOCAL RULES W.D. WASH. LCR 83.2(b)(1). Specifically, there is no indication, other

ORDER – 1

than the non-renewal of a contract between Mr. Stanley and the State of Alaska, that the State of Alaska was ever provided notice or served a copy of the motions.

Accordingly, the Court strikes the motions as procedurally improper. Counsel may refile his motions after complying with all requirements of Local Civil Rule 83.2(b)(1).

DATED this 19th day of August, 2022.

                                                RAVI SUBRAMANIAN, Clerk

                                                By:    /s/ Michael Williams
                                                             Deputy Clerk

ORDER – 2