The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. 2:70-cv-09213-RSM |
| Plaintiffs, | Subproceeding Nos. 83-6 and 90-1 |
| v. | |
| STATE OF WASHINGTON, et al., | NOTE ON MOTION CALENDAR: September 9, 2022 |
| Defendants. | |

**ORDER GRANTING
MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

THIS MATTER came on for hearing without oral argument before this court on the motion of defendant-intervenor State of Alaska requesting leave for Michael A. D. Stanley to withdraw as counsel of record for the State.

IT IS NOW THEREFORE ORDERED that said motion is granted, and Michael A. D. Stanley shall be removed as counsel of record for the State of Alaska.

Dated this 28th day of September, 2022.

_____
The Honorable Ricardo S. Martinez
United States District Judge

Presented by:

        TREG R. TAYLOR
        ATTORNEY GENERAL

By: /s/ Michael A. D. Stanley
      Michael A. D. Stanley
      Special Assistant Attorney General
      WSBA # 8792; AK Bar # 8006047
      P.O. Box 20449
      Juneau, Alaska  99802-0449
      Phone:   (907) 586-6077
      Facsimile:   (907) 463-2511
      E-Mail:   madslaw@alaska.net
      *Attorney for the State of Alaska*