THE HONORABLE DAVID W. CHRISTEL

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON *et al*,<br><br>Defendants. | Civ. No. C70-9213<br>Subproceeding No. 89-3-17<br><br>ORDER APPROVING CONSENT DECREE AND SETTLEMENT AGREEMENT – SQUAXIN ISLAND TRIBE, OSCAR MONTANO-RIOS DBA MONTANOS SHELLFISH COMPANY, a sole proprietorship |

IT IS HEREBY ORDERED:

The Court, having considered the Joint Motion to Approve Consent Decree and Settlement Agreement, which addresses disputes arising between the Squaxin Island Tribe and Oscar Montano-Rios dba Montanos Shellfish Company, a sole proprietorship, finds that the Consent Decree and Settlement Agreement ("Consent Decree") is fair and reasonable, both procedurally and substantively, consistent with applicable law, in good faith, and in the public interest.

The Consent Decree is hereby entered and approved. The claims between the Tribe and Mr. Montano-Rios in Subproceeding No. 89-3-17 are hereby dismissed pursuant to the terms set forth in the Consent Decree.

ORDER AND DECREE APPROVING SETTLEMENT AGREEMENT – SQUAXIN ISLAND TRIBE, OSCAR MONTANO-RIOS DBA MONTANOS SHELLFISH COMPANY *et al.* - 1
(No.C70-9213, Subproc. 89-3-17)

SQUAXIN ISLAND LEGAL DEPARTMENT
3711 SE OLD OLYMPIC HWY
SHELTON, WASHINGTON 98584
360.432.1771

This Consent Decree shall not be cited as precedent in any other proceeding.

DATED this 23rd day of March, 2023.

_David W. Christel_
David W. Christel
Chief United States Magistrate Judge

ORDER AND DECREE APPROVING SETTLEMENT AGREEMENT – SQUAXIN ISLAND TRIBE, OSCAR MONTANO-RIOS DBA MONTANOS SHELLFISH COMPANY *et al.* - 2
(No.C70-9213, Subproc. 89-3-17)

SQUAXIN ISLAND LEGAL DEPARTMENT
3711 SE OLD OLYMPIC HWY
SHELTON, WASHINGTON 98584
360.432.1771