UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 23 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UPPER SKAGIT INDIAN TRIBE,<br><br>   Plaintiff - Appellee,<br><br>SWINOMISH INDIAN TRIBAL COMMUNITY,<br><br>   Intervenor-Plaintiff - Appellee,<br><br> v.<br><br>SAUK-SUIATTLE INDIAN TRIBE,<br><br>   Defendant - Appellant,<br><br>PUYALLUP TRIBE OF INDIANS,<br><br>   Real-party-in-interest - Appellee,<br><br> and<br><br>STATE OF WASHINGTON; et al.,<br><br>   Real-party-in-interest. | No. 21-35985<br><br>D.C. No. 2:20-sp-00001-RSM<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

  The judgment of this Court, entered May 01, 2023, takes effect this date.

  This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT