HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>STATE OF WASHINGTON, et al.,<br><br>　　　　　　　　Defendants. | No. C70-9213 RSM<br><br>Subproceeding 83-6<br>Subproceeding 90-1<br><br>**JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE AND ORDER** |

The undersigned parties jointly submit this stipulation to dismiss consolidated subproceeding 83-6 and 90-1, without prejudice and under Federal Rule of Civil Procedure 41(a)(2), pursuant to the Court's Order Directing the Filing of a Stipulated Dismissal Without Prejudice of April 1, 2024 (Dkt. 411), in which the Court directed the parties to "submit a stipulated dismissal of this subproceeding setting forth terms for dismissal without prejudice within thirty (30) days." Below are set forth the terms of the proposed stipulation to dismiss the consolidated subproceeding without prejudice, in conformance with the Court's April 1, 2024, Order.

The Court's April 1, 2024, Order succinctly summarized the "'lengthy and complex'" history of this consolidated subproceeding, *id*. at 1-2, based on the procedural history in the parties' Joint Status Report and Joint Motion to Extend Stay, dated March 7, 2024 (Dkt. 408). In relevant part, after many years of inactivity in the consolidated subproceeding, the Court issued a

STIPULATION TO DISMISS WITHOUT PREJUDICE
AND ORDER - 1

No. C70-9213, Subproceeding 83-6 (Accounting for Non-Treaty Catch)

ZIONTZ CHESTNUT
2101 FOURTH AVENUE, SUITE 1230
SEATTLE, WASHINGTON 98121
TEL. (206) 448-1230; FAX (206) 448-0962

minute order on February 6, 2024, in which the Court directed the parties to submit a Joint Status Report within 30 days (Dkt 407). On March 7, 2024, the parties submitted the Joint Status Report and Joint Motion for Stay. The Court denied the motion in its April 1, 2024, Order, and instead directed the parties to "submit a stipulated dismissal of this subproceeding setting forth terms for dismissal without prejudice within thirty (30) days. Dkt. 411 at 3. The Order also provided that "[i]f the parties cannot agree on such [stipulated dismissal], the Court will enter a dismissal with the relevant terms set forth in the prior stipulation dated May 16, 1988." *Id.*

The undersigned parties conferred and reached agreement on the instant stipulation to dismiss without prejudice. The undersigned parties are all 24 plaintiff and plaintiff-intervenor tribes,[1] all three defendant and defendant-intervenor states,[2] and plaintiff the United States. Given the consensus reached by all of the parties to the subproceeding, the following stipulation to dismiss without prejudice, which includes*, inter alia*, terms that would allow reinstatement of this consolidated subproceeding and preserve all interventions granted by the Court, is submitted in conformance with the Court's April 1, 2024, Order.

## Stipulation to Dismiss Without Prejudice

Based on the foregoing, the undersigned parties jointly stipulate to dismiss this consolidated subproceeding, without prejudice, under Federal Rule 41(a)(2) and further stipulate to the following terms:

1. Subproceedings 83-6 and 90-1 are dismissed without prejudice, and the dismissal

---

[1] Confederated Tribes of the Umatilla Indian Reservation, Confederated Tribes of the Warm Springs Reservation of Oregon, Hoh Tribe, Jamestown S'Klallam Tribe, Lower Elwha Klallam Tribe, Lummi Nation, Makah Indian Tribe, Muckleshoot Indian Tribe, Nez Perce Tribe, Nisqually Indian Tribe, Nooksack Indian Tribe, Port Gamble S'Klallam Tribe, Puyallup Tribe of Indians, Quileute Indian Tribe, Quinault Indian Nation, Sauk-Suiattle Indian Tribe, Skokomish Indian Tribe, Squaxin Island Tribe, Stillaguamish Tribe of Indians, Suquamish Indian Tribe, Swinomish Indian Tribal Community, Tulalip Tribes, Upper Skagit Indian Tribe, and Yakama Nation.
[2] States of Washington, Oregon, and Alaska.

STIPULATION TO DISMISS WITHOUT PREJUDICE
AND ORDER - 2

No. C70-9213, Subproceeding 83-6 (Accounting for Non-Treaty Catch)

ZIONTZ CHESTNUT
2101 FOURTH AVENUE, SUITE 1230
SEATTLE, WASHINGTON 98121
TEL. (206) 448-1230; FAX (206) 448-0962

does not operate as an adjudication on the merits.

2. The dismissal is without imposition of terms or further conditions on plaintiffs per Fed. R. Civ. P. 41(d) either now or in the future.

3. The dismissal is without imposition of statutory costs, attorneys fees, or expenses incurred by defendants per Fed. R. Civ. P. 41(d) either now or in the future.

4. This consolidated subproceeding may be reinstated by any party, at any time, without precondition or limitation.

5. The entire record of this consolidated subproceeding, including the orders granting limited intervention for the purpose of this consolidated subproceeding to the Confederated Tribes of the Warm Springs Reservation of Oregon, the Confederated Tribes of the Umatilla Indian Reservation, the Nez Perce Tribe, the State of Oregon (Dkt. 9981, January 6, 1984), and the State of Alaska (Dkt. 14705, January 27, 1995), shall be refiled and given full effect if this action is reinstated.

6. Within 60 days of reinstatement, plaintiff tribes will file an amended or supplemental Request for Determination which shall, *inter alia*, summarize the state of these subproceedings and update the Request where appropriate.

7. If this consolidated subproceeding is reinstated, or if an action or new subproceeding is filed based on or including the same claim as this consolidated subproceeding, the parties waive the defense that the consolidated subproceeding as of the time of dismissal no longer presented a case or controversy and waive objections as to waiver, laches, or estoppel that are based upon this dismissal of this consolidated subproceeding.

8. Nothing herein shall preclude any party from filing or maintaining any action to challenge management or accounting methods of any fish runs.

STIPULATION TO DISMISS WITHOUT PREJUDICE
AND ORDER - 3

No. C70-9213, Subproceeding 83-6 (Accounting for Non-Treaty Catch)

ZIONTZ CHESTNUT
2101 FOURTH AVENUE, SUITE 1230
SEATTLE, WASHINGTON 98121
TEL. (206) 448-1230; FAX (206) 448-0962

Dated: May 1, 2024.

ZIONTZ CHESTNUT

s/ Brian C. Gruber
Brian C. Gruber, WSBA #32210
Anna E. Brady, WSBA #54323
2101 Fourth Avenue, Suite 1230
Seattle, Washington 98121
bgruber@ziontzchestnut.com
abrady@ziontzchestnut.com

*Attorneys for Makah Indian Tribe*


s/ David W. Babcock
David W. Babcock, WSBA #31737
Amalia R. Walton, WSBA #36754
3711 SE Old Olympic Hwy
Shelton, WA 98584
Phone: 360.432.1771
Fax: 360.432.3699
E-Mail: dbabcock@squaxin.us
awalton@squaxin.us

*Attorneys for the Squaxin Island Tribe*


s/ *Maryanne E. Mohan*
Maryanne E. Mohan, WSBA #47346
Office of Tribal Attorney
P.O. Box 98
Suquamish, WA 98392
Telephone (360) 394-8489
mmohansuquamish.nsn.us

*Attorney for Suquamish Indian Tribe*


s/Earle David Lees, III, WSBA No. 30017
Skokomish Legal Department
Skokomish Indian Tribe
N. 80 Tribal Center Road
Skokomish Nation, WA 98584
Email: elees@skokomish.org
Tel:     360.877.2100
Fax:    360.877.2104

*Attorney for the Skokomish Indian Tribe*

MORISSET SCHLOSSER JOZWIAK
AND SOMERVILLE

s/ Mason D. Morisset
Mason D. Morisset, WSBA #273
811 First Ave, Suite 218
Seattle, Washington 98104
Telephone: (206) 386-5200
m.morisset@msaj.com

*Attorneys for the Tulalip Tribes*


NISQUALLY INDIAN TRIBE

 s/ *Meghan E. Gavin*

Meghan E. Gavin, WSBA No. 50124
Cascadia Law Group PLLC
1201 Third Avenue, Suite 320
Seattle, Washington 98101
Telephone: (206) 292-6300
mgavin@cascadialaw.com


*Law Office*
PUYALLUP TRIBE OF INDIANS

/s/ Samuel J. Stiltner
Samuel J. Stiltner, WSBA 7765
3009 Portland Avenue
Tacoma, WA 98404
sam.stiltner@puyalluptribe-nsn.gov
Of Attorneys for Puyallup Tribe of Indians


s/ LAUREN RASMUSSEN
LAUREN RASMUSSEN, WSBA # 33256
Law Office of Lauren P. Rasmussen PLLC
1215 - Fourth Avenue, Suite 1350
Seattle, WA 98161
(206) 623-0900
lauren@rasmussen-law.com

*Attorney for the Jamestown S'Klallam Tribe and the Port Gamble S'Klallam Tribe*

STIPULATION TO DISMISS WITHOUT PREJUDICE
AND ORDER - 4

No. C70-9213, Subproceeding 83-6 (Accounting for Non-Treaty Catch)

ZIONTZ CHESTNUT
2101 FOURTH AVENUE, SUITE 1230
SEATTLE, WASHINGTON 98121
TEL. (206) 448-1230; FAX (206) 448-0962

| | |
|---|---|
| s/ Samuel D. Hough<br>Samuel D. Hough, WSBA #35284<br>Office of Tribal Attorney<br>Lower Elwha Klallam Tribe<br>2851 Lower Elwha Road<br>Port Angeles, Washington 98363<br>sam.hough@elwha.org<br><br>*Attorney for Lower Elwha Klallam Tribe* | s/ Gabriel D. Cantu<br>Gabriel D. Cantu<br>Lummi Indian Business Council<br>Office of The Reservation Attorney<br>2665 Kwina Road<br>Bellingham, Washington 98226<br>Tel: (360) 384-7110<br>gabrielc@lummi-nsn.gov<br><br>*Attorney for the Lummi Nation* |
| s/Eric Nielsen<br>Eric Nielsen, WSBA #12773<br>2200 Sixth Avenue, Suite 1250<br>Seattle, Washington 98121<br>nielsene@nwattorney.net<br><br>*Attorney for Quinault Indian Nation* | *Attorneys for the Hoh Indian Tribe*<br><br>DORSAY & EASTON, LLP<br><br>By:  s/ *Craig J. Dorsay*<br>      s/ *Lea Ann Easton*<br>      s/ *Kathleen Gargan*<br>Craig J. Dorsay, WSBA # 9245<br>Lea Ann Easton, WSBA # 38685<br>Kathleen Gargan, WSBA # 56452<br>1737 NE Alberta St., Suite 208<br>Portland, OR 97211<br>Phone: (503) 790-9060<br>Email: craig@dorsayindianlaw.com<br>         leaston@dorsayindianlaw.com<br>         katie@dorsayindianlaw.com |
| s/ M. Brent Leonhard<br>M. Brent Leonhard, WSBA #27403<br>Office of Legal Counsel<br>Confederated Tribes of the Umatilla Indian Reservation<br>46411 Timine Way<br>Pendleton, Oregon 97801<br>brentleonhard@ctuir.org<br><br>*Attorney for the Confederated Tribes of the Umatilla Indian Reservation* | s/David J. Cummings<br>David J. Cummings (WSB # 33551)<br>Nez Perce Tribe<br>Office of Legal Counsel<br>P.O. Box 05<br>Main Street & Bever Grade<br>Lapwai, ID 83540<br>(208) 843.7355<br>djc@nezperce.org<br><br>*Attorney for the Nez Perce Tribe* |
| s/ Josh Newton<br>Josh Newton, WSBA #60987<br>Howard Arnett<br>360 SW Bond Street, Suite 400<br>Bend, Oregon 97702<br>Josh.newton@bbklaw.com<br>Howard.arnett@bbklaw.com<br><br>*Attorneys for the Confederated Tribes of the Warm Springs Reservation of Oregon* | s/Jack W. Fiander<br>Jack Warren Fiander, WSBA No. 13116<br>Towtnuk Law Offices Ltd<br>Sacred Ground Legal Services Inc<br>5808A Summitview Avenue, Ste 93<br>Yakima, WA 98908<br>509-969-4436<br>Email: towtnuklaw@msn.com<br><br>*Attorney for Sauk-Suiattle Indian Tribe* |

STIPULATION TO DISMISS WITHOUT PREJUDICE
AND ORDER - 5

No. C70-9213, Subproceeding 83-6 (Accounting for Non-Treaty Catch)

ZIONTZ CHESTNUT
2101 FOURTH AVENUE, SUITE 1230
SEATTLE, WASHINGTON 98121
TEL. (206) 448-1230; FAX (206) 448-0962

| | |
|---|---|
| s/ Charles N. Hurt, Jr.<br>Charles N. Hurt, Jr.<br>WSBA #46217<br>Senior Tribal Attorney<br>Nooksack Indian Tribe<br>5047 Mt Baker Hwy, PO Box 63<br>Deming, WA 98244<br>(360) 592-4158<br>churt@nooksack-nsn.gov<br><br>*Attorney for the Nooksack Indian Tribe* | s/ Emily Haley<br>Emily Haley, WSBA #38284<br>Office of Tribal Attorney<br>Swinomish Indian Tribal Community<br>11404 Moorage Way<br>La Conner, Washington 98257<br>Telephone: 360.466.1134<br>Facsimile: 360.466.5309<br>Email: ehaley@swinomish.nsn.us<br><br>*Attorney for the Swinomish Indian Tribal Community* |
| /s/Kelly Mennemeier<br>Kelly Mennemeier, WSBA # 51838<br>Chloe Villagomez, WSBA # 43732<br>Foster Garvey P.C.<br>1111 Third Avenue, Suite 3000<br>Seattle, Washington 98101<br>Telephone: (206) 447-4400<br>Facsimile: (206) 447-9700<br>Email: Kelly.mennemeier@foster.com<br>Email: chloe.villagomez@foster.com<br><br>*Attorneys for Quileute Tribe* | s/ Ethan Jones<br>Ethan Jones, WSBA #46911<br>Yakama Nation Office of Legal Counsel<br>P.O. Box 151, 401 Fort Road<br>Toppenish, WA 98948<br>(509) 865-7268<br>ethan@yakamanation-olc.org<br><br>*Attorney for the Yakama Nation* |
| s/ Raven Arrowway-Healing<br>Raven Arroway-Healing, WSBA #42373<br>Email: rhealing@stillaguamish.com<br>Stillaguamish Tribe of Indians<br>3322 - 236th St NE<br>Arlington, WA 98223<br>Tel: (360) 572-3074 | s/ Trent S.W. Crable<br>Trent S.W. Crable, WSBA #38227<br>Office of the Tribal Attorney<br>39015 172nd Avenue SE<br>Auburn, WA 98092<br>Telephone: (253) 876-3185<br>Trent.Crable@muckleshoot.nsn.us<br><br>*Attorney for the Muckleshoot Indian Tribe* |
| UPPER SKAGIT INDIAN TRIBE<br>By: *s/ David S. Hawkins*<br>David S. Hawkins, WSBA # 35370<br>General Counsel<br>25944 Community Plaza Way<br>Sedro-Woolley, WA 98284<br>Telephone: (360) 854-7090<br>Email: dhawkins@upperskagit.com | s/ Vanessa Boyd Willard<br>Todd Kim<br>Assistant Attorney General<br>Vanessa Boyd Willard<br>Trial Attorney<br>Indian Resources Section<br>Environment and Natural Resources Division<br>United States Department of Justice<br>999 18th Street, South Terrace, Suite 370<br>Denver, CO  80202<br>vanessa.willard@usdoj.gov<br><br>*Attorneys for the United States* |

STIPULATION TO DISMISS WITHOUT PREJUDICE AND ORDER - 6

No. C70-9213, Subproceeding 83-6 (Accounting for Non-Treaty Catch)

ZIONTZ CHESTNUT
2101 FOURTH AVENUE, SUITE 1230
SEATTLE, WASHINGTON 98121
TEL. (206) 448-1230; FAX (206) 448-0962

| | |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General<br><br>*s/ Joseph V. Panesko*<br>JOSEPH V. PANESKO, WSBA 25289<br>Senior Counsel<br>1125 Washington Street SE<br>Post Office Box 40100<br>Olympia, Washington 98504-0100<br><br>*Attorneys for State of Washington* | *s/ Svend Brandt-Erichsen*<br>Svend Brandt-Erichsen, WSBA 23923<br>Nossaman LLP<br>719 Second Avenue, Suite 1200<br>Seattle, WA 98104<br>sbrandterichsen@nossaman.com<br><br>*Attorneys for State of Alaska* |

ELLEN F. ROSENBLUM
Attorney General

s/ Carla A. Scott
CARLA A. SCOTT #054725
Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
Carla.A.Scott@doj.state.or.us
Of Attorneys for State of Oregon

---

STIPULATION TO DISMISS WITHOUT PREJUDICE
AND ORDER - 7

No. C70-9213, Subproceeding 83-6 (Accounting for Non-Treaty Catch)

**ZIONTZ CHESTNUT**
2101 FOURTH AVENUE, SUITE 1230
SEATTLE, WASHINGTON 98121
TEL. (206) 448-1230; FAX (206) 448-0962

CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2024, I electronically filed the foregoing Joint Stipulation to Dismiss Without Prejudice and Proposed Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties in this matter who are registered with the Court's CM/ECF filing system.

s/ Laura Bartholet
Laura Bartholet, Paralegal

STIPULATION TO DISMISS WITHOUT PREJUDICE AND ORDER - 8

No. C70-9213, Subproceeding 83-6 (Accounting for Non-Treaty Catch)

ZIONTZ CHESTNUT
2101 FOURTH AVENUE, SUITE 1230
SEATTLE, WASHINGTON 98121
TEL. (206) 448-1230; FAX (206) 448-0962

**ORDER**

For good cause shown, the Joint Stipulation to Dismiss Without Prejudice is GRANTED, subject to the terms set forth therein, which this Court considers proper. This stipulated dismissal does not operate as an adjudication on the merits of the action or any related action. This consolidated subproceeding is DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(a)(2).

**IT IS SO ORDERED.**

DATED this 2nd day of May, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS WITHOUT PREJUDICE AND ORDER - 9

No. C70-9213, Subproceeding 83-6 (Accounting for Non-Treaty Catch)

ZIONTZ CHESTNUT
2101 FOURTH AVENUE, SUITE 1230
SEATTLE, WASHINGTON 98121
TEL. (206) 448-1230; FAX (206) 448-0962