HONOARABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>STATE OF WASHINGTON, et al.,<br><br>          Defendants. | CASE NO: 2:70-cv-9213-RSM<br><br>Subproceeding 83-6<br>Subproceeding 90-1<br><br>**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

THIS MATTER came on for hearing without oral argument before this court on the motion of Defendant-Intervenor State of Alaska requesting leave for Svend Brandt-Erichsen to withdraw as counsel of record for the State.

IT IS NOW THEREFORE ORDERED that said motion is GRANTED, and Svend Brandt-Erichsen shall be removed as counsel of record for the State of Alaska.

DATED this 5th day of September, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Order for Motion for Leave to Withdraw As Counsel - 1
Case No. C70-9213-RSM

Nossaman LLP
719 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone: 206-395-7630