HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                                Plaintiffs,<br><br>  v.<br><br>STATE OF WASHINGTON, et al.,<br><br>                                Defendants. | No. C70-9213<br>Subproceeding: 01-1<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION FOR REFERRAL TO MEDIATION** |

      The parties jointly moved this Court to refer the parties to mediation concerning the 2013 Permanent Injunction Regarding Culvert Correction (Doc. 753). Doc. ___.[1]  The Court, having retained continuing jurisdiction over this subproceeding, and having considered the joint motion and all necessary related documents, hereby ORDERS that the joint motion is GRANTED. The Court further ORDERS that:

      1.    The mediation shall take place in accordance with Local Civil Rule 39.1(a)(6), the Uniform Mediation Act, Chapter 7.07 RCW, and Rule 408 of the Federal Rules of Evidence.  All

---

[1] The joint motion was filed by the Hoh Tribe, Jamestown S'Klallam Tribe, Lower Elwha Klallam Tribe, Lummi Nation, Makah Indian Tribe, Muckleshoot Indian Tribe, Nisqually Indian Tribe, Nooksack Indian Tribe, Port Gamble S'Klallam Tribe, Puyallup Tribe of Indians, Quileute Tribes, Quinault Indian Nation, Squaxin Island Tribe, Suquamish Tribe, Swinomish Indian Tribal Community, Stillaguamish Tribe of Indians, Skokomish Indian Tribe, Sauk-Suiattle Indian Tribe, Tulalip Tribes, Upper Skagit Indian Tribe, Yakama Nation, and the State of Washington.

[PROPOSED] ORDER GRANTING THE PARTIES'
JOINT MOTION FOR REFERRAL TO MEDIATION- 1

No. C70-9213, Subproceeding 01-1 (Culverts)

communications related to or in furtherance of the mediation are to remain confidential and protected from disclosure, including all communications in any form between or among: the mediator(s) and any party or combination of parties; or any combination of parties. In the preceding sentence, the term "parties" includes any and all agents of a party participating in the mediation. All documents prepared for or in furtherance of the mediation shall also remain confidential and protected from disclosure, including memoranda, notes, presentations, and internal communications in any form.

2. Except as otherwise provided in this order, the Parties shall not disclose to any person not a Party participating in the mediation any information from the mediation process revealing substantive matters, including the Parties' positions, negotiations, proposals, or settlement offers made in the negotiation process.

3. The Parties, however, reserve the right to utilize or disclose any information from the mediation process to fully inform decision-makers within their government and to make recommendations to such decision-makers or affected agencies concerning settlement. To the extent a Party conveys information from the mediation process to its decision-makers, the decision-makers' agreement to be bound by the mediation confidentiality requirements must be secured in advance so that the decision-makers are not free to disclose confidential information.

4. The Parties also reserve the right to use or disclose any information from the mediation process to fully inform United States congressional representatives and State legislators, or their staff, provided that no Party shall provide any written information from the mediation process, whether in paper or electronic form, received from any other party in the mediation process, to such representatives, legislators, or their staff without the consent of the other Parties. If a Party uses or discloses information from the mediation process in a communication with a

representative or a legislator, the Parties agree that that Party will promptly notify the other Parties to this agreement that such communication has occurred. The Party will be under no obligation to disclose the content of such communication to the other Parties.

5. The Parties also reserve the right to provide public notice of any agreement achieved by, after, or as a result of the negotiation process as may be required by law or established government policy, and to publish a press release concerning any final settlement achieved by or after the mediation process. The Parties agree to use their best efforts to develop a joint statement or press release on any settlement reached in the mediation.

6. No Party may subpoena any information from the mediation process prepared by or for the mediator, or compel or require the mediator to testify as a witness regarding the negotiation process.

7. It is recognized that a third party may request the production of information from the negotiation process from the state or federal governmental parties under the Washington Public Records Act, Chap. 42.56 RCW ("PRA"), or the Freedom of Information Act, 5 U.S.C. §552(b) ("FOIA"). The governmental party receiving such requests will immediately notify and consult with the other parties to this Order. The intent of the notice is for the Parties to try to agree upon a response to the request, to seek a further protective order from this Court, a state court, or both, before any disclosure.

8. To the extent permitted by State, Tribal, and Federal law, respectively, the confidentiality provisions of this stipulation shall remain in full force and effect without regard to whether any legal actions or issues arising out of the case are settled or concluded by final judgment or otherwise, and shall survive termination of the negotiation process.

9. No party shall be bound by anything said or done during mediation sessions or in communications related to the mediation unless an agreement is reached. Any agreement reached shall be reduced to writing and shall be binding upon all parties to that agreement.

10. Participation in the mediation is voluntary and any party that wishes to withdraw

[PROPOSED] ORDER GRANTING THE PARTIES'
JOINT MOTION FOR REFERRAL TO MEDIATION- 3

No. C70-9213, Subproceeding 01-1 (Culverts)

from the mediation may do so at any time.

      11.    The mediator(s) shall be selected by the parties jointly by agreement. If the parties would like the Court to appoint a District Judge or Magistrate Judge to serve as mediator, they may file a motion with that request.

DATED this \_\_\_\_ day of \_\_\_\_\_, 2025.

                              RICARDO S. MARTINEZ
                              UNITED STATES DISTRICT JUDGE

Presented by:

| | |
|---|---|
| *s/ Jane G. Steadman* <br> Jane G. Steadman, WSBA #44395 <br> Claire R. Newman, WSBA #46200 <br> KANJI & KATZEN, P.L.L.C. <br> 811 1st Avenue, Suite 640 <br> Seattle, WA 98104 <br> (206) 344-8100 <br> jsteadman@kanjikatzen.com <br> cnewman@kanjikatzen.com <br><br> *Attorneys for Hoh Tribe, Jamestown S'Klallam Tribe, Lower Elwha Klallam Tribe, Port Gamble S'Klallam Tribe, and Suquamish Tribe* <br><br> *s/ Lauren P. Rasmussen* <br> Lauren P. Rasmussen, WSBA #33256 <br> LAW OFFICES OF LAUREN P. RASMUSSEN, PLLC <br> 1215 Fourth Avenue, Suite 1350 <br> Seattle, WA 98161 <br> (206) 623-0900 <br> lauren@rasmussen-law.com <br><br> *Attorney for Jamestown S'Klallam Tribe and Port Gamble S'Klallam Tribe* <br><br> *s/ Brian Gruber* | *s/ Amalia R. Walton* <br> Amalia R. Walton, WSBA #36754 <br> David W. Babcock, WSBA #31737 <br> SQUAXIN ISLAND LEGAL DEPARTMENT <br> 3711 SE Old Olympic Hwy <br> Shelton, WA 98584 <br> (360) 432-1771 <br> awalton@squaxin.us <br> dbabcock@squaxin.us <br><br> *Attorneys for Squaxin Island Tribe* <br><br> *s/ Tyler J. Eastman* <br> Tyler J. Eastman, WSBA #59147 <br> OFFICE OF THE RESERVATION ATTORNEY <br> Tulalip Tribes <br> 6406 Marine Dr <br> Tulalip, WA 98271 <br> (360) 716-4551 <br> teastman@tulaliptribes-nsn.gov <br><br> *s/ Julie A. Weis* <br> Julie A. Weis, WSBA #43427 <br> HAGLUND KELLEY LLP <br> 2177 SW Broadway <br> Portland, OR 97201 <br> (503) 225-0777 <br> weis@hk-law.com |

[PROPOSED] ORDER GRANTING THE PARTIES'
JOINT MOTION FOR REFERRAL TO MEDIATION- 4

No. C70-9213, Subproceeding 01-1 (Culverts)

Brian Gruber, WSBA #32210
ZIONTZ CHESTNUT LLP
2101 Fourth Avenue, Suite 1230
Seattle, WA 98121
(206) 448-1230
bgruber@ziontzchestnut.com

*Attorney for Makah Indian Tribe*

*s/ Emily Haley*
Emily Haley, WSBA #38284
OFFICE OF THE TRIBAL ATTORNEY
Swinomish Indian Tribal Community
11404 Moorage Way
La Conner, WA 98257
(360) 466-1134
ehaley@swinomish.nsn.us

*Attorney for Swinomish Indian Tribal Community*

*s/ Gabriel D. Cantu*
Gabriel D. Cantu, WSBA #52733
OFFICE OF THE RESERVATION ATTORNEY
Lummi Indian Business Council
2665 Kwina Road
Bellingham, Washington 98226
(360) 384-7110
gabrielc@lummi-nsn.gov

*Attorney for Lummi Nation*

*s/ Charles N. Hurt, Jr.*
Charles N. Hurt, Jr., WSBA #46217
Nooksack Indian Tribe
5047 Mt Baker Hwy, PO Box 63
Deming, WA 98244
(360) 592-4158
churt@nooksack-nsn.gov

*s/ Thomas P. Schlosser*
Thomas P. Schlosser, WSBA #6276
MORISSET, SCHLOSSER, JOZWIAK, & SOMERVILLE
811 1st Ave., Ste. 218
Seattle, WA 98104

*Attorneys for Tulalip Tribes*

*s/ Trent S.W. Crable*
Trent S.W. Crable, WSBA #38227
OFFICE OF THE TRIBAL ATTORNEY
Muckleshoot Indian Tribe
39015 172nd Avenue SE
Auburn, WA 98092
(253) 876-3185
trent.crable@muckleshoot.nsn.us

*Attorney for Muckleshoot Indian Tribe*

*s/ Samuel J. Stiltner*
Samuel J. Stiltner, WSBA #7765
LAW OFFICE, PUYALLUP TRIBE OF INDIANS
3009 Portland Avenue
Tacoma, WA 98404
(253) 573-7875
Sam.Stiltner@PuyallupTribe-nsn.gov

*Attorney for Puyallup Tribe of Indians*

*s/ Maia Bellon*
Maia Bellon, WSBA #24777
Louis Russell, WSBA #55632
CASCADIA LAW GROUP PLLC
1201 Third Avenue, Suite 320
Seattle, Washington 98101
(206) 292-6300
mbellon@cascadialaw.com
lrussell@cascadialaw.com

*Attorneys for Nisqually Indian Tribe*

*s/ Kelly Mennemeier*
Kelly Mennemeier, WSBA #51838
Chloe Villagomez, WSBA #43732
FOSTER GARVEY P.C.
1111 Third Avenue, Suite 3000
Seattle, Washington 98101
(206) 447-4400
Kelly.mennemeier@foster.com
chloe.villagomez@foster.com

[PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION FOR REFERRAL TO MEDIATION- 5

No. C70-9213, Subproceeding 01-1 (Culverts)

(206) 386 5200
t.schlosser@msaj.com

*Attorneys for Nooksack Indian Tribe*

*s/ Lori Bruner*
Lori Bruner, WSBA #26652
OFFICE OF ATTORNEY GENERAL
Quinault Indian Nation
PO Box 613
Taholah, WA 98587-0613
(360) 276-8215 EXT 1400
Lbruner@quinault.org

*s/ Eric Nielsen*
Eric Nielsen, WSBA #12773
2200 Sixth Avenue, Suite 1250
Seattle, Washington 98121
nielsene@nwattorney.net

*Attorney for Quinault Indian Nation*

*s/ Jack Warren Fiander*
Jack Warren Fiander, WSBA #13116
TOWTNUK LAW OFFICES LTD
SACRED GROUND LEGAL SERVICES INC
5808A Summitview Avenue, Ste 93
Yakima, WA 98908
(509) 969-4436
towtnuklaw@msn.com

*Attorney for Sauk-Suiattle Indian Tribe*

*s/ Kathryn E. Marckworth*
Kathryn E. Marckworth, WSBA #46964
Nicholas J. Kahmann, WSBA #60602
YAKAMA NATION OFFICE OF LEGAL COUNSEL
PO Box 150 / 401 Fort Road
Toppenish, WA 98948
(509) 865-7268
kate@yakamanation-olc.org
nick@yakamanation-olc.org

*Attorneys for Yakama Nation*

*Attorneys for Quileute Tribe*

*s/ Raven Arroway-Healing*
Raven Arroway-Healing, WSBA #42373
Stillaguamish Tribe of Indians
3322 - 236th St NE
Arlington, WA 98223
(360) 572-3074
rhealing@stillaguamish.com

*Attorney for Stillaguamish Tribe of Indians*

*s/ Earle David Lees, III*
Earle David Lees, III, WSBA #30017
SKOKOMISH LEGAL DEPARTMENT
Skokomish Indian Tribe
N. 80 Tribal Center Road
Skokomish Nation, WA 98584
(360) 877-2100
elees@skokomish.org

*Attorney for Skokomish Indian Tribe*

*s/ David S. Hawkins*
David S. Hawkins, WSBA #35370
25944 Community Plaza Way
Sedro-Woolley, WA 98284
(360) 854-7090
dhawkins@upperskagit.com

*Attorney for Upper Skagit Indian Tribe*

Nicholas W. Brown
Attorney General

*s/ Noah Guzzo Purcell*
Noah Guzzo Purcell, WSBA #43492
Solicitor General
ATTORNEY GENERAL'S OFFICE
PO Box 40110
Olympia, WA 98504
360-664-0869
Noah.Purcell@atg.wa.gov

*Attorneys for State of Washington*

[PROPOSED] ORDER GRANTING THE PARTIES'
JOINT MOTION FOR REFERRAL TO MEDIATION- 6

No. C70-9213, Subproceeding 01-1 (Culverts)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25 [PROPOSED] ORDER GRANTING THE PARTIES'
JOINT MOTION FOR REFERRAL TO MEDIATION- 7

No. C70-9213, Subproceeding 01-1 (Culverts)