IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNTIED STATES OF AMERICA, et. al., | CASE NO. C70-9213 RSM |
| Plaintiffs, | Sub-proceeding No. 26-sp-01 |
| v. | ORDER TO PERMIT SAUK SUIATTLE INDIAN TRIBE TO FILE A REQUEST FOR FOR DETERMINATION AND COMMENCE A SUBPROCEEDING |
| STATE OF WASHINGTON, et. al., | |
| Defendants. | |

This matter having come on before the Court on the *ex parte* Motion filed by the Sauk Suiattle Indian Tribe, Dkt. # 22797, now therefore, it is ORDERED that the Sauk Suiattle Indian Tribe is permitted to file its Request for Determination against the Swinomish Indian Tribal Community as a subproceeding and the Clerk shall open this matter as a new subproceeding with the number designation 26-sp-1. All subsequent filings in the subproceeding shall be filed in the main case, C70-9213RSM, as well as in the subproceeding.

DATED this 16th day of November, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE